# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP

vs

SHAHROKH SAADAT-NEJAD, an individual

FILED
07 MAR 13 PM 12: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDU  DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 0460 L    POR

TO: (Name and Address of Defendant)

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Edward J. McIntyre, Esq.
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
email: emcintyre@swsslaw.com

Telephone: (619) 238-4823
Facsimile: (619) 615-7923

An answer to the complaint which is herewith served upon you, within <u>TWENTY (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELACRUZ

MAR 1 3 2007
DATE

By _____, Deputy Clerk