| | |
|---|---|
| 1 | EDWARD J. MCINTYRE [SBN 80402] |
| | emcintyre@swsslaw.com |
| 2 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| | 401 B Street, Suite 1200 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 231-0303 |
| 4 | Facsimile: (619) 231-4755 |
| 5 | Attorneys for Pacific Law Center and Solomon Ward Seidenwurm & Smith, LLP |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, | CASE NO. 07-CV-00460 L (POR) |
| Plaintiffs, | **NOTICE OF *EX PARTE* MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION** |
| v. | |
| SHAHROKH SAADAT-NEJAD, an individual, | Date: Not Yet Scheduled |
| Defendant. | Time: Not Yet Scheduled |
| | Courtroom: 14 |
| | Hon. M. James Lorenz |

P:303497.1:57122.003     07-CV-00460 L (POR)
NOTICE OF *EX PARTE* MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION

Dockets.Justia.com

| | |
|---|---|
| 1 | To: Shahrokh Saadat-Nejad: |
| 2 | PLEASE TAKE NOTICE that on a date and time to set by the Court, in Courtroom 14 |
| 3 | of the United States District Court, located at 940 Front Street, San Diego, California, Pacific |
| 4 | Law Center and Solomon Ward shall move for a temporary restraining order and an order to |
| 5 | show cause for a preliminary injunction that enjoins and restrains you, and anyone acting in |
| 6 | concert with you, until further order of the Court from: (1) registering, using or trafficking in |
| 7 | any internet website or domain name that contains the words Solomon and Ward, with or |
| 8 | without other words or symbols, in any respect whatsoever; (2) registering, using or |
| 9 | trafficking in any internet website or domain name that contains the words Pacific, Law and |
| 10 | Center, with or without other words or symbols, in any respect whatsoever; (3) using the |
| 11 | service mark or trade name Pacific Law Center in any respect whatsoever; (4) using the |
| 12 | service mark or trade name Solomon Ward or Solomon Ward Seidenwurm & Smith, in any |
| 13 | respect whatsoever. |
| 14 | This motion will be based on this notice of motion and motion, the *ex parte* |
| 15 | application, and the declarations of Thomas Slattery and Edward J. McIntyre all pleadings on |
| 16 | file and any other such documents or evidence that the Court shall permit at the time of the |
| 17 | hearing on this motion. |
| 18 | |
| 19 | DATED: March 21, 2007            SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 20 | |
| 21 | By:    /s/ Edward J. McIntyre |
| | EDWARD J. MCINTYRE |
| 22 | Attorneys for Pacific Law Center and Solomon |
| | Ward Seidenwurm & Smith, LLP |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I caused the NOTICE OF MOTION AND MOTION FOR TEMPORARY |
| 3 | RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY |
| 4 | INJUNCTION to be served in the following manner: |
| 5 | **Electronic Mail Notice List** |
| 6 | The following are those who are currently on the list to receive e-mail notices for this |
| 7 | case. |
| 8 | **Electronic Mail Notice List** |
| 9 | **NONE.** |
| 10 | |
| 11 | I manually served the following: |
| 12 | Shahrokh Saadat-Nejad |
| 13 | 3713 Mt. Ashmun Place<br>San Diego, CA 92111<br>**VIA FEDERAL EXPRESS** |
| 14 | |
| 15 | /s/ Edward J. McIntyre |
| 16 | EDWARD J. MCINTYRE |