EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Pacific Law Center and Solomon
Ward Seidenwurm & Smith, LLP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07-CV-00460 L (POR)<br><br>**DECLARATION OF PERSONAL SERVICE**<br><br>Date:　　Not Yet Scheduled<br>Time:　　Not Yet Scheduled<br>Courtroom: 14<br><br>Hon. M. James Lorenz |

I, the undersigned, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On March 22, 2007 at 8:50 a.m., I served a copy, including all exhibits, if any, of the following document(s):

**1. NOTICE OF EX PARTE MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION;**

**2. EX PARTE APPLICATION OF PACIFIC LAW CENTER AND SOLOMON WARD SEIDENWURM & SMITH, LLP FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION;**

P:303523.1:57122.003　　　　　　　　　　　　　　　　　　　　　　　　　　07-CV-00460 L (POR)

DECLARATION OF PERSONAL SERVICE

3. **DECLARATION OF THOMAS SLATTERY IN SUPPORT OF PACIFIC LAW CENTER AND SOLOMON WARD SEIDENWURM & SMITH, LLP'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION; and**

4. **DECLARATION OF EDWARD J. MCINTYRE IN SUPPORT OF PACIFIC LAW CENTER AND SOLOMON WARD SEIDENWURM & SMITH, LLP'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

☐ **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY PERSONAL SERVICE)** I personally served copies of the documents listed above upon SHAHROKH SAADAT-NEJAD at the San Diego Superior Courthouse, 330 West Broadway, San Diego, CA 92101 at 8:50 a.m.

☐ **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report, a copy of which is attached to this affidavit.

I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on March 22, 2007, at San Diego, California.

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE

P:303523.1:57122.003 -1- 07-CV-00460 L (POR)
DECLARATION OF PERSONAL SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE LIST** |
| 2 | Shahrokh Saadat-Nejad |
| 3 | 3713 Mt. Ashmun Place<br>San Diego, CA 92111 |
| 4 | **(VIA U.S. MAIL)** |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

I caused the DECLARATION OF PERSONAL SERVICE to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA U.S. MAIL**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE