# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>SHAHROK SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07cv0460-LAB (POR)<br><br>**ORDER SETTING BRIEFING AND HEARING ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Dkt No. 3] |

Plaintiffs have filed a noticed application for a temporary restraining order ("TRO") and for an Order To Show Cause why a preliminary injunction should not be entered in this trademark infringement action. For good cause shown, **IT IS HEREBY ORDERED**:

1. Defendant Shahrok Saadat-Nejad shall serve and file a memorandum responsive to plaintiffs' application no later than *Monday, March 26, 2007 at 4:00 p.m.*

2. Plaintiffs shall serve and file a reply memorandum no later than *Wednesday, March 28, 2007 at noon*.

3. The TRO hearing will be held on *Thursday, March 29, 2007 at 10:00 a.m.* in Courtroom 9.

4. Counsel for plaintiffs shall forthwith give defendant telephonic notice of the contents of this Order and shall expeditiously effectuate service of same.

**IT IS SO ORDERED**.

DATED: March 23, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv0460