EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Pacific Law Center and Solomon
Ward Seidenwurm & Smith, LLP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>　　　　Plaintiffs,<br><br> v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>　　　　Defendant. | CASE NO. 07-CV-00460 LAB (POR)<br><br>**DECLARATION OF NOTICE** |

P:303664.1:57122.003                                                                                              07-CV-00460 LAB (POR)

DECLARATION OF NOTICE

Edward J. McIntyre, declares:

1. Pursuant to the Court's order,[1] dated March 23, 2007, at approximately 11:30 a.m. on March 23, 2007, I called Shahrokh Saadat-Nejad, on a speaker phone in my office.

2. I introduced myself and spoke with him.

3. I informed him that the Court had set the hearing for the application for temporary restraining order for March 29, 2007 at 10:00 a.m. before the Honorable Larry Alan Burns.

4. I further told him that the Court's order require him to serve and file his opposition to the application for temporary restraining order by 4:00 p.m. on Monday, March 26, 2007 and that our reply, if any, to his opposition was due by Wednesday, March 28, 2007 at noon.

5. I also told him that we would send, by Federal Express, Saturday delivery, a copy of the Court's order, and that he should be prepared to pick up the package at the address that he had given us.

6. Mr. Saadat-Nejad acknowledged that he understood what I had told him.

7. I also explained that the Court, not the plaintiffs, had set the briefing and hearing schedule.

I declare on penalty of perjury under the laws of the State of California and United States of America that the facts in this declaration are true and correct, based on my own personal knowledge, and that I executed this declaration in San Diego, California on March 23, 2007 at San Diego, California.

                                                  /s/ Edward J. McIntyre
                                                  EDWARD J. MCINTYRE

---

[1] I attach a true and correct copy of the Order to this declaration.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I caused the **DECLARATION OF NOTICE** to be served in the following manner: |
| 3 | Electronic Mail Notice List |
| 4 | The following are those who are currently on the list to receive e-mail notices for this |
| 5 | case. |
| 6 | **Electronic Mail Notice List** |
| 7 | **NONE.** |
| 8 | |
| 9 | I manually served the following: |
| 10 | Shahrokh Saadat-Nejad |
| | 3713 Mt. Ashmun Place |
| 11 | San Diego, CA 92111 |
| | **VIA FEDERAL EXPRESS (SATURDAY DELIVERY)** |
| 12 | |
| 13 | /s/ Edward J. McIntyre |
| | EDWARD J. MCINTYRE |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiff,<br>vs.<br><br>SHAHROK SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07cv0460-LAB (POR)<br><br>ORDER SETTING BRIEFING AND HEARING ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>[Dkt No. 3] |

Plaintiffs have filed a noticed application for a temporary restraining order ("TRO") and for an Order To Show Cause why a preliminary injunction should not be entered in this trademark infringement action. For good cause shown, **IT IS HEREBY ORDERED**:

1. Defendant Shahrok Saadat-Nejad shall serve and file a memorandum responsive to plaintiffs' application no later than **Monday, March 26, 2007 at 4:00 p.m.**

2. Plaintiffs shall serve and file a reply memorandum no later than **Wednesday, March 28, 2007 at noon.**

3. The TRO hearing will be held on **Thursday, March 29, 2007 at 10:00 a.m.** in Courtroom 9.

4. Counsel for plaintiffs shall forthwith give defendant telephonic notice of the contents of this Order and shall expeditiously effectuate service of same.

**IT IS SO ORDERED.**

DATED: March 23, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge