Shahrokh Saadat-Nejad
Mail: 3713 Mount Ashmun Place
San Diego, California 92111
Email: pacificlawcenters@yahoo.com
Telephone: (646)225-8213



FILED

MAR 2 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC

MAR 2 6 2007

**AND**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| | |
|---|---|
| PEOPLE STATE OF CALIFORNIA, SOLOMON WARD SEIDENWURM AND SMITH, PACIFIC LAW CENTER | CASE No.GIC878352 <br> CASE No.M897962 <br> CASE No.CV00460 <br> CASE No.CD200499 <br> (ICANN) - TBA <br> (ICANN) - TBA |
| vs. | DECLARATION OF SHAHROKH SAADAT-NEJAD AND RESPONSE TO ALL EX PARTE IN ALL COURT CASES LISTED ON THIS DOCUMENT |
| SHAHROKH SAADAT-NEJAD | |

Shahrokh Saadat-Nejad, the defendant for criminal case No. CD200499, filed by the San Diego County District Attorney and criminal case No.M897962 filed by City of San Diego Attorney, and civil case No.GIC878352 filed by "Pacific Law Center" at Superior Court of California, San Diego County, and civil case No.3:2007CV00460 filed by "Pacific Law Center" and "Solomon Ward Seidenwurm and Smith" at United States District Court, Southern District of California, and two cases filed with the Internet Corporation for Assigned Names and Numbers case No.TBA (To Be Announced) and case No.TBA (To Be Announced) by "Pacific Law Center" and "Solomon Ward Seidenwurm and Smith" declare:

1. It is easier to understand the falsehood in all court cases stated on this document than it is to understand the truth.

Multiple court cases with multiple interrogations while in law enforcement custody is all calculated in a time frame where I am overwhelmed by having to respond to multiple court cases all designed in the same timeframe. Multiple cases filed against Shahrokh Saadat-Nejad and/or USHOSTAGE.com by the government and multiple private attorneys will not keep Shahrokh Saadat-Nejad silent.

This declaration and response to all ex parte in all court cases listed on this document is not complete due to the unfair timing of deadlines to file in response and due to not having a fair amount of time to obtain court transcripts and being denied access to documents and evidences, and being denied access to interrogation reports.

2. I am a Muslim and I was born in The Islamic Republic of Iran.

3. I am the owner and operator of http://www.USHOSTAGE.com.

4. On September 8, 2006 I Shahrokh Saadat-Nejad, my mother and other family members fired Pacific Law Center for criminal case No.CD200499 and criminal case No.M897962 in which I am the defendant for both cases.

5. On September 18, 2006 Pacific Law Center refused to acknowledge that they were fired on September 8, 2006 and went to court for criminal case No.CD200499 and criminal case No.M897962 and waived my rights to appear in court for both criminal cases. Pacific Law Center got a continuance for both criminal cases, and Pacific Law Center remained as legal counsel on record for both cases against my will.

6. I have heard the audio tape of the court hearings of September 18, 2006 for criminal case No.CD200499 and criminal case No.M897962. I have had three meetings after September 19, 2006 and before February 27, 2007 with Pacific Law Center and Pacific Law Center have acknowledged that they did know that they were fired before September 18, 2006.

7. A lawyers for Pacific Law Center Matthew Spiegel laughs about the human rights violations at one of the three meetings as he tells me that "My secretary told me that we were fired" as he is laughing.

2

8. On March 16, 2007 I had another meeting with Pacific Law Center and Solomon Ward Seidenwurm and Smith at 401 B Street in San Diego and the meeting was recorded. I went to the meeting with a baseball, a baseball glove and a baseball bat. March 14, 2007 in department 75 while court was in session, and in front of judge Richard E.L. Strauss, attorney Edward J. McIntyre attacked me verbally and his body motion physically coming at me with his closed fist looking like it is going to strike me, and as his fist got closer to my face he stuck out his index finger less than two inches away from my face.

Judge Richard E.L. Strauss stated on record that there is a court security camera in the court after I had asked the court on record about the attack being captured on camera. If that was me behaving like a animal then I would have been arrested.

At the March 16, 2007 meeting Pacific Law Center again acknowledged that they knew that they have violated my civil rights on September 18, 2006 for profit. They admit that it cost minimum $500 to fire them – just to fire them – nothing else – If a person (client) refuses to see Pacific Law Center while the person (client) are in jail, then Pacific Law Center will waive the rights of the person (client) to appear in court until the person (client) do see them, or else the person stays in jail and court dates just keep on getting continued. This is called holding a person hostage in the United States of America and the San Diego County District Attorney Office and City of San Diego Attorney Office refuse do anything about it.

9. Because I am the owner and operator of USHOSTAGE.com Pacific Law Center and their associates and government employees think they can get away with these civil rights crimes against me.

10. PACIFIC LAW CENTER HAVE KNOWINGLY, WILLINGLY, VIOLATED MY CIVIL RIGHTS IN SO MANY WAYS THAT IS RELATED TO TORTURE BY HOLDING ME HOSTAGE IN JAIL FOR PROFIT, AND THEY ARE COVERING IT UP BY FILING MUTIPLE LAWSUITS AGAINST ME IN STATE AND FEDERAL COURTS AND HAVE FILED FOR TWO CASES WITH THE INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, ALL CACULATED TO BE IN THE SAME TIME FRAME AS CRIMINAL COURT DATES IN ORDER TO RAILROAD ME TO JAIL OR PRISON

BY PAYING OFF LAWYERS THAT I HIRE FOR CRIMINAL OR CIVIL
IN ORDER TO CEASE DOMAIN NAMES AND TO KEEP ME SILENT.

11. GARY C. HARVEY CRIMINAL DEFENSE ATTORNEY AND
MARY FRANCES PREVOST CIVIL RIGHTS ATTORNEY WERE
BOTH BOUGHT BY PACIFIC LAW CENTER. MARY FRANCES
PREVOST I BELIEVE WAS BOUGHT AND PAID FOR BY PACIFIC
LAW CENTER BEFORE I HIRED MARY FRANCES PREVOST.

12. Pacific Law Center has accused me of extortion by demanding $500,000,
and this needs explaining.

13. A letter was sent to Pacific Law Center by Mary Frances Prevost that
was meant to demand a settlement for violating my civil rights. See attached
exhibit (J).

14. Mary Frances Prevost was hired by me in a desperate time and situation,
so I believe that Mary Frances Prevost collaborated with Pacific Law Center
for profit. The contract I signed with Mary Frances Prevost was nothing but
for Mary Frances Prevostto to take advantage of another person's misfortune
and to cease the domain name pacificlawcenters.com. See attached exhibit
(A-1)

15. I had no knowledge of what was on the letter until after Mary Frances
Prevost mailed it out to Pacific Law Center in an untimely manner which
she kept encouraging me to buy more domain names. My demands were not
on the letter that Mary Frances Prevost had written. I am still demanding
Pacific Law Center to go on record of the civil rights violations that they are
covering up and to stop practicing law until they agree to take ethics classes.
See attached exhibit (J).

16. I was arrested on July 25, 2006 and taken into the Central jail in San
Diego, California and booked. After I was fingerprinted and before I was to
exchange my street clothes for jail clothes I was interrogated by a high
ranking San Diego County Deputy Sheriff regarding the horrible events of
September 11, 2001, my website USHOSTAGE.com, about my close to
$10,000 Cash, why I have not become a American Citizen, the events of
what took place on July 25, 2006, medical marijuana, active terrorist group
agents of Mojahedin-e-Khalq, Sipah-e-Sahaba Pakistan, Millat-e-Islamia,
Mossad and even how I felt about Prophet Jesus.

4

17. On July 25, 2006 the government took away large amount of medical marijuana away from me, $9800 cash away from me, all $100 bills, and my passport which is from The Islamic Republic of Iran. Since then the government now deny that I was interrogated in Central jail, deny I had an Iranian passport and deny I had $9800 cash, and they deny that they the San Diego Sheriffs and the San Diego Police had knowledge of http://www.USHOSTAGE.com.

18. When any person is taken in jail there are log books that are kept about every inmate from the beginning of when a person is taken to jail until that person is released from custody. It is this log book that can prove who interrogated me, where my money and passport went and to whom, and who has it right now and it will show that I was more than cooperative while being interrogated because the arresting San Diego Police Officer wrote down in his police report that I had refused to speak to him regarding ANYTHING that the Officer had asked me, including my name, date of birth, nationality and so on.

19. When any person that visits a website, they leave a computer fingerprint. It is called an IP Address.

20. I have the IP Address of the computer(s) that were used by the law enforcement to visit USHOSTAGE.com on July 25, 2006 – July 26, 2006 from the central jail in downtown San Diego and other suspected addresses that visited in the same time frame:

**IP Address: 206.190.90.2 ( 206-190-25-2.gen.twtelecom.net )**

**IP Address: 66.27.52.146 ( rrcs-66-27-52-146.west.biz.rr.com )**

**IP Address: 66.27.48.94 ( rrcs-66-27-48-94.west.biz.rr.com )**

**From Israel which is occupied land by Zionist terrorists IP Address: 81.199.145.58 ( 81.199.145.58.ipplanet.com )**

21. I have the IP Address of the computer(s) that was used to visit USHOSTAGE.com on September 12, 2006 from George Bailey Detention Center and other suspected addresses that visited in the same time frame

which was another interrogation that the San Diego Sheriffs did on me and deny again later.

**IP Address:   206.190.90.2  ( 206-190-25-2.gen.twtelecom.net )**

**From San Jose, California IP Address:   69.109.117.50  ( adsl-69-109-117-50.dsl.pltn13.pacbell.net )**

**From San Jose, California IP Address:   69.109.174.16**

22. On July 25, 2006 Methamphetamine dealers, pimps and people involved with child prostitution, and child pornography were getting ready for the upcoming weekend of "Gay Pride Parade" in San Diego, California.

23. I had known about these people for over two years since July 25, 2006 and I have complained to law enforcement multiple times including on July 25, 2006 before a call was made by a female to 911 Emergency making allegations against me. On July 20, 2006 San Diego Police Officer Dale Flamand I.D. #4385 gave me his cell phone number (619) 723-6295 in order for me to inform him of Meth activity, mostly related to Timothy Kelly whom is known to provide meth to children and adults according to Officer Flamand and me.

24. I had reported on Timothy Kelly and his associates in the past as far as the year 2004 to law enforcement which includes Victor W. OU whom is a Deputy District Attorney, Major Narcotics Unit (619) 515-8565 - Maria Silveira whom is District Attorney Criminal Investigator, special operations division (619) 515-8565 – San Diego Police Detective Jim Brown (858) 552-1724 and numerous other people in law enforcement local and Federal.

25. On July 25, 2006 I called San Diego Police Officer Dale Flamand more than one time, but he would not answer his cell phone and I knew that his phone was not off because each time I called, his cell phone would ring a few times before it went to voice mail. If a cell phone is off, then an incoming call goes directly to voice mail instead of ringing a few times first. Common sense.

26. There are minimum two things that I do to obtain information of ANY meth activity in San Diego, California.

[1] I give rewards of $500, Medical Marijuana, Sport or Concert tickets if the informant knows of person(s) and or location(s) on Meth Labs in San Diego County. If the informant can not call me, the informant can send me information through my websites (http://www.phawku.com & http://www.phawku2.com).

[2] I offer low cost or free service of sweeping rooms or motor homes for any hidden cameras and bugs (http://www.eyesweep.com) with my basic but effective equipment. On or around July of 2005 I had stopped offering sweeping for bugs [listening devices] due to the high cost of equipment repair(s).

27. Phone records of the phone that was used to call 911 Emergency on July 25, 2006 will provide information for my defense which I have a right to.

28. Phone records of the phone numbers that called 30 minutes before and 72 hours after the phone that was used to call 911 Emergency on July 25, 2006 will provide information for my defense.

29. Phone records of a meth dealer and a pimp of child prostitution and a dealer of child pornography will provide information for my defense. This persons name is James Dalton (aka: pastor rainbow, father, dad, trader) whom is the owner of http://www.kindrideshare.net & http://www.parkandride.us with a mailing address of 3089 Clairemont Drive, Box 216, San Diego California 92117 with phone numbers of (619) 847-7750, (619) 602-5945. It was James Dalton that called the female to tell her to call 911 Emergency in order for him and his associates to flee and hide evidences – METH & LAPTOPS.

30. The operator of kindrideshare.net and parkandride.us Aaron Fritz (aka: Chaz, G-D) was at the scene on July 25, 2006 with a runaway minor, which they fled towards railroad tracks close to Mission Bay. James Dalton and Aaron Fritz are and have been known to pimp minors and to take photographic pictures of minors while conducting sexual acts and provide this sick service to sick minded people like themselves for profit. See attached exhibit (A).

31. During the month of December of 2005 I received a tip from a good source that a San Diego Police Officer has left trails of evidences that could suggest that the San Diego Police Officer is a client of James Dalton. I

believe that the San Diego Police Officer is and has been blackmailed by James Dalton and or an associate of James Dalton that calls himself Edward. Edward is well known to blackmail people for anything. I told the arresting officer this information on July 25, 2006.

32. San Diego County Public Defenders Office was assigned to my criminal cases. They not only refused to take down notes, but made racial threats (Mr.Ford) in regards to USHOSTAGE.com and San Jose, California. That's when I was sure that this criminal case involves the past. San Diego County Public Defenders Office had refused to gather any evidence for my defense. San Diego County Public Defenders Office along with many if not all other Public Defenders Office in the United States have this pattern of not defending but demanding the client(s) to take a deal, or the Public Defenders Office will railroad the client(s) to jail.

33. Because I own and operate USHOSTAGE.com government employees, and all parties involved in all criminal and civil cases filed against me think that they can scare me of deportation. I asked a few Pacific Law Center attorneys if they can sing the American National Anthem, and not a single one could.

34. **USHOSTAGE.com:**

35. It is important to note facts that I filed a Lawsuit in the Superior Court of California, County of Santa Clara, in the city of San Jose on June 24, 1998 Civil Case No.CV774848 against the Muslim Community Association of the San Francisco Bay Area, Masjid An-Noor, and the Granada Islamic School all located in the city of Santa Clara, California. It was and still is alleged that the Defendants are Recruiting and Funding Terrorist Groups of "Sipah-e-Sahaba Pakistan" whom are Al-Qaeda and Taliban trainers and the U.S. backed "Mujahedin-e-Khalq '/ Mojahedin-e-Khalq " whom are all fake Muslims. A Wahabi is not a Muslim, just like a Zionist is not a Jew.

36. On August 7, 1998 just 44 days after I filed civil case No. CV774848 two United States' embassies in Nairobi, Kenya and in Dar es Salaam, Tanzania were blown up. The terrorist that plotted the two U.S. embassy bombings had strong ties with the World Trade Center bombing on February 26, 1993. Also the terrorist that plotted the U.S. embassy bombings trained September 11, 2001 terrorists.

37. His name is Ali Abdul Saoud Mohamed, also known as Ali Mohammed and his picture along with Usama Bin Laden is in criminal case file C9729972 in Santa Clara County, California which was a corrupt case against me to protect the identity of Mojahedin-e-Khalq terrorists whom take orders from the CIA and Israel Zionist terrorists.

