| | |
|---|---|
| 1 | EDWARD J. MCINTYRE [SBN 80402] |
|   | emcintyre@swsslaw.com |
| 2 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
|   | 401 B Street, Suite 1200 |
| 3 | San Diego, California 92101 |
|   | Telephone: (619) 231-0303 |
| 4 | Facsimile: (619) 231-4755 |
| 5 | Attorneys for Pacific Law Center and Solomon Ward Seidenwurm & Smith, LLP |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, | CASE NO. 07-CV-00460 L (POR) |
| Plaintiffs, | **AFFIDAVIT OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON SHAHROKH SAADAT-NEJAD** |
| v. | |
| SHAHROKH SAADAT-NEJAD, an individual, | |
| Defendant. | |

P:303573.1:57122.003                                                                                        07-CV-00460 L (POR)
AFFIDAVIT OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT ON SHAHROKH SAADAT-NEJAD

EDWARD MCINTYRE, ESQ. (SBN 80402)
SOLOMON, WARD, SEIDENWURM & SMITH
401 "B" STREET, SUITE 1200
SAN DIEGO CA 92101
619-231-0303        Ref. No.      : 0260598-01
                    Atty. File No. : 57122.002

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : PACIFIC LAW CENTER | Case No.: 07CV0460 L(POR) |
| DEFENDANT | : SHAHROKH SAADATNEJAD | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served   :   SHAHROKH SAADATNEJAD
   b. Person served  :   Party in item 3a

4. Address where the party was served  220 W. BROADWAY
                                       SAN DIEGO, CA  92101    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on March 14, 2007  (2) at: 08:40 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. JAMES ARNN
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $39.75
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 16, 2007                Signature: _____
                                              JAMES ARNN

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. July 1, 2004)              **PROOF OF SERVICE**