1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Pacific Law Center and Solomon
   Ward Seidenwurm & Smith, LLP

FILED
MAR 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07-CV-00460 LAB (POR)<br><br>[~~PROPOSED~~] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE<br><br>Date:      March 29, 2007<br>Time:      10:00 a.m.<br>Courtroom: 9<br><br>Hon. Larry Alan Burns |

P:303799.1:57122.003                                                07-CV-00460 LAB (POR)
[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

Dockets.Justia.com

1  The *ex parte* application of Pacific Law Center and Solomon Ward came on for
2  hearing in Courtroom 9 of the United States District Court on March 29, 2007 at 10:00 a.m.
3  Edward J. McIntyre of Solomon Ward Seidenwurm & Smith appeared on behalf of Pacific
4  Law Center and Solomon Ward. Defendant, Shahrokh Saadat-Nejad, appeared on his own
5  behalf.
6  Upon consideration of the moving and opposing papers, the declarations of Thomas
7  Slattery, Edward J. McIntyre, and Shahrokh Saadat-Nejad, and oral argument, and for good
8  cause shown,
9  IT IS HEREBY ORDERED AND DECREED that:
10  Until further order of this Court, Shahrokh Saadat-Nejad, and anyone acting in
11  concert with him, is hereby enjoined and restrained from:
12  1. Registering, ~~using~~ *and* or trafficking in any internet website or domain name that
13  contains the words Pacific, Law and Center, with or without other words or symbols, in any
14  respect whatsoever;
15  2. Registering, ~~using~~ *and* or trafficking in any internet website or domain name that
16  contains the words Solomon and Ward, with or without other words or symbols, in any
17  respect whatsoever;
18  3. *Registering and trafficking in* ~~Using~~ the service mark or trade name Pacific Law Center in any respect
19  whatsoever. *Registering and trafficking in —*
20  4. ~~Using~~ the service mark or trade name Solomon Ward or Solomon Ward
21  Seidenwurm & Smith in any respect whatsoever.
22  IT IS FURTHER ORDERED that on __4-26-07__ at __NOON__ .m., Shahrokh
23  Saadat-Nejad shall appear and show cause, if any he has, why this Court shall not issue a
24  preliminary injunction restraining him from the conduct set forth above until the trial of this
25  case. *Plaintiff to file further briefing re: preliminary injunction by 4-16-07 @ 5 p.m.*
26  Shahrokh Saadat-Nejad shall file any further opposition he may have and personally
27  serve it on or before __4-23-07 @ 5 pm__
28  ~~Pacific Law Center and Solomon Ward shall file and serve any reply on or before~~

1
2   IT IS SO ORDERED.
3   DATED:  4-29-07
                                                    _____
4                                                   LARRY ALAN BURNS
                                                    District Court Judge