# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, Plaintiff, vs. SHAHROK SAADAT-NEJAD, an individual, Defendant. | CASE NO. 07cv0460-LAB (POR)<br><br>**ORDER FOLLOWING HEARING ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
|---|---|

On March 29, 2007, the court convened the hearing of plaintiffs' Application For Temporary Restraining Order ("TRO") in this cybersquatting/trademark infringement action. Edward J. McIntyre, Esq. appeared for the plaintiff law firms. Defendant Shahrok Saadat-Nejad ("Saadat-Nejad") appeared *in propria persona.* For the reasons recited on the record, the court **GRANTED** the Application and separately enters the TRO.

The parties concurred a settlement conference with Magistrate Judge Louisa S. Porter might assist in the resolution of their disputes. Accordingly, Judge Porter has set a settlement conference in this matter on her calendar for ***Wednesday, April 11, 2007 at 10:00 a.m.*** in Courtroom H (first floor), United States District Court for the Southern District of California, 940 Front Street, San Diego, California 92101. No later than ***noon on April 9, 2007***, the parties shall lodge in Judge Porter's chambers their Confidential Settlement Briefs.

Should the settlement efforts prove unsuccessful, the undersigned District Judge has calendared a Preliminary Injunction Hearing for ***Thursday, April 26, 2007 at noon*** at which Saadat-Nejad shall show cause why a preliminary injunction should not be entered. If that

Dockets.Justia.com

hearing remains necessary, Plaintiffs shall serve and file their supporting brief on or before ***April 16, 2007.*** Defendant shall serve and file any Reply/Opposition no later than ***April 23, 2007 at 5:00 p.m.***, with a courtesy copy delivered to the chambers of the undersigned district judge. The terms of the TRO shall remain in effect until discharged by court Order following settlement of this action or resolution of Plaintiffs' application for a preliminary injunction. Plaintiffs shall promptly notify this court if the preliminary injunction hearing can be vacated as moot.

Plaintiffs' counsel shall ensure service of this Order on Saadat-Nejad, and all other court documents, in the manner the parties have agreed on the record.

**IT IS SO ORDERED**.

DATED: March 29, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge