# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiff,<br>vs.<br><br>SHAHROK SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07cv0460-LAB (POR)<br><br>**ORDER FOLLOWING HEARING ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On March 29, 2007, the court convened the hearing of plaintiffs' Application For Temporary Restraining Order ("TRO") in this cybersquatting/trademark infringement action. Edward J. McIntyre, Esq. appeared for the plaintiff law firms. Defendant Shahrok Saadat-Nejad ("Saadat-Nejad") appeared *in propria persona*. For the reasons recited on the record, the court **GRANTED** the Application and separately enters the TRO.

The parties concurred a settlement conference with Magistrate Judge Louisa S. Porter might assist in the resolution of their disputes. Accordingly, Judge Porter has set a settlement conference in this matter on her calendar for **Wednesday, April 11, 2007 at 10:00 a.m.** in Courtroom H (first floor), United States District Court for the Southern District of California, 940 Front Street, San Diego, California 92101. No later than **noon on April 9, 2007**, the parties shall lodge in Judge Porter's chambers their Confidential Settlement Briefs.

Should the settlement efforts prove unsuccessful, the undersigned District Judge has calendared a Preliminary Injunction Hearing for **Thursday, April 26, 2007 at noon** at which Saadat-Nejad shall show cause why a preliminary injunction should not be entered. If that

1 | hearing remains necessary, Plaintiffs shall serve and file their supporting brief on or before
2 | *April 16, 2007.* Defendant shall serve and file any Reply/Opposition no later than
3 | *April 23, 2007 at 5:00 p.m.*, with a courtesy copy delivered to the chambers of the
4 | undersigned district judge. The terms of the TRO shall remain in effect until discharged by
5 | court Order following settlement of this action or resolution of Plaintiffs' application for a
6 | preliminary injunction. Plaintiffs shall promptly notify this court if the preliminary injunction
7 | hearing can be vacated as moot.

8 |     Plaintiffs' counsel shall ensure service of this Order on Saadat-Nejad, and all other
9 | court documents, in the manner the parties have agreed on the record.

10 | **IT IS SO ORDERED.**

12 | DATED: March 29, 2007

*(signature)*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

**Deborah V.T. Pierson**

**From:** efile_information@casd.uscourts.gov
**Sent:** Tuesday, April 03, 2007 8:39 AM
**To:** casd.uscourts.gov@casd.uscourts.gov
**Subject:** Activity in Case 3:07-cv-00460-LAB-POR Pacific Law Center et al v. Saadat-Nejad "Order"

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## U.S. District Court

## Southern District of California

Notice of Electronic Filing

The following transaction was received from kaj, entered on 4/3/2007 at 8:39 AM PDT and filed on 4/2/2007

**Case Name:** Pacific Law Center et al v. Saadat-Nejad
**Case Number:** 3:07-cv-460
**Filer:**
**Document Number:** 15

**Docket Text:**
ORDER; the court granted the application for temporary restraining order and separately enters the TRO; Magistrate Judge Porter set a settlement conference for Wednesday, April 11, 2007 at 10:00am in Courtroom H; no later than noon on April 9, 2007, the parties shall lodge in Magistrate Judge Porter's chambers their Confidential Settlement Briefs; Preliminary Injunction Hearing set for Thursday, April 26, 2007 at noon before Judge Larry A. Burns; plas supporting brief due on or before April 16, 2007; dft's reply/opposition due no later than April 23, 2007 at 5:00pm . Signed by Judge Larry Alan Burns on 3/29/07. (kaj)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/3/2007] [FileNumber=1873894-0]
[ccd5354c737ce5f8fef5c947ce6eb6b2754ef77c5994d2572cbacd998263acc3c47d
fa615c994c1f1b657a44ba4865b208fc1e866bde658347461dacf7c509fa]]

**3:07-cv-460 Notice will be electronically mailed to:**

Edward J McIntyre    emcintyre@swsslaw.com, dpierson@swsslaw.com

**3:07-cv-460 Notice will be delivered by other means to:**

Shahrokh Saadat-Nejad
3713 Mount Ashmun Place
San Diego, CA 92111

4/3/2007

# CERTIFICATE OF SERVICE

I caused the **ORDER FOLLOWING HEARING ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE

P:303488.1:57122.003　　　　　　　　　　　　　　　　　　　　　　07-CV-00460 LAB (POR)
DECLARATION OF SERVICE