UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; SOLOMON WARD SEIDENWURM AND SMITH LLP,<br><br>                                              Plaintiff,<br><br>     v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>                                              Defendant. | Civil No.   07-cv-0460-LAB (POR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

The Court held a Settlement Conference on April 11, 2007.  Edward McIntyre appeared on behalf of Plaintiffs, with Thomas Slattery representing Plaintiff Pacific Law Center.  Defendant Shahrokh Saadat-Nejad appeared *pro se*.  The case did not settle, however all parties represented an interest in further settlement discussions.  Therefore, the Court shall hold a further Settlement Conference on **April 16, 2007** at **1:30 p.m.**  That conference shall be telephonic, with attorneys only, but if Defendant has not retained counsel then Defendant shall appear *pro se*.  Counsel for Plaintiffs shall arrange and coordinate the conference call.

     IT IS SO ORDERED.

DATED: April 11, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:          All parties, the Honorable Larry Alan Burns

- 1 -                                                                                    07cv460