1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Pacific Law Center and Solomon
   Ward Seidenwurm & Smith, LLP

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 PACIFIC LAW CENTER, a Professional Law       CASE NO. 07-CV-00460 L (POR)
   Corporation; and SOLOMON WARD
12 SEIDENWURM & SMITH, LLP,                     **SUPPLEMENTAL MEMORANDUM IN
                                                SUPPORT OF PACIFIC LAW CENTER AND
13             Plaintiffs,                      SOLOMON WARD'S MOTION FOR
                                                PRELIMINARY INJUNCTION**
14      v.
                                                Date:      April 26, 2007
15 SHAHROKH SAADAT-NEJAD, an                    Time:      5:00 p.m.
   individual,
16                                              Courtroom: 9
               Defendant.
17                                              Hon. Larry Alan Burns

18

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

## I
## INTRODUCTION

Pacific Law Center and Solomon Ward have, they believe, given the Court more than adequate basis for a preliminary injunction and will rest on the papers they previously submitted.

## II
## SAADAT-NEJAD IS PUSHING THE LINE

The Court will remember the extended colloquy with Saadat-Nejad concerning what he could and could not do in light of the Court's temporary restraining order. Pacific Law Center and Solomon Ward have ordered a transcript, but it is not yet available.

Pacific Law Center and Solomon Ward respectfully ask the Court to review **new** material that Saadat-Nejad has posted **after** the Court issued its temporary restraining order.

Pacific Law Center and Solomon Ward respectfully ask this Court to consider issuing an order for Saadat-Nejad to show cause why he should not be held in contempt for his willful violation of the TRO.

DATED: April 16, 2007          Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP


By:    /s/ Edward J. McIntyre
EDWARD J. MCINTYRE
Attorneys for Pacific Law Center and Solomon
Ward Seidenwurm & Smith

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PACIFIC LAW CENTER AND SOLOMON WARD'S
MOTION FOR PRELIMINARY INJUNCTION

# CERTIFICATE OF SERVICE

I caused the **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PACIFIC LAW CENTER AND SOLOMON WARD'S MOTION FOR PRELIMINARY INJUNCTION** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE

# (646)225-8213

OWNER OF DUISanDiegoDUI.com IS NOT A LAWYER, ATTORNEY or LAW ENFORCEMENT.

DUISanDiegoDUI.com IS NOT INTENDED TO PROVIDE LEGAL ADVICE.

"THE NOBLEST MOTIVE IS THE PUBLIC GOOD"

100 LAWYERS IN SAN DIEGO CALIFORNIA OFFERING FREE CONSULTATION

E N T E R    H E R E



**"The world is a dangerous place, not because of those who do evil, but because of those who look on and do nothing." -- Albert Einstein**

## PACIFIC LAW CENTER

## SAN DIEGO, CALIFORNIA

**Pacific Law Center packages itself very well - They have made them selves a Public Icon by heavy advertising spending in the tens of millions of dollars. Below are some civil complaints filed against the "Over 150 years of combined experience" Pacific Law Center.**

**[1] CIVIL CASE No.GIC879397 - LUCKMAN, CHARLES vs. PACIFIC LAW CENTER - Filed at San Diego 02/01/2007**

**[2] CIVIL CASE No.GIS26363 - GATEWAY CHULA VISTA 2, LLC vs. PACIFIC LAW CENTER - Filed at South County 09/28/2006**

**[3] CIVIL CASE No.GIC872419 - COSSIO, COLIN C vs. PACIFIC LAW CENTER - Filed at San Diego 09/13/2006**

**[4] CIVIL CASE No.GIC871101 - MELTZ, TODD CLAYTON vs. PACIFIC LAW CENTER - Filed at San Diego 08/18/2006**

**[5] CIVIL CASE No.GIC868515 - RHOAD, KRISTEN vs. PACIFIC LAW CENTER - Filed at San Diego 07/03/2006**

**[6] CIVIL CASE No.SN037043 - ZITO, PHYLLIS vs. PACIFIC LAW CENTER - Filed at North County 05/01/2006**

**[7] CIVIL CASE No.SC158346 - GOMEZ, ISABEL vs. PACIFIC LAW CENTER - Filed at Kearny Mesa 12/07/2004**

**[8] CIVIL CASE No.SC150154 - SANCHEZ, JOAQUIN TAPIA vs. PACIFIC LAW CENTER - Filed at Kearny Mesa 03/10/2004**

**There are many parallels to the controversy over intentional wrongdoings by Pacific Law Center.**

## Justice Department For Sale by Solomon Ward Attorneys at Law:

**On September 18, 2006 Pacific Law Center went to a San Diego, California court and waived a defendants rights to appear in two criminal cases and got a continuance for both criminal cases while the defendant was in Jail AFTER Pacific Law Center was fired on September 8, 2006.**

**Intentional civil rights violations on court record and yes, government prosecutors for both criminal cases were present in court when these violations accured.**

**Pacific Law Center and Solomon Ward Seidenwurm and Smith (Solomon Ward Attorneys at Law) with the blessings of government**

prosecutors have filed four complaints in different courts which includes The United States District Court, Southern District of California case No.07-CV-00460 against the the defendant in order to keep the defendant silent. This is called fraud and railroading a person in jail and/or prison and railroadind a person in contempt of court and violating freedom of speech.

On March 28, 2007 in Department No.2 Commissioner Rice of the Superior Court of California in San Diego County conspired with prosecutors and San Diego County by railroading the defendant to a guilty plea.

Judge Richard E.L. Strauss of the Superior Court of California in San Diego County Case No.GIC878352 has signed a order off court record with no court reporter on February 27, 2007 without the defendant being present that the defendant shall not use the words "Pacific Law Center" in any published communication. Defendant made first court appearance regarding civil case No.GIC878352 on March 9, 2007.

Judge Larry Alan Burns of the United States District Court, Southern District of California in San Diego County Case No.07-CV-00460 has signed a order on March 29, 2007 that the defendant shall not register and trafficking in any internet website the words "Pacific, Law, Center, Solomon, Ward".

Pacific Law Center hired Solomon Ward Seidenwurm & Smith Attorneys only because of a Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith has a reputation of access to Judges, and they have proven that they Solomon Ward Attorneys at Law do have Judges in their back pockets. Think about it..... Pacific Law Center that claims "Over 150 years of combined experience" and with 20 attorneys that work for Pacific Law Center, hire Mr. Herbert J. Solomon.

List of corrupt commissioners and judges that are involved are coming soon.

The Defendant is a Muslim and a citizen of The Islamic Republic of Iran and is the owner and operator of USHOSTAGE.com which at a minimum exposes terrorists that use Chemical Warfare Weapons on humans, terrorists that occupy Palestine while murdering humans, and United Sates secret prisons that are being used to torture and murder humans.

Eyewitness 10 News San Diego (ABC) - CNN.com - North County Times - El Latino - San Diego Union - San Diego Tribune

**Media:**

Pacific Law Center in California which is owned by Phillips and Associates Law Firm in Arizona and 100% backed by Solomon Ward Seidenwurm and Smith (Solomon Ward Attorneys at Law) admit on court record that they proudly defend child molesters in San Diego, California (James Dalton & Aaron Fritz) and they have every right to do so.

When ANY person(s) that gets charged in San Diego, California with this sort of crime(s) related to harming children the media exposes the case and they the media do extensive follow ups. Right?

Wrong.

I have searched all over the internet news wires from the past and current and I can not find a single news article that contains Pacific Law Center as the legal counsel for the accused of sex crimes against any child.

Why? Why is there no mention of Pacific Law Center? There must be a motive of why the local media does not mention person(s) that are charged with sex crimes against any child whom the accused is being defended by Pacific Law Center.

The answer is the $10,000,000+ that Pacific Law Center spends with the local media in advertisement.

I believe that Pacific Law Center tells the local media that if they expose their deared client(s) and Pacific Law Center as the legal council for the person(s) of being charged with sex crimes of any kind against any child then they Pacific Law Center will no longer advertise with them.

**Prosecutors:**

Pacific Law Center in San Diego, California which is owned by Phillips and Associates Law Firm in Arizona operates very much like a government office.

San Diego County Public Defenders Office is a government office. Every person that works for the San Diego County Public Defenders Office gets paid by a government check. We as tax payers pay for that office to operate, but we as tax payers do not have control of how much funding and support the San Diego Public Defenders Office gets. Compared to the funding and support that the San Diego County District Attorneys Office and the City of San Diego Attorneys Office it is insulting to the tax payer. Should the tax payer ever need to be represented by the San Diego County Public Defenders Office, that person will not get a fair defense due to lack of funding.

Pacific Law Center is private, and they spend over $10,000,000 a year on advertising, and Pacific Law Center has over 100 employees that get paid very well. If you look at the website of PacificLawCenter.com you will see that they only have 20 attorneys as of March 11, 2007 and some are supervisors that perhaps have even forgotten what a court room looks like. What do the other 80 employees do at Pacific Law Center? Pacific Law Center needs paralegals, investigators, a marketing department, janitors, delivery personals, limo drivers Etc...

It is a big overhead that Pacific Law Center has. Just like any business Pacific Law Center wants to save money. Operating Pacific Law Center like the San Diego County Public Defenders Office can save alot of money.

What does the San Diego County Public Defenders Office do so it can save money, while still representing the tax payer? Make deals with the prosecutor(s). It is always ONLY the prosecutors that offer the deals to the San Diego County Public Defenders Office and to any other defense attorney(s).

This is where corruption can be suggested. Why would a person hire Pacific Law Center when it can get the same results as if the accused was being represented by the San Diego County Public Defenders

Office? Heavy marketing by Pacific Law Center is the reason. Misleading the public that they Pacific Law Center will get you better results from just about any other defense attorney in the State of California as a whole. This is called fraud.

The San Diego County District Attorneys Office has a fraud investigation unit which I know that they are very good at what they do, and I personally thank them for their efforts of protecting us regardless of race or gender.

The San Diego County District Attorneys Office has over 1,000 employees, and more than 250 of them are attorneys, and more than 100 of them are investigators. Because of better pay, and only because of better pay 14 investigators from the San Diego Police Department went to work for the San Diego District Attorneys Office.

San Diego County government as a whole is and has been having major problems with money due to frauds which we all see on the media. Where does the San Diego District Attorneys Office get the funds to hire 14 additional investigators when the San Diego Police Department has a difficult time with funds?

When a deal is made on a criminal matter it saves all parties money, except the defendant. If the defendant is being represented by Pacific Law Center then there is no refund on a retainer (contract). This is a major hustle that brings in alot of money, and this is called fraud.

So why wont the San Diego District Attorneys Office stop this hustle (fraud)? The motive is when Pacific Law Center talks its clients into taking just about all deals offered by the San Diego County District Attorneys Office ALL parties save money except the defendant.

