USDC SCAN INDEX SHEET

















BAR    5/10/99    12:09

3:99-CR-00856    USA V. HERNANDEZ

*20*

*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| HON. **JEFFREY T. MILLER** | DEPUTY CLERK: **N. PREWITT** | RECORDER: **D. HENSON** |
|---|---|---|

99CR0856-JM      USA    vs    MARIE H ERNANDEZ (1)      (C) 54576-198
                            BARBARA GUTIERREZ (2)      (C) 54588-198

MOTION HEARING                 GRANT EDDY, APPTD (1)
                            ELIZABETH BARRANCO, APPTD (2)

IND 2 CTS
21 USC 846, 841(a)(1)         AUSA: TIMOTHY COUGHLIN/JEFF TAYLOR
21 USC 841(a)(1)
18 USC 2

MTD: 5-27-99

(01): EXCLUDE 4-13-99 TO _____
DISM IND (11-1)
SEVER DEFTS (11-2)
JOIN CODEFTS MOTS (11-3)
FUR MOTS (11-4)
DISCOVERY (11-5)

(02): EXCLUDE 4-28-99 TO _____
DISCOVERY (16-1)
=================================================================

(01): MOTION HEARING & MOTIONS IN LIMINE SET FOR 6-21-99 AT 2:00 PM
      JURY TRIAL SET FOR 6-29-99 AT 9:00 AM

(02): DISPOSITION SET FOR 5-26-99 AT 8:30 AM


DATE    5-7-99                                                     Deputy

