UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; SOLOMON WARD SEIDENWURM AND SMITH LLP,<br><br>                           Plaintiff,<br>    v.<br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>                           Defendant. | Civil No.   07-cv-0460-LAB (POR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

The Court held a telephonic Settlement Conference on April 16, 2007. Edward McIntyre appeared on behalf of Plaintiffs; Defendant Shahrokh Saadat-Nejad appeared *pro se*. The parties represented that further settlement discussions at this time would not be productive. Therefore, the Court confirms that a Preliminary Injunction Hearing shall be held before the Honorable Larry Alan Burns on **April 26, 2007** at **12:00 p.m.** If at any time the parties wish to pursue settlement, they shall jointly contact the Court to request that a settlement conference be scheduled.

IT IS SO ORDERED.

DATED: April 17, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc:      Honorable Larry Alan Burns
          all parties

- 1 -

07cv460