EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Pacific Law Center and Solomon
Ward Seidenwurm & Smith, LLP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>        Plaintiffs,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>        Defendant. | CASE NO. 07-CV-00460 L (POR)<br><br>**ERRATA TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PACIFIC LAW CENTER AND SOLOMON WARD'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:    April 26, 2007<br>Time:   12:00 p.m.<br><br>Courtroom: 9<br><br>Hon. Larry Alan Burns |

Dockets.Justia.com

| | |
|---|---|
| 1 | Pacific Law Center and Solomon Ward hereby correct their papers to state that the |
| 2 | hearing on this matter is on April 26, 2007 at **12:00 p.m.** The papers erroneously state that |
| 3 | the hearing is at **5:00 p.m.** |
| 4 | |
| 5 | DATED: April 18, 2007          Respectfully submitted, |
| 6 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 7 | |
| 8 | By:     /s/ Edward J. McIntyre |
| | EDWARD J. MCINTYRE |
| 9 | Attorneys for Pacific Law Center and Solomon Ward Seidenwurm & Smith |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I caused the **ERRATA TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF** |
| 3 | **PACIFIC LAW CENTER AND SOLOMON WARD'S MOTION FOR PRELIMINARY** |
| 4 | **INJUNCTION** to be served in the following manner: |
| 5 | **Electronic Mail Notice List** |
| 6 | The following are those who are currently on the list to receive e-mail notices for this |
| 7 | case. |
| 8 | **Electronic Mail Notice List** |
| 9 | **NONE.** |
| 10 | |
| 11 | I manually served the following: |
| 12 | Shahrokh Saadat-Nejad |
| 13 | 3713 Mt. Ashmun Place<br>San Diego, CA 92111<br>**VIA FEDERAL EXPRESS** |
| 14 | |
| 15 | /s/ Edward J. McIntyre<br>EDWARD J. MCINTYRE |