USDC SCAN INDEX SHEET



ANDY    5/27/99    9:00
3:99-CR-00856    USA V. HERNANDEZ
*25*
*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. **JEFFREY T. MILLER**     DEPUTY CLERK: **N. PREWITT**     RECORDER: D HENSON

| 99CR0856-JM | USA | vs | BARBARA GUTIERREZ (2) | (C) 54588-198 |

MOTION HEARING
AND/OR                          ELIZABETH BARRANCO, APPTD (2)
DISPOSITION

IND 2 CTS
21 USC 846, 841(a)(1)           AUSA: TIMOTHY COUGHLIN
21 USC 841(a)(1)
18 USC 2

MTD: 5-27-99


(02): EXCLUDE 4-28-99 TO _____
DISCOVERY (16-1)
================================================================================

WAIVER OF INDICTMENT FILED. SUPERSEDING INFORMATION FILED
DEFT ARRAIGNED & PG TO SUPERSEDING INFORMATION OF ONE COUNT
GOVERNMENT EXHIBIT 2 MARKED & RETURNED
HEARING P/O REPORT & SENTENCE SET FOR 8-16-99 AT 9:00 AM
ALL PENDING DEFT & GOVT MOTIONS - MOOT


DATE   5-26-99                                                    Deputy

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs Barbara Dutcinz                  No. 99CR0856-JM

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __4-28-99__ and ended on __5-26-99__.

### 3161(h)

| | | |
|---|---|---|
| ___(1)(A) | Exam or hrg for mental or physical incapacity (18:4244) | A |
| ___(1)(B) | NARA examination (28:2902) | B |
| ___(1)(D) | State or Federal trials or other charges | C |
| ___(1)(E) | Interlocutory appeals | D |
| _X_(1)(F) | Pretrial motions (from flg to hrg or other prompt dispos) | E |
| ___(1)(G) | Transfers from other districts (per FRCrP 20, 21 & 40) | F |
| ___(1)(J) | Proceedings under advisement not to exceed thirty days | G |
| ___ | Misc proc: Parole or prob rev, deportation, extradition | H |
| ___(1)(C) | Deferral of prosecution under 28:2902 | 5 |
| ___(1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 |
| ___(1)(I) | Consideration by Court of proposed plea agreement | 7 |
| ___(2) | Prosecution deferred by mutual agreement | I |
| ___(3)(A)(B) | Unavailability of defendant or essential witness | M |
| ___(4) | Period of mental or physical incompetence of defendant to stand trial | N |
| ___(5) | Period of NARA commitment or treatment | O |
| ___(6) | Superseding indictment and/or new charges | P |
| ___(7) | Defendant awaiting trial of co-defendant when no severance has been granted | R |
| ___(8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___(8)(B)(i) | 1) Failure to continue would stop further procedings or result in miscarriage of justice | T1 |
| ___(8)(B)(ii) | 2) Case unusual or complex | T2 |
| ___(8)(B)(iii) | 3) Indictment following arrest cannot be filed in thirty (30) days | T3 |
| ___(8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare | T4 |
| ___3161(I) | Time up to withdrawal of guilty plea | U |
| ___3161(b) | Grand jury indictment time extended thirty (30) more days | W |

Date 5-26-99                                    Judge's Initials

99CR0856-JM