| | |
|---|---|
| EDWARD J. MCINTYRE [SBN 80402] emcintyre@swsslaw.com SOLOMON WARD SEIDENWURM & SMITH, LLP 401 B Street, Suite 1200 San Diego, California 92101 Telephone: (619) 231-0303 Facsimile: (619) 231-4755 | |

Attorneys for Pacific Law Center and Solomon Ward Seidenwurm & Smith, LLP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, <br><br>Plaintiffs, <br><br>v. <br><br>SHAHROKH SAADAT-NEJAD, an individual, <br><br>Defendant. | CASE NO. 07-CV-00460 LAB (POR) <br><br>**REQUEST TO ENTER DEFAULT UNDER FEDERAL RULE OF CIVIL PROCEDURE 55(a)** <br><br>Courtroom: 9 <br><br>Hon. Larry Alan Burns |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA.

Plaintiffs Pacific Law Center and Solomon Ward Seidenwurm & Smith, LLP, request that the Clerk of this Court enter default in this matter against defendant Shahrokh Saadat-Nejad on the ground that he has failed to answer the complaint, or file a motion permitted by Federal Rule of Civil Procedure 12, within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served the complaint on Shahrokh Saadat-Nejad on March 14, 2007, evidenced by the proof of personal service of summons and complaint on file with this Court.

/ / /

/ / /

The above stated facts are supported by the declaration of Edward J. McIntyre, filed concurrently herewith.

DATED: May 8, 2007                    SOLOMON WARD SEIDENWURM & SMITH, LLP

                                                By:    /s/ Edward J. McIntyre
                                                      EDWARD J. MCINTYRE
                                                      Attorneys for Pacific Law Center and Solomon Ward Seidenwurm & Smith, LLP

## CERTIFICATE OF SERVICE

I caused the **REQUEST TO ENTER DEFAULT UNDER FEDERAL RULE OF CIVIL PROCEDURE 55(a)** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA U.S. MAIL**

                                         /s/ Edward J. McIntyre
                                         EDWARD J. MCINTYRE