

**FILED**

**5/14/07**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                              DEPUTY

**Pacific Law Center**                          **07cv460-LAB(POR)**

**-v-**

**Saadat-Nejad**

## STRICKEN DOCUMENT

**30-Response & Oppose Default & Motion**

**30**

Dockets.Justia.com