SHAHROKH SAADAT-NEJAD
MAIL: 3713 MT. ASHMUN PL.
SAN DIEGO CA, 92111
TELEPHONE: 646-225-8213

FILED
07 JUN 11 PM 1:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ppv DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SOLOMON WARD SEIDENWURM & SMITH and PACIFIC LAW CENTER

PLAINTIFFS,

VS.

SHAHROKH SAADAT-NEJAD
DEFENDANT

CASE NO. 07-CV-0046OLAB

ANSWEAR

HON. LARRY ALAN BURNS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, JUDGE LARRY ALAN BURNS, JUDGE M. JAMES LORENZ, MAGISTRATE JUDGE LOUISA S. PORTER, AND TO ALL PARTIES ON RECORD.

1. ALL ALLEGATIONS BY PLAINTIFFS ARE PART OF ONGOING COVER UP OF CORRUPTION WHICH INCLUDES US. JUDGES.

DATE: 6-11-07

*signature*
SHAHROKH SAADAT-NEJAD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SOLOMON WARD
SEIDENWURM &
SMITH AND PACIFIC
LAW CENTER  )
  )
  )
  )
vs. )
  )
SHAHROKH )
SAADAT-NEJAD )
  )
  )
_____ )

Case No. 03 07 460

DECLARATION OF SERVICE

Person Served:
SOLOMON WARD SEIDENWURM
Date Served: 8 SMITH

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

in the following manner: (check one)

(1)  By personally delivering copies to the person served.

2)   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at
     _____ on _____ , 20 ____ .

Executed on JUNE 11 , 2007 at 1:37 PM

_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)