| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>                                      Plaintiff,<br><br>    vs.<br><br>SHAHROK SAADAT-NEJAD, an individual,<br><br>                                      Defendant. | CASE NO. 07cv0460-LAB (POR)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION AND ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>[Dkt No. 36] |

This matter is before the court on Plaintiff's *Ex Parte* Application for an Order To Show Cause why defendant Shahrok Saadat-Nejad ("Saadat-Nejad") should not be held in contempt of this court's April 26, 2007 Preliminary Injunction Order. That Order, among other things, enjoined Saadat-Nejad from registering or trafficking in certain internet websites or domain names that contained particular word combinations so similar to Plaintiffs' names as to expose persons looking for Solomon Ward Seidenwurm & Smith or Pacific Law Center to the negative content of Saadat-Nejad's postings rather than the law firms. For good cause shown, **IT IS HEREBY ORDERED:**

    1.    On ***Thursday, July 12, 2007 at 12:00 noon*** in Courtroom 9 of the United States District Court, Southern District of California, 940 Front Street, San Diego, California 92101, this court will convene a hearing to permit Saadat-Nejad to show cause why he

1 should not be held in contempt of court for violating the Preliminary Injunction. Personal appearances are required.

2. By close of business on *June 20, 2007*, Plaintiffs shall file their papers in support of the contempt and shall serve Saadat-Nejad with those papers in the manner previously agreed among the parties.

3. On or before *July 6, 2007*, Saadat-Nejad may file and serve responsive papers, not to exceed ten (10) pages in length.

4. On or before *July 9, 2007*, Plaintiffs may file a Reply and shall serve Saadat-Nejad in the manner previously agreed by the parties.

5. Plaintiffs shall forthwith serve Saadat-Nejad with this OSC in the manner previously agreed by the parties.

**IT IS SO ORDERED**.

DATED: June 19, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge