# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, <br><br> Plaintiff, <br><br> vs. <br><br> SHAHROK SAADAT-NEJAD, an individual, <br><br> Defendant. | CASE NO. 07cv0460-LAB (POR) <br><br> **ORDER GRANTING *EX PARTE* APPLICATION AND ORDER TO SHOW CAUSE RE CONTEMPT** <br><br> [Dkt No. 36] |

This matter is before the court on Plaintiff's *Ex Parte* Application for an Order To Show Cause why defendant Shahrok Saadat-Nejad ("Saadat-Nejad") should not be held in contempt of this court's April 26, 2007 Preliminary Injunction Order. That Order, among other things, enjoined Saadat-Nejad from registering or trafficking in certain internet websites or domain names that contained particular word combinations so similar to Plaintiffs' names as to expose persons looking for Solomon Ward Seidenwurm & Smith or Pacific Law Center to the negative content of Saadat-Nejad's postings rather than the law firms. For good cause shown, **IT IS HEREBY ORDERED:**

1. On ***Thursday, July 12, 2007 at 12:00 noon*** in Courtroom 9 of the United States District Court, Southern District of California, 940 Front Street, San Diego, California 92101, this court will convene a hearing to permit Saadat-Nejad to show cause why he

1 | should not be held in contempt of court for violating the Preliminary Injunction. Personal appearances are required.

2.   By close of business on **June 20, 2007**, Plaintiffs shall file their papers in support of the contempt and shall serve Saadat-Nejad with those papers in the manner previously agreed among the parties.

3.   On or before **July 6, 2007**, Saadat-Nejad may file and serve responsive papers, not to exceed ten (10) pages in length.

4.   On or before **July 9, 2007**, Plaintiffs may file a Reply and shall serve Saadat-Nejad in the manner previously agreed by the parties.

5.   Plaintiffs shall forthwith serve Saadat-Nejad with this OSC in the manner previously agreed by the parties.

**IT IS SO ORDERED.**

DATED: June 19, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Pacific Law Center and Solomon
   Ward Seidenwurm & Smith, LLP
6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| 11  PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, | CASE NO. 07-CV-00460 LAB (POR) |
|---|---|
| 13  Plaintiffs, | ***EX PARTE*** **APPLICATION FOR AN ORDER TO SHOW CAUSE CONCERNING SAADAT-NEJAD'S CONTEMPT OF THIS COURT'S APRIL 26, 2007 PRELIMINARY INJUNCTION ORDER** |
| 14  v. | |
| 15  SHAHROKH SAADAT-NEJAD, an individual, | Date:   To Yet Scheduled<br>Time:   To Yet Scheduled<br>Courtroom: 9 |
| 16  Defendant. | |
| 17  | Hon. Larry Alan Burns |

# I
# INTRODUCTION

Pacific Law Center and Solomon Ward respectfully request that this Court issue an order to show cause why Saadat-Nejad should not be found in contempt for his willful and deliberate violation of the preliminary injunction this Court issued on April 26, 2007 and set a hearing date and briefing schedule.

# II
# BASIS FOR AN ORDER TO SHOW CAUSE

As the transcripts of both the March 29, 2007 hearing—at which this Court issued a temporary restraining order—and the April 26, 2007—hearing, at which this Court issued the preliminary injunction—make unequivocally clear, this Court patiently told Saadat-Nejad what he could not do, and the consequences.

As the Court said:

> I'm going to give you the benefit of the doubt, but I want to remind you again. I issued a preliminary injunction against you now and the injunction is in effect. I've had two conversations with you where I've delineated what is permissible and what's not, and I think you and I both know, and everybody here, even those that aren't Internet savvy, understand where the line is, what you can and can't do. If it comes back to me, not through a cache engine, but **there's a new registration of a domain name that involves one of these law firms such that I look at it and say, hmm, I think what Mr. Saadat is doing is playing games again. I think he's trying to create a domain name here that's so similar that if somebody is looking for Solomon Ward or Pacific Law Center,** that they may click on his, and then they're going to be exposed to all this negative information that he has about them. **If that happens, you are going to be in violation of the injunction,** and having spent time with you now twice, patiently listened to you, I'm not going to tolerate a violation of the rule. You're going to go to jail, and I say that not to threaten you, **but I want you to understand that there's consequences to violating court orders.**[1]

Saadat-Nejad has new domain names. One is "pacificlawyerscenter.com." On it, the Court will find some of the same racist rant that filled papers he filed with this Court.

He also now has "solomonwardswsslawcom.aspx." If the Court clicks on that site, the Court will also be taken to the same unvarnished racism. And there is

---

[1] Transcript of April 26, 2007 hearing, 22:12-23:8. [Emphasis added.]

"solomonwardpacificlawcenter.aspx."

