Shahrokh Saadat-Nejad
Mail: 3713 Mount Ashmun Place
San Diego, California 92111
Telephone: (646)225-8213

FILED

2007 JUL -6 PM 2: 15



CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SOLOMON WARD
SEIDENWURM & SMITH,
and PACIFIC LAW CENTER
(Plaintiffs,)

vs

SHAHROKH
SAADAT-NEJAD
(Defendatnt).

CASE No. 3:2007cv00460

**RESPONSE TO ALLEGED CONTEMPT**

Court Room: 9
Date: JULY 12, 2007
Time: 12:00pm

Judge: Larry Alan Burns

---

1. There is ongoing fraud in this court room with the knowledge of the court.

2. On May 25, 2007 I went to the office of Mr. Frank J. Rangus and paid for a copy of the alleged court transcript for April 26, 2007 in which I had ordered on April 26, 2007. At minimum there are several statements from the hearing that are not on the alleged transcript. Please see Exhibit

six Page twelve of the plaintiffs manufactured evidence filed by the plaintiffs on June 20, 2007.

3. I am asking here on record for a copy of audio tapes of This, Past and Future Hearings regarding this matter.

4. PacificLawyersCenter.com and PacificLawyerCenter.com is NOT violating any laws. Plaintiffs alleged trademark name is NOT "Pacific Lawyer Center" with or without a "S" at the end of the word Lawyer.

5. I intent to register "Pacific Lawyers Center" as my trademark service name. No person owns the word "CENTER", "LAWYERS" or "PACIFIC".

6. Again the plaintiffs have mislead the court and filed Manufactured Exhibits such as "cut and paste" portions of URL addresses of BLOGS.

7. Most if not all of my blogs end with a ".ASPX" which is never sold to the public or registered to any person(s). For example I own and operate the blog address of http://usgovernmentjudges.com and if one is to visit that blog they would read the blog address with subject and/or title of the topic with a date stamp within the full URL address of the topic that the

viewer chooses. There is a blog addres of

http://usgovernmentjudges.com/2005/05/13/solomonwardattorneysseidenwurmsmithpacificlawcenterlawyers.aspx

and this issue with URL address after the .com was brought up in this court at the last hearing by me.

8. The plaintiffs have again manufactured evidences and have filed them on record. For example NONE of my websites or blogs have a picture of this courts and the plaintiffs friend "ORLY LOBEL" so large to stand out from other pictures on the page(s). I have NOT emphasized Orly Lobels picture. As I had told the court before that the plaintiffs are playing psychological games to cover up their crimes. On some of my web pages there are pictures of just about all old men (Lawyers, Judges), and then there is a picture of a hot looking young blonde female and the plaintiffs are trying to suggest that I am suggesting sex because the picture of the female stands out due to its size. I am not stupid. This court must not be that stupid either even though in my eyes this court is corrupt. The Plaintiffs have enlarged "ORLY LOBELS" picture and filed it here in court because it is the plaintiffs themselves that are sick perverts.

9. This court must provide a computer with internet access at a set hearing and video taped. I personally can come to this court hearing or

another set court hearing early to disconnect a computer from a secretary or the judges office and reconnect the computer in the court room with internet access. I will place the computer back after the court hearing should the court wish so.

10. It appears to me that the plaintiffs do not want to go to trial in this matter or the State of California Court matter which the plaintiffs are seeking money for the same allegations as this court. Only in America can you sue a person for the same allegation(s) two times in a court at the same time. How can any respectable judge not see this as abuse is beyond me.

11. Judge Richard E.L. Strauss of the Superior Court of California in San Diego County Civil Case No. GIC878352 has signed a court order off court record, with no court reporter, without the defendant having been served with the law suite, and without the defendant being present in court that the defendant shall not use the words "Pacific, Law, and Center" in ANY PUBLISHED COMMUNICATION.

12. On September 18, 2006 Pacific Law Center went to a San Diego, California court and waived my rights to appear in two criminal

cases and got a continuance for both criminal cases while I the defendant was in Jail AFTER Pacific Law Center was fired on September 8, 2006.

13. On July 25, 2006 the San Diego Police Department took away my Passport (Islamic Republic of Iran) and $9800.00 cash away from me. On March 28, 2007 the San Diego District Attorneys Office acknowledged that the San Diego Police Department has my Passport and $9800.00 cash so I got a court order as part of a deal to get the passport and cash back and now the San Diego Police Department says that they do not have my passport and/or cash but another agency may. I want my passport and cash back. Police, Sheriff's, County Courts, Military, State Courts, or the U.S. District Courts are all from one government. Pointing fingers at each other or filing multiple cases against me (Criminal or Civil) will not keep me silent.

Date: JULY 6, 2007

Shahrokh Saadat-Nejad
Defendant

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SOLOMON WARD SEIDENWURM
& SMITH, and PACIFIC
LAW CENTER

      Plaintiff

vs.

SHAHROKH
SAADAT-NEJAD

      Defendant

NO. 3:2007CV00460

DECLARATION OF SERVICE

Person served:
(EDWARD MCINTYRE)
SOLOMON WARD SEIDENWURM & SMITH
LAW FIRM FRONT DESK
401 B STREET #1200
SAN DIEGO CA 92101
619-231-0303

Date served: JULY 6, 2007

I, The undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

**RESPONSE TO ALLEGED CONTEMPT**

In the following manner: (check one below)

1) ___ By personally delivering copies to the person served.

2) ✓ By leaving, during usual office hours, copies in the office of the person served with the ___ who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ___ By placing a copy in a separate envelope, with postage fully prepaid, for **each address named below** and depositing each in the U.S. Mails at San Diego, Ca on JULY 6, 2007

Executed on JULY 6 , 200_ at San Diego, California