# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Pacific Law Center

~~UNITED STATES OF AMERICA~~ )
) CASE NUMBER 07CV460-LAB (POR)
vs )
Shahrokh Saadat-Nejad ) ABSTRACT OF ORDER
)
) Booking No. _____
)
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/12/07__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__✓__ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. no BAIL. Civil Contempt.

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE JUDGE~~ DISTRICT

OR

Received __[signature]__ W. SAMUEL HAMRICK, JR. Clerk
DUSM by __[signature]__
Deputy Clerk

Crim-9 (Rev 6-95) ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY