DAVID BLAIR-LOY (State Bar No. 229235)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92101
619.232.2121

Attorney for *amicus curiae*
ACLU OF SAN DIEGO & IMPERIAL COUNTIES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiffs<br><br>vs.<br><br>SHAHROK SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07cv0460-LAB (POR)<br><br>APPLICATION OF ACLU OF SAN DIEGO & IMPERIAL COUNTIES FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* |

  Through counsel, the American Civil Liberties Union of San Diego & Imperial Counties hereby applies to the Court for leave to file a brief as *amicus curiae* in this matter, for the facts and reasons stated below. The proposed brief is filed herewith as an exhibit to this application for the convenience of Court and counsel.

  The American Civil Liberties Union ("ACLU") is a nationwide, nonprofit, nonpartisan organization with more than 400,000 members dedicated to the principles of liberty and equality embodied in the Constitution. The ACLU of San Diego & Imperial Counties is one of the ACLU's local affiliates, with roughly 8,000 members. The ACLU has frequently advocated in

1

support of the constitutional right to counsel for any person facing imprisonment, both as direct counsel and as *amicus curiae*, in courts throughout the country.

District courts have inherent power to grant leave to file briefs as *amicus curiae*. *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005). CivLR 5.1(h) authorizes the Court to grant leave to file an amicus brief. The proposed amicus brief addresses the question whether Defendant was deprived of his constitutional right to counsel if he was incarcerated for civil contempt without being advised of the right to counsel, receiving appointment of counsel if financially qualified, or properly waiving counsel. Neither party has briefed these issues, and it is respectfully suggested that the brief would be of service to the Court.

## **CONCLUSION**

For the foregoing reasons, the Court is respectfully requested to grant leave to file the attached amicus brief of the ACLU of San Diego & Imperial Counties.

Dated this 23rd day of July 2007.

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

By: **s/David Blair-Loy**
David Blair-Loy

**PROOF OF SERVICE**

I, David Blair-Loy, declare as follows:

I am not a party to this case. I have caused service of APPLICATION OF ACLU OF SAN DIEGO & IMPERIAL COUNTIES FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* and BRIEF OF *AMICUS CURIAE* ACLU OF SAN DIEGO & IMPERIAL COUNTIES on the following counsel by electronically filing said documents with the Clerk of the District Court using its ECF system, which electronically notifies counsel of the service of said documents and provides them with true and correct copies thereof.

    Edward J. McIntyre
    Solomon Ward Seidenwurm & Smith, LLP
    Attorney for Plaintiffs

I have also caused service by first class mail, postage prepaid, to be made upon the following:

    Shahrokh Saadat-Nejad
    3713 Mt. Ashmun Place
    San Diego, CA 92111

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Diego, California, on July 23, 2007.

        **s/David Blair-Loy**
        David Blair-Loy