# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Pacific Law Center v. Saadat-Nejad          <u>Case No</u>: 07cv0460-LAB (POR)

<u>HON.</u> Larry A. Burns          <u>CT. DEPUTY</u> Tisha Washam          <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:          No appearance.

<u>Defendant(s)</u>:          No appearance.

The American Civil Liberties Union of San Diego & Imperial Counties has applied to the court for leave to file a brief in *amicus curiae* associated with civil contempt proceedings in this matter. Dkt No. 46. The application is granted, and the brief is accepted for filing and consideration at the July 25, 2007 hearing.

DATED: July 24, 2007                              INITIALS:  <u>TW</u>  Deputy