# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>    Plaintiff,<br>vs.<br><br>SHAHROK SAADAT-NEJAD, an individual,<br><br>    Defendant. | CASE NO. 07cv0460-LAB (POR)<br><br>**ORDER FOLLOWING STATUS HEARING, PURGING CIVIL CONTEMPT, AND SETTING CASE MANAGEMENT CONFERENCE** |

On July 25, 2007, the court convened a status hearing with respect to the civil contempt incarceration of defendant Shahrok Saadat-Nejad ("Saadat-Nejad") for his expressed intention prospectively to violate the April 27, 2007 Preliminary Injunction entered in this matter. Saadat-Nejad had been ordered into custody at the conclusion of the July 12, 2007 Order to Show Cause ("OSC") hearing on plaintiffs' Motion For Contempt. *See* Dkt No. 43. Edward J. McIntyre, Esq. and Thomas Slattery, Esq. appeared on behalf of plaintiffs. Saadat-Nejad appeared *pro se.* David Blair-Loy, Esq. appeared on behalf of *amicus curiae* the American Civil Liberties Union of San Diego & Imperial Counties ("ACLU"). *See* Dkt No. 46.

At the conclusion of another lengthy discussion on the record, Saadat-Nejad agreed to comply with the Preliminary Injunction, repudiated paragraphs 4 and 5 of his response to the OSC wherein he had announced his intention prospectively to continue doing what the

Dockets.Justia.com

Preliminary Injunction prohibited, and committed to take down his offending websites. The court granted in principle plaintiffs' request for an Order directing the website hosts to remove sites found to be in violation of the Preliminary Injunction in this case, conditioned upon plaintiffs' providing the court with specific domain names isolated in such a fashion that Saadat-Nejad's First Amendment right to express his personal opinions on blogs and the like remain protected.

For all the reasons recited on the record, and with plaintiffs' concurrence, the court found Saadat-Nejad had changed his position with respect to his willingness going forward to comply with the Preliminary Injunction, warranting the Order releasing him from custody, as the civil contempt was thereby purged. The court admonished Saadat-Nejad to abide by his representations he will comply with the Preliminary Injunction or else face the potential for future contempt proceedings.

**IT IS HEREBY ORDERED** the parties shall attend a Case Management Conference on *August 29, 2007 at 1:30 p.m.* with Magistrate Judge Louisa S. Porter.

**IT IS SO ORDERED**.

DATED: July 25, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge