UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PACIFIC LAW CENTER, a Professional Law Corporation; SOLOMON WARD SEIDENWURM AND SMITH LLP,<br><br>  Plaintiff,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>  Defendant. | Civil No.   07-cv-0460-JLS (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |
|---|---|

A hearing on Defendant's Motion for Permanent Injunction is scheduled in this matter for March 28, 2008. At the request of the district judge, a Settlement Conference shall be held on **March 17, 2008** at **3:30 p.m.** All parties, as well as the principal attorney responsible for the litigation, shall be present and legally and factually prepared to discuss and resolve Defendant's motion at the settlement conference. All conference discussions will be informal and confidential.

IT IS SO ORDERED.

DATED: March 6, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     Honorable Janis L. Sammartino
        all parties

- 1 -                                                                                                07cv460