| | |
|---|---|
| 1 | ROBERT F. CLARKE, ESQ. (SBN 79881) |
|   | PACIFIC LAW CENTER |
| 2 | 4225 Executive Square, Suite 1550 |
|   | La Jolla, CA 92037 |
| 3 | Telephone: (888) 789-0123 |
|   | Facsimile: (800) 718-1825 |
| 4 | Attorneys for Pacific Law Center |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, | CASE NO. 07-CV-00460 JLS (POR) |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| v. | Ctrm: 6, Third Floor |
| SHAHROKH SAADAT-NEJAD, an individual, | Hon. Janis L. Sammartino |
| Defendant. | |

P:00410677:57122.003                                                      07-CV-00460 JLS (POR)

SUBSTITUTION OF ATTORNEYS AND ORDER

Dockets.Justia.com

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that plaintiff, Pacific Law Center, hereby |
| 2 | substitutes Robert F. Clarke of Pacific Law Center, 4225 Executive Square, Suite |
| 3 | 1550, La Jolla, CA 92037, telephone no. (888) 789-0123, facsimile no. (800) 718- |
| 4 | 1825, in the place and stead of Edward J. McIntyre, Esq., of Solomon Ward |
| 5 | Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, |
| 6 | telephone no. (619) 231-0303, facsimile no. (619) 231-4755. |
| 7 | Mr. Clarke will represent Pacific Law Center. |
| 8 | Edward J. McIntyre will continue to represent Solomon Ward. |

DATED: February ___, 2007          PACIFIC LAW CENTER

                                   By: /s/ Robert F. Clarke
                                       ROBERT F. CLARKE

I consent to this substitution.

DATED: February 12, 2007           SOLOMON WARD SEIDENWURM & SMITH, LLP

                                   By: /s/ Edward J. McIntyre
                                       EDWARD J. MCINTYRE

I accept this substitution.

DATED: February ___, 2007          PACIFIC LAW CENTER

                                   By: /s/ Robert F. Clarke
                                       ROBERT F. CLARKE

## ORDER

IT IS SO ORDERED.

DATED: _____

                                   _____
                                   HONORABLE JANIS L. SAMMARTINO
                                   UNITED STATES DISTRICT JUDGE

| | **CERTIFICATE OF SERVICE** |
|---|---|
| 1 | |

I caused the **SUBSTITUTION OF ATTORNEYS AND ORDER** to be served in the following manner:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

**NONE.**

The following party who is not on the list to receive e-mail notices for this case. He therefore requires manual noticing, via Federal Express:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

/s/ Robert F. Clarke
ROBERT F. CLARKE