38. In the 1980's Ali Mohammed was in the U.S. Army part of a very special unit with ties to CIA operations (CIA Agent). During the 1990's ironically, at the time he was training bodyguards for Usama Bin Laden, associating with clerics like Abdel-Rahman, and casing embassies in Africa (like the one in Nairobi, Kenya), he became an FBI informant.

39. While Ali Mohammed was a FBI informant (unknown to me), that's when I filed my civil case No.CV774848. Since I have filed the lawsuit the government has threatened me, offered my paying jobs as an informant, accused me of being a terrorist, accused me of working for foreign intelligence, and have even thanked me for being brave.

40. Timeline:

August 30, 2006 Called Pacific Law Center from jail

August 31, 2006 Pacific Law Center became council on record

September 8, 2006 Fired Pacific Law Center by phone from jail because of lack of communication and council service. I Decided I will expose Pacific Law Center on the World Wide Web.

September 11, 2006 Pacific Law Center refused to acknowledge of being fired and came to jail - I refused to see them

September 12, 2006 Interrogated by San Diego Sheriff Deputy(s) about my criminal charges, Terrorism, 9/11 and my website US HOSTAGE .com

September 18, 2006 Taken from jail to court - Was not taken into the court room - No information given to me

September 19, 2006 Posted Self Bail Cash

September 20, 2006 Bought domain names pacificlawcenters.com and phillipslawcenter.com.

September 21, 2006 Went and looked at court file - Discovered Pacific Law Center went to court on September 18, 2006 and waived my rights to appear in court and got a continuance - I did a walk in on court calendar 9/21/06 and told Judge Pacific Law Center has committed crimes against me - Took Pacific Law Center off case

November 20, 2006 Pacific Law Center tried to buy me in court

December 15, 2006 received a very disturbing phone call regarding pacificlawcenters.com

January 4, 2007 Gary C. Harvey became legal counsel on record.

**January 12, 2007** Pacific Law Center files civil lawsuit against me Shahrokh Saadat-Nejad, USHOSTAGE.com and PacificLawCenters.com.

**January 12, 2007** for the first time received call and email from attorney Mary Frances Prevost that she will file a civil rights complaint against Pacific Law Center. See attached exhibit (B).

January 15, 2007 I signed a contract with Mary Frances Prevost.

January 15 or 16, 2007 received call from Mary Frances Prevost and she informed me that Pacific Law Center has filed a civil complaint against me for buying the domain name pacificlawcenters.com and she encouraged me to buy other domain names related to Pacific Law Center. Mary Frances Prevost told me if I do not get served 60 days after Pacific Law Center has filed then the case will get thrown out. Pacific Law Center filed complaint on January 12, 2007 which was the same day that Mary Frances Prevost called me and sends email of her address to me for the first time.

January 18, 2007 Gary C. Harvey had me sign a 977 form so Pacific Law Center could not serve me in court.

January 22, 2007 I emailed Mary Frances Prevost and asked her if I should change my domain name (pacificlawcenters.com) for legal reasons. Mary Frances Prevost responded with "No, we are going to negotiate it." See

attached exhibit (C). One minute later I get another email from Mary Frances Prevost asking me for a copy of a tape of meetings I had with Pacific Law Center. See attached exhibit (D).

January 23, 2007 I get suspicious of Gary C. Harvey. See attached exhibit (E).

January 24, 2007 I send a email to Mary Frances Prevost and fired her. See attached exhibit (F).

January 24, 2007 Mary Frances Prevost sends email to me informing me of a very nice settlement coming my way. See attached exhibit (G).

January 25, 2007 Mary Frances Prevost sends me email and encouraging me to have her send a demand letter. See attached exhibit (H).

January 27, 2007 Mary Frances Prevost sends me email stating my issue is solid and these [Pacific Law Center] dump trucks are killing her business. See attached exhibit (I).

February 1, 2007 Mary Frances Prevost Office sends me an email informing me that a demand letter has been mailed to Pacific Law Center. I did not see the demand letter before it was sent out. See attached exhibit (J).

February 7, 2007 Mary Frances Prevost sends email to me encouraging me to post on the World Wide Web about my experience with Pacific Law Center. See attached exhibit (K).

February 8, 2007 I receive an email regarding Pacific Law Center. See attached exhibit (L). I have blocked the email address of the sender in respect.

February 8 and 10, 2007 Mary Frances Prevost sends me emails that she is contacting ex-attorneys from Pacific Law Center, and for me to stay silent. See attached exhibit (M).

February 15, 2007 Mary Frances Prevost sends me an email encouraging me not to go to court for criminal matter. See attached exhibit (N)

February 27, 2007 Mary Frances Prevost sends me an email that got me to think that Mary Frances Prevost has been bought by Pacific Law Center. See attached exhibit (O).

February 27, 2007 Judge Richard E.L. Strauss signs a temporary restraining order against me Shahrokh Saadat-Nejad which violates my civil rights off record and with no court reporter present and no recording devices.

March 4, 2007 I get more convinced that Mary Frances Prevost has been bought by Pacific Law Center. See attached exhibit (O).

March 6, 2007 more proof that Mary Frances Prevost was not only bought but she was bought and paid for before she ever contacted me. See attached exhibit (O).

41. I believe that Mary Frances Prevost set me up with "cyber squatting" for Pacific Law Center from the very beginning by encouraging me to buy domain names.

42. On September 18, 2006 when Pacific Law Center waived my right to appear in court and then went ahead and represented me after I had fired them, they got a continuance for the case for several days. If I would not have come up with the money to bail out of jail, I would have been still locked up in jail without having the opportunity to tell the judge and/or commissioner that Pacific Law Center was fired on September 8, 2006. Pacific Law Center stated the same fact on tape during one of our meetings, which proves they knew exactly what they were doing on September 18, 2006.

43. San Diego City Attorney Office was in court on September 18, 2006, and San Diego County District Attorney Office was in court on September 18, 2006 for my case, But I was not. It's all on tapes.

44. I bought http://www.phillipslawcenter.com and http://www.pacificlawcenters.com to expose my horrible experience with Pacific Law Center which Pacific Law Center is a public figure. I counted on Pacific Law Center because of their marketing tactics that states they "Pacific Law Center" are better than most if not all attorneys in San Diego, California. See attached exhibit (P).

45. I bought http://www.solomonwardlawfirm.com to expose my horrible experience with Pacific Law Center which Solomon Ward Seidenwurm and Smith support and defend regardless of any intentional wrongdoings by Pacific Law Center. Solomon Ward Seidenwurm and Smith have heard the audio tapes of my meetings with Pacific Law Center and the audio tape of court hearing on September 18, 2006 for criminal case No.CD200499 and criminal case No.M897962.

46. For civil action case No.GIC878352 there was a temporary restraining order signed by Judge Richard E.L. Strauss on February 27, 2007 which I was not in court for and there was no court reporter present due to Solomon Ward Seidenwurm and Smith of having influence on Judge Richard E.L. Strauss. See attached exhibit (Q).

47. The court order that was granted (exhibit Q) is in violation of my civil rights of freedom of speech.

48. Item number 2. In the February 27, 2007 (exhibit Q) the signed court order states that I can not use pacificlawcenters.com or any similar website and in item number 3. it states that I can not use the trade name Pacific Law Center in any published communication.

49. I am using:

http://www.free-pacific-law-center.com/pacificlawcentersandiegodui.html

http://www.phawku.com/pacific_law_center_dui_san_.html

http://www.phawku2.com/pacific_law_center_attorney.html

and because the words "pacific" "law" and "center" is in the address bar would mean that I am violating this court order according to any person(s) that sees the court order including other Judges.

50. Pacific Law Center and Solomon Ward Seidenwurm and Smith have been using this unjust court order in violation of my rights of freedom of speech by providing copies to World Wide Web search engines and website owners that provide freedom of speech on their website(s).

51. Pacific Law Center, Solomon Ward Seidenwurm and Smith, and Judge Richard E.L. Strauss intentionally refuse to make any corrections on the court order unless I provide the paper work, which they all know that I am not a lawyer. This is called intentionally railroading a person to be violated in everyway possible by The United States of America Justice.

52. On March 22, 2007 I discovered from the court reporter that was assigned to Department 75 on February 27, 2007 that there was nothing on his record regarding civil case No.GIC878352 which was just one day after the day that Matthew Spiegel from Pacific Law Center and Thomas Slattery from Pacific Law Center and Edward J. Mcintyre from Solomon Ward Seidenwurm and Smith filed their declarations in civil case No.GIC878352 and it was the same day February 27, 2007 that Judge Richard E.L. Strauss signed the court order which is still violating my civil rights of freedom of speech, which he Judge Richard E.L. Strauss is well aware of and his actions has suggested that he was well aware of my civil rights being violated before he Judge Richard E.L. Strauss signed the court order and I am sure that some kind of drama happened on that day of February 26, 2007 and/or February 27, 2006 regarding criminal case No.M897962 and criminal case No.CD200499 because they are all related to the same seed of the problem.

53. I was never served for civil case No.GIC878352, I served myself, and the plaintiffs Pacific Law Center and Solomon Ward Seidenwurm and Smith never had intention of serving me. Mary Frances Prevost whom was my civil rights lawyer and Gary C. Harvey whom is/was my paid in cash private attorney have both collaborated with "Pacific Law Center" and "Solomon Ward Seiednwurm and Smith" for me to not to get served. In court on March 9, 2007 which was the first time that I had appeared in court regarding civil case No.GIC878352 the plaintiffs for civil case No.GIC878352 told the court that they did not have my telephone number, and they did not know my email address and they did not know how to contact my mother and family members. They knew that I had found out about their scams of deceptions.

54. Taken away from me again by the United States Government, Pacific Law Center, Solomon Ward Seidenwurm and Smith on July 25, 2006 and ongoing on today March 24, 2007:

1. Passport (Islamic Republic of Iran )

2. U.S. currency $9800.00 ($100 bills)

3. Human rights

4. Justice

5. Civil rights

6. Constitutional rights

7. Rights to speedy trial

8. Rights to evidence and witnesses

55. In civil federal case No.CV00460 the plaintiffs keep emphasizing the website USHOSTAGE.com because in their own fantasy world they think that the U.S. government has no idea of USHOSTAGE.com and they the plaintiff keep trying to influence the judge, which is the main reason that the "over 150 years of combined experience" "Pacific Law Center had to hire "Solomon Ward Seidenwurm and Smith" to represent them because "Solomon Ward Seidenwurm and Smith" does have special ties with Judges in the State of California. On February 27, 2007 Judge Richard E.L. Strauss signed a court order that is violating my civil rights of freedom of speech with out having a hearing, it was all done in private, and there is no record of a hearing or even calling the case on court record. United States of America Justice.

56. Media:

57. Pacific Law Center in California which is owned by Phillips and Associates Law Firm in Arizona admit on court record declaration filed on February 27, 2007 in civil case No.GIC878352 that they proudly as to express their expertise in defense defend child molesters in San Diego, California and they have every right to do so. See attached exhibit (Z).

58. When ANY person(s) that gets charged in San Diego, California with this sort of crime(s) related to harming children the media exposes the case and they the media do extensive follow ups. Right?

59. Wrong.

60. I have searched all over the internet news wires from the past and current and I can not find a single news article that contains Pacific Law Center as the legal counsel for the accused of sex crimes against any child.

61. Why? Why is there no mention of Pacific Law Center? There must be a motive of why the local media does not mention person(s) that are charged with sex crimes against any child whom the accused is being defended by Pacific Law Center.

62. The answer is the $10,000,000+ that Pacific Law Center spends with the local media in advertisement.

63. I believe that Pacific Law Center tells the local media that if they expose their deared client(s) and Pacific Law Center as the legal council for the person(s) of being charged with sex crimes of any kind against any child then they Pacific Law Center will no longer advertise with them.

64. Prosecutors:

65. Pacific Law Center in San Diego, California which is owned by Phillips and Associates Law Firm in Arizona operates very much like a government office.

66. San Diego County Public Defenders Office is a government office. Every person that works for the San Diego County Public Defenders Office gets paid by a government check. We as tax payers pay for that office to operate, but we as tax payers do not have control of how much funding and support the San Diego Public Defenders Office gets. Compared to the funding and support that the San Diego County District Attorneys Office and the City of San Diego Attorneys Office it is insulting to the tax payer. Should the tax payer ever need to be represented by the San Diego County Public Defenders Office, that person will not get a fair defense due to lack of funding.

67. Pacific Law Center is private, and they spend over $10,000,000 a year on advertising, and Pacific Law Center has over 100 employees that get paid very well. If you look at the website of PacificLawCenter.com you will see that they only have 20 attorneys as of March 11, 2007 and some are supervisors that perhaps have even forgotten what a court room looks like.

What do the other 80 employees do at Pacific Law Center? Pacific Law Center needs paralegals, investigators, a marketing department, janitors, delivery personals, limo drivers Etc...

68. It is a big overhead that Pacific Law Center has. Just like any business Pacific Law Center wants to save money. Operating Pacific Law Center like the San Diego County Public Defenders Office can save allot of money.

69. What does the San Diego County Public Defenders Office do so it can save money, while still representing the tax payer? Make deals with the prosecutor(s). It is always ONLY the prosecutors that offer the deals to the San Diego County Public Defenders Office and to any other defense attorney(s).

70. This is where corruption can be suggested. Why would a person hire Pacific Law Center when it can get the same results as if the accused was being represented by the San Diego County Public Defenders Office? Heavy marketing by Pacific Law Center is the reason. Misleading the public that they Pacific Law Center will get you better results from just about any other defense attorney in the State of California as a whole. This is called fraud.

71. The San Diego County District Attorneys Office has a fraud investigation unit which I know that they are very good at what they do, and I personally thank them for their efforts of protecting us regardless of race or gender.

72. The San Diego County District Attorneys Office has over 1,000 employees, and more than 250 of them are attorneys, and more than 100 of them are investigators. Because of better pay, and only because of better pay 14 investigators from the San Diego Police Department went to work for the San Diego District Attorneys Office.

73. San Diego County government as a whole is and has been having major problems with money due to frauds which we all see on the media. Where does the San Diego District Attorneys Office get the funds to hire 14 additional investigators when the San Diego Police Department has a difficult time with funds?

74. When a deal is made on a criminal matter it saves all parties money, except the defendant. If the defendant is being represented by Pacific Law

Center then there is no refund on a retainer (contract). This is a major hustle that brings in allot of money, and this is called fraud.

75. So why wont the San Diego District Attorneys Office stop this hustle (fraud)? The motive is when Pacific Law Center talks its clients into taking just about all deals offered by the San Diego County District Attorneys Office ALL parties save money except the defendant.

76. If the defendant wants to take his/her criminal case to trial all parties turn their backs on the defendant, that includes Pacific Law Center and the San Diego County Public Defenders Office in a manner that is called being railroaded in jail or prison, and this is called fraud, and violations of so many things that is related to human rights violations.

77. My pending criminal cases are a great example of this and I do not mind taking the bullet for exposing this fraud and violations of civil rights. The prosecutors along with my legal counsel are and have been setting me up for railroading into jail and/or prison by not giving me access to evidences which I have rights to.

78. There are 4 different court cases against me in California all at the same calculated time frame pending against me with corruption in all 4 court cases and two new cases being filed with The Internet Corporation for Assigned Names and Numbers (ICANN) in Marina del Rey, California all to shut me up about civil rights violations and about Terrorists having and using Weapons of Mass Destruction. The background of Solomon Ward Seidenwurm and Smith are all connected to being current and former board members of organizations that support the occupation of Palestine. "Fake Jews" See attached exhibit (R).