If the defendant wants to take his/her criminal case to trial all parties turn their backs on the defendant, that includes Pacific Law Center and the San Diego County Public Defenders Office in a manner that is called being railroaded in jail or prison, and this is called fraud, and violations of so many things that is related to human rights violations.

http://www.duisandiegodui.com/

# PACIFIC LAW CENTER - CALIFORNIA USA

### OWNED BY

# PHILLIPS & ASSOCIATES - ARIZONA USA

Pacific Law Center packages itself very well - They have made them selves a Public Icon by heavy advertising spending in the tens of millions of dollars. Below are some civil complaints filed against the "Over 150 years of combined experience" Pacific Law Center.

[1] CIVIL CASE No.GIC879397 - LUCKMAN, CHARLES vs. PACIFIC LAW CENTER - Filed at San Diego 02/01/2007

[2] CIVIL CASE No.GIS26363 - GATEWAY CHULA VISTA 2, LLC vs. PACIFIC LAW CENTER - Filed at South County 09/28/2006

[3] CIVIL CASE No.GIC872419 - COSSIO, COLIN C vs. PACIFIC LAW CENTER - Filed at San Diego 09/13/2006

[4] CIVIL CASE No.GIC871101 - MELTZ, TODD CLAYTON vs. PACIFIC LAW CENTER - Filed at San Diego 08/18/2006

[5] CIVIL CASE No.GIC868515 - RHOAD, KRISTEN vs. PACIFIC LAW CENTER - Filed at San Diego 07/03/2006

**[6] CIVIL CASE No.SN037043 - ZITO, PHYLLIS vs. PACIFIC LAW CENTER - Filed at North County 05/01/2006**

**[7] CIVIL CASE No.SC158346 - GOMEZ, ISABEL vs. PACIFIC LAW CENTER - Filed at Kearny Mesa 12/07/2004**

**[8] CIVIL CASE No.SC150154 - SANCHEZ, JOAQUIN TAPIA vs. PACIFIC LAW CENTER - Filed at Kearny Mesa 03/10/2004**

**There are many parallels to the controversy over intentional wrongdoings by Pacific Law Center.**

**"It Is Not Worth The Risk.
Call and Hire Another Attorney."**

# EXPOSING CORRUPTION AGAINST PHILLIPS & ASSOCIATES
### AND
# PACIFIC LAW CENTER

**WARNING: Solomon Ward Seidenwurm & Smith (Solomon Ward Attorneys at Law) located at 401 B Street, Suite 1200 San Diego, California 92101 Represents Pacific Law Center in Civil Case No.GIC878352 filed January 12, 2007 - Next Court Date April 20, 2007 Department 75 at 3:00pm and it is Open To Public. In The Court Record File The lawyer(s) Filed A Declaration Stating VERY PROUDLY that they Represent Child Abuse and Related Sex-Offenders (Child Molesters). Declaration was filed on February 26, 2007 By Pacific Law Center and 100% Backed By Solomon Ward Attorneys in San Diego, California.**

**On March 9, 2007 in Downtown San Diego California Court in Department 75 these lawyer(s) verbally complained to the court of law about PacificLawCenters.com, Phawku.com and Phawku2.com that these websites have information on Methamphetamine, Child Prostitution, Child Sex Trade, Child Slave Trade, Runaways giving the impression intentionally to the court that these websites promote these satanic acts.**

**By the order of the court PacificLawCenters.com is shut down at the moment without the**

Judge looking at or a copy of all 5 pages of the website PacificLawCenters.com because the owner of PacificLawCenters.com is also the owner of USHOSTAGE.com, which is 100% against the occupation of Afghanistan, Iraq and the owner is a Muslim Iranian Citizen. What you read on this website is 99% of exactly what was on PacificLawCenters.com and Phawku2.com since 2005.

What is to gain for these lawyers?

These lawyers pay rent for their fancy offices, they spend over $10,000,000 per year on advertising, they buy homes, they go hunting and fishing on their private jets, they buy yachts and cruise into international waters and do as they please [Child Sex Slave occurs many times in international waters],they put food on their table for their family with money paid by their clients which includes by their own admission on court record that they defend child molesters, pimps of child sex slaves, Etc... (Sick Bastards - Do Not Hire Them)

Media:

Pacific Law Center in California which is owned by Phillips and Associates Law Firm in Arizona admit on court record that they proudly defend child molesters in San Diego, California and they have every right to do so.

When ANY person(s) that gets charged in San Diego, California with this sort of crime(s) related to harming children the media exposes the case and they the media do extensive follow ups. Right?

Wrong.

I have searched all over the internet news wires from the past and current and I can not find a single news article that contains Pacific Law Center as the legal counsel for the accused of sex crimes against any child.

Why? Why is there no mention of Pacific Law Center? There must be a motive of why the local media does not mention person(s) that are charged with sex crimes against any child whom the accused is being defended by Pacific Law Center.

The answer is the $10,000,000+ that Pacific Law Center spends with the local media in advertisement.

I believe that Pacific Law Center tells the local media that if they expose their deared client(s) and Pacific Law Center as the legal council for the person(s) of being charged with sex crimes of any kind against any child then they Pacific Law Center will no longer advertise with them.

Prosecutors:

Pacific Law Center in San Diego, California which is owned by Phillips and Associates Law Firm in Arizona operates very much like a government office.

San Diego County Public Defenders Office is a government office. Every person that works for the San Diego County Public Defenders Office gets paid by a government check. We as tax payers pay for that office to operate, but we as tax payers do not have control of how much funding and support the San Diego Public Defenders Office gets. Compared to the funding and support that the San Diego County District Attorneys Office and the City of San Diego Attorneys Office it is insulting to the tax payer. Should the tax payer ever need to be represented by the San Diego County Public Defenders Office, that person will not get a fair defense due to lack of funding.

Pacific Law Center is private, and they spend over $10,000,000 a year on advertising, and Pacific Law Center has over 100 employees that get paid very well. If you look at the website of PacificLawCenter.com you will see that they only have 20 attorneys as of March 11, 2007 and some are supervisors that perhaps have even forgotten what a court room looks like. What do the other 80 employees do at Pacific Law Center? Pacific Law Center needs paralegals, investigators, a marketing department, janitors, delivery personals, limo drivers Etc...

It is a big overhead that Pacific Law Center has. Just like any business Pacific Law Center wants to save money. Operating Pacific Law Center like the San Diego County Public Defenders Office can save alot of money.

What does the San Diego County Public Defenders Office do so it can save money, while still representing the tax payer? Make deals with the prosecutor(s). It is always ONLY the prosecutors that offer the deals to the San Diego County Public Defenders Office and to any other defense attorney(s).

This is where corruption can be suggested. Why would a person hire Pacific Law Center when it can get the same results as if the accused was being represented by the San Diego County Public Defenders Office? Heavy marketing by Pacific Law Center is the reason. Misleading the public that they Pacific Law Center will get you better results from just about any other defense attorney in the State of California as a whole. This is called fraud.

The San Diego County District Attorneys Office has a fraud investigation unit which I know that they are very good at what they do, and I personally thank them for their efforts of protecting us regardless of race or gender.

The San Diego County District Attorneys Office has over 1,000 employees, and more than 250 of them are attorneys, and more than 100 of them are investigators. Because of better pay, and only because of better pay 14 investigators from the San Diego Police Department went to work for the San Diego District Attorneys Office.

San Diego County government as a whole is and has been having major problems with money due to frauds which we all see on the media. Where does the San Diego District

Sign in

Google

**Web**   Images   Video   News   Maps   more »

pacific-law-center.com        Search   Advanced Search Preferences

## Web

Results 1 - **10** of about **13** for pacific-law-center.com. (0.28 seconds)

### WARNING: SOLOMON WARD REPRESENTS PACIFIC LAW CENTER
**PACIFIC-LAW-CENTER.com** has a right to expose any and all wrong doings by
Pacific Law ... Coming Soon to **Pacific-Law-Center.com** Bad Attorneys Federal
Prisons ...
www.statutelaws.com/ - 37k - Cached - Similar pages

### FindLaw for Legal Professionals - Case Law, Federal and State ...
100% FREE == **PACIFIC-LAW-CENTER.com** SAN DIEGO DUI == SMILE, IT'S
FREE On March 9, 2007 in Downtown San Diego California Court in Department 75
these ...
lawcrawler.findlaw.com/scripts/lc.pl?country=&
start=335&lang=&entry=family+law+San+Diego&... - 45k - Cached - Similar pages

### YouTube - Khaled El-Masri - Victim of C.I.A. Rendition
5 clicks from http://www.**pacific-law-center.com**/pacific_law_center... 5 clicks from
http://stlawu.typepad.com/theweave_bernier/ ...
www.youtube.com/watch?v=mBZBA-uMreU - 95k - Cached - Similar pages

#### YouTube - IOM Video News Release: Child Trafficking
2 clicks from http://www.**pacific-law-center.com**/. 1 clicks from
http://www.ushostage.com/. Loading Info... close. Would you like to comment? ...
www.youtube.com/watch?v=vkpIZCRskjQ - 78k - Cached - Similar pages

### WARNING: PACIFIC LAW CENTER SUCKS 100%
**PACIFIC-LAW-CENTER.com** has a right to expose any and all wrong doings by
Pacific Law ... Coming Soon to **Pacific-Law-Center.com** Bad Attorneys Federal
Prisons ...
www.losangelescountylaw.com/pacific_law_center_angeles.html - 35k -
Cached - Similar pages

### www.**pacific-law-center.com** Coming Soon!
www.**pacific-law-center.com**. This page is parked free, courtesy of GoDaddy.com ·
Go to the GoDaddy.com home page! Sponsored Links. Law Scholarships ...
www.pacific-law-center.com/ - 56k - Cached - Similar pages

#### 100% FREE:::Phillips & Associates:Pacific Law Center:PhillipsLaw ...
**PACIFIC-LAW-CENTER.com** has a right to expose any and all wrong doings by
Pacific Law ... Coming Soon to **Pacific-Law-Center.com** Bad Attorneys Federal
Prisons ...
www.pacific-law-center.com/center_law_pacific_dui_san.html - 36k -
Cached - Similar pages

### PACIFICLAWCENTER.com = HUSTLERS = PHILLIPSLAW.com = HUSTLERS
Ecerpt from Google to the owner of **PACIFIC-LAW-CENTER.com** In regards to the
site 100% FREE the kind Rides Changing San Diego with Dealers Phillips ...
**PACIFIC-LAW-CENTER.com** is also UNDER CONSTRUCTION.- DO NOT HIRE PACIFIC
Cached - Similar pages

LAW CENTER CALIFORNIA OWNED BY PHILLIPS & ASSOCIATES ARIZONA.
100%FREEWARNING ...
www.pacific-law-center.com/pacific_law_center_pacific.html - 14k
Cached - Similar pages

PACIFIC LAW CENTER = HUSTLERS = PHILLIPS & ASSOCIATES
100% FREE WARNING PACIFIC LAW CENTER PHILLIPS & ASSOCIATES.
www.pacific-law-center.com/phillips_law_center_pacific.html - 14k
Cached - Similar pages