Pacific Law Center's counsel has "googled" Pacific Law Center and was taken to, among others, "pacificlawyerscenter.com." As this Court may recall, one of Pacific Law Center's domain names is "pacificlawcenter.com." Solomon Ward's counsel, when he "googled" Solomon Ward, found, among other sites, "solomonwardswsslawcom.aspx" and solomonwardpacificlawcenter.aspx." The Court will remember that one of Solomon Ward's registered domain names are "solomonward.com," and "swsslaw.com." Saadat-Nejad also has "phillipslawphillipsandassociatesphoenixarizonadui.aspx" and "solomonward seidenwurmandsmithsandiegorealestateconstructionlitigationattorneyslawyers.aspx."

This Court's preliminary injunction barred Saadat-Nejad from:

1. Registering and trafficking in any internet website or domain name that contains the words Pacific, Law and Center, with or without other words or symbols, in any respect whatsoever;

2. Registering and trafficking in any internet website or domain name that contains the words Solomon and Ward, with our without other words or symbols, in any respect whatsoever;

3. Registering and trafficking in the service mark or trade name Pacific Law Center in any respect whatsoever; and

4. Registering and trafficking in the service mark or trade name Solomon Ward or Solomon Ward Seidenwurm & Smith in any respect whatsoever.

This Court warned Saadat-Nejad:

> If you come back here having crossed the line or even having chalk on your shoes, you know, from walking close to the line and **I get the impression that you're trying to defy the court order deliberately, you're trying to do something that's pushing the envelope, then there's going to be problems.** If you violate the court order, then I will schedule an order to show cause, and if you're found in violation after a hearing, you'll be in contempt, and one of the penalties for contempt is going to jail. I don't want to put you in jail, but I want the order to be followed. I don't do this for my health, and it's costing Solomon Ward, it's costing Pacific Law Center, and it's costing you.[2]

---

[2] Transcript of April 26, 2007 hearing, 31:7-18.

1  Saadat-Nejad not only has chalk on his shoes, but he has deliberately danced back
2  and forth across that line, taunting this Court and playing with its order.
3  Accordingly, Pacific Law Center and Solomon Ward respectfully request the Court to
4  issue order to show cause why Saadat-Nejad should not be held in contempt. If this Court
5  sets a hearing date, Pacific Law Center and Solomon Ward will file their papers with the
6  Court by Wednesday, June 20, 2007, and will serve Saadat-Nejad in the manner previously
7  agreed.

DATED: June 18, 2007    Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP


By:   /s/ Edward J. McIntyre
      EDWARD J. MCINTYRE
      Attorneys for Pacific Law Center and Solomon
      Ward Seidenwurm & Smith, LLP

1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Pacific Law Center and Solomon
   Ward Seidenwurm & Smith, LLP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07-CV-00460 LAB (POR)<br><br>**DECLARATION OF EDWARD J. MCINTYRE IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE CONCERNING SAADAT-NEJAD'S CONTEMPT OF THIS COURT'S APRIL 26, 2007 PRELIMINARY INJUNCTION ORDER**<br><br>Date:    Not Yet Scheduled<br>Time:    Not Yet Scheduled<br>Courtroom: 9<br><br>Hon. Larry Alan Burns |

P:308937.1:57122.003                                                07-CV-00460 LAB (POR)
DECLARATION OF EDWARD J. MCINTYRE IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO
SHOW CAUSE CONCERNING SAADAT-NEJAD'S CONTEMPT OF THIS COURT'S APRIL 26, 2007
PRELIMINARY INJUNCTION ORDER

I, Edward J. McIntyre, declare:

1. I am a member of the Bar of this Court, and a partner at Solomon Ward Seidenwurm & Smith, LLP, counsel for Pacific Law Center and Solomon Ward and general counsel to the firm. I have personal knowledge of the facts in my declaration.

2. It appears that Saadat-Nejad has new domain names. I "googled" Solomon Ward and Pacific Law Center and found: "pacificlawyerscenter.com," "solomonwardswss lawcom.aspx," "solomonwardpacificlawcenter.aspx," "phillipslawphillipsandassociates phoenixarizonadui.aspx" and "solomonwardseidenwurmandsmithsandiegorealestate constructionlitigationattorneyslawyers.aspx."

3. When one clicks on these prompts, one is taken to the same racist rant that clearly establishes the link to Saadat-Nejad.

I declare on penalty of perjury under the laws of the State of California and United States of America that the facts in this declaration are true and correct, based on my own personal knowledge, and that I executed this declaration in San Diego, California on June 18, 2007 at San Diego, California.

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE

# CERTIFICATE OF SERVICE

I caused the:

(1) ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE RE CONTEMPT;

(2) *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE CONCERNING SAADAT-NEJAD'S CONTEMPT OF THIS COURT'S APRIL 26, 2007 PRELIMINARY INJUNCTION ORDER; AND

(3) DECLARATION OF EDWARD J. MCINTYRE IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE CONCERNING SAADAT-NEJAD'S CONTEMPT OF THIS COURT'S APRIL 26, 2007 PRELIMINARY INJUNCTION ORDER to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

I manually served the following:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE

P:303488.1:57122.003          07-CV-00460 LAB (POR)
DECLARATION OF SERVICE