79. My rights are being violated over and over again by these lawyers that keep filing cases against me in order to cover up what they Pacific Law Center did to me on September 18, 2006 which is parallel with Gary C. Harvey and the San Diego Public Defenders Office and the prosecutors.

80. There are several websites on the World Wide Web that contain words or names that are registered with the United States and Patent and Trademark Office. See attached exhibit (S).

81. "Pacific Law Center", "pacificlawcenter.com", "Solomon Ward" and "solomonward.com" are not registered in any way shape or form with the United States Patent and Trademark Office and they are not registered with the Copyright Office of the Library of Congress.

82. It is understood that one that does not represent McDonalds or Microsoft can not own the name bigmac.com or Microsoft.com but one can own the name fuckbigmac.ytmnd.com or fuckmicrosoft.com (see attached exhibit 1A) and this is the goal of the plaintiffs is to stop me from putting in the words "pacific", "law", "center", "Solomon", "ward" in any domain address because today's search engines responds to words that are in the address as a whole and the internal of the website which includes the title of the web page.

83. I can understand the concerns of "Pacific Law Center" and "Solomon Ward Seidenwurm and Smith" with my domain names of pacificlawcenters.com and solomonwardlawfirm.com, and they both may or may not have a good reason to scream foul play of a domain name but they both have not registered the names as a whole to any copyright office. Are they above the law? Pacific Law Center is a public figure and they must accept criticism and they have every right to question allegations made against them.

Solomon Ward Seidenwurm and Smith is not a public figure and they have every right to question allegations made against them. Solomon Ward Seidenwurm and Smith own solomonward.com but that does not give them the right to stop a person owning and operating a domain name solomonwardterrorists.com or solomonwardsandiego.com or solomonwardconstructionlaw.com and so on. Solomonward.com is not and it has never had information or active links to "Solomon Ward Seidenwurm and Smith" main website swsslaw.com and search result for solomonward.com on google.com search engine gives only one result which is not solomonward.com or any legal advice related information. See attached exhibit (2A).

Pacific Law Center waived my rights to appear in court for profit on September 18, 2006 for criminal case No.CD200499 and criminal case No.M897962 after Pacific Law Center was fired on September 8, 2006. It is on court tape and court records. Pacific Law Center is attempting to cover up the civil rights crimes that they have and are continuing to commit against

me, and the San Diego District Attorneys Office refuses to stop Pacific Law Center from violating my civil rights.

Any lawyer that violates a persons civil rights knowingly can and will get exposed on the World Wide Web and they can not stop a person's freedom of speech by trying to prevent words, names, or hyphens to be published on any publication, with or without a court order. It is my right to express and my right to write and my right to speak.

All and any parties involved in all court cases listed on this document can not point out one thing that is false or misleading stated on the World Wide Web by Shahrokh Saadat-Nejad.

84. I want my passport, my $9800.00 cash, copy of San Diego Sheriffs log book regarding me and pictures of San Diego Sheriff Deputy's that worked in central jail and George Bailey jail so I can identify the Sheriff deputy that interrogated me on July 25, 2006 and/or July 26, 2006 and September 12, 2006 for my defense, and copy of all interrogation reports, and phone records of all parties involved with criminal cases filed against me. I have rights to all evidence for my defense.

Attached to this document as exhibit (Z) is copies of various court documents filed by parties involved in all cases stated on this document. In exhibit (Z) you can see over and over again that plaintiffs keep emphasizing that Shahrokh Saadat-Nejad owns and operates USHOSTAGE.com, and the plaintiffs seek to stop me from publishing words and names in any publication in the world and these people have the nerve to continue to call themselves lawyers and attorneys.

I declare under penalty of perjury under the laws of the State of California that the facts in this declaration are true and correct of my own personal knowledge.

Date: _MARCH 26, 2007_                    _Shahrokh Saadat-Nejad_
                                          Shahrokh Saadat-Nejad
                                          Defendant

20

# EXHIBIT
# (A-1)

# MARY FRANCES PRÉVOST

### ATTORNEY AT LAW

*National Association of Criminal Defense Lawyers * Board of Directors: San Diego Criminal Defense Bar Association (1997-2004) *
National College for Dui Defense * California Attorneys for Criminal Justice * California Public Defender's Association * California
DUI Defense Lawyers Association * North County Criminal Defense Bar Association * Consumer Attorneys of San Diego * American
Inns of Court * Federal Bar Association * International Criminal Defence Attorneys Association * American Trial Lawyers Association*

January 15, 2007

THIS IS AN AGREEMENT between Client and Attorney.

## 1.   SCOPE OF REPRESENTATION:

Client retains Attorney to represent client in connection with a legal malpractice action against Pacific Law Center and to negotiate possible settlement and sale of www.Pacificlawcenters.com domain name.

## 2.   SERVICES TO BE PERFORMED BY ATTORNEY:

Attorney agrees to perform the legal services reasonably required to prosecute Clients' claim to judgment in a trial court or by settlement; and to prosecute or oppose any motion for a new trial.

The services covered by this Agreement will terminate when all matters are concluded in the trial court. Appeal or other proceedings to enforce the judgment are not covered by this Agreement.

Attorney is authorized to associate and employ other counsel to assist in representing Clients.

## 3.   NO GUARANTEE AS TO RESULT:

Clients acknowledge that Attorney has made no guarantee as to the outcome or amounts recoverable in connection with Client's claim.

## 4.   CONTINGENCY FEE:

Clients acknowledge that Attorney has advised them that any contingency fee is negotiable and is not set by law.

Bearing such advice in mind, Clients agree to pay to Attorney a contingency fee as follows:  Attorney is entitled to 33 1/3 percent of any settlement recovered prior to 120 days before trial; Attorney is entitled to 37% of any settlement agreed recovered within 60 days of trial.  Attorney is entitled to 40% of any recovery after jury selection is completed.

Even though this Agreement is a contingency fee agreement, in the event of discharge or withdrawal of Attorney, Client agrees that Attorney shall be entitled to be paid by Clients.  The following rates are the hourly billing rate for the legal personnel:  Mary Frances Prevost $350.00 per hour; Associate Attorneys $150.00 per hour; and Paralegal and Law Clerks $60.00 per hour.

**ORANGE COUNTY**
*1500 QUAIL STREET, STE. 550*
*NEWPORT BEACH, CALIFORNIA 92618*
*TELE: (866) 464-6662*

**LOS ANGELES**
*468 NORTH CAMDEN DRIVE*
*BEVERLY HILLS, CALIFORNIA 90210*
*TELE: (866) 464-6662*
*E-MAIL: IMPD2RQ@AOL.COM*

**SAN DIEGO**
*555 W. BEECH STREET, STE. 500*
*SAN DIEGO, CALIFORNIA 92101*
*TELE: (619) 692-9001*

*WEBSITE: HTTP://ACRIMEDEFENSEATTORNEY.COM*
*FAX: (619) 255-0726*

Monetary sanctions awarded to Attorney during the course of this litigation shall not be considered part of Clients' recovery in this action. Attorney's fees awarded during the course of this litigation shall not be considered part of the client's recovery in this action.

Any fee awarded by the court, pursuant to statute or contract, in connection with the subject matter of this representation, shall be paid to Attorney and shall be applied against Client's fee obligation under this Agreement, but shall not limit or discharge Client's fee obligation.

## 5.    **LITIGATION COSTS AND EXPENSES**:

Client shall be responsible for all costs and expenses incurred by Attorney in addition to the contingency fee discussed above, including but not limited to the following: court filing fees; process serving fees; private investigator; mail, messenger and other delivery charges; costs for photocopying or obtaining copies of records and other documents; long distance telephone calls; parking and other local travel at $0.50/mile; out-of-town travel and expenses; computerize legal research; professional word processing charges; photocopying charges at $0.20/page; facsimile at $1.00 per page received or sent; and jury fees.

Client is not required to provide a deposit of funds in trust for costs and expenses but agrees that he will reimburse Attorney for any and all such costs when billed, and regardless of the status or outcome of the legal action on Clients' claim, or the amount recovered.

Furthermore, Attorney may also demand, at her sole discretion, that Clients advance trial costs or litigation costs (including but not limited to expert fees/costs at trial and other trial costs). In the event client refuses or is unable to timely advance the costs upon reasonable request by Attorney, such a refusal will be deemed as a breach of the attorney-client agreement and Attorney shall have the right to withdraw, without prejudice, from further representation of Clients.

## 6.    **LIMITED POWER OF ATTORNEY**:

Clients give Attorney the power and authority to execute any and all documents associated with this matter, which includes but it is not limited to any pleadings, authorizations, information requests, claims, settlements, drafts, checks, compromises, any and all releases (a General Release of All Claims), designation of attorney, Proof of Loss, and DMV forms.

## 7.    **FORM OF RECOVERY AS AFFECTING CONTINGENCY FEE**:

In the event the recovery consists of periodic payments over a period of time, or any other form of recovery that is not cash or cash-equivalent, the contingency fee shall be based on the present cash value of the recovery and shall be payable out of the first funds or property received.

## 8.    **ATTORNEY'S LIEN**:

Clients hereby grant Attorney a lien on Client's claim and any cause of action filed thereon to secure payment to Attorney of all sums due under this Agreement for services rendered and costs.

9. **ATTORNEY'S SETTLEMENT AUTHORITY:**

No settlement of any nature shall be made for any of Clients' claims without Clients' approval. However, if Attorney has received a bona fide offer from an opposing party, which Attorney deems appropriate under the circumstances and if Attorney is unable to find or locate Clients after 30 days from the date of offer, Attorney may, for the Clients' protection and best interests, enter into a settlement of Client's entire claim. Under these circumstances, Clients authorize Attorney to execute a General Release of All Claims and file a dismissal of the lawsuit on behalf of Clients. Attorney would deduct attorney fee, costs, and expenses from the settlement, and place the balance in an interest bearing trust account.

10. **EFFECTIVE DATE:**

This Agreement will take effect when you return a signed copy of this Agreement.

DATED: _1-15-07_                    _MARY FRANCES PREVOST_ (signature)

MARY FRANCES PREVOST

I hereby have read and understood the foregoing terms and agree to them.

DATED: _1-15-07_

SHAHROKH SAADAT NEJAD              _Shahrokh S.N._ (signature)
(Print)                             (Signature)

3713 MOUNT ASHMUN PL.
SAN DIEGO, CA 92111
- (646) 225-8213 -
Pacific Converters @ yahoo.com

3

# EXHIBIT
# (A-2)

F I L E D

Clerk of the Superior Court

FEB 2 7 2007

By: J. JOHNSON, Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation,<br><br>                   Plaintiff,<br><br>v.<br><br>SHAHROKH SAADATNEJAD, individually and doing business as PACIFICLAWCENTERS.COM and USHOSTAGE.COM; and DOES 1 through 50, inclusive,<br><br>                   Defendants. | CASE NO. GIC 878352<br><br>**ORDER GRANTING PACIFIC LAW CENTER'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**<br><br>Date:          February 27, 2007<br>Time:         9:00 a.m.<br>Dept.         75<br><br>Complaint Filed:  January 12, 2007<br><br>I/C Judge: Hon. Richard E.L. Strauss |

ORDER GRANTING PACIFIC LAW CENTER'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION

1    Upon the *ex parte* application of Pacific Law Center, and the declarations of Thomas

2  Slattery and Matthew Spiegel, and for good cause shown,

3    IT IS HEREBY ORDERED AND DECREED, as follows:

4    1.    Plaintiff Pacific Law Center's *ex parte* application for a temporary restraining

5  order is GRANTED.

6    2.    Until further order of this Court Shahrokh Saadatnejad shall immediately to

7  cease using the website pacificlawcenters.com or any similar website.

8    3.    Until further order of this Court, Shahrokh Saadatnejad shall not use the trade

9  name Pacific Law Center in any published communication.

10    4.    IT IS FURTHER ORDERED AND DECREED that Shahrokh Saadatnejad shall

11  appear on March __9__, 2007 at __3:00__ __P__.m. show cause why a preliminary injunction

12  should not issue enjoining and restraining him from using the website pacificlawcenters.com

13  or any similar website and from using the trade name Pacific Law Center in any published

14  communication until the trial of this case.

15    5.    Plaintiff shall file and personally serve any supplemental papers in support of

16  its application for a preliminary injunction on or before __March 7__, 2007 *by noon*.

17    6.    Shahrokh Saadatnejad shall file and personally serve any opposition on or

18  before __March 7__, 2007 *by 5pm*.

19    7.    Pacific Law Center shall file and personally serve any reply on or before

20  __March 7__, 2007 *by 5pm*.

21    IT IS SO ORDERED.

22  Dated: __FEB 2 7 2007__

23    RICHARD E.L. STRAUSS
    JUDGE OF THE SUPERIOR COURT

24

25

26

27

28



## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| CASE NUMBER GIC 878 352 | COMPLAINT DATE | HEARING DATE FEB 27 2007 | HEARING TIME 9 am | DEPT 75 | FOR COURT USE ONLY |
|---|---|---|---|---|---|

Clerk of the Superior Court

FEB 27 2007

By: M. WONG-JIMENEZ, Deputy

| JUDGE    RICHARD E.L. STRAUSS | CLERK |
|---|---|
| REPORTER . | CSR # |

| PLAINTIFF/PETITIONER Pacific Law Center | ATTORNEY FOR PLAINTIFF/PETITIONER Edward T. McIntyre |
|---|---|
| DEFENDANT/RESPONDENT Saadatnejad | ATTORNEY FOR DEFENDANT/RESPONDENT |

COUNSEL FOR MOVING PARTY MUST FILL IN TOP PORTION, EXCLUDING NAMES OF JUDGE, CLERK AND REPORTER. ALL COUNSEL MUST PRINT NAMES IN SPACE OPPOSITE THE NAME OF THE PARTY THEY REPRESENT.

EX PARTE APPLICATION FOR: Pro+os Preliminary Injunction

MOVING PARTY: Plaintiff

☐ ORDER BY COURT ☐ GRANTED ☐ DENIED ☐ ORDER SHORTENING TIME IS ☐ GRANTED ☐ DENIED

☑ MOTION ~~TO~~/FOR _PRELIMINARY INJUNCTION_ IS SET ON /~~CONT. TO~~ 3/9 AT 3⁰⁰ AM /PM

MOVING PAPERS TO BE FILED ~~AND FAXED/PERSONALLY SERVED~~ BY 3/7/07 by C.O.B.

OPPOSITION TO BE FILED ~~AND FAXED/PERSONALLY SERVED~~ BY 3/7/07 by C.O.B. REPLY 3/7/07 by C.O.B.