Result Page:    1 2    **Next**

Try Google Desktop: search your computer as easily as you search the web.

pacific-law-center.com          Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google

Sign in

Google

Web   Images   Video   News   Maps   more »

pacific-law-center.com                    Search    Advanced Search
                                                    Preferences

**Web**                    Results **11 - 13** of **13** for pacific-law-center.com. (**0.04** seconds)

WARNING. PHILLIPSLAW.com = PACIFICLAWCENTER.com = HUSTLERS
**PACIFIC-LAW-CENTER.com** IS UNDER CONSTRUCTION.
www.pacific-law-center.com/phillips_pacific_law_center.html - 6k -
Cached - Similar pages

100% FREE *** San Diego Attorneys *** 100% FREE
Ecerpt from Google to the owner of **PACIFIC-LAW-CENTER.com** In regards to the
site ******.dk, thank you for bringing this to our attention. ...
www.phawku.com/realestateconstructionlaw.html - 13k - Cached - Similar pages

100% FREE *** **PACIFIC-LAW-CENTER.com** *** 100% FREE
100% FREE WARNING Meth DUI San Diego pacificlawcenters.com PhillipsLaw.com
Pacific Phillips Law Center Phoenix kindrideshare.net pacificlawcenter.com ...
www.phawku.com/pacific_law_center_dui_san_.html - 36k - Supplemental Result -
Cached - Similar pages

Result Page: **Previous** 1 **2**

pacific-law-center.com                    Search

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google

# www.pacific-law-center.com

This page is parked free, courtesy of GoDaddy com

Search

## Sponsored Links

**LSAT Score 160 or Above?**
Accepting Apps For Fall 2007 Scholarships Available - Apply Now!
Law ULV edu

**Law School Outlines**
6,127 Downloadable Law Outlines Search By School, Class, Prof.
www outlinedepot com

**New York University**
$10,000 Scholarship For New York Takes 30 Seconds. Open To All.
www.10000-scholarship.com/nyu

**Wipe Out Bills Now**
Stop Harassment - Stop Garnishments $50.00 Starts - San Diego Attorney
www.debtwipeout.com

**PacifiCare Lawsuit**
Individual health policy cancelled? We can help. Call us - 888-487-5342
www.advocatelawgroup.com

**Buy Law Books**
Huge Savings On All Your Textbooks. Fast & Free Shipping, Order Online!
www.Textbooks.com

**law school scholarship**
College Scholarships for Free. Win $10,000 Free!
FreeCollegeScholarshipNow.net

**Online Law School**
Earn your JD or Executive JD from Concord Law. Free Info.
EducationEngine.com

**Online Law School**
Earn a JD, Executive JD Program Free No Obligation Evaluation
aftrk.com

**Antitrust law**
Find the Best-Paying $100K Jobs Join the Club & Get Hired Faster
www.LawLadder.com



**LIMITED-TIME OFFER**



**$1.99** * for Qty
Limit
**Domains**
Now, with any new
domain purchase!

FREE with every
domain name:
- NEW! Hosting
  with Web builder
- NEW! Quick Blog
- Complete Email
- AND MORE!

*Find a domain name now:*

.com 

Advanced Search 

*Plus ICANN fee of 22 cents
per domain name year.*

## Fast, Reliable, Secure
Web Hosting

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual
  Commitment
- Generous Storage &
  Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

  Flexible plans as
  low as $3.19/mo!
  Learn more...

## Related Searches

Environmental Law
West Law Law School
University of the Pacific Law
California Accredited Law
Schools
Thomas Jefferson School of Law
San Joaquin College of Law

## Popular Searches

| **Travel** | **Financial Planning** | **E Commerce** |
|---|---|---|
| Airline | Loans | VoIP |
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |

| **Lifestyle** | **Real Estate** | **Insurance** |
|---|---|---|
| Fitness | Mortgages | Car Insurance |
| Dating | Refinancing | Travel Insurance |
| Singles | Home Equity Loans | Health Insurance |
| Education | For Sale by Owner | Home Insurance |
| Degrees | Credit Score | Life Insurance |

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

**Health Care**
Vitamins
Contact Lenses
Laser Eye Surgery
Cosmetic Surgery
Diet

**Shopping**
Gifts
Flowers
DVD Rental
Apparel
Books

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright ® 1999-2007 GoDaddy.com, Inc. All rights reserved.

100% Free Warning    Lawyers    100 Free Lawyers

# (646)225-8213

**100 LAWYERS IN SAN DIEGO CALIFORNIA OFFERING FREE CONSULTATION**

### E N T E R       H E R E

Please visit PHAWKU.com



Excerpt of:

**RESPONSE EX PARTE ATTEMPTS AND OF ONGOING VIOLATIONS OF MY CIVIL RIGHTS** Filed in Superior Court of California, San Diego County on April 13, 2007 Case No.GIC878352 with several Exhibits along with the document below that can only be seen if you go to court and ask to see the file. - Open to Public.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

**PACIFIC LAW CENTER**

**vs.**

**SHAHROKH SAADAT-NEJAD**

**CASE No.GIC878352**

Date: April 20, 2007
Time: 3:00pm
Dept. 75

I/C Judge: Hon. Richard E.L. Strauss

1. Pacific Law Center has argued over and over again regarding the domain name pacificlawcenters.com because people may type Pacific Law Center's domain name pacificlawcenter.com with an "s" added.

2. I have been arguing over and over again that Pacific Law Center's civil actions against me is not about domain names, but rather for Pacific Law Center keeping me silent of at minimum of knowingly and intentionally holding me hostage in jail for profit.

3. I was not served with this civil action, I responded to the court on my own and made my first court appearance regarding this matter on March 9, 2007.

4. The court order that was signed by Judge Richard E.L. Strauss on February 27, 2007 was and is in violations of my civil rights. It was signed without me having being served of the civil complaint, it was signed without a court reporter present, it was signed off court record, it was signed as a favor to Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith because Pacific Law Center had everyone convinced that I the defendant will not appear in court regarding this matter.

5. Attached to this document as EXHIBIT (1), EXHIBIT (2) and EXHIBIT (3) which are are copies of court transcripts of for this matter since I have appeared in court. They are reporter's transcript of proceedings of March, 9 2007 – March 14, 2007 and March 22, 2007 and the transcript clearly shows that Edward Mcintyre from Solomon Ward Seidenwurm and Smith is misleading the courts of The Superior Court of California and The United States District Court in order to keep me silent by violating my civil rights.

100% Free Warning - Pacific Law Center - Solomon Ward Attorneys a...

http://www.100freelawyers.com/

**Worried Scared Confused**
You can afford Experience Now!
Our Criminal Lawyers will help!
www.pacificatorney.com

**Local Family Attorneys**
Find Family Attorneys in Your
Area. Locate the Experts You Need
www.SuperPages.com

**San diego county dui**
Arrested for DUI/DWI? We can help.
Contact Us for a Free Consultation!
www.CaliforniaDUIHelp.com

Google    Search

This page is hosted free, courtesy of GoDaddy.com.
Copyright © 2007 GoDaddy.com, Inc. All Rights Reserved.

**Domain names from $1.99**
Visit GoDaddy.com for the best values on: Domain names, Web hosting and more! See product catalog.

**100% FREE    Lawyers**

OWNER OF StatuteLaws.com IS NOT A LAWYER, ATTORNEY, or LAW FIRM of any kind.

StatuteLaws.com IS NOT INTENDED TO PROVIDE LEGAL ADVICE.

"THE NOBLEST MOTIVE IS THE PUBLIC GOOD"

**100 LAWYERS IN SAN DIEGO CALIFORNIA OFFERING FREE CONSULTATION**

**E N T E R      H E R E**



On September 18, 2006 Pacific Law Center went to a San Diego, California court and waived a defendants rights to appear in two criminal cases and got a continuance for both criminal cases while the defendant was in Jail AFTER Pacific Law Center was fired on September 8, 2006.

Intentional civil rights violations on court record and yes, government prosecutors for both criminal cases were present in court when these violations accured.

Pacific Law Center and Solomon Ward Seidenwurm and Smith (Solomon Ward Attorneys at Law) with the blessings of government prosecutors have filed four complaints in different courts which includes The United States District Court, Southern District of California case No.07-CV-00460 against the the defendant in order to keep the defendant silent. This is called fraud and railroading a person in jail and/or prison and railroadind a person in contempt of court and violating freedom of speech.

On March 28, 2007 in Department No.2 Commissioner Rice of the Superior Court of California in San Diego County conspired with prosecutors and San Diego County by railroading the defendant to a guilty plea.

Judge Richard E.L. Strauss of the Superior Court of California in San Diego County Case No.GIC878352 has signed a order off court record with no court reporter on February 27, 2007 without the defendant being present that the defendant shall not use the words "Pacific Law Center" in any published communication. Defendant made first court appearance regarding civil case No.GIC878352 on March 9, 2007.

Judge Larry Alan Burns of the United States District Court, Southern District of California in San Diego County Case No.07-CV-00460 has signed a order on March 29, 2007 that the defendant shall not register and trafficking in any internet website the words "Pacific, Law, Center, Solomon, Ward".

Pacific Law Center hired Solomon Ward Seidenwurm & Smith Attorneys only because of a Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith has a reputation of access to Judges, and they have proven that they Solomon Ward Attorneys at Law do have Judges in their back pockets. Think about it..... Pacific Law Center that claims "Over 150 years of combined experience" and with 20 attorneys that work for Pacific Law Center, hire Mr. Herbert J. Solomon.

List of corrupt commissioners and judges that are involved are coming soon.

The Defendant is a Muslim and a citizen of The Islamic Republic of Iran and is the owner and operator of USHOSTAGE.com which at a minimum exposes terrorists that use Chemical Warfare Weapons on humans, terrorists that occupy Palestine while murdering humans, and United Sates secret prisons that are being used to torture and murder humans.



**Worried Scared Confused**
You can afford Experience Now!
Our Criminal Lawyers will help!
www.californiacrimeuslaw.com

**Local Family Attorneys**
Find Family Attorneys in Your
Area. Locate the Experts You Need
www.SuperPages.com

**San diego county dui**
Arrested for DUI/DWI? We can help.
Contact Us for a Free Consultation!
www.CaliforniaDUIHelp.com

   Search

**This page is hosted free, courtesy of GoDaddy.com**
Copyright © 2007 GoDaddy.com, Inc. All Rights Reserved.

**Domain names from $1.99**
Visit GoDaddy.com for the best values on: Domain names, Web hosting and more! See product catalog

100% FREE     Lawyers

OWNER OF StatuteLaws.com IS NOT A LAWYER, ATTORNEY, or LAW ENFORCEMENT

StatuteLaws.com IS NOT INTENDED TO PROVIDE LEGAL ADVICE

"THE NOBLEST MOTIVE IS THE PUBLIC GOOD"

## 100 LAWYERS IN SAN DIEGO CALIFORNIA OFFERING FREE CONSULTATION

## E N T E R     H E R E



On September 18, 2006 Pacific Law Center went to a San Diego, California court and waived a defendants rights to appear in two criminal cases and got a continuance for both criminal cases while the defendant was in Jail AFTER Pacific Law Center was fired on September 8, 2006.