☐ TENTATIVE RULING / APPEARANCE NECESSARY

☐ TRIAL DATE CONTINUED TO/SET ON: _____ AT _____ AM / PM ON MOTION OF PLT / DFT ☐ BY COURT

☐ TRIAL CONTINUANCE FEE DUE BY _____ . PAID [ ]     NOT PAID [ ]

☐ TRIAL READINESS CONFERENCE CONTINUED TO: _____ AT _____ AM / PM ON MOTION OF PLT / DFT ☐ BY COURT

☐ CASE MANAGEMENT CONFERENCE CONTINUED TO /SET FOR _____ AT _____ AM / PM ☐ CASE DESIGNATED EXCEPTIONAL

☐ 1ST EXCHANGE OF EXPERTS _____ 2ND EXCHANGE OF EXPERTS _____ ☐ ALL DEADLINES REMAIN AS SET

☐ MOTION/DISCOVERY/POSTING OF JURY FEES DATE EXT/CONT TO _____ NON JURY/JURY REQUESTED BY PLT/DFT  EST. LENGTH OF TRIAL _____ DAYS

☐ VACATE ALL HEARING DATES ☐ ORDERED TO ARB./MED. TO BE COMPLETED BY _____ ☐ REMOVED FROM ARB./MED. ☐ SET ON 45 DAY DISMISSAL CALENDAR

☐ LEAD CASE NO. _____ CONSOLIDATED WITH _____

☐ COURT ORDERS A STAY OF EVICTION UNTIL _____

☐ SETTLEMENT CONFERENCE WITH JUDGE _____ . COUNSEL ARE TO CALL FOR A DATE WITHIN THE NEXT _____ DAYS

OTHER Court has reads and considered the plaintiff's exparte application and denies the preliminary injunction but grants a temporary protective order. Counsel for Pacific Law Center to post a $10,000 bond. (may)

DATED: FEB 27 2007

JUDGE OF THE SUPERIOR COURT

SDSC CIV-7(Rev. 4-05)          **EX PARTE MINUTES**          RICHARD E.L. STRAUSS

# EXHIBIT (A)

# Continuing Abuses by Chaz (Aaron Fritz)
*Last updated 5-22-2004*

# Community Notice !!!

 Please be advised that there is an individual named Aaron Fritz (Chaz) who is spreading hate, lies and deceit among the tribes of the Rainbow and may be a danger to young males who may be traveling to and from gatherings. This individual has attempted to hack into the community server on several occasions in an attempt to gain access to email content for solicitation purposes, has posted false information to many forums under assumed aliases to deceive the public, stolen software programs and databases from our community and was forced to leave our group after complaints of pedophilia from several family folks. If you have a link to kindrideshare.net or kindrideshare.com you may want to make appropriate changes to detour his propagation of ill will and predatory efforts to cull young boys from the circle. Please spread the word in all directions that this individual may be at the gatherings this summer!! For more detailed information about Aaron Fritz and his cycle of harassment and abuse please send us an email, thanks, shine. Protect the Children!!!!

Aaron Fritz (Chaz) is a dark complicated male, brown eyes and approx. 28 years of age, 140 pounds and approx. 5' 5" tall. He has been known to wear patch work pants that may or may not have a tail made from patches and tyedye tee shirts. Distinguishing marks are a noticeable scar on his nose and a retainer for his teeth. This individual appears to be very likeable in many respects but caution should be used at all times especially around young males who may have run away from home or traveling to the Rainbow Family Gatherings.

Aaron Fritz (Chaz) has operated several websites that promote underage sexual acts, perversion, and pedophilia and engages in mass email harvesting and sales. Several of these sites have been taken off the internet in the United States although in 2003 he started using offshore hosting accounts and dedicated porn hosting servers.

| ☒ Aaron Fritz (Chaz) Pediphile Alert |
| --- |
|  |

| Last known address(s) | Vitals | Known Sites | Resources |
| --- | --- | --- | --- |
| Fritz, Aaron<br>ChoaTech Internet Enterprises<br>7158 Santa Monica<br>San Diego, California 92107<br>United States<br>619-501-7420<br><br>FRITZ, AARON<br>8132 HWY 111<br>NILAN, CA | Age: 28<br>Height: 5' 5"<br>Weight:140 LBS<br>Hair: Black<br>Eyes: Brown | gaytwinkboys.com<br>pinkyellowpages.com | **Case Number**<br>11/07/02 102DR4494<br>01/09/03 103DR0148<br>01/07/03 303AC0014 |

Content still being loaded - please bookmark and check again later,thanks

**More details to follow as information and documentation is being uploaded.
Please check back soon and spread the word!! .....**

# EXHIBIT
# (B)

# YAHOO!® MAIL

Search: [_____] [Web Search]





**Make your Internet go fast. For not a lot of cash.**

FROM $14.99/MONTH

---

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ] [ Compose ]    [_____] [ Search Mail ] [ Search the Web ]

---

🏧 A MasterCard
In 3 Days*

**Folders** [Add - Edit]

**Inbox (18)**
Draft
Sent
**Bulk (1)**    [Empty]
Trash    [Empty]

**Search Shortcuts**
My Photos
My Attachments


See your credit
score - free


Find Any
Email Address


$200K loan as
low as $771/mo.*

Find Any
Email Address

---

Previous | Next | Back to Messages

[ Delete ] [ Reply ▼ ] [ Forward ▼ ] [ Spam ] [ Move... ▼ ]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** Impd2rq@aol.com  ✉ Add to Address Book  📢 Add Mobile Alert

**Date:** Fri, 12 Jan 2007 19:57:33 EST

**Subject:** Address

**To:** pacificlawcenters@yahoo.com

**CC:** Impd2rq@aol.com

Hello:

My address is below:

555 West Beech Street, Ste. 500
San Diego, CA 92101

It is in the corner of West Beech and India Street. I rent my space from the Law Offices of Greco and Traficante. When you come out of the elevator, please take a left and go into Greco & Traficante. Ask for me, and I will come out and get you.


Sincerely,
MARY FRANCES PREVOST
555 West Beech Street
Suite 500
(619) 692-9001
Impd2rq@aol.com
www.acrimedefenseattorney.com
"*SOME MEN SEE THINGS AS THEY ARE AND SAY 'WHY'? I DREAM OF THINGS THAT NEVER WERE AND SAY "WHY NOT""?* (from Edward Kennedy's eulogy of his brother, Bobby).

[ Delete ] [ Reply ▼ ] [ Forward ▼ ] [ Spam ] [ Move... ▼ ]

Previous | Next | Back to Messages    Save Message Text | Full Headers

Check Mail    Compose                              Search Mail    Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT (C)

 **MAIL**     Search: [_____] [Web Search]

# Get AT&T Yahoo! High Speed Internet

REPLAY

FROM **$14.<sup>99</sup>/MONTH** PLUS UP TO 2 MONTHS FREE.



| Mail ⌄ | Addresses ⌄ | Calendar ⌄ | Notepad ⌄ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[Check Mail]   [Compose]      [_____]  [Search Mail]  [Search the Web]

Trade smarter with Fidelity.

**Previous | Next | Back to Messages**

[Delete]  [Reply ⌄]  [Forward ⌄]  [Spam]  [Move... ⌄]

---

**Folders**     [Add - Edit]

**Inbox (18)**
Draft
Sent
**Bulk (1)**     [Empty]
Trash     [Empty]

---

**Search Shortcuts**

My Photos
My Attachments

---

 CA Credit Score
667 Yours is $0

---

 Earn a degree
In 1 yr

---

$200K loan as
low as $771/mo.*

---

 Find Any
Email Address

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**From:**  Impd2rq@aol.com  🖼 Add to Address Book  🔲 Add Mobile Alert

**Date:**  Mon, 22 Jan 2007 23:37:21 EST

**Subject:**  Re: Pacific Law Center

**To:**  pacificlawcenters@yahoo.com

In a message dated 1/22/2007 7:58:15 P.M. Pacific Standard Time, pacificlawcenters@yahoo.com writes:

> Hi Mary,
>
> When will you be back?

I'm back.

> Pacific Law Center server followed my attorney to his car (Horton Plaza) after court, and the server called my attorney at his house the next night asking about me. Can I write about it on the website?

NO! Stay quiet.

> Should I change my domain name for legal reasons or just to distract them?

No, we are going to negotiate it,

> I can start another site (PatheticLawCenter.com). They are stalking me on the internet very very well. Most of my postings are beeing blocked.

That's funny, but don;t change anything just yet.  Let the sweat a little.

> Should I block out their computer so they can not enter my site? (I
> have their IP numbers)

YES!

> Hope to hear from you soon.

I'll call tomorrow.

Mary

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages        Save Message Text | Full Headers

| Check Mail | Compose |  | Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT
# (D)

# YAHOO! MAIL

Search: [＿＿＿＿＿＿＿＿＿] [Web Search]

## Get AT&T Yahoo! High Speed Internet

REPLAY

FROM $14.<sup>99</sup>/MONTH PLUS UP TO 2 MONTHS FREE.



| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile - Mail Upgrades - Options** |

[ Check Mail ]  [ Compose ]     [＿＿＿＿＿] [ Search Mail ] [ Search the Web ]

Trade smarter with Fidelity.

<u>Previous</u> | <u>Next</u> | <u>Back to Messages</u>

[ Delete ] [ Reply ] ▾ [ Forward ] ▾ [ Spam ] [ Move... ] ▾

This message is not flagged. [ <u>Flag Message</u> - <u>Mark as Unread</u> ]    Printable View

---

**Folders**    [Add - Edit]

| **Inbox (18)** | |
| Draft | |
| Sent | |
| **Bulk (1)** | [Empty] |
| Trash | [Empty] |

**Search Shortcuts**

My Photos

My Attachments

CA Credit Score
667 Yours is $0

Earn a degree
In 1 yr

Mortgage rates
low as 4.625%*

No time? Degrees
fast as 1 yr.

**From:**   lmpd2rq@aol.com   📧 Add to Address Book   📱 Add Mobile Alert

**Date:**   Mon, 22 Jan 2007 23:38:02 EST

**Subject:**   Re: Pacific Law Center .

**To:**   pacificlawcenters@yahoo.com

P.S., do you have a copy of the tape from your meeting? I need it.

Mary

[ Delete ] [ Reply ] ▾ [ Forward ] ▾ [ Spam ] [ Move... ] ▾

<u>Previous</u> | <u>Next</u> | <u>Back to Messages</u>      <u>Save Message Text</u> | <u>Full Headers</u>

---

[ Check Mail ]  [ Compose ]     [＿＿＿＿＿] [ Search Mail ] [ Search the Web ]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT
# (E)

 **MAIL**        Search: [＿＿＿＿＿＿＿＿＿] [Web Search]

## Switch to AT&T Yahoo! High Speed Internet
FROM $14.⁹⁹/MONTH  PLUS GET 3 MONTHS FREE.

REPLAY



| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[Check Mail]  [Compose]        [＿＿＿＿＿＿]  [Search Mail]  [Search the Web]

Trade smarter with Fidelity.

**Folders**        [Add - Edit]

| **Inbox (18)** |
| Draft |
| Sent |
| **Bulk (1)**  [Empty] |
| Trash  [Empty] |

**Search Shortcuts**
My Photos
My Attachments

CA Credit Score
667 Yours is $0

Find Any
Email Address

$200K loan as
low as $771/mo.*

Degrees in as
fast as 1 year.

Previous | Next | Back to Messages

[Delete]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]        Printable View

**From:**  Impd2rq@aol.com  🖼 Add to Address Book  📱 Add Mobile Alert

**Date:**  Tue, 23 Jan 2007 00:22:36 EST

**Subject:**  Re: Pacific Law Center

**To:**  pacificlawcenters@yahoo.com

In a message dated 1/22/2007 9:17:49 P.M. Pacific Standard Time, pacificlawcenters@yahoo.com writes:

Gary asked me today where do I hang out at. I felt a little strange.

Yes, that's odd.  Tell him you like seaworld because you can shower there with Flipper.

Mary

[Delete]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

Previous | Next | Back to Messages        Save Message Text | Full Headers

[Check Mail]  [Compose]        [＿＿＿＿＿＿]  [Search Mail]  [Search the Web]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT
# (F)

# YAHOO! MAIL

Search: [ ] [Web Search]



you can get **it** on

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[Check Mail]  [Compose]   [ ]   [Search Mail]  [Search the Web]

Your terms.
Your card. Apply!

**Folders**    [Add - Edit]

**Inbox (17)**
Draft
Sent
**Bulk (1)**    [Empty]
Trash    [Empty]

**Search Shortcuts**
My Photos
My Attachments

 CA Credit Score
667 See Yours

 Earn a degree
In 1 yr

 5.5% 30-yr. fixed
rate*. Refi

Find Any
Email Address

Previous | Next | Back to Messages

[Delete] [Reply ▾] [Forward ▾] [Spam] [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Date:** Wed, 24 Jan 2007 16:11:47 -0800 (PST)

**From:** "PACIFIC LAW CENTERS PLC" <pacificlawcenters@yahoo.com>  Add to Address Book  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Pacific Law Center

**To:** Impd2rq@aol.com, saadatnejad@yahoo.com, bankoftickets@yahoo.com, pacificlawcenters@yahoo.com

Hi Mary,

I know you are very busy, but right now I have to think of me.

I have been waiting for your phone call for almost three days now, and I must give up waiting. At $350 an hour that I signed maybe adding up to a point where I can be controled. I have to take my loss and move on. I had to unplug my buy online ticket service.

Please STOP all work on this matter and send me a bill. I will be back in San Diego after the NFL Super Bowl in Miami. The latest that you will have your money is on or around Febuary 11, 2007. (It should be around 4:00pm on 2/11/07) Is that OK? It is only three weeks away.

I think I will handle what Pacific Law Center did to me outside of the country or look for other avenues. There seems to be too much corruption in the Justice system here in the United States.

Shahrokh Saadat-Nejad
(646) 225-8213

Please Mail the bill and tape to:
Shahrokh Saadat-Nejad
3713 Mount Ashmun Place
San Diego, California 92111

P.S. Domain name DUISANDIEGODUI.com is yours if you want it.

Everyone is raving about the all-new Yahoo! Mail beta.

| Delete | Reply | ▼ | Forward | ▼ | Spam | Move... | ▼ |

Previous | Next | Back to Messages    Save Message Text | Full Headers

| Check Mail | Compose |

| Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT (G)

 **YAHOO!** MAIL

Search: [                    ] [Web Search]

The Westin Discover Experience
• Tickets to local shows and events—see list
• Breakfast and newspaper
• Late checkout privileges
[Book Now ▶]
This is how it sh...
WEST
HOTELS & RE

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾    **Mail For Mobile - Mail Upgrades - Options**

[Check Mail] [Compose]    [                    ] [Search Mail] [Search the Web]

 Trade smarter with Fidelity.

**Folders**    [Add - Edit]

| Inbox (18) | |
| Draft | |
| Sent | |
| **Bulk (1)** | [Empty] |
| Trash | [Empty] |

**Search Shortcuts**

My Photos
My Attachments

 CA Credit Score
667 Yours is $0

 Earn a degree
In 1 yr

 5.5% 30yr Fix
Good credit refi

 Find Any
Email Address

Previous | Next | Back to Messages

[Delete] [Reply ▾] [Forward ▾] [Spam] [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** lmpd2rq@aol.com   Add to Address Book  ☐ Add Mobile Alert

**Date:** Wed, 24 Jan 2007 19:44:41 EST

**Subject:** Re: Pacific Law Center

**To:** pacificlawcenters@yahoo.com

**CC:** lmpd2rq@aol.com

Shahrokh:

I'm confused. I am on the way to the hospital to pick up my dog, and I see this very confusing email from you. What's happened? Marisela told me when you came to view the complaint, that you decided you wanted to take on and destroy Pacific Law Center, go the whole way including trial, and that you were very upset.