Intentional civil rights violations on court record and yes, government prosecutors for both criminal cases were present in court when these violations accured.

Pacific Law Center and Solomon Ward Seidenwurm and Smith (Solomon Ward Attorneys at Law) with the blessings of government prosecutors have filed four complaints in different courts which includes The United States District Court, Southern District of California case No.07-CV-00460 against the the defendant in order to keep the defendant silent. This is called fraud and railroading a person in jail and/or prison and railroadind a person in contempt of court and violating freedom of speech.

On March 28, 2007 in Department No.2 Commissioner Rice of the Superior Court of California in San Diego County conspired with prosecutors and San Diego County by railroading the defendant to a guilty plea.

Judge Richard E.L. Strauss of the Superior Court of California in San Diego County Case No.GIC878352 has signed a order off court record with no court reporter on February 27, 2007 without the defendant being present that the defendant shall not use the words "Pacific Law Center" in any published communication. Defendant made first court appearance regarding civil case No.GIC878352 on March 9, 2007.

Judge Larry Alan Burns of the United States District Court, Southern District of California in San Diego County Case No.07-CV-00460 has signed a order on March 29, 2007 that the defendant shall not register and trafficking in any internet website the words "Pacific, Law, Center, Solomon, Ward".

Pacific Law Center hired Solomon Ward Seidenwurm & Smith Attorneys only because of a Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith has a reputation of access to Judges, and they have proven that they Solomon Ward Attorneys at Law do have Judges in their back pockets. Think about it..... Pacific Law Center that claims "Over 150 years of combined experience" and with 20 attorneys that work for Pacific Law Center, hire Mr. Herbert J. Solomon.

List of corrupt commissioners and judges that are involved are coming soon.

The Defendant is a Muslim and a citizen of The Islamic Republic of Iran and is the owner and operator of USHOSTAGE.com which at a minimum exposes terrorists that use Chemical Warfare Weapons on humans, terrorists that occupy Palestine while murdering humans, and United Sates secret prisons that are being used to torture and murder humans.



please flag with care :  [ **miscategorized** ]   [ **prohibited** ]   | **spam** |   | **discussion** |   | **best of** |

email this posting to a friend

# Pacific Law Center San Diego DUI Attorneys SUCK = 100FreeLawyers.com

Reply to: see below
Date: 2007-04-06, 8:44PM ADT

Please visit: PHAWKU.com

Justice Department For Sale by Solomon Ward Attorneys at Law:

On September 18, 2006 Pacific Law Center went to a San Diego, California court and waived a defendants rights to appear in two criminal cases and got a continuance for both criminal cases while the defendant was in Jail AFTER Pacific Law Center was fired on September 8, 2006.

Intentional civil rights violations on court record and yes, government prosecutors for both criminal cases were present in court when these violations accured.

Pacific Law Center and Solomon Ward Seidenwurm and Smith (Solomon Ward Attorneys at Law) with the blessings of government prosecutors have filed four complaints in diffrent courts which includes The United States District Court, Southern District of California case No.07-CV-00460 against the the defendant in order to keep the defendant silent. This is called fraud and railroading a person in jail and/or prison and railroadind a person in contempt of court and violating freedom of speech.

On March 28, 2007 in Department No.2 Commissioner Rice of the Superior Court of California in San Diego County conspired with prosecutors and San Diego County by railroading the defendant to a guilty plea.

Judge Richard E.L. Strauss of the Superior Court of California in San Diego County Case No.GIC878352 has signed a order off court record with no court reporter on February 27, 2007 without the defendant being present that the defendant shall not use the words "Pacific Law Center" in any published communication. Defendant made first court appearance regarding civil case No.GIC878352 on March 9, 2007.

Judge Larry Alan Burns of the United States District Court, Southern District of California in San Diego County Case No.07-CV-00460 has signed a order on March 29, 2007 that the defendant shall not register and trafficking in any internet website the words "Pacific, Law, Center, Solomon, Ward".

Pacific Law Center hired Solomon Ward Seidenwurm & Smith Attorneys only because of a Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith has a reputation of access to Judges, and they have proven that they Solomon Ward Attorneys at Law do have Judges in their back pockets. Think about it.....

Pacific Law Center that claims "Over 150 years of combined experience" and with 20 attorneys that work for Pacific Law Center, hire Mr. Herbert J. Solomon.

List of corrupt commissioners and judges that are involved are coming soon.

The Defendant is a Muslim and a citizen of The Islamic Republic of Iran and is the owner and operator of USHOSTAGE.com which at a minimum exposes terrorists that use Chemical Warfare Weapons on humans, terrorists that occupy Palestine while murdering humans, and United Sates secret prisons that are being used to torture and murder humans.


Eyewitness 10 News San Diego (ABC) - CNN.com - North County Times - El Latino - San Diego Union - San Diego Tribune

Media:

Pacific Law Center in California which is owned by Phillips and Associates Law Firm in Arizona and 100% backed by Solomon Ward Seidenwurm and Smith (Solomon Ward Attorneys at Law) admit on court record that they proudly defend child molesters in San Diego, California (James Dalton & Aaron Fritz) and they have every right to do so.

When ANY person(s) that gets charged in San Diego, California with this sort of crime(s) related to harming children the media exposes the case and they the media do extensive follow ups. Right?

Wrong.

I have searched all over the internet news wires from the past and current and I can not find a single news article that contains Pacific Law Center as the legal counsel for the accused of sex crimes against any child.

Why? Why is there no mention of Pacific Law Center? There must be a motive of why the local media does not mention person(s) that are charged with sex crimes against any child whom the accused is being defended by Pacific Law Center.

The answer is the $10,000,000+ that Pacific Law Center spends with the local media in advertisement.

I believe that Pacific Law Center tells the local media that if they expose their deared client(s) and Pacific Law Center as the legal council for the person(s) of being charged with sex crimes of any kind against any child then they Pacific Law Center will no longer advertise with them.


it's NOT ok to contact this poster with services or other commercial interests


PostingID: 307399323

**No contact info?** if the poster didn't include a phone number, email, or other contact info, craigslist can notify them via email.    Send Note!

Copyright © 2007 craigslist, inc.    terms of use    privacy policy    feedback forum

# Law Blog

## About

Law Blog is the weblog of **David Sorkin**, a professor at The John Marshall Law School in Chicago.

## Recent Posts

Wining across state lines
Watch what you blog
ICANN do whatever I want
The King v. The King of Pop?
MGM v. Grokster
eBay accused of Shill Bidding
No Spam for Cows?
All Your Mail Is Spam
Don't Spam My Domain
AP: Consumers get telemarketer relief (also see F...

## Sitefeed 

## Sponsored Links

Oil Painting Reproductions
RFID Tracker
Ink and printer supplies

JUNE 08, 2005

## Blogs as lawyer advertising

The Kentucky Attorneys' Advertising Commission apparently has taken the position that every post on a lawyer's blog constitutes an advertisement, requiring the lawyer to submit a copy of the post to the Commission along with a $50 filing fee. See Ben Cowgill's Legal Ethics Blog, Evan Schaeffer's Legal Underground, Dennis Kennedy in Between Lawyers, and David Giacalone in f/k/a. Eugene Volokh says it's "surely unconstitutional."

Trackbacks (0)

## 7 Comments:

**economy said...**

why so much?

3:51 AM, February 01, 2006

**Marko Petkovic said...**

Expensive rates. They should consider blog popularity if already charge that.

4:08 PM, March 21, 2006

**Bar View said...**

It sounds oppressive and unreasonable.

9:34 PM, September 06, 2006

**Bar View said...**

One issue to consider is whether or not attorneys across state lines are violating the Kentucky regulation when their Internet ads are viewed in Kentucky.

This same issue is presenting a real difficult problem in Australia right now. Some jurisdictions have banned personal injury advertising and some haven't, but many lawyers' ads make their way across jurisdictional lines, and the Australian Bar has been wrestling with what to do about this.

9:47 PM, September 06, 2006

**USHOSTAGE.com said...**

PACIFIC LAW CENTER

SAN DIEGO, CALIFORNIA

## Ads

**San Diego Foreclosures**
Find the Best Deals in San Diego CA Free Hotlist of Bank-owned Repos
www.ForeclosureHotList

**Over 30 Yrs Experience**
Certified Specialist in Family Law Call for free consultation.
www.loveapc.com

Pacific Law Center packages itself very well - They have made them selves a Public Icon by heavy advertising spending in the tens of millions of dollars. Below are some civil complaints filed against the "Over 150 years of combined experience" Pacific Law Center.

[1] CIVIL CASE No.GIC879397 - LUCKMAN, CHARLES vs. PACIFIC LAW CENTER - Filed at San Diego 02/01/2007

[2] CIVIL CASE No.GIS26363 - GATEWAY CHULA VISTA 2, LLC vs. PACIFIC LAW CENTER - Filed at South County 09/28/2006

[3] CIVIL CASE No.GIC872419 - COSSIO, COLIN C vs. PACIFIC LAW CENTER - Filed at San Diego 09/13/2006

[4] CIVIL CASE No.GIC871101 - MELTZ, TODD CLAYTON vs. PACIFIC LAW CENTER - Filed at San Diego 08/18/2006

[5] CIVIL CASE No.GIC868515 - RHOAD, KRISTEN vs. PACIFIC LAW CENTER - Filed at San Diego 07/03/2006

[6] CIVIL CASE No.SN037043 - ZITO, PHYLLIS vs. PACIFIC LAW CENTER - Filed at North County 05/01/2006

[7] CIVIL CASE No.SC158346 - GOMEZ, ISABEL vs. PACIFIC LAW CENTER - Filed at Kearny Mesa 12/07/2004

[8] CIVIL CASE No.SC150154 - SANCHEZ, JOAQUIN TAPIA vs. PACIFIC LAW CENTER - Filed at Kearny Mesa 03/10/2004

There are many parallels to the controversy over intentional wrongdoings by Pacific Law Center.

Prosecutors:

Pacific Law Center in San Diego, California which is owned by Phillips and Associates Law Firm in Arizona operates very much like a government office.

San Diego County Public Defenders Office is a government office. Every person that works for the San Diego County Public Defenders Office gets paid by a government check. We as tax payers pay for that office to operate, but we as tax payers do not have control of how much funding and support the San Diego Public Defenders Office gets. Compared to the funding and support that the San Diego County District Attorneys Office and the City of San Diego Attorneys Office it is insulting to the tax payer. Should the tax payer ever need to be represented by the San Diego County Public Defenders Office, that person will not get a fair defense due to lack of funding.