I realize you are, but what has caused this decision? Is it that I didn't leave my dog to die at home and call you over the past two days? Or perhaps I was in court? You have to understand that different cases get priority when priority is needed for that case. I had every intention of discussing this with you over the weekend, when I could not be interrupted by telephones or other clients.

Why would you take a loss when you very well may have a nice settlement coming your way? I don;t understand why you want to give up the fight.

Please talk to me!

Mary Frances Prevost

In a message dated 1/24/2007 4:11:53 P.M. Pacific Standard Time, pacificlawcenters@yahoo.com writes:

> Hi Mary,
>
> I know you are very busy, but right now I have to think of me.

I have been waiting for your phone call for almost three days now, and I must give up waiting. At $350 an hour that I signed maybe adding up to a point where I can be controled. I have to take my loss and move on. I had to unplug my buy online ticket service.

Please STOP all work on this matter and send me a bill. I will be back in San Diego after the NFL Super Bowl in Miami. The latest that you will have your money is on or around Febuary 11, 2007. (It should be around 4:00pm on 2/11/07) Is that OK? It is only three weeks away.

I think I will handle what Pacific Law Center did to me outside of the country or look for other avenues. There seems to be too much corruption in the Justice system here in the United States.

Shahrokh Saadat-Nejad
(646) 225-8213

Please Mail the bill and tape to:
Shahrokh Saadat-Nejad
3713 Mount Ashmun Place
San Diego, California 92111

| Delete | Reply | ▼ | Forward | ▼ | Spam | Move... | ▼ |

Previous | Next | Back to Messages          Save Message Text | Full Headers

| Check Mail | Compose |          | Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT (H)

# YAHOO! MAIL

Search: [                    ] [Web Search]



| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]          [                    ]  [ Search Mail ]  [ Search the Web ]

 Earn a degree
in less than 1 yr.

**Folders** [Add - Edit]

**Inbox (18)**
Draft
Sent
**Bulk (1)** [Empty]
Trash [Empty]

**Search Shortcuts**

My Photos
My Attachments

 CA Credit Score
667 See Yours

 Earn a degree
In 1 yr

 5.5% 30yr Fix
Good credit refi

 Degrees in as
fast as 1 year.

Previous | Next | Back to Messages

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**From:** Impd2rq@aol.com   Add to Address Book   Add Mobile Alert
**Date:** Thu, 25 Jan 2007 00:21:46 EST
**Subject:** Re: Pacific Law Center
**To:** pacificlawcenters@yahoo.com

I won't do anything for now. But think about us getting a demand letter out to them at least. Just think about it. (:

Mary


In a message dated 1/24/2007 9:12:29 P.M. Pacific Standard Time, pacificlawcenters@yahoo.com writes:

Hi Mary,

It is not because of you. I think you and your team are angels. But I am too confused right now. I hired a lawyer 5 weeks ago (Gary) and he has not filed anything for me, but he did take my money. I feel that I been riped off again. Then I think about the contract I signed with you at $350 per hour, it freaks me out.

Sorry for the change of mind.

Lawyers confuse the heck out of me.

Shahrokh Saadat-Nejad


[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]

Previous | Next | Back to Messages       Save Message Text | Full Headers

Check Mail | Compose | Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT (I)

   

# YAHOO! MAIL

Search: [＿＿＿＿＿＿＿＿＿] [Web Search]

**I graduated in:**

 classmates·com

| Mail ∨ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ] [ Compose ]   [＿＿＿＿＿] [ Search Mail ] [ Search the Web ]

 Earn a degree
In less than 1 yr.

**Folders** [Add - Edit]

| **Inbox (18)** |
| Draft |
| Sent |
| **Bulk (1)** [Empty] |
| Trash [Empty] |

**Search Shortcuts**
My Photos
My Attachments

 See your credit
score - free

 Earn a degree
In 1 yr

 Good Credit?
30-yr rate 5.5%*

 Find Any
Email Address

Previous | Next | Back to Messages

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:**  Impd2rq@aol.com  ✉ Add to Address Book  ☐ Add Mobile Alert

**Date:**  Sat, 27 Jan 2007 12:49:23 EST

**Subject:**  Re: Bill & Tape

**To:**  pacificlawcenters@yahoo.com

**CC:**  Impd2rq@aol.com, ☺ mjh_crimlaw@yahoo.com

Hi: Yes I will get that out on Monday. But what are you going to do? They have a suit against you, and you have a solid issue against them. What if you get served? Are you going to let it go into default? Will you let them get a judgment against you? I still suggest getting out a demand letter to globally resolve the whole thing.

I think a report to the state bar is warranted. Do you want me to file one? I don;t charge for that, by the way. It would be an honor and pleasure to let the state bar know what's going on. These dumptrucks are killing my business!

Go to Miami. Nothing is going to happen here while you are gone that can't be taken care of upon your return.

Mary

In a message dated 1/26/2007 2:45:17 P.M. Pacific Standard Time, pacificlawcenters@yahoo.com writes:

> Hi Mary,
>
> Could you please email and mail me a bill. Please mail the tape too. (I need it)
>
> Pacific Law Center server with an attorney went to my fathers house today and tried to serve him. My father refused. Pacific Law Center

server with a attorney went back to my fathers house with the San Diego Police minutes later.

Gary told me that my criminal case is looking like intentional foul play from the DA and Court.

Pacific Law Center may become co-defendants. I still want to file.

I may skip Miami.

Mail To:
Shahrokh Saadat-Nejad
3713 Mount Ashmun Place
San Diego, Ca 92111
pacificlawcenters@yahoo.com



Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT (J)

# YAHOO! MAIL

Search: [_____] **Web Search**

 

get it on **ebY**

Roll over items to see more

---

**Mail** ▾ | **Addresses** ▾ | **Calendar** ▾ | **Notepad** ▾    **Mail For Mobile** - **Mail Upgrades** - **Options**

[ Check Mail ] [ Compose ]    [_____] [ Search Mail ] [ Search the Web ]

Ugly Credit?
Attractive Card.

Previous | Next | Back to Messages    Call or   Instant Message  mjh_c

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable

**Folders** [Add - Edit]

| **Inbox (18)** |
| Draft |
| Sent |
| **Bulk (1)** [Empty] |
| Trash [Empty] |

**Date:** Thu, 1 Feb 2007 12:15:32 -0800 (PST)

**From:** "Marisela J. Hernandez" <mjh_crimlaw@yahoo.com>  Add to Address Book  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:** Enclosed Please Find..

**To:** pacificlawcenters@yahoo.com

**Search Shortcuts**

My Photos
My Attachments

Shahrok,

Enclosed please find the Demand Letter that was mailed to Pacific Law Center this afternoon.

Please Give us a Call if You have any Questions.

Thank You

 CA Credit Score
667 See Yours

 Earn a degree
In 1 yr

 Bad Credit
Refinance Rates

 Find Any
Email Address

Marisela J. Hernandez
Paralegal to Mary F. Prevost
555 West Beech Street, Suite 500
San Diego, CA 92101
Tel. (619) 692-9001
Fax. (619) 255-0726
www.acrimedefenseattorney.com

---

Sucker-punch spam with award-winning protection.
Try the free Yahoo! Mail Beta.

---

**Attachments**    Attachment scanning provided by: Norton **AntiVi**

**Files:**

Delete   Reply ▼   Forward ▼   Spam   Move... ▼

Check Mail   Compose            [                ]   Search Mail   Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# MARY FRANCES PRÉVOST

### ATTORNEY AT LAW

*National Association of Criminal Defense Lawyers \* Board of Directors: San Diego Criminal Defense Bar Association (1997-2004) \* National College for Dui Defense \* California Attorneys for Criminal Justice \* California Public Defender's Association \* California DUI Defense Lawyers Association \* North County Criminal Defense Bar Association \* Consumer Attorneys of San Diego \* American Inns of Court \* Federal Bar Association \* International Criminal Defence Attorneys Association \* American Trial Lawyers Association*

February 1, 2007

Thomas W. Slattery
Pacific Law Center, P.C.
4225 Executive Square, Suite 1550
La Jolla, California 92037

Robert Arentz
Phillips & Associates, P.C.
3030 North 3rd Street, Suite 1100
Phoenix, Arizona 85012-3049

Re: Shahrokh Saadatnejad

Dear Mssrs. Slattery & Arentz:

This letter is a request for a global pre-filing settlement of Mr. Saadatnejad's malpractice case against Pacific Law Center, Thomas Slattery and Matthew Spiegel. As you are aware, Mr. Saadatnejad's constitutional rights were violated when Pacific Law Center appeared on his behalf in court after your firm was fired, and waived his constitutional right to be present in the courtroom as well as waived his speedy trial rights without his permission.

As you are aware, Mr. Saadatnejad has been broadcasting this very clear malpractice across the internet via his own website, as well as posting warnings on numerous other message boards. He intends to continue doing so.

Ultimately, a junior attorney in your office, Matthew Spiegel, filed a complaint for injunctive relief and damages in the Superior Court identifying how Mr. Saadatnejad's actions have cost Pacific Law Center clients.

As you know, or should know, Pacific Law Center is a public figure pursuant to the New York Times versus Sullivan rule and, as such, even if an injunction were granted by Judge Strauss, Mr. Saadatnejad may still proceed for the rest of his life to post his very valid complaints warning other citizens to beware of Pacific Law Center. In any event, I do not believe an injunction would be granted. And certainly any loss claimed by Pacific Law Center is as a result of the malpractice of Pacific Law Center. Mr. Saadatnejad simply made that malpractice very public.

*ORANGE COUNTY*
*1500 QUAIL STREET, STE. 550*
*NEWPORT BEACH, CALIFORNIA 92618*
*TELE: (866) 464-6662*

*LOS ANGELES*
*468 NORTH CAMDEN DRIVE*
*BEVERLY HILLS, CALIFORNIA 90210*
*TELE: (866) 464-6663*
*E-MAIL: MFP02RO@AOL.COM*

*SAN DIEGO*
*555 W. BEECH STREET, STE. 500*
*SAN DIEGO, CALIFORNIA 92101*
*TELE: (619) 692-9001*

*WEBSITE: HTTP://ACRIMEDEFENSEATTORNEY.COM*
*FAX: (619) 255-0726*

However, in an attempt to globally settle Mr. Saadatnejad's Complaint for Malpractice prior to filing, I suggest the following:

Pacific Law Center, P.C. pay Mr. Saadatnejad $500,000 in damages. In return, Mr. Sadatnejad will sign over all domain names in his possession related to or referring to Pacific Law Center. Mr. Sadatnejad will cease and desist, and will sign the appropriate documents to that effect, from further posting the story of Pacific Law Center's malpractice on any site on the internet, or broadcasting in any way or through any medium and comments pertaining or relating to his association with Pacific Law Center. Pacific Law Center will dismiss its complaint for injunctive relief and damages with prejudice.

This offer remains outstanding until 5 p.m. on Thursday, February 15, 2007. Thereafter, if our global settlement rejected, I will file a Complaint for malpractice against Pacific Law Center, Thomas Slattery and Matthew Spiegal, and immediately schedule depositions. The lawsuit, I suspect, will become a very public matter.

I look forward to your speedy reply.

Sincerely,

Mary Frances Prevost

# EXHIBIT
# (K)

# YAHOO! MAIL

Search: [＿＿＿＿＿＿＿＿] [Web Search]


MEDICAL HAIR RESTORATION
**Losing your hair?**
Find out why and get answers on how you can regrow your hair - permanently!
before    after
CLICK HERE TO RECEIVE YOUR FREE EDUCATIONAL DVD

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[Check Mail]  [Compose]       [＿＿＿＿＿]  [Search Mail]  [Search the Web]

New Zodiac card in just 3 days*

Previous | Next | Back to Messages

[Delete]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**Folders**     [Add - Edit]

**Inbox (18)**
Draft
Sent
**Bulk (1)**     [Empty]
Trash          [Empty]

**Search Shortcuts**
My Photos
My Attachments

CA Credit Score
667 See Yours

Earn a degree
In 1 yr

Mortgage rates
low as 4.625%*

Degrees for
working adults

| | |
|---|---|
| From: | Impd2rq@aol.com  🖼 Add to Address Book · 📱 Add Mobile Alert |
| Date: | Wed, 7 Feb 2007 16:45:38 EST |
| Subject: | Re: Pacific Law Center |
| To: | pacificlawcenters@yahoo.com |
| CC: | Impd2rq@aol.com |

I've noticed you are up and running all over the internet again.  Let's see if they want to do something about it. 😾

BTW, how do you get photos up on Craigslist?  And how do you get your craigslist ads up so high on google?


Sincerely,
MARY FRANCES PREVOST
555 West Beech Street
Suite 500
(619) 692-9001
Impd2rq@aol.com
www.acrimedefenseattorney.com
"*SOME MEN SEE THINGS AS THEY ARE AND SAY 'WHY'"? I DREAM OF THINGS THAT NEVER WERE AND SAY "WHY NOT""? (from Edward Kennedy's eulogy of his brother, Bobby*).

[Delete]  [Reply ▾]  [Forward ▾]  [Spam]  [Move... ▾]

Previous | Next | Back to Messages          Save Message Text | Full Headers

[Check Mail]  [Compose]       [＿＿＿＿＿]  [Search Mail]  [Search the Web]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT
## (L)

 **MAIL**          Search: [_____] [Web Search]

 **THE BEST CARD FOR PEOPLE WITH BAD CRE**

ORCHARD BANK®                                              **Get starte**

---

| **Mail** ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]                    [_____]  [ Search Mail ]  [ Search the Web ]

**Fax with Yahoo! Mail**
FREE trial

**Folders**     [Add - Edit]

**Inbox (18)**
Draft
Sent
**Bulk (1)**     [Empty]
Trash           [Empty]

**Search Shortcuts**
My Photos
My Attachments

**CA Credit Score**
667 See Yours

**Earn a degree**
In 1 yr

**$200K loan as**
low as $771/mo.*

**Find Any**
Email Address

Previous | Next | Back to Messages          Call or     Instant Message  ponymag18

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]

This message is not flagged.  [ Flag Message - Mark as Unread ]     Printable View

**Date:**  Thu, 8 Feb 2007 16:54:38 -0800 (PST)

**From:**  ☺ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▦ Add to Address
Book   ▯ Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by
yahoo.com. Learn more

**Subject:**  Pacific Law Center

**To:**  pacificlawcenters@yahoo.com

If you want more information about Pacific Law Center here you go. By the way
dont let my email leak into the internet.

But yeah, John A. Schill does not, i repeat does not have a lisence to practice
in CA. He has tried 3 times to pass the Bar Exam and has failed. Also the last
time was aroud 8/2006. Its scary because he is one of the persons that runs
PLC.