Pacific Law Center is private, and they spend over $10,000,000

a year on advertising, and Pacific Law Center has over 100 employees that get paid very well. If you look at the website of PacificLawCenter.com you will see that they only have 20 attorneys as of March 11, 2007 and some are supervisors that perhaps have even forgotten what a court room looks like. What do the other 80 employees do at Pacific Law Center? Pacific Law Center needs paralegals, investigators, a marketing department, janitors, delivery personals, limo drivers Etc...

It is a big overhead that Pacific Law Center has. Just like any business Pacific Law Center wants to save money. Operating Pacific Law Center like the San Diego County Public Defenders Office can save alot of money.

What does the San Diego County Public Defenders Office do so it can save money, while still representing the tax payer? Make deals with the prosecutor(s). It is always ONLY the prosecutors that offer the deals to the San Diego County Public Defenders Office and to any other defense attorney(s).

This is where corruption can be suggested. Why would a person hire Pacific Law Center when it can get the same results as if the accused was being represented by the San Diego County Public Defenders Office? Heavy marketing by Pacific Law Center is the reason. Misleading the public that they Pacific Law Center will get you better results from just about any other defense attorney in the State of California as a whole. This is called fraud.

The San Diego County District Attorneys Office has a fraud investigation unit which I know that they are very good at what they do, and I personally thank them for their efforts of protecting us regardless of race or gender.

The San Diego County District Attorneys Office has over 1,000 employees, and more than 250 of them are attorneys, and more than 100 of them are investigators. Because of better pay, and only because of better pay 14 investigators from the San Diego Police Department went to work for the San Diego District Attorneys Office.

San Diego County government as a whole is and has been having major problems with money due to frauds which we all see on the media. Where does the San Diego District Attorneys Office get the funds to hire 14 additional investigators when the San Diego Police Department has a difficult time with funds?

When a deal is made on a criminal matter it saves all parties money, except the defendant. If the defendant is being represented by Pacific Law Center then there is no refund on a retainer (contract). This is a major hustle that brings in alot of money, and this is called fraud.

So why wont the San Diego District Attorneys Office stop this

hustle (fraud)? The motive is when Pacific Law Center talks its clients into taking just about all deals offered by the San Diego County District Attorneys Office ALL parties save money except the defendant.

If the defendant wants to take his/her criminal case to trial all parties turn their backs on the defendant, that includes Pacific Law Center and the San Diego County Public Defenders Office in a manner that is called being railroaded in jail or prison, and this is called fraud, and violations of so many things that is related to human rights violations.

Please visit: http://www.100FreeLawyers.com

9:31 PM, April 01, 2007

**Justice Department For Sale by Solomon Ward Attorneys at Law: said...**
Justice Department For Sale by Solomon Ward Attorneys at Law:

On September 18, 2006 Pacific Law Center went to a San Diego, California court and waived a defendants rights to appear in two criminal cases and got a continuance for both criminal cases while the defendant was in Jail AFTER Pacific Law Center was fired on September 8, 2006.

Intentional civil rights violations on court record and yes, government prosecutors for both criminal cases were present in court when these violations accured.

Pacific Law Center and Solomon Ward Seidenwurm and Smith (Solomon Ward Attorneys at Law) with the blessings of government prosecutors have filed four complaints in diffrent courts which includes The United States District Court, Southern District of California case No.07-CV-00460 against the the defendant in order to keep the defendant silent. This is called fraud and railroading a person in jail and/or prison and railroadind a person in contempt of court and violating freedom of speech.

On March 28, 2007 in Department No.2 Commissioner Rice of the Superior Court of California in San Diego County conspired with prosecutors and San Diego County by railroading the defendant to a guilty plea.

Judge Richard E.L. Strauss of the Superior Court of California in San Diego County Case No.GIC878352 has signed a order off court record with no court reporter on February 27, 2007 without the defendant being present that the defendant shall not use the words "Pacific Law Center" in any published communication. Defendant made first court appearance regarding civil case No.GIC878352 on March 9, 2007.

Judge Larry Alan Burns of the United States District Court, Southern District of California in San Diego County Case No.07-CV-00460 has signed a order on March 29, 2007 that the defendant shall not register and trafficking in any internet website the words "Pacific, Law, Center, Solomon, Ward".

Pacific Law Center hired Solomon Ward Seidenwurm & Smith Attorneys only because of a Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith has a reputation of access to Judges, and they have proven that they Solomon Ward Attorneys at Law do have Judges in their back pockets. Think about it..... Pacific Law Center that claims "Over 150 years of combined experience" and with 20 attorneys that work for Pacific Law Center, hire Mr. Herbert J. Solomon.

List of corrupt commissioners and judges that are involved are coming soon.

The Defendant is a Muslim and a citizen of The Islamic Republic of Iran and is the owner and operator of USHOSTAGE.com which at a minimum exposes terrorists that use Chemical Warfare Weapons on humans, terrorists that occupy Palestine while murdering humans, and United Sates secret prisons that are being used to torture and murder humans.

Please visit: 100freelawyers.com
11:45 AM, April 07, 2007

**USHOSTAGE.com said...**
Excerpt of:

RESPONSE EX PARTE ATTEMPTS AND OF ONGOING VIOLATIONS OF MY CIVIL RIGHTS Filed in Superior Court of California, San Diego County on April 13, 2007 Case No.GIC878352 with several Exhibits along with the document below that can only be seen if you go to court and ask to see the file. - Open to Public.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

PACIFIC LAW CENTER

vs.

SHAHROKH SAADAT-NEJAD

CASE No. GIC878352

Date: April 20, 2007
Time: 3:00pm
Dept. 75

I/C Judge: Hon. Richard E.L. Strauss

1. Pacific Law Center has argued over and over again regarding the domain name pacificlawcenters.com because people may type Pacific Law Center's domain name pacificlawcenter.com with an "s" added.

2. I have been arguing over and over again that Pacific Law Center's civil actions against me is not about domain names, but rather for Pacific Law Center keeping me silent of at minimum of knowingly and intentionally holding me hostage in jail for profit.

3. I was not served with this civil action, I responded to the court on my own and made my first court appearance regarding this matter on March 9, 2007.

4. The court order that was signed by Judge Richard E.L. Strauss on February 27, 2007 was and is in violations of my civil rights. It was signed without me having being served of the civil complaint, it was signed without a court reporter present, it was signed off court record, it was signed as a favor to Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith because Pacific Law Center had everyone convinced that I the defendant will not appear in court regarding this matter.

5. Attached to this document as EXHIBIT (1), EXHIBIT (2) and EXHIBIT (3) which are are copies of court transcripts of for this matter since I have appeared in court. They are reporter's transcript of proceedings of March, 9 2007 – March 14, 2007 and March 22, 2007 and the transcript clearly shows that Edward Mcintyre from Solomon Ward Seidenwurm and Smith is misleading the courts of The Superior Court of California and The United States District Court in order to keep me silent by violating my civil rights.

6. On March 14, 2007 I told Judge Richard E.L. Strauss that the defendants are abusing the court order that was signed on February 27, 2007 against me by violating my freedom of speech. Judge Richard E.L. Strauss refused to accept not only my allegations of abuse of the court order but rather allowing to continue.

7. Edward Mcintyre from Solomon Ward Seidenwurm and Smith said on record on March 22, 2007 to Judge Richard E.L. Strauss

that he filed his federal action on March 13th and on the 14th Judge Richard E.L. Strauss modified and verbiage the order to what was intended by that order. See EXHIBIT (3)

8. Edward Mcintyre from Solomon Ward Seidenwurm and Smith was present in court on March 9, 2007 and he was told what the court order is for in plain English and these are reasons for me to believe that Judge Richard E.L. Strauss is conspiring with the plaintiffs to keep me silent. See EXHIBIT (1).

9. I have made it very clear in The United States District Court that I am willing to give the plaintiffs the domain names including pacificlawcenters.com that they claim is similar to their names, but I have the right to publish and speak about their ongoing violations of my civil rights.

10. As for allegations of extortion, I pitty these people because as you can clearly see in EXHIBIT (4) that their evidence of allegation of extortion was created and crafted by Pacific Law Center and their conspirator(s).

11. Judge Richard E.L. Strauss granting a Preliminary Injunction against me without a Jury Trial would be in violation of my freedom of speech and right to defense. To stop me from using the words pacific, law, and center is nothing short of a person covering up corruption in the Justice System as a whole.

12. I have been posting my views of court orders signed against me on the World Wide Web and the plaintiffs think they can continue to violate my freedom of speech because of it and because a Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith has a reputation of access to Judges, and they have proven that they Solomon Ward Attorneys at Law do have Judges in their back pockets by having Judge(s) sign court orders behind closed doors and no court reporter present.

Mr. Herbert J. Solomon of Solomon Ward Seidenwurm & Smith does not represent the United States Government to be granted such corruption(s).

I declare under penalty of perjury under the laws of the State of California that the facts in this document are true and correct of my own personal knowledge.

==============================

Excerpt of:

Declaration filed in the United Stated District Court, Southern District of California on March 26, 2007 case No.CV00460 and Superior Court of California, Downtown San Diego California case No.CD200499 with several Exhibits that can only be seen if you go to the court and ask to see the file and this was filed on

April 13, 2007 as attached EXHIBIT (4) with the above document in The Superior Court of California, San Diego County Case No.GIC878352. - Open to Public.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

AND

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

PEOPLE STATE OF CALIFORNIA, SOLOMON WARD SEIDENWURM AND SMITH, PACIFIC LAW CENTER

vs.

Shahrokh Saadat-Nejad

United States District Court CASE No.CV00460, Superior Court of California CASE No.CD200499

DECLARATION OF SHAHROKH SAADAT-NEJAD AND RESPONSE TO ALL EX PARTE IN ALL COURT CASES LISTED ON THIS DOCUMENT

Shahrokh Saadat-Nejad, the defendant for criminal case No. CD200499, filed by the San Diego County District Attorney and criminal case No.M897962 filed by City of San Diego Attorney, and civil case No.GIC878352 filed by "Pacific Law Center" at Superior Court of California, San Diego County, and civil case No.3:2007CV00460 filed by "Pacific Law Center" and "Solomon Ward Seidenwurm and Smith" at United States District Court, Southern District of California, and two cases filed with the Internet Corporation for Assigned Names and Numbers case No.TBA (To Be Announced) and case No.TBA (To Be Announced) by "Pacific Law Center" and "Solomon Ward Seidenwurm and Smith" declare:

1. It is easier to understand the falsehood in all court cases stated on this document than it is to understand the truth.

Multiple court cases with multiple interrogations while in law enforcement custody is all calculated in a time frame where I am

overwhelmed by having to respond to multiple court cases all designed in the same timeframe. Multiple cases filed against Shahrokh Saadat-Nejad and/or USHOSTAGE.com by the government and multiple private attorneys will not keep Shahrokh Saadat-Nejad silent.