---

**Food fight?** Enjoy some healthy debate
in the Yahoo! Answers Food & Drink Q&A.

[ Delete ]  [ Reply ▾ ]  [ Forward ▾ ]  [ Spam ]  [ Move... ▾ ]

Previous | Next | Back to Messages          Save Message Text | Full Headers

[ Check Mail ]  [ Compose ]          [_____]  [ Search Mail ]  [ Search the Web ]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT (M)

 **MAIL**          Search: [                    ] [Web Search]

 The best card for People with bad credit.          ORCHARD·BANK  Apply Now

| Mail ᵛ | Addresses ▼ | Calendar ▼ | Notepad ▼ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]                    [              ] [ Search Mail ] [ Search the Web ]

 New Zodiac card
in just 3 days*

Previous | Next | Back to Messages

[ Delete ]  [ Reply |▼]  [ Forward ▼]  [ Spam ]  [ Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** Impd2rq@aol.com  🖼 Add to Address Book  📧 Add Mobile Alert

**Date:** Thu, 8 Feb 2007 20:37:27 EST

**Subject:** Re: PLC

**To:** pacificlawcenters@yahoo.com

In a message dated 2/8/2007 5:34:11 P.M. Pacific Standard Time,
pacificlawcenters@yahoo.com writes:

**Folders** [Add - Edit]
 **Inbox (18)**
Draft
Sent
**Bulk (1)** [Empty]
Trash [Empty]

**Search Shortcuts**
My Photos
My Attachments

 CA Credit Score
667 See Yours

 Find Any
Email Address

 5.5% 30-yr. fixed
rate*. Refi

Find Any
Email Address

> Hi Mary,
>
> I got a tip from a person regarding a Mr. John A. Schill whom works at
> PLC (High Rank).
>
> Mr. Schill does not have a license to practice in California. He has
> failed his California Bar Exam three times, and the last time Mr. Schill
> took the Cali Bar Exam and failed was during the month of August of
> 2006.
>
> If it is true, can I post it on the internet?😶
> Please say yes..........

WAIT. I HAVE A FEW PEOPLE CHECKING INTO SOME THINGS
REGARDING THEM. I THINK YOU MAY BE RIGHT ABOUT SCHILL, BUT
PLEASE LAY LOW JUST FOR A WHILE. I KNOW IT'S HARD, BUT I'M
TRYING TO CONTACT SOME EX-ATTORNEYS FROM THERE TO GET THE
SCOOP. JUST HANG ON FOR A BIT.

> Shahrokh Saadat-Nejad
>
> BTW - I gave your business card to a college student from SDSU
> today because he was tasered by campus police for riding a
> skateboard. I spoke to him, and he does not appear to be violent, but

campus police told the media that he was a threat to them. Its on most of local news network and the paper.

I think the incident is on security camera, but noone has talked about it. The security cameras close to the scene seems to be part of Trolly security. 🙂

WASN'T THIS ON THE NEWS? I JUST FILED A SEC. 1983 AGAINST CHULA VISTA COPS LAST WEEK ON BEHALF OF AN 18-YEAR-OLD WHO WAS BEATEN AND DISABLED BY A ROGUE COP.

MARY

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages          Save Message Text | Full Headers

| Check Mail | Compose |          [                    ] | Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# YAHOO! MAIL

Search: [                    ] [Web Search]



The best card for people
with bad credit

**ORCHARD BANK**
Apply Now

---

| Mail ⌄ | Addresses ▼ | Calendar ▼ | Notepad ▼ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[Check Mail] [Compose]        [                    ] [Search Mail] [Search the Web]

⚡ A MasterCard
In 3 Days*

---

**Folders**   [Add - Edit]

| **Inbox (18)** |
| Draft |
| Sent |
| **Bulk (1)**   [Empty] |
| Trash   [Empty] |

---

**Search Shortcuts**

My Photos
My Attachments

---

 See your credit
score - free

 Earn a degree
In 1 yr

 5.5% 30yr Fix
Good credit refi

 Find Any
Email Address

**Previous | Next | Back to Messages**

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:** Impd2rq@aol.com  📖 Add to Address Book  📱 Add Mobile Alert

**Date:** Sat, 10 Feb 2007 13:06:48 EST

**Subject:** 📎 How to do this

**To:** pacificlawcenters@yahoo.com

Hi:

Below is a new posting on Craigslist San Diego for a former PLC employee.
Fist, DO NOT spam her. I am contacting her, and a few other former lawyers,
to see if they will give me any insider info. Second, how do you get photos up
on craigslist? We will talk Monday about the PLC stuff, okay? If you want to
come in, let Marisella know. I'm open on Monday after 12 noon.

Mary

http://sandiego.craigslist.org/lgs/276529369.html

---

**Forwarded Message** [ Download File | Save to Yahoo! Briefcase ]

**From:** Mfprevost@aol.com

**Date:** Sat, 10 Feb 2007 13:03:31 EST

**Subject:** Fwd: (no subject)

**To:** Impd2rq@aol.com

**HTML Attachment** [ Scan and Save to Computer | Save to Yahoo! Briefcase ]
In a message dated 2/10/2007 10:02:28 A.M. Pacific Standard Time, Impd2rq
writes:

| http://sandiego.craigslist.org/lgs/276529369.html

## Forwarded Message

| | |
|---|---|
| **From:** | Impd2rq@aol.com |
| **Date:** | Sat, 10 Feb 2007 13:02:28 EST |
| **Subject:** | (no subject) |
| **To:** | Mfprevost@aol.com |

**HTML Attachment** [ <u>Scan and Save to Computer</u> | <u>Save to Yahoo! Briefcase</u> ]
<u>http://sandiego.craigslist.org/lgs/276529369.html</u>

[ ˙Delete˙ ]  [ Reply ˙ ▼ ]  [ Forward ˙ ▼ ]  [ Spam ]  [ ˙Move...˙ ▼ ]

<u>Previous</u> | <u>Next</u> | <u>Back to Messages</u>          <u>Save Message Text</u> | <u>Full Headers</u>

[ **Check Mail** ]  [ ˙Compose˙ ]          [                    ]  [ ˙Search Mail˙ ]  [ ˙Search the Web˙ ]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# YAHOO! MAIL

Search: [                    ] [ **Web Search** ]



Get rewarded for your excellent credit with a **Capital One** **No Hassle Miles**

✓ NO MILES EXPIRATION     ✓ FLY ANY AIRLINE, ANY SEAT, ANY TIME     ✓ NO ANNUAL FEE     **Apply**

| Mail ∨ | Addresses ∨ | Calendar ∨ | Notepad ∨ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]     [                    ]  [ Search Mail ]  [ Search the Web ]

A MasterCard
In 3 Days*

**Folders**  [Add - Edit]

| **Inbox (18)** | |
| Draft | |
| Sent | |
| **Bulk (1)** | [Empty] |
| Trash | [Empty] |

**Search Shortcuts**

My Photos
My Attachments

See your credit score - free

Capital One® Credit Cards

30 yr mortgage rates still low

Find Any Email Address

Previous | Next | Back to Messages

[ Delete ]  [ Reply ∨ ]  [ Forward ∨ ]  [ Spam ]  [ Move... ∨ ]

This message is not flagged. [ Flag Message - Mark as Unread ]     Printable View

**From:**  Impd2rq@aol.com  ⬚ Add to Address Book  ▯ Add Mobile Alert

**Date:**  Sat, 10 Feb 2007 13:16:36 EST

**Subject:**  PLC

**To:**  pacificlawcenters@yahoo.com

Also, Marisela and I were looking at the PLC website, and we noticed the "results" page. I suspect they are fabricated. We printed them and put them in a file for future reference. Several of the individuals who allegedly obtained the "results" are no longer there, and we are trying to get a hold of them.


MARY FRANCES PREVOST
Attorney At Law
555 West Beech Street, Ste. 500
San Diego, CA 92101
www.acrimedefenseattorney.com
"Some men see things as they are and say 'why?' I dream of things that never were and say 'why not?'"

[ Delete ]  [ Reply ∨ ]  [ Forward ∨ ]  [ Spam ]  [ Move... ∨ ]

Previous | Next | Back to Messages          Save Message Text | Full Headers

[ Check Mail ]  [ Compose ]     [                    ]  [ Search Mail ]  [ Search the Web ]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT (N)



**YAHOO!** MAIL     Search: [_____] Web Search

**PayPal**   A new winner every day.   CLICK TO PLAY

| Mail | Addresses | Calendar | Notepad | **Mail For Mobile - Mail Upgrades - Options** |

[ Check Mail ] [ Compose ]     [_____] [ Search Mail ] [ Search the Web ]

---

 Ugly Credit?
Attractive Card.

Previous | Next | Back to Messages

[ Delete ] [ Reply ▾] [ Forward ▾] [ Spam ] [ Move ▾]

---

This message is not flagged. [ Flag Message - Mark as Unread ]

**Folders** [Add - Edit]

**Inbox (18)**
Draft
Sent
**Bulk (1)** [Empty]
Trash [Empty]

**To:** "PACIFIC LAW CENTERS PLC" <pacificlawcenters@yahoo.com>

**Subject:** Re: Court Tomorow

**From:** impd2rq@aol.com Add to Address Book  Add Mobile Alert

**Date:** Thu, 15 Feb 2007 05:15:30 +0000

---

**Search Shortcuts**

My Photos
My Attachments

 CA Credit Score
667 See Yours

 Find Any
Email Address

 30 yr mortgage
rates still low

Find Any
Email Address

I do not think you should go to court.  They will serve you a
will not help you.  The court will not let you complain.  Wha
call the cop for? Maybe it is to get info?  I suggest not goi
down side than upside.
Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: PACIFIC LAW CENTERS PLC <pacificlawcenters@yahoo.com>
Date: Wed, 14 Feb 2007 20:28:32
To:Impd2rq@aol.com
Subject: Court Tomorow

Hi Mary,

I dont know if you got my message, but I really need to go to
tomorow. Gary and I had a dispute today. Gary has not been st
me. He still thinks the DA is trying to help me - I gave Gary
file motions to get evidences, and he instead has subpoenaed
Sheriff Investigator to court tomorow, I found out by looking
court file today, he never told me - He talks to me like he d
I tell him - Do most lawyers hate muslim Iranians? I really w
for you to take over the case.

PLC will serve me tomorow in court. I dont know what else to
throw it in their face in court, I guess. They think I fear t
word from PLC? When can we file?

I have around 30 more days to file a complaint against the ci
for September 18, 2006. I think I should do it, because the g

is full of it. Did you listen to the tape?

Thanks for puting me on your mailing list - You are the most
interesting private lawyer I have ever met. Good luck on the
have a safe trip.

Shahrokh Saadat-Nejad
(646)225-8213


----------------
Don't pick lemons.
 See all the new 2007 cars:
<http://autos.yahoo.com/new_cars.html;_ylc=X3oDMTE0OGRsc3F2BF
at Yahoo! Autos.:
<http://autos.yahoo.com/new_cars.html;_ylc=X3oDMTE0OGRsc3F2BF



Delete | Reply | ▼ | Forward | ▼ | Spam | Move... | ▼

Previous | Next | Back to Messages

Check Mail | Compose | | Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# EXHIBIT
# (O)



# YAHOO! MAIL

Search: [                    ] [Web Search]

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile** - **Mail Upgrades** - **Options** |

[ Check Mail ]  [ Compose ]          [                    ] [ Search Mail ] [ Search the Web ]

---

**Ugly Credit?**
**Attractive Card.**

**Folders**  [Add - Edit]

**Inbox (17)**
Draft
Sent
**Bulk (1)**      [Empty]
Trash            [Empty]

**Search Shortcuts**

My Photos
My Attachments

**CA Credit Score**
667 See Yours

**Earn a degree**
In 1 yr.

**Bad Credit**
Refinance Rates

**Find Any**
Email Address

---

Previous | Next | Back to Messages

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move... ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]          Printable View

**From:**  lmpd2rq@aol.com   Add to Address Book   Add Mobile Alert
**Date:**  Tue, 27 Feb 2007 00:25:17 EST
**Subject:**  PLC
**To:**  pacificlawcenters@yahoo.com

http://619attorneys.com/

You can vote against PLC here.

Check out the talking heads site.  I'm on the first row.

http://www.gogomag.com/talkingheads/misc_legal_f.htm

Mary Frances Prevost

---

AOL now offers free email to everyone. Find out more about what's free from
AOL at **AOL.com**.

[ Delete ] [ Reply ▾ ] [ Forward ▾ ] [ Spam ] [ Move... ▾ ]

Previous | Next | Back to Messages          Save Message Text | Full Headers

[ Check Mail ]  [ Compose ]          [                    ] [ Search Mail ] [ Search the Web ]

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

| 619 Directory | 760 Directory | 858 Directory | 951 Directory | 619 Search | 76 |
| --- | --- | --- | --- | --- | --- |

Click Here For Noth County Bookkeeping

| | |
| --- | --- |
| 619 Attorneys | |
| Related Links | |
| Bookkeeping | |
| Loans | |
| Notaries | |
| Marketing | |
| | |
| Check Listings | |
| 619directory.com | |
| BBB | |
| CSLB | |
| Scam Watch | |
| SDCONSUMER | |
| sdconsumerwatch | |
| Protect Yourself | |



## Rate Pacific Law Center

Ave. rating: 1.5 from 9 votes.

○ Excellent ○ Very Good ○ Good ○ Fair ○ Poor [Rate]

Post Your B
San Dieg
Busine

Ad

Zip

Phone

E

Contract
LIC#
Establi

Post Additi
About Your

Terms &
Only San D
All postings
for authent
profanity o
page i



*requ
Report Prof

About Us | Advertise | Privacy Policy | Contact Us | ©2006 Gower Media All Rights Reserved

Home
FAQ
Message
Boards
Anchor
Birthdays
Anchor Surveys
News Feeds
Links

Pictures
This Just In
Reporter
Hot List
Image
Archives
Free
Downloads

# TVHeads.com

### Cable News Message Boards

[                    ] **search site**

The Message Boards | Log In | Search | Register

**ABC | BLOOMBERG | CBS | CNN | COURTTV | FOX | NBC/MSNBC/CNBC | THE
WEATHER CHANNEL | UNIVISION | MORE**

[ Missouri ▾ ]
**Exclude Sold** ☑
[ Find My School Yearbook ]

## Legal, Attorneys, Profilers, Prosecutors, Analysts, Contributors Etc.

### Jayne Weintraub
Defense Attorney


### Wendy Murphy
Former Prosecutor


### Mary Prevost
Criminal Defense Attorney


### Pam Bondi
Prosecutor


### Natasha Lapiner-Giresi
Criminal Defense Attorney


### Mercedes Colwin
Criminal Defense Attorney


### Anne Bremner
Trial Lawyer


### Diane Dimond
Investigative Reporter


### Arlene Ellis-Schipper
Criminal Defense Attorney


### Lauren Lake
Criminal Defense Attorney


### Jane Velez-Mitchell
Investigative Reporter


### Gloria Allred
Trial Attorney


### Lisa Wayne
Defense Attorney


### Carolina Buia
Celebrity Justice


### Leslie Crocker Snyder
Manhattan Supreme Court Justice

### Sarena Strauss
Former Prosecutor




| Carmen Markakis | Michelle Suskauer | Stacey Honowitz | Candice DeLong |
|---|---|---|---|
| Former Assistant District Attorney | Defense Attorney | Former Prosecutor | Criminal Profiler |

   

| Stacy Schneider | Naomi Goldstein | Judge Margaret Finerty | Adriana Gardella |
|---|---|---|---|
| Defense Attorney | "Nancy Grace" Producer | Former Criminal Court Judge | Former Prosecutor |

   

| Renee Rockwell | Jonna Spilbor | Dr. Casey Jordan | Pat Brown |
|---|---|---|---|
| Defense Attorney | Criminal Defense Attorney | Criminologist | Criminal Profiler |