This declaration and response to all ex parte in all court cases listed on this document is not complete due to the unfair timing of deadlines to file in response and due to not having a fair amount of time to obtain court transcripts and being denied access to documents and evidences, and being denied access to interrogation reports.

2. I am a Muslim and I was born in The Islamic Republic of Iran.

3. I am the owner and operator of http://www.USHOSTAGE.com.

4. On September 8, 2006 I Shahrokh Saadat-Nejad, my mother and other family members fired Pacific Law Center for criminal case No.CD200499 and criminal case No.M897962 in which I am the defendant for both cases.

5. On September 18, 2006 Pacific Law Center refused to acknowledge that they were fired on September 8, 2006 and went to court for criminal case No.CD200499 and criminal case No.M897962 and waived my rights to appear in court for both criminal cases. Pacific Law Center got a continuance for both criminal cases, and Pacific Law Center remained as legal counsel on record for both cases against my will.

6. I have heard the audio tape of the court hearings of September 18, 2006 for criminal case No.CD200499 and criminal case No.M897962. I have had three meetings after September 19, 2006 and before February 27, 2007 with Pacific Law Center and Pacific Law Center have acknowledged that they did know that they were fired before September 18, 2006.

7. A lawyers for Pacific Law Center Matthew Spiegel laughs about the human rights violations at one of the three meetings as he tells me that "My secretary told me that we were fired" as he is laughing.

8. On March 16, 2007 I had another meeting with Pacific Law Center and Solomon Ward Seidenwurm and Smith at 401 B Street in San Diego and the meeting was recorded. I went to the meeting with a baseball, a baseball glove and a baseball bat. March 14, 2007 in department 75 while court was in session, and in front of judge Richard E.L. Strauss, attorney Edward J. McIntyre attacked me verbally and his body motion physically coming at me with his closed fist looking like it is going to strike me, and as his fist got closer to my face he stuck out his index finger less than two inches away from my face.

Judge Richard E.L. Strauss stated on record that there is a court security camera in the court after I had asked the court on record about the attack being captured on camera. If that was me behaving like a animal then I would have been arrested.

At the March 16, 2007 meeting Pacific Law Center again acknowledged that they knew that they have violated my civil rights on September 18, 2006 for profit. They admit that it cost minimum $500 to fire them – just to fire them – nothing else – If a person (client) refuses to see Pacific Law Center while the person (client) are in jail, then Pacific Law Center will waive the rights of the person (client) to appear in court until the person (client) do see them, or else the person stays in jail and court dates just keep on getting continued. This is called holding a person hostage in the United States of America and the San Diego County District Attorney Office and City of San Diego Attorney Office refuse do anything about it.

9. Because I am the owner and operator of USHOSTAGE.com Pacific Law Center and their associates and government employees think they can get away with these civil rights crimes against me.

10. PACIFIC LAW CENTER HAVE KNOWINGLY, WILLINGLY, VIOLATED MY CIVIL RIGHTS IN SO MANY WAYS THAT IS RELATED TO TORTURE BY HOLDING ME HOSTAGE IN JAIL FOR PROFIT, AND THEY ARE COVERING IT UP BY FILING MUTIPLE LAWSUITS AGAINST ME IN STATE AND FEDERAL COURTS AND HAVE FILED FOR TWO CASES WITH THE INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, ALL CACULATED TO BE IN THE SAME TIME FRAME AS CRIMINAL COURT DATES IN ORDER TO RAILROAD ME TO JAIL OR PRISON BY PAYING OFF LAWYERS THAT I HIRE FOR CRIMINAL OR CIVIL IN ORDER TO CEASE DOMAIN NAMES AND TO KEEP ME SILENT.

11. GARY C. HARVEY CRIMINAL DEFENSE ATTORNEY AND MARY FRANCES PREVOST CIVIL RIGHTS ATTORNEY WERE BOTH BOUGHT BY PACIFIC LAW CENTER. MARY FRANCES PREVOST I BELIEVE WAS BOUGHT AND PAID FOR BY PACIFIC LAW CENTER BEFORE I HIRED MARY FRANCES PREVOST.

12. Pacific Law Center has accused me of extortion by demanding $500,000, and this needs explaining.

13. A letter was sent to Pacific Law Center by Mary Frances Prevost that was meant to demand a settlement for violating my civil rights. See attached exhibit (J).

14. Mary Frances Prevost was hired by me in a desperate time and situation, so I believe that Mary Frances Prevost collaborated with Pacific Law Center for profit. The contract I

signed with Mary Frances Prevost was nothing but for Mary Frances Prevostto to take advantage of another person's misfortune and to cease the domain name pacificlawcenters.com. See attached exhibit (A-1)

15. I had no knowledge of what was on the letter until after Mary Frances Prevost mailed it out to Pacific Law Center in an untimely manner which she kept encouraging me to buy more domain names. My demands were not on the letter that Mary Frances Prevost had written. I am still demanding Pacific Law Center to go on record of the civil rights violations that they are covering up and to stop practicing law until they agree to take ethics classes. See attached exhibit (J).

16. I was arrested on July 25, 2006 and taken into the Central jail in San Diego, California and booked. After I was fingerprinted and before I was to exchange my street clothes for jail clothes I was interrogated by a high ranking San Diego County Deputy Sheriff regarding the horrible events of September 11, 2001, my website USHOSTAGE.com, about my close to $10,000 Cash, why I have not become a American Citizen, the events of what took place on July 25, 2006, medical marijuana, active terrorist group agents of Mojahedin-e-Khalq, Sipah-e-Sahaba Pakistan, Millat-e-Islamia, Mossad and even how I felt about Prophet Jesus.

17. On July 25, 2006 the government took away large amount of medical marijuana away from me, $9800 cash away from me, all $100 bills, and my passport which is from The Islamic Republic of Iran. Since then the government now deny that I was interrogated in Central jail, deny I had an Iranian passport and deny I had $9800 cash, and they deny that they the San Diego Sheriffs and the San Diego Police had knowledge of http://www.USHOSTAGE.com.

18. When any person is taken in jail there are log books that are kept about every inmate from the beginning of when a person is taken to jail until that person is released from custody. It is this log book that can prove who interrogated me, where my money and passport went and to whom, and who has it right now and it will show that I was more than cooperative while being interrogated because the arresting San Diego Police Officer wrote down in his police report that I had refused to speak to him regarding ANYTHING that the Officer had asked me, including my name, date of birth, nationality and so on.

19. When any person that visits a website, they leave a computer fingerprint. It is called an IP Address.

20. I have the IP Address of the computer(s) that were used by the law enforcement to visit USHOSTAGE.com on July 25, 2006 – July 26, 2006 from the central jail in downtown San Diego and other suspected addresses that visited in the same time frame:

IP Address: 206.190.90.2 ( 206-190-25-2.gen.twtelecom.net )

IP Address: 66.27.52.146 ( rrcs-66-27-52-146.west.biz.rr.com )

IP Address: 66.27.48.94 ( rrcs-66-27-48-94.west.biz.rr.com )

From Israel which is occupied land by Zionist terrorists IP
Address: 81.199.145.58 ( 81.199.145.58.ipplanet.com )

21. I have the IP Address of the computer(s) that was used to
visit USHOSTAGE.com on September 12, 2006 from George
Bailey Detention Center and other suspected addresses that
visited in the same time frame which was another interrogation
that the San Diego Sheriffs did on me and deny again later.

IP Address: 206.190.90.2 ( 206-190-25-2.gen.twtelecom.net )

From San Jose, California IP Address: 69.109.117.50 (
adsl-69-109-117-50.dsl.pltn13.pacbell.net )

From San Jose, California IP Address: 69.109.174.16

22. On July 25, 2006 Methamphetamine dealers, pimps and
people involved with child prostitution, and child pornography
were getting ready for the upcoming weekend of "Gay Pride
Parade" in San Diego, California.

23. I had known about these people for over two years since July
25, 2006 and I have complained to law enforcement multiple
times including on July 25, 2006 before a call was made by a
female to 911 Emergency making allegations against me. On
July 20, 2006 San Diego Police Officer Dale Flamand I.D. #4385
gave me his cell phone number (619) 723-6295 in order for me
to inform him of Meth activity, mostly related to Timothy Kelly
whom is known to provide meth to children and adults according
to Officer Flamand and me.

24. I had reported on Timothy Kelly and his associates in the
past as far as the year 2004 to law enforcement which includes
Victor W. OU whom is a Deputy District Attorney, Major
Narcotics Unit (619) 515-8565 - Maria Silveira whom is District
Attorney Criminal Investigator, special operations division (619)
515-8565 – San Diego Police Detective Jim Brown (858)
552-1724 and numerous other people in law enforcement local
and Federal.

25. On July 25, 2006 I called San Diego Police Officer Dale
Flamand more than one time, but he would not answer his cell
phone and I knew that his phone was not off because each time
I called, his cell phone would ring a few times before it went to
voice mail. If a cell phone is off, then an incoming call goes
directly to voice mail instead of ringing a few times first. Common

sense.

26. There are minimum two things that I do to obtain information of ANY meth activity in San Diego, California.

[1] I give rewards of $500, Medical Marijuana, Sport or Concert tickets if the informant knows of person(s) and or location(s) on Meth Labs in San Diego County. If the informant can not call me, the informant can send me information through my websites (http://www.phawku.com & http://www.phawku2.com).

[2] I offer low cost or free service of sweeping rooms or motor homes for any hidden cameras and bugs (http://www.eyesweep.com) with my basic but effective equipment. On or around July of 2005 I had stopped offering sweeping for bugs [listening devices] due to the high cost of equipment repair(s).

27. Phone records of the phone that was used to call 911 Emergency on July 25, 2006 will provide information for my defense which I have a right to.

28. Phone records of the phone numbers that called 30 minutes before and 72 hours after the phone that was used to call 911 Emergency on July 25, 2006 will provide information for my defense.

29. Phone records of a meth dealer and a pimp of child prostitution and a dealer of child pornography will provide information for my defense. This persons name is James Dalton (aka: pastor rainbow, father, dad, trader) whom is the owner of http://www.kindrideshare.net & http://www.parkandride.us with a mailing address of 3089 Clairemont Drive, Box 216, San Diego California 92117 with phone numbers of (619) 847-7750, (619) 602-5945. It was James Dalton that called the female to tell her to call 911 Emergency in order for him and his associates to flee and hide evidences – METH & LAPTOPS.

30. The operator of kindrideshare.net and parkandride.us Aaron Fritz (aka: Chaz, G-D) was at the scene on July 25, 2006 with a runaway minor, which they fled towards railroad tracks close to Mission Bay. James Dalton and Aaron Fritz are and have been known to pimp minors and to take photographic pictures of minors while conducting sexual acts and provide this sick service to sick minded people like themselves for profit. See attached exhibit (A).

31. During the month of December of 2005 I received a tip from a good source that a San Diego Police Officer has left trails of evidences that could suggest that the San Diego Police Officer is a client of James Dalton. I believe that the San Diego Police Officer is and has been blackmailed by James Dalton and or an associate of James Dalton that calls himself Edward. Edward is

well known to blackmail people for anything. I told the arresting officer this information on July 25, 2006.