   

| BJ Bernstein | Eleanor Dixon | Pamela Davis | Lisa Pinto |
|---|---|---|---|
| Former Prosecutor | Prosecutor | Civil Attorney | Former Prosecutor |

   

| Rupa Mikkilineni | Pat Lalama | Jeralyn Merritt | Nicole DeBorde |
|---|---|---|---|
| "Nancy Grace" Producer | Celebrity Justice | Defense Attorney | Former Prosecutor |

   

| Pamela Hayes | Leslie Snadowsky | Gayle Abramson | Jennifer Johnson |
|---|---|---|---|

| Former Federal Prosecutor | Investigative Reporter | Former Prosecutor | Tennessee Bureau of Investigation |
|---|---|---|---|
|  |  |  |  |
| **Cindy Robinson**<br>Civil Trial Attorney | **Jill Davis**<br>Criminal Defense Attorney | **Debra Opri**<br>Defense Attorney | **Juliane Balliro**<br>Defense Attorney |
|  |  |  |  |
| **Karen Russell**<br>King-5 Legal Analyst | **Jeanine Pirro**<br>Former District Attorney | **Michelle Sigona**<br>America's Most Wanted | **Karen DeSoto**<br>Criminal Defense Attorney |
|  |  |  |  |
| **Tara Knight**<br>Trial Attorney | **Vanessa Potkin**<br>Innocence Project | **Kimberly Lerner**<br>Defense Attorney | **Rebecca Rose Woodland**<br>Defense Attorney |
|  |  |  |  |
| **Melissa Williamson Nelson**<br>Prosecutor | **Nelda Luce Blair**<br>Former Texas Prosecutor | **Denise Miranda**<br>Criminal Defense Attorney | **Carmen St. George**<br>Defense Attorney |
|  |  |  |  |
| **Stacey Richman**<br>Criminal Defense Attorney | **Danielle Caminiti-Aidala**<br>Defense Attorney | **Sunny Hostin**<br>Former Prosecutor | **Lisa Stone**<br>NW Woman's Law Center |









Kristin Pawlik
Family Law Attorney

Kimarie Rahill
McDonald
Defense Attorney

Krista Barth
Attorney

Allison Gilman
Defense Attorney





Images are copyright of the respective networks. TVHeads.com is not affiliated with CNN, MSNBC, Fox News or any other news concern.



Another *GoGoMag.com* Website!

© Copyright 2006 GoGoMag.com. All rights reserved.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

# EXHIBIT
# (P)








## Pacific Law Center



Do you need an experienced, aggressive attorney with combined experience of over 150 years? Call Pacific Law Center right now for a free initial consultation. We specialize in DUI & criminal, accidents & serious injury and bankruptcy. We are San Diego's Law Firm

## **Click Here** for More Details









← **Pacific Law Center is a Public Figure.**





DUI DEFENDERS ©
A Nationwide Network of DUI Defense Lawyers

Contact your local DUI Lawyer
Toll Free: 800 Kick DUI
800-542-5384

🏠 Home    📋 Success Stories    ⚖ Lawyers Directory    Members | Forum    Zip Code

**DUI/DWI Lawyer List**
Find A Top Lawyer To Help You In This Critical Time. Get Info Now!
www.shop.com/DUI_Lawyer

**DUI in Los Angeles?**
Drunk driving defense is all we do! Save your license. A
www.WeDoDUI.com/SouthernCalif

Ads by Goooooogle                                              Adve

## Pacific Law Center

| Main Page | What is DUI? | Our Law Firm | Our Lawyers | DUI FAQ | Auto Accident |

**Counties served:**

| Imperial County |
| Orange County |
| Riverside County |
| San Bernardino County |
| San Diego County |

Cities s
Select

| Adelan |
| Anahe |
| Apple |
| Bannir |
| Barsto |
| Beaun |
| Big Be |
| Blythe |
| Brawle |
| Brea |
| Buena |
| Calexi |
| Calime |
| Calipat |
| Canyo |
| Carlsb |
| Cathed |
| Chino |
| Chino |
| Chula |
| Coach |
| Colton |
| Corona |

Visit Law Firm Website

**Pacific Law Center**

**Robert Arentz**

4225 Executive Dr. #1500
San Diego CA 92037
**800-KICK DUI**

 Send Email  Visit Website
Alt. Phone: 800-542-5384

Mention DUI Defenders

and get up to

## 10% discount.

(Some firms may not honor this offer)

### Pacific Law Center :  DUI Lawyers in San Diego, California

**Handling Serious Accident and Catastrophic Personal Injury , Criminal and DUI defense, Bankruptcy , Medical Malpractice, and Vioxx and Pharmaceutical Litigation.**

**Pacific Law Center is a California law firm whose attorneys have represented thousands of San Diego residents as well as people across all of California. Our Attorneys have over 150 years of combined legal experience in Personal Injury, Criminal Defense,**

Bankruptcy, and DUI Defense. Our team of lawyers take pride in offering top legal services for the consumers of San Diego and throughout California. When bad things happen to good people, you can rely on Pacific Law Center. For more information, contact a San Diego DUI Lawyer today for your free consultation!

**DUI Defense Information**

**DUI Defense FAQ**

**DUI Defense and Your Legal Rights**

**DUI Defense and Your Drivers License**

**Retaining a San Diego DUI Lawyer**

**Criminal Law Information**

**Phoenix DUI Attorneys** - Phillips Law are DUI Attorneys in Phoenix, Arizona and are one of Arizona's largest consumer law firms.

**DUI Lawyers in San Diego**

**DUI is a difficult crime to understand and it is often difficult to determine whether or not your actions actually were a violation of criminal law. On the 23152(a) charge, there is no clear line people cross to determine whether or not they have had too much alcohol to drive at any particular time. On the 23152(b) charge, some people might be over the limit at the time of the test yet under the limit at the time of driving. As a result, many people who are cited or arrested for "drunk driving" might not be guilty of the DUI crime defined by statute, or there certainly could be "reasonable doubt" as to the facts.**

**If you have been accused of drunk driving , the experienced lawyers at our San Diego law**

| |
|---|
| Coron |
| Costa |
| Cypres |
| Dana |
| Del Ma |
| Desert |
| El Cajo |
| El Cent |
| Encinit |
| Escond |
| Fontar |
| Founta |
| Fullert |
| Garder |
| Grand |
| Hemet |
| Hespei |
| Highla |
| Holtvil |
| Huntin |
| Imperi |
| Imperi |
| Indian |
| Indio |
| Irvine |
| La Hat |
| La Mes |
| La Pal |
| La Qui |
| Laguna |
| Laguna |
| Laguna |
| Laguna |
| Lake E |
| Lake F |

firm can help you understand your rights and protect you from a possible wrongful conviction. It is possible that the machine used to test your blood or breath was not working accurately. Because this is an important issue, there are numerous laws and administrative regulations that require periodic testing of blood or breath testing devices. The records must be maintained and are available for an experienced DUI attorney to review.

**Get answers to your DUI questions including:**

**What do police officers look for when searching for drunk drivers on the highways?**

**If I'm stopped by a police officer and he asks me if I've been drinking, what should I say?**

**Do I have a right to an attorney when I'm stopped by an officer and asked to take a field sobriety test?**

**What is the officer looking for during the initial detention at the scene?**

**What should I do if I'm asked to take field sobriety tests?**

**Should I agree to take a chemical test? What happens if I don't?**

**Do I have a choice of chemical tests?**

**The officer never read me a "Miranda"**

Lemon
Loma I
Los Al:
Missio
Montcl
Moren
Murrie
Nation
Needle
Newpc
Norco
Ocean:
Ontari
Orang
Palm I
Palm S
Perris
Placen
Poway
Ranch
Ranch
Ranch
Marga
Redlar
Rialto
Rivers
San Be
San Cl
San Di
San Ja
San Ju
San M:
Santa
Santee
Seal B
Solana

**warning: Can I get my case dismissed?**

**What defenses are there in a DUI case?**

Stanto
Temec
Tustin
Twent
Upland
Victor
Villa P.
Vista
Westm
Yorba
Yucaip
Yucca

# About Robert Arentz - DUI Defense Lawyer

Robert Arentz is the supervising attorney at Pacific Law Center. Mr. Arentz is a Board Certified Specialist in Criminal Law by the Arizona Board of Legal Specialization and has been licensed to practice law in Arizona since 1978 and in California since 1984. In addition to his supervisory role, he also handles high profile and complex cases, as well as felony criminal cases in Arizona and California. Mr. Arentz has been in practice  for more than twenty-five years. He has handled numerous criminal trials and appeals, including death penalty litigation.

Mr. Arentz is a graduate of Michigan State University in 1973 with honors and Pepperdine University School of Law in 1978. He is admitted to practice law in the State of Arizona, State of California, and various Federal Courts and before the United States Supreme Court. He has practiced criminal law since 1978, both as a prosecutor and a criminal defense attorney.

In 1984, Mr. Arentz assisted in the creation of the Cochise County, Arizona Public Defender's Office, and served as director of that office for over five years. Mr. Arentz has also served as Chairman of an Arizona State Bar Disciplinary Hearing Committee.

**Main Page  What is DUI?  Our Law Firm  Our Lawyers  DUI FAQ  Auto Accidents**

# EXHIBIT
# (Q)

F I L E D

Clerk of the Superior Court

FEB 2 7 2007

By: J. JOHNSON, Deputy

1
2
3
4
5
6
7
8       **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
9
10
11 | PACIFIC LAW CENTER, a Professional Law Corporation,

      Plaintiff,

    v.

SHAHROKH SAADATNEJAD, individually and doing business as PACIFICLAWCENTERS.COM and USHOSTAGE.COM; and DOES 1 through 50, inclusive,

      Defendants.

CASE NO. GIC 878352

**ORDER GRANTING PACIFIC LAW CENTER'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

Date:     February 27, 2007
Time:     9:00 a.m.
Dept.     75

Complaint Filed: January 12, 2007

I/C Judge: Hon. Richard E.L. Strauss

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon the *ex parte* application of Pacific Law Center, and the declarations of Thomas Slattery and Matthew Spiegel, and for good cause shown,

IT IS HEREBY ORDERED AND DECREED, as follows:

1.    Plaintiff Pacific Law Center's *ex parte* application for a temporary restraining order is GRANTED.

2.    Until further order of this Court Shahrokh Saadatnejad shall immediately to cease using the website pacificlawcenters.com or any similar website.

3.    Until further order of this Court, Shahrokh Saadatnejad shall not use the trade name Pacific Law Center in any published communication.

4.    IT IS FURTHER ORDERED AND DECREED that Shahrokh Saadatnejad shall appear on March __9__, 2007 at __3:00__ __p__.m. show cause why a preliminary injunction should not issue enjoining and restraining him from using the website pacificlawcenters.com or any similar website and from using the trade name Pacific Law Center in any published communication until the trial of this case.

5.    Plaintiff shall file and personally serve any supplemental papers in support of its application for a preliminary injunction on or before __March   7__, 2007 *by noon*.

6.    Shahrokh Saadatnejad shall file and personally serve any opposition on or before __March   7__, 2007 *by 5pm*.

7.    Pacific Law Center shall file and personally serve any reply on or before __March   7__, 2007 *by 5pm*.

IT IS SO ORDERED.

Dated:    __FEB 2 7 2007__

RICHARD E.L. STRAUSS
JUDGE OF THE SUPERIOR COURT

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| CASE NUMBER GIC 878 352 | COMPLAINT DATE | HEARING DATE FEB 27 2007 | HEARING TIME 9 am | DEPT 75 | FOR COURT USE ONLY |
|---|---|---|---|---|---|

| JUDGE RICHARD E.L. STRAUSS | CLERK | Clerk of the Superior Court |
|---|---|---|

FEB 27 2007

| REPORTER | CSR # |
|---|---|

By: M. WONG-JIMENEZ, Deputy

| PLAINTIFF/PETITIONER Pacific Law Center | ATTORNEY FOR PLAINTIFF/PETITIONER Edward T. McIntyre |
|---|---|
| DEFENDANT/RESPONDENT Saadatnejad | ATTORNEY FOR DEFENDANT/RESPONDENT |

COUNSEL FOR MOVING PARTY MUST FILL IN TOP PORTION, EXCLUDING NAMES OF JUDGE, CLERK AND REPORTER. ALL COUNSEL MUST PRINT NAMES IN SPACE OPPOSITE THE NAME OF THE PARTY THEY REPRESENT.

EX PARTE APPLICATION FOR: TRO & Preliminary Injunction

MOVING PARTY: Plaintiff

---

☐ ORDER BY COURT  ☐ GRANTED  ☐ DENIED     ☐ ORDER SHORTENING TIME IS  ☐ GRANTED  ☐ DENIED

☑ MOTION ~~TO~~/FOR  PRELIMINARY INJUNCTION  IS SET ON /~~CONT. TO~~ 3/9 AT 3:00 AM/☑PM

    MOVING PAPERS TO BE FILED ~~AND FAXED/PERSONALLY SERVED BY~~ 3/7/07 by C.O.B.

    OPPOSITION TO BE FILED ~~AND FAXED/PERSONALLY SERVED BY~~ 3/7/07 by C.O.B. REPLY 3/7/07 by C.O.B.

☐ TENTATIVE RULING / APPEARANCE NECESSARY

☐ TRIAL DATE CONTINUED TO/SET ON: _____ AT _____ AM / PM ON MOTION OF PLT / DFT  ☐ BY COURT

☐ TRIAL CONTINUANCE FEE DUE BY _____. PAID [ ]  NOT PAID [ ]

☐ TRIAL READINESS CONFERENCE CONTINUED TO: _____ AT _____ AM/PM ON MOTION OF PLT / DFT  ☐ BY COURT

☐ CASE MANAGEMENT CONFERENCE CONTINUED TO /SET FOR _____ AT _____ AM / PM ☐ CASE DESIGNATED EXCEPTIONAL

☐ 1ST EXCHANGE OF EXPERTS _____ 2ND EXCHANGE OF EXPERTS _____ ☐ ALL DEADLINES REMAIN AS SET

☐ MOTION/DISCOVERY/POSTING OF JURY FEES DATE EXT/CONT TO _____ NON JURY/JURY REQUESTED BY PLT/DFT EST. LENGTH OF TRIAL _____ DAYS

☐ VACATE ALL HEARING DATES  ☐ ORDERED TO ARB./MED. TO BE COMPLETED BY _____  ☐ REMOVED FROM ARB./MED.
    ☐ SET ON 45 DAY DISMISSAL CALENDAR

☐ LEAD CASE NO. _____ CONSOLIDATED WITH _____

☐ COURT ORDERS A STAY OF EVICTION UNTIL _____

☐ SETTLEMENT CONFERENCE WITH JUDGE _____ COUNSEL ARE TO CALL FOR A DATE WITHIN THE NEXT _____ DAYS

OTHER: Court has read and considered the plaintiffs ex parte application and denies the preliminary injunction but grants a temporary protective order. Counsel for Pacific Law Center to post a $10,000 bond. (mag)

DATED: FEB 27 2007

JUDGE OF THE SUPERIOR COURT

| SDSC CIV-7 (Rev. 4-05) | EX PARTE MINUTES | RICHARD E.L. STRAUSS |
|---|---|---|

# EXHIBIT (R)



---
✴
---

"The world is a dangerous place, not because of those who do evil,
but because of those who look on and do nothing." -- Albert Einstein

---
✴
---





**CIA & MOSSAD INFORMANTS   ADNKI.com**

**CIA & MOSSAD INFORMANTS   SPCONSULTING.us**

**CIA & MOSSAD INFORMANTS   ISNA.net**

**CIA & MOSSAD INFORMANTS   EYERANIAN.net**

**CIA & MOSSAD OWN   IRAQK.com**

**CIA & MOSSAD OWN   ISLAMICTHINKERS.com**

**CIA & MOSSAD OWN   IRAQIRABITA.org**

**CIA & MOSSAD OWN   ALBAINAH.net**

**CIA & MOSSAD OWN   TERRORISTS-SUCK.org**

**CIA & MOSSAD OWN   HEWAR.KHAYMA.com**





**U.S. Government and Israel Terrorists Secret**
**Oil pipeline plan worth $125,000,000 profit per day.**







# KILLING AMERICAN SOLDIERS

nsar Al-Sunna linked to Al-Qaeda has claimed responsibility of beheadings and executions of United St
nd has released videos of beheadings of Americans through a zionist owned and controlled webs
iveleak.com. = Ansar Al-Sunna and Zapata Engineering are CIA and Mossad = Americans killing Amer
ledia? = Where is Justice?