32. San Diego County Public Defenders Office was assigned to my criminal cases. They not only refused to take down notes, but made racial threats (Mr.Ford) in regards to USHOSTAGE.com and San Jose, California. That's when I was sure that this criminal case involves the past. San Diego County Public Defenders Office had refused to gather any evidence for my defense. San Diego County Public Defenders Office along with many if not all other Public Defenders Office in the United States have this pattern of not defending but demanding the client(s) to take a deal, or the Public Defenders Office will railroad the client(s) to jail.

33. Because I own and operate USHOSTAGE.com government employees, and all parties involved in all criminal and civil cases filed against me think that they can scare me of deportation. I asked a few Pacific Law Center attorneys if they can sing the American National Anthem, and not a single one could.

34. USHOSTAGE.com:

35. It is important to note facts that I filed a Lawsuit in the Superior Court of California, County of Santa Clara, in the city of San Jose on June 24, 1998 Civil Case No.CV774848 against the Muslim Community Association of the San Francisco Bay Area, Masjid An-Noor, and the Granada Islamic School all located in the city of Santa Clara, California. It was and still is alleged that the Defendants are Recruiting and Funding Terrorist Groups of "Sipah-e-Sahaba Pakistan" whom are Al-Qaeda and Taliban trainers and the U.S. backed "Mujahedin-e-Khalq / Mojahedin-e-Khalq " whom are all fake Muslims. A Wahabi is not a Muslim, just like a Zionist is not a Jew.

36. On August 7, 1998 just 44 days after I filed civil case No. CV774848 two United States' embassies in Nairobi, Kenya and in Dar es Salaam, Tanzania were blown up. The terrorist that plotted the two U.S. embassy bombings had strong ties with the World Trade Center bombing on February 26, 1993. Also the terrorist that plotted the U.S. embassy bombings trained September 11, 2001 terrorists.

37. His name is Ali Abdul Saoud Mohamed, also known as Ali Mohammed and his picture along with Usama Bin Laden is in criminal case file C9729972 in Santa Clara County, California which was a corrupt case against me to protect the identity of Mojahedin-e-Khalq terrorists whom take orders from the CIA and Israel Zionist terrorists.

38. In the 1980's Ali Mohammed was in the U.S. Army part of a very special unit with ties to CIA operations (CIA Agent). During the 1990's ironically, at the time he was training bodyguards for

Usama Bin Laden, associating with clerics like Abdel-Rahman, and casing embassies in Africa (like the one in Nairobi, Kenya), he became an FBI informant.

39. While Ali Mohammed was a FBI informant (unknown to me), that's when I filed my civil case No.CV774848. Since I have filed the lawsuit the government has threatened me, offered my paying jobs as an informant, accused me of being a terrorist, accused me of working for foreign intelligence, and have even thanked me for being brave.

40. Timeline:

August 30, 2006 Called Pacific Law Center from jail

August 31, 2006 Pacific Law Center became council on record

September 8, 2006 Fired Pacific Law Center by phone from jail because of lack of communication and council service. I Decided I will expose Pacific Law Center on the World Wide Web.

September 11, 2006 Pacific Law Center refused to acknowledge of being fired and came to jail - I refused to see them

September 12, 2006 Interrogated by San Diego Sheriff Deputy(s) about my criminal charges, Terrorism, 9/11 and my website US HOSTAGE .com

September 18, 2006 Taken from jail to court - Was not taken into the court room - No information given to me

September 19, 2006 Posted Self Bail Cash

September 20, 2006 Bought domain names pacificlawcenters.com and phillipslawcenter.com.

September 21, 2006 Went and looked at court file - Discovered Pacific Law Center went to court on September 18, 2006 and waived my rights to appear in court and got a continuance - I did a walk in on court calendar 9/21/06 and told Judge Pacific Law Center has committed crimes against me - Took Pacific Law Center off case

November 20, 2006 Pacific Law Center tried to buy me in court

December 15, 2006 received a very disturbing phone call regarding pacificlawcenters.com

January 4, 2007 Gary C. Harvey became legal counsel on record.

January 12, 2007 Pacific Law Center files civil lawsuit against me Shahrokh Saadat-Nejad, USHOSTAGE.com and

PacificLawCenters.com.

January 12, 2007 for the first time received call and email from attorney Mary Frances Prevost that she will file a civil rights complaint against Pacific Law Center. See attached exhibit (B).

January 15, 2007 I signed a contract with Mary Frances Prevost.

January 15 or 16, 2007 received call from Mary Frances Prevost and she informed me that Pacific Law Center has filed a civil complaint against me for buying the domain name pacificlawcenters.com and she encouraged me to buy other domain names related to Pacific Law Center. Mary Frances Prevost told me if I do not get served 60 days after Pacific Law Center has filed then the case will get thrown out. Pacific Law Center filed complaint on January 12, 2007 which was the same day that Mary Frances Prevost called me and sends email of her address to me for the first time.

January 18, 2007 Gary C. Harvey had me sign a 977 form so Pacific Law Center could not serve me in court.

January 22, 2007 I emailed Mary Frances Prevost and asked her if I should change my domain name (pacificlawcenters.com) for legal reasons. Mary Frances Prevost responded with "No, we are going to negotiate it." See attached exhibit (C). One minute later I get another email from Mary Frances Prevost asking me for a copy of a tape of meetings I had with Pacific Law Center. See attached exhibit (D).

January 23, 2007 I get suspicious of Gary C. Harvey. See attached exhibit (E).

January 24, 2007 I send a email to Mary Frances Prevost and fired her. See attached exhibit (F).

January 24, 2007 Mary Frances Prevost sends email to me informing me of a very nice settlement coming my way. See attached exhibit (G).

January 25, 2007 Mary Frances Prevost sends me email and encouraging me to have her send a demand letter. See attached exhibit (H).

January 27, 2007 Mary Frances Prevost sends me email stating my issue is solid and these [Pacific Law Center] dump trucks are killing her business. See attached exhibit (I).

February 1, 2007 Mary Frances Prevost Office sends me an email informing me that a demand letter has been mailed to Pacific Law Center. I did not see the demand letter before it was sent out. See attached exhibit (J).

February 7, 2007 Mary Frances Prevost sends email to me encouraging me to post on the World Wide Web about my experience with Pacific Law Center. See attached exhibit (K).

February 8, 2007 I receive an email regarding Pacific Law Center. See attached exhibit (L). I have blocked the email address of the sender in respect.

February 8 and 10, 2007 Mary Frances Prevost sends me emails that she is contacting ex-attorneys from Pacific Law Center, and for me to stay silent. See attached exhibit (M).

February 15, 2007 Mary Frances Prevost sends me an email encouraging me not to go to court for criminal matter. See attached exhibit (N)

February 27, 2007 Mary Frances Prevost sends me an email that got me to think that Mary Frances Prevost has been bought by Pacific Law Center. See attached exhibit (O).

February 27, 2007 Judge Richard E.L. Strauss signs a temporary restraining order against me Shahrokh Saadat-Nejad which violates my civil rights off record and with no court reporter present and no recording devices.

March 4, 2007 I get more convinced that Mary Frances Prevost has been bought by Pacific Law Center. See attached exhibit (O).

March 6, 2007 more proof that Mary Frances Prevost was not only bought but she was bought and paid for before she ever contacted me. See attached exhibit (O).

41. I believe that Mary Frances Prevost set me up with "cyber squatting" for Pacific Law Center from the very beginning by encouraging me to buy domain names.

42. On September 18, 2006 when Pacific Law Center waived my right to appear in court and then went ahead and represented me after I had fired them, they got a continuance for the case for several days. If I would not have come up with the money to bail out of jail, I would have been still locked up in jail without having the opportunity to tell the judge and/or commissioner that Pacific Law Center was fired on September 8, 2006. Pacific Law Center stated the same fact on tape during one of our meetings, which proves they knew exactly what they were doing on September 18, 2006.

43. San Diego City Attorney Office was in court on September 18, 2006, and San Diego County District Attorney Office was in court on September 18, 2006 for my case, But I was not. It's all on tapes.

44. I bought http://www.phillipslawcenter.com and http://www.pacificlawcenters.com to expose my horrible experience with Pacific Law Center which Pacific Law Center is a public figure. I counted on Pacific Law Center because of their marketing tactics that states they "Pacific Law Center" are better than most if not all attorneys in San Diego, California. See attached exhibit (P).

45. I bought http://www.solomonwardlawfirm.com to expose my horrible experience with Pacific Law Center which Solomon Ward Seidenwurm and Smith support and defend regardless of any intentional wrongdoings by Pacific Law Center. Solomon Ward Seidenwurm and Smith have heard the audio tapes of my meetings with Pacific Law Center and the audio tape of court hearing on September 18, 2006 for criminal case No.CD200499 and criminal case No.M897962.

46. For civil action case No.GIC878352 there was a temporary restraining order signed by Judge Richard E.L. Strauss on February 27, 2007 which I was not in court for and there was no court reporter present due to Solomon Ward Seidenwurm and Smith of having influence on Judge Richard E.L. Strauss. See attached exhibit (Q).

47. The court order that was granted (exhibit Q) is in violation of my civil rights of freedom of speech.

48. Item number 2. In the February 27, 2007 (exhibit Q) the signed court order states that I can not use pacificlawcenters.com or any similar website and in item number 3. it states that I can not use the trade name Pacific Law Center in any published communication.

49. I am using:

http://www.free-pacific-law-center.com/pacificlawcentersandiegodui.html

http://www.phawku.com/pacific_law_center_dui_san_.html

http://www.phawku2.com/pacific_law_center_attorney.html

and because the words "pacific" "law" and "center" is in the address bar would mean that I am violating this court order according to any person(s) that sees the court order including other Judges.

50. Pacific Law Center and Solomon Ward Seidenwurm and Smith have been using this unjust court order in violation of my rights of freedom of speech by providing copies to World Wide Web search engines and website owners that provide freedom of speech on their website(s).

51. Pacific Law Center, Solomon Ward Seidenwurm and Smith,

and Judge Richard E.L. Strauss intentionally refuse to make any corrections on the court order unless I provide the paper work, which they all know that I am not a lawyer. This is called intentionally railroading a person to be violated in everyway possible by The United States of America Justice.

52. On March 22, 2007 I discovered from the court reporter that was assigned to Department 75 on February 27, 2007 that there was nothing on his record regarding civil case No.GIC878352 which was just one day after the day that Matthew Spiegel from Pacific Law Center and Thomas Slattery from Pacific Law Center and Edward J. Mcintyre from Solomon Ward Seidenwurm and Smith filed their declarations in civil case No.GIC878352 and it was the same day February 27, 2007 that Judge Richard E.L. Strauss signed the court order which is still violating my civil rights of freedom of speech, which he Judge Richard E.L. Strauss is well aware of and his actions has suggested that he was well aware of my civil rights being violated before he Judge Richard E.L. Strauss signed the court order and I am sure that some kind of drama happened on that day of February 26, 2007 and/or February 27, 2006 regarding criminal case No.M897962 and criminal case No.CD200499 because they are all related to the same seed of the problem.