**CIA & Mossad Terrorist Deception Tactics**
**LAP ( Lohamah Psichlogit )**



**Look at the physical built of these alleged Iraq terrorists. These are some very well fed ter Slimiest Dirtiest Terrorists in the World are the U.S. Government Funded Israel.**

---






he pictures above are of a Jewish Synagouge in Baghdad. If the insurgents are 100% haters of Jews, ow up the Jewish Synagouge in Baghdad? Why is noone being taken hostage and murdered fro aghdad? The Insurgents in Iraq are CIA and Mossad. Zionists Satanic Evil Plots Exposed. OPEC M ccepting U.S. Dollars.

## Exhibit (A)



**In the Exhibit (A) picture above you can see a barefoot blindfolded man being taken hostage by the**

## Exhibit (B)



n the Exhibit (B) picture above you can see the same barefoot and blindfolded hostage from Exhibit (J
y an American. Look at the hostage being interrogated in Exhibit (B), see the sleeve of his right arm wi
low look at Exhibit (A) again, do you see any blood stains on the sleeve of the hostage? The United Sta
he American interrigator "Jack Idema" in Exhibit (B) does not work for or represent the United States c
ι the hell do the United States Soldiers in Exhibit (A) taking the man hostage work for? Bull Crap afte
Inited States Government. Where is the Media? Where is Justice? OPEC Members: Please Stop Accepting



he man in the middle is the interrogator in exhibit (B) and the man on the right is Brent Bennett and t
dward Caraballo. They have been charged and sentenced 2 to 10 years for torturing Afghan hostages.
Id the Afghanistan court that they work for the United States Government Armed Forces. As much
ates these three men for torturing people, USHOSTAGE.com recognizes that these three men were tell
bout who they kidnap,Torture , and kill for. United States Government let their own men down.

Hollywood movie, if the hired high paid murderers get caught, the government will not acknowledge the
Government Contracted the Counter Terrorist Group Task Force Saber 7 to kidnap, Torture, and murde
vidence to deny this. Where is the Media?

Jack Idema and his associates Brent Bennett and Edward Caraballo were arrested on July 5, 2004 by A:
raid in which they found eight Afghani men (some hanging from their feet) bound and hooded. Jack Id
and Edward Caraballo were arrested only about three months after 60 Minutes II broke the story a
torture and prisoner abuse scandal.



This picture was taken in Afghanistan and posted on the website you see on the picture. The man
Bennett, and the man on the lower right is Edward Caraballo from the United States of America Counter-
Force Saber 7 Operating in Afghanistan since 2001.



hese pictures are posted on counterterroristgroup.us website that is owned by the Counter Terrorist (
ian in the picture? His name is Brent Bennett one of the three men sentenced 2 to 10 years at a Afghan
lema. Their counterterroristgroup.us website claims that they do work for the United States Armed Fc
elow that their claim has been very credible. United States Government controls the Afghanistan courts





**Lit cigarettes : Waterboarding : Mock executions : and ual humiliations : Hanging by handcuffs for hour arrests : Indefinite detentions : Threats to family : Hostage : Intimidations : Stealing your wealth : E evidences and witnesses : False charges : False documents : Falsified evidences : Fake and Corrupt**

## Exhibit (C)



## Exhibit (D)



his is another example of a secret prison and a Interrogation room being operated by The United S
khibit (C) and (D) Pictures are very disturbing because it is obvious that that the thick blood stains on
rains. Look at the corner wall, do you see how there is thick blood stains and thick human tissues in th
he hostages were probably hanged in that corner, while the CIA and Zionist Mossad mercenaries
urdering the hostages. I can only assume that the CIA and Mossad mercenaries paint the walls ofte
oors covered. Who are these people in these pictures? Where is the Media? Where is Justice? OPEC W
ccepting U.S. Dollars. Stop Selling Them Oil. No matter how much money you have, when you die, you
ou. Stop Selling Them Oil.



IRAQ
Toward Liberation





**CIA and Mossad Terrorist Organization (NCRI)**

FOREIGN AFFAIRS COMMITTEE
OF THE NATIONAL COUNCIL OF RESISTANCE OF IRAN

**CIA and Mossad Terrorist Organization**

The Army Of Ansar Al-Sunnah   جيش أنصار السنة

**CIA and Mossad Terrorist Organization (MEK) (MKO)**

مجاهدين خلق
People's Mojahedin Organization of Iran

**Wahhabi Terrorist Organization (Taliban)**



12-20-83 Saddam Hussein greets Ronald Reagan special envoy Donald Rumsfeld in Baghdad

onald Rumsfeld went back to Iraq for business deal meetings regarding WMD with Saddam Hussein cture was taken. As a result of these meetings, Saddam Hussein was able to mass produce:

) Mustard Blister Gas (Cytotoxic and Vesicant chemical warfare agents with the ability to form large in). Mustard agents, including sulfur mustard, are regulated under the 1993 Chemical Weapons Conv asses of chemicals are monitored under this Convention, with sulfur and nitrogen mustard groupe ass, "schedule 1".

) Sarin, also known by its NATO designation of GB (O-Isopropyl methylphosphonofluoridate) is ibstance whose sole application is as a nerve agent. As a chemical weapon, it is classified as a weapor r the United Nations according to UN Resolution 687, and its production and stockpiling was outlaw eapons Convention of 1993.

) Tabun or GA (Ethyl N,N-dimethylphosphoramidocyanidate) is an extremely toxic substance that i ost dangerous military weapons. Because it fatally interferes with normal functioning of the mammali classified as a nerve agent. As a chemical weapon, it is classified as a weapon of mass destruction t :cording to UN Resolution 687, and its production is strictly controlled and stockpiling outlawed by th onvention of 1993. Tabun is the first of the so-called G-series nerve agents (along with GB (sarin), yclosarin).





nited States President Ronald Reagan and Iraq Foreign Minister Tariq Aziz Meeting in The White House FTER Evidence of Saddam Hussein has produced and used Weapons of Mass Destruction - Chemical lister Gas (HD), Sarin (GB), Tabun (GA) against Iran.

recursors - Soon after the November 26, 1984 meeting of Saddam Hussein's Foreign Minister Tariq Az f the United States of America, Saddam Hussein was able to start producing VX Nerve Gas.

: was President George Walker Bush, himself, who said in an October 7, 2002 speech at Cincinn incinnati Union Terminal Cincinnati, Ohio, "We know that the regime [Iraq] has produced thousand: gents, including mustard gas, sarin nerve gas, VX nerve gas. Saddam Hussein also has experienc eapons. He has ordered chemical attacks on Iran, and on more than forty villages in his own country r injured at least 20,000 people, more than six times the number of people who died in the attacks of S

n January 28, 2003 President George Walker Bush delivered his State of Union Address to the U.S. C telligence officials estimate that Saddam Hussein had the materials to produce as much as 500 tons c X nerve agent. In such quantities, these chemical agents could also kill untold thousands." U.S. Gover ad Weapons of Mass Destruction because U.S. Government was Saddam Hussein's supplier.

X Nerve gas was developed in the Porton Down Chemical Weapons Research Centre, Wiltshire, Eng evastating effects were tested. The British traded the technology of VX with the United States of Ameri termonuclear weapons.

ny strike whether it was by special ammunition — chemical as (the prosecutor) interpreted or conven / any military or civil official who said Saddam Hussein ordered us to do so, I take the responsibility v e order came from me or not," Saddam Hussein told a court on Monday December 18, 2006. Among

lassan al Majeed (Chemical Ali).



**Imposed War Funded by U.S.A.**



## GUILTY VERDICT ON SADDAM HUSSEIN WAS AND
## GUILTY VERDICT ON THE UNITED STATES OF AMER





U.S. Backed National Council of Resistance of Iran helped Saddam Hussein useChemical W





**SUBMIT**

o U!
o U!
o U!
o U!
o U!
o Al
o D(
o Le
o Tv
o Al
o Er
o At
o Ge
o Dl
o Je
o SI
o Fr
o Es
o C(
o H(

**August   28,   29   2006** National   Geographic Channel did a super great story on Ali Abdul Saoud Mohamed - But it was and is part of the ongoing United States Government 9/11 CoverUp - On July 25, 2006 United States Government took away my Iranian Passport, took $9800 cash away from me and Interrogated and threatened me in a Jail multiple times. Now the United States Government deny it. Bull Crap after Bull Crap from the United States Government. I want my Passport and money back you thieves. I will not stay silent.

   In the United States, local County Jails, State Prisons, and Private Prisons are recruiting active

and/or non-active military personals that have been in battle in the Middle East. Deputys told me that they [U.S. Military in Iraq] are our Brothers. These "Brothers" do not belong in a Jail or Prison work invironment. They are dangerous, and they need help.

## WEAPONS OF MASS DESTRUCTION



**GOD'S CHOSEN PLANNING THE SLAUGHTER OF THE LEBANESE**
*"It is permissible for the Israel Defense Forces to attack in the course of warfare a civilian population that is ostensibly innocent of wrongdoing. The law of the Torah is to have no mercy upon them and save our civilians and our soldiers, and this is the true morality of the Torah of Israel...."*
—Rabbi Dov Lior, Chairman of the Council of Rabbis of Judea, Samaria and Gaza, in "Settler Rabbi: Killing Civilians Permitted", *Forward*, New York, 28th May 28 2004, p.5)

*"And thou shalt consume all the people which Adonai thy god shall deliver thee; thine eye shall have no pity upon them ..."* [*Deuteronomy* 7:16]

*"One million Arabs are not worth a Jewish fingernail."*
—Israeli Rabbi Yaacov Perrin (*Daily News*, New York, 28th February 1994, p.6)

**HOT! NEW** The picture above is not a road map the U.S. Government Backed terrorists are reading. What the terrorists are reading above are holy scriptures of Judaism. Just like the Wahabi Taliban Terrorists that pretend that they are Muslims, these Israel Zionist Terrorists pretend that they are Jews. Who are these terrorists in the pictures? Where is the Media? Where is Justice? If these terrorists were wearing turbans, these pictures would be plastered all over the world. Slimiest dirtiest terrorists in the World are the U.S. Government Backed Israel

**Zionists.**





**Witness U.S. Government Funded, Backed, Trained, Fed, Harbored Israel Zionist False Rabbi Terrorists. United States Government Funds these terrorist actions. Who are these terrorists in the pictures? Where is the Media? Where is Justice? If these terrorists were wearing turbans, these pictures would be plastered all over the world.**



**HOT! NEW** **Witness U.S. Government Backed Israel Zionist Terrorist False Rabbi's singing and dancing while loading Weapons of Mass Destruction Chemical Bombs to use against humans. U.S. Government funds these terrorist actions. If these terrorists were wearing turbans, these pictures would be plastered all over the world.**



**HOT! NEW** **The picture above are U.S. Government Backed, Funded, Trained Israel Zionist False Rabbi's - These False Rabbi's claim to be Jews just like the Wahabi Talibans claim to be Muslims. Witness U.S. Government Backed Terrorists loading Chemical Bombs while False Rabbi's play musical instruments, sing, dance and have their kids sign bombs. This is not Judaism, this is Satanism. Who are these terrorists in the pictures? Where is the Media? Where is Justice? If these terrorists were wearing turbans, these pictures would be plastered all over the world. United States Government funds these actions. The U.S. Government Backed Zionist Controlled Media is Guilty by Silence. Slimiest dirtiest Terrorists in the world are the U.S. Government Backed Israel Zionists.**



**HOT! NEW U.S. Government Backed Israel Zionist Terrorists teaching their kids to be Israel Zionist Terrorists. U.S. Government funds these terrorist actions. Who are these terrorists in the pictures? Where is the Media? Where is Justice?**



**HOT! NEW** U.S. Government Funded Terrorists -
U.S. Government Funds these False Rabbi's



**Children murdered by the U.S. Government Backed Israel Zionist Terrorist bombs. Where is Justice?**



**BOYCOTT**      **BOYCOTT**

**ISRAEL** OCCUPIERS **ISRAEL**



 **Inside of a Chemical bomb (WMD) being used by U.S. Government Backed Israel Zionist Terrorists. Where is Justice?**



Fuze    Burster    Filling port    Liquid fill

## WEAPONS OF MASS DESTRUCTION

**Definitions:**

**Israel:**
Israel is stolen and occupied land with the support of the U.S. Government.

**Zionist:**
A Zionist is a person that supports Terrorism and claims to be a Jew. The U.S. Government funds, trains, feeds the zionists.

**Wahabi:**
A Wahabi is a person that supports Terrorism and claims to be a Muslim.

**Usama Bin Laden:**
Usama Bin Laden is a Wahabi Terrorist Leader that was funded and trained by the U.S. Government.

**Sipah-e-Sahaba Pakistan (SSP) and Millat-e-Islamia Pakistan (MIP):**
(SSP) and (MIP) are Wahabi terrorists.

**Taliban and Al-Qaeda:**
Talibans and Al-Qaeda are trained by (SSP) (MIP)

**Mujahedin-e-Khalq / Mojahedin-e-Khalq (MEK) (MKO) / National Council of Resistance of Iran (NCRI):**
(NCRI) (MEK) (MKO) are U.S. Government and Israel Zionist Terrorists backed, funded, trained terrorists that support Israel Zionists and Wahabis in many forms and claim to be Muslims, Christians, and Jews. (NCRI) (MEK) (MKO) priority is to support the Israel Zionist Terrorists.





 **U.S. Government Backed Israel Zionist Terrorists stand proud on a cemetery in Lebanon that they have just bombed. Where is the Media? Where is Justice? If these terrorists were wearing turbans, these pictures would be plastered all over the world.**



# S H O C K I N G



## ☻CHILD SLAVERY TODAY☻





**Witness U.S. Government Funded, Trained, Harbored Israel Zionist Rabbi Terrorists.**
**If these terrorists were wearng turbans, these pictures would be plastered all over the w**

## Palestine: Peace Not Apartheid (Hardcover)

  

The Death
Penalty

makes killers
of us
all.

Are Your Meetings Private?