53. I was never served for civil case No.GIC878352, I served myself, and the plaintiffs Pacific Law Center and Solomon Ward Seidenwurm and Smith never had intention of serving me. Mary Frances Prevost whom was my civil rights lawyer and Gary C. Harvey whom is/was my paid in cash private attorney have both collaborated with "Pacific Law Center" and "Solomon Ward Seiednwurm and Smith" for me to not to get served. In court on March 9, 2007 which was the first time that I had appeared in court regarding civil case No.GIC878352 the plaintiffs for civil case No.GIC878352 told the court that they did not have my telephone number, and they did not know my email address and they did not know how to contact my mother and family members. They knew that I had found out about their scams of deceptions.

54. Taken away from me again by the United States Government, Pacific Law Center, Solomon Ward Seidenwurm and Smith on July 25, 2006 and ongoing on today March 24, 2007:

1. Passport (Islamic Republic of Iran )

2. U.S. currency $9800.00 ($100 bills)

3. Human rights

4. Justice

5. Civil rights

6. Constitutional rights

7. Rights to speedy trial

8. Rights to evidence and witnesses

55. In civil federal case No.CV00460 the plaintiffs keep emphasizing the website USHOSTAGE.com because in their own fantasy world they think that the U.S. government has no idea of USHOSTAGE.com and they the plaintiff keep trying to influence the judge, which is the main reason that the "over 150 years of combined experience" "Pacific Law Center had to hire "Solomon Ward Seidenwurm and Smith" to represent them because "Solomon Ward Seidenwurm and Smith" does have special ties with Judges in the State of California. On February 27, 2007 Judge Richard E.L. Strauss signed a court order that is violating my civil rights of freedom of speech with out having a hearing, it was all done in private, and there is no record of a hearing or even calling the case on court record. United States of America Justice.

56. Media:

57. Pacific Law Center in California which is owned by Phillips and Associates Law Firm in Arizona admit on court record declaration filed on February 27, 2007 in civil case No.GIC878352 that they proudly as to express their expertise in defense defend child molesters in San Diego, California and they have every right to do so. See attached exhibit (Z).

58. When ANY person(s) that gets charged in San Diego, California with this sort of crime(s) related to harming children the media exposes the case and they the media do extensive follow ups. Right?

59. Wrong.

60. I have searched all over the internet news wires from the past and current and I can not find a single news article that contains Pacific Law Center as the legal counsel for the accused of sex crimes against any child.

61. Why? Why is there no mention of Pacific Law Center? There must be a motive of why the local media does not mention person(s) that are charged with sex crimes against any child whom the accused is being defended by Pacific Law Center.

62. The answer is the $10,000,000+ that Pacific Law Center spends with the local media in advertisement.

63. I believe that Pacific Law Center tells the local media that if they expose their deared client(s) and Pacific Law Center as the

legal council for the person(s) of being charged with sex crimes of any kind against any child then they Pacific Law Center will no longer advertise with them.

64. Prosecutors:

65. Pacific Law Center in San Diego, California which is owned by Phillips and Associates Law Firm in Arizona operates very much like a government office.

66. San Diego County Public Defenders Office is a government office. Every person that works for the San Diego County Public Defenders Office gets paid by a government check. We as tax payers pay for that office to operate, but we as tax payers do not have control of how much funding and support the San Diego Public Defenders Office gets. Compared to the funding and support that the San Diego County District Attorneys Office and the City of San Diego Attorneys Office it is insulting to the tax payer. Should the tax payer ever need to be represented by the San Diego County Public Defenders Office, that person will not get a fair defense due to lack of funding.

67. Pacific Law Center is private, and they spend over $10,000,000 a year on advertising, and Pacific Law Center has over 100 employees that get paid very well. If you look at the website of PacificLawCenter.com you will see that they only have 20 attorneys as of March 11, 2007 and some are supervisors that perhaps have even forgotten what a court room looks like. What do the other 80 employees do at Pacific Law Center? Pacific Law Center needs paralegals, investigators, a marketing department, janitors, delivery personals, limo drivers Etc...

68. It is a big overhead that Pacific Law Center has. Just like any business Pacific Law Center wants to save money. Operating Pacific Law Center like the San Diego County Public Defenders Office can save allot of money.

69. What does the San Diego County Public Defenders Office do so it can save money, while still representing the tax payer? Make deals with the prosecutor(s). It is always ONLY the prosecutors that offer the deals to the San Diego County Public Defenders Office and to any other defense attorney(s).

70. This is where corruption can be suggested. Why would a person hire Pacific Law Center when it can get the same results as if the accused was being represented by the San Diego County Public Defenders Office? Heavy marketing by Pacific Law Center is the reason. Misleading the public that they Pacific Law Center will get you better results from just about any other defense attorney in the State of California as a whole. This is called fraud.

71. The San Diego County District Attorneys Office has a fraud

investigation unit which I know that they are very good at what they do, and I personally thank them for their efforts of protecting us regardless of race or gender.

72. The San Diego County District Attorneys Office has over 1,000 employees, and more than 250 of them are attorneys, and more than 100 of them are investigators. Because of better pay, and only because of better pay 14 investigators from the San Diego Police Department went to work for the San Diego District Attorneys Office.

73. San Diego County government as a whole is and has been having major problems with money due to frauds which we all see on the media. Where does the San Diego District Attorneys Office get the funds to hire 14 additional investigators when the San Diego Police Department has a difficult time with funds?

74. When a deal is made on a criminal matter it saves all parties money, except the defendant. If the defendant is being represented by Pacific Law Center then there is no refund on a retainer (contract). This is a major hustle that brings in allot of money, and this is called fraud.

75. So why wont the San Diego District Attorneys Office stop this hustle (fraud)? The motive is when Pacific Law Center talks its clients into taking just about all deals offered by the San Diego County District Attorneys Office ALL parties save money except the defendant.

76. If the defendant wants to take his/her criminal case to trial all parties turn their backs on the defendant, that includes Pacific Law Center and the San Diego County Public Defenders Office in a manner that is called being railroaded in jail or prison, and this is called fraud, and violations of so many things that is related to human rights violations.

77. My pending criminal cases are a great example of this and I do not mind taking the bullet for exposing this fraud and violations of civil rights. The prosecutors along with my legal counsel are and have been setting me up for railroading into jail and/or prison by not giving me access to evidences which I have rights to.

78. There are 4 different court cases against me in California all at the same calculated time frame pending against me with corruption in all 4 court cases and two new cases being filed with The Internet Corporation for Assigned Names and Numbers (ICANN) in Marina del Rey, California all to shut me up about civil rights violations and about Terrorists having and using Weapons of Mass Destruction. The background of Solomon Ward Seidenwurm and Smith are all connected to being current and former board members of organizations that support the occupation of Palestine. "Fake Jews" See attached exhibit (R).

79. My rights are being violated over and over again by these lawyers that keep filing cases against me in order to cover up what they Pacific Law Center did to me on September 18, 2006 which is parallel with Gary C. Harvey and the San Diego Public Defenders Office and the prosecutors.

80. There are several websites on the World Wide Web that contain words or names that are registered with the United States and Patent and Trademark Office. See attached exhibit (S).

81. "Pacific Law Center", "pacificlawcenter.com", "Solomon Ward" and "solomonward.com" are not registered in any way shape or form with the United States Patent and Trademark Office and they are not registered with the Copyright Office of the Library of Congress.

82. It is understood that one that does not represent McDonalds or Microsoft can not own the name bigmac.com or Microsoft.com but one can own the name fuckbigmac.ytmnd.com or fuckmicrosoft.com (see attached exhibit 1A) and this is the goal of the plaintiffs is to stop me from putting in the words "pacific", "law", "center", "Solomon", "ward" in any domain address because today's search engines responds to words that are in the address as a whole and the internal of the website which includes the title of the web page.

83. I can understand the concerns of "Pacific Law Center" and "Solomon Ward Seidenwurm and Smith" with my domain names of pacificlawcenters.com and solomonwardlawfirm.com, and they both may or may not have a good reason to scream foul play of a domain name but they both have not registered the names as a whole to any copyright office. Are they above the law? Pacific Law Center is a public figure and they must accept criticism and they have every right to question allegations made against them.

Solomon Ward Seidenwurm and Smith is not a public figure and they have every right to question allegations made against them. Solomon Ward Seidenwurm and Smith own solomonward.com but that does not give them the right to stop a person owning and operating a domain name solomonwardterrorists.com or solomonwardsandiego.com or solomonwardconstructionlaw.com and so on. Solomonward.com is not and it has never had information or active links to "Solomon Ward Seidenwurm and Smith" main website swsslaw.com and search result for solomonward.com on google.com search engine gives only one result which is not solomonward.com or any legal advice related information. See attached exhibit (2A).

Pacific Law Center waived my rights to appear in court for profit on September 18, 2006 for criminal case No.CD200499 and criminal case No.M897962 after Pacific Law Center was fired on

September 8, 2006. It is on court tape and court records. Pacific Law Center is attempting to cover up the civil rights crimes that they have and are continuing to commit against me, and the San Diego District Attorneys Office refuses to stop Pacific Law Center from violating my civil rights.

Any lawyer that violates a persons civil rights knowingly can and will get exposed on the World Wide Web and they can not stop a person's freedom of speech by trying to prevent words, names, or hyphens to be published on any publication, with or without a court order. It is my right to express and my right to write and my right to speak.

All and any parties involved in all court cases listed on this document can not point out one thing that is false or misleading stated on the World Wide Web by Shahrokh Saadat-Nejad.

84. I want my passport, my $9800.00 cash, copy of San Diego Sheriffs log book regarding me and pictures of San Diego Sheriff Deputy's that worked in central jail and George Bailey jail so I can identify the Sheriff deputy that interrogated me on July 25, 2006 and/or July 26, 2006 and September 12, 2006 for my defense, and copy of all interrogation reports, and phone records of all parties involved with criminal cases filed against me. I have rights to all evidence for my defense.

Attached to this document as exhibit (Z) is copies of various court documents filed by parties involved in all cases stated on this document. In exhibit (Z) you can see over and over again that plaintiffs keep emphasizing that Shahrokh Saadat-Nejad owns and operates USHOSTAGE.com, and the plaintiffs seek to stop me from publishing words and names in any publication in the world and these people have the nerve to continue to call themselves lawyers and attorneys.

I declare under penalty of perjury under the laws of the State of California that the facts in this declaration are true and correct of my own personal knowledge.

Please visit: http://www.100FreeLawyers.com

1:05 PM, April 14, 2007

Post a Comment

<< Home

Copyright © 2001-2007 David E. Sorkin