1 Shahrokh Saadat-Nejad

2 Mail: 3713 Mount Ashmun Place

3 San Diego, California 92111

4 Email: c9729972@yahoo.com

5 Telephone: (646)225-8213

6

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 Pacific Law center, and        Case No.: No.3:2007cv00460

13 Solomon Ward Seidenwurm & Smith,   **WRIT OF MANDAMUS OF DEFENDANT SHAHROKH SAADAT-NEJAD**

14        Plaintiffs,

15     vs.
                                  Department: 6
16 Shahrokh Saadat-Nejad,         Hon. Janis L. Sammartino

17        Defendant.

18

19    COMES NOW THE DEFENDANT SHAHROKH SAADA-NEJAD and respectfully

20 submits this WRIT OF MANDAMUS OF DEFENDANT SHAHROKH SAADAT-

21 NEJAD.

22    On March 12, 2008 I had filed in this court DEFENDANT'S

23 RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR

24 PERMANENT INJUNCTION - Docket number 58, in which the U.S.

25 District court has changed the date of March 12, 2008 to March

1   13, 2008. Attached to this writ of mandamus is a copy of the

2   first page that was stamped March 12, 2008 labeled as **EXHIBIT A**.

3   The courts version of my March 12, 2008 filing of DEFENDANT'S

4   RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR

5   PERMANENT INJUNCTION – Docket number 58, is dirty on the courts

6   computer and has black spots all over it on every single page

7   which includes all exhibits that are attached to it. Attached to

8   this writ of mandamus is a copy of the first page altered by the

9   court with its new date stamp of March 13, 2008 labeled as

10  **EXHIBIT B**.

11      On the first page of my March 12, 2008 filing of DEFENDANT'S

12  RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR

13  PERMANENT INJUNCTION – Docket number 58 I had written that there

14  is a trial date of June 3, 2008 set for the Superior Court of

15  California case filed against me by the plaintiffs (Pacific Law

16  Center). I had written the wrong date set for that trial. The

17  trial date is not set for June 3, 2008, but rather it is set for

18  June 13, 2008.

19      On page number 12 of my March 12, 2008 filing of DEFENDANT'S

20  RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR

21  PERMANENT INJUNCTION – Docket number 58 I had written [ON APRIL

22  20, 2007 JUDGE RICHARD E. L. STRAUSS GAVE HIS FINAL ORDER FOR IN

23  HIS DEPARTMENT, BUT THE DEPUTY COURT CLERK LYDIA JOHNSON MADE

24  HER OWN ORDER TO BENEFIT THE PLAINTIFFS].

25

1    Attached to this writ of mandamus is a copy of the Superior

2  Court of California transcript of the court hearing of April 20,

3  2007 civil case number GIC878352 labeled as **EXHIBIT 1**.

4    **In EXHIBIT 1 - PAGE 2 - LINE 13**, Judge Richard E. L. Strauss

5  says:

6  **THE COURT: HAVE YOU BOTH SEEN THE TENTATIVE RULING?**

7  Mr. Edward J. Mcintyre from Solomon Ward Seidenwurm & Smith Law

8  Firm says:

9  **MR. MCINTYRE: I HAVE NOT, YOUR HONOR. I APOLOGIZE. I WAS IN**

10  **DEPOSITION ALL THIS MORNING. I DID NOT SEE IT.**

11  **On PAGE 3 of EXHIBIT 1 - LINE 3**, Judge Richard E. L. Strauss

12  asks me after responding to Mr. Mcintyre:

13  **THE COURT: ALL RIGHT. YES, SIR, YOU'VE HAD A CHANCE TO READ IT?**

14  My response to Judge Richard E. L. Strauss allegedly was:

15  **MR. SAADATNEJAD: YEAH. BASICLY YOU'RE GRANTING THE PLAINTIFF'S**

16  **MOTION, RIGHT.**

17  I did not tell Judge Richard E. L. Strauss **"YEAH"**. The

18  transcript just like other transcripts from the Superior Court

19  of California and the United States District Court is false. At

20  that point Judge Richard E. L. Strauss hands the court deputy

21  (San Diego County Sherriff Deputy) papers to hand to me, and Mr.

22  Edward J. Mcintyre from Solomon Ward Seidenwurm Smith Law Firm

23  copies of the court order, but that is not in the transcript,

24  and Judge Richard E. L. Strauss had already had copies of the

25  court order made for me, and Mr. Edward J. Mcintyre from Solomon

Ward Seidenwurm Smith Law Firm to look at, because he knew that at least I have not seen the court order. So the Judges question to me and Mr. Mcintyre if we have seen the court order was strange to me. The only way that I and or Mr. Mcintyre could have seen the court order would have been for us to look at the court file. This means that Judge Richard E. L. Strauss had filed the court order himself in the court file, or he had his staff to file the court order. That court order has been removed from the court file and it has been replaced with a **MINUTE ORDER** which a copy of is attached to this writ of mandamus labeled as **EXHIBIT 2**.

**Exhibit 2** attached to this writ of mandamus, was written to benefit the plaintiffs ongoing goal and their Superior Court of California staff culprit(s) for the plaintiff(s) of getting me charged with the federal crime of cybersquatting, just like the demand letter that was written and signed by attorney Mary Frances Prevost which a copy of is attached to my March 12, 2008 filing of DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR PERMANENT INJUNCTION - Docket number 58 - EXHIBIT 2 - page 8 and page 9.

The demand letter which was written, signed and allegedly mailed to Pacific Law Center by attorney Mary Frances Prevost has a date on top of it states dated February 1, 2007, along with the email I received from her office regarding the alleged mailing of the demand letter (See EXHIBIT 2, PAGES 7, 8 AND 9

attached to my March 12, 2008 filing of DEFENDANT'S RESPONSE AND

OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR PERMANENT

INJUNCTION - Docket number 58). On February 6, 2007 Pacific Law

Center filed their first and only AMENDED COMPLAINT in the

Superior Court of California case. Attached to this writ of

mandamus is a copy of the Superior Court of California amended

complaint, labeled as **EXHIBIT 3**. In the plaintiffs Superior

Court of California amended complaint it does not mention the

demand letter from attorney Mary Frances Prevost, there is no

mention of me allegedly trying to sell them any domain names,

because I never did offer them anything for sale. The

plaintiffs' ongoing allegations that I was trying to sell them

domain names are false and lies. On March 9, 2007, March 14,

2007 and March 16, 2007 I went to the office of Solomon Ward

Seidenwurm & Smith which Pacific Law Center was present for to

see if we can resolve our disputes. I had contacted attorney

Mary Frances Prevost before the meetings and asked her to join

in these meetings, but she refused. During those meetings I was

thinking about attorney Mary Frances Prevost possibly being

involved with the plaintiffs against me. I asked the plaintiffs'

at the meetings why they did not respond to the demand letter,

and or why they just did not pay the demand money for violating

my civil rights, which $500,000 was the amount that was being

demanded on the letter for violating my civil rights. They

ignored the question, and said something like "you just don't

give up, do you Shahrokh", I just sat there with my tape
recorder which they knew that the meetings were being recorded
me, and by me only. Sitting there I could only think of attorney
Mary Frances Prevost ignoring the meetings; I knew that I was
being hustled again. But when the plaintiffs told me about the
March 9, 2007 transcript of the Superior Court of California and
indicating for me to commit suicide I knew that I was on to
something big.

In my March 12, 2008 filing of DEFENDANT'S RESPONSE AND
OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR PERMANENT
INJUNCTION - Docket number 58 - EXHIBIT 2 - PAGE 7, is proof
that I did not know the content of the demand letter until Mary
Frances Prevost allegedly mailed it to Pacific Law Center, and
the reason I say allegedly is because I am convinced that Mary
Frances Prevost was and still is collaborating with at minimum
Pacific Law Center in these ongoing crimes.

**EXHIBIT 2**, attached to this writ of mandamus which is the
Superior Court of California MINUTE ORDER of April 20, 2007 it
is stating the word cybersquatting several times.

In **EXHIBIT 1**, attached to this writ of mandamus which is a
copy of the court transcript of the April 20, 2007 hearing in
front of Judge Richard E. L. Strauss from the Superior Court of
California, the word cybersquatting does not come up one time,
but on the MINUTE ORDER of April 20, 2007 **(EXHIBIT 2)** the word
cybersquatting is written several times, to benefit the

plaintiffs ongoing crimes. The MINUTE ORDER was allegedly written by LYDIA JOHNSON, and the reason I say allegedly, it is because there is the possibility of another court staff could have removed the original court order from the court file and written the MINUTE ORDER and put the name of Lydia Johnson on it. In **EXHIBIT 1**, attached to this writ of mandamus the court (Judge Richard E. L. Strauss) asks me and Mr. Mcintyre if we have seen his tentative ruling. That question itself is proof that Judge Richard E. L. Strauss filed a court order and it has been removed from the file and replaced with a MINUTE ORDER that states on it **THE MINUTES ARE THE ORDER OF THE COURT. NO FORMAL ORDER IS REQUIRED.** In **EXHIBIT 1 - PAGE 4 - LINE 25 TO PAGE 5, LINE 1,** I address the court with:

**MR. SAADATNEJAD: I'M A LITTLE BIT SLOW, YOUR HONOR. WOULD YOU MIND IF I GO OVER THIS IN MY OWN TIME BECAUSE THE LAST COURT ORDER, WHICH I WASN'T PRESENT FOR, THEY MISUSED IT, AND I DON'T WANT ANOTHER COURT ORDER BEING MISUSED.**

That statement and question from me to the court is proof that I was holding a copy of the court order in my hands. The MINUTE ORDER (EXHIBIT 2) and any court minutes from any court in the world are written during and or after the court hearings. The document that I was holding in court was not the MINUTE ORDER.

On June 19, 2007 the plaintiffs Pacific Law Center and Solomon Ward Seidenwurm & Smith filed in the United States District Court papers asking and demanding a hearing for

CONTEMPT OF COURT, and for me to be put in jail/prison or they

the plaintiffs are going to forfeit to chaos. On the very same

day of June 19, 2007 U.S. Federal District Court Judge Larry

Alan Burns granted for the plaintiffs a hearing for contempt of

court against me the defendant and it was set for July, 12,

2007. Judge Larry Alan Burns granting the plaintiffs' wishes

included in his order that the plaintiffs must file their papers

of evidences no later than June 20, 2007, and Judge Larry Alan

Burns gave an order on paper that my response can not be greater

than 10 pages – They are seeking to put me in jail/prison, and I

can not defend myself greater than ten pages, let alone not

having the right to a federal public defender. The plaintiffs

filed their papers of evidences on June 20, 2007 and it was 212

pages, but by the order of the court my response could not be

greater than 10 pages. In the plaintiffs papers (DECLARATION OF

EDWARD J. MCINTYRE – Docket number 36) that was filed in this

court on June 19, 2007 the plaintiffs manufactured and

fabricated domain names that did not exist except for one which

was the domain name of pacificlawyerscenter.com, the other

alleged domain names which was manufactured and fabricated was

solomonwardswsslawcom.aspx, solomonwardpacificlawcenter.aspx,

phillipslawphillipsandassociatesphoenixarizonadui.aspx and

solomonwardseidenwurmandsmithsandiegorealestateconstructionlitig

ationattorneyslawyers.aspx. No person has or owns an **.ASPX** –

ASPX does exist, but one can not purchase any domain name that

finishes with ASPX. ASPX is part of an Internet URL address
through my service provider when one posts on a blog. I had made
this very clear to Judge Larry Alan Burns, but Judge Larry Alan
Burns made excuses for the plaintiffs (Mr. Edward J. Mcintyre)
as he had done before, which was related to clicking on a CACHED
button on google.com which is a search engine for the internet.
What the plaintiffs (Mr. Edward J. Mcintyre) were doing was
intentionally clicking on a CACHED button on google.com and
claiming that the defendant was still using the plaintiffs'
names in URL addresses. The order was that I can not have the
plaintiffs' names in a URL address, which is where those
manufactured ASPX domain names came from. If my blog domain
address was called yourjudge.com and I post a topic on the date
of 2007/02/27 and call it Pacific Law Center Has Fake Attorneys
- then the URL address would be
http://yourjudge.com/2007/02/27/pacificlawcenterhasfakeattorneys
.aspx - and what the plaintiffs did was for example remove the
yourjudge.com/2007/02/27/ from the URL address, and tell the
court that the defendant has now purchased
pacificlawcenterhasfakeattorneys.aspx. It is not done
accidently, even an idiot could not do that accidently. Judge
Larry Alan Burns told me that Mr. Mcintyre did not know that he
was clicking on CACHED buttons on google.com; excuse after
excuse on behalf of the plaintiffs (Mr. Edward J. Mcintyre) is
what Judge Burns kept making. And then on July 25, 2007 hearing

Judge Burns pretended that for example
pacificlawcenterhasfakeattorneys.aspx was not manufactured and
falsified, which resulted in granting anything that the
plaintiffs had asked for. On search engine google.com but not
limited to when a person clicks on the cached button, a big box
is the first thing that is on the top of every page. Attached to
this writ of mandamus is a copy of a cached page from
findlaw.com for Pacific Law Center labeled as **EXHIBIT 4**. It was
cached as stated in the box on Nov.1, 2006 08:24:55 GMT, and on
there one can see the list of alleged California licensed active
attorneys with Pacific Law Center, and it has the names of the
fake attorneys that I had written about on my March 12, 2008
filing of DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFFS
MOTION AND MOTION FOR PERMANENT INJUNCTION - Docket number 58.
But the plaintiffs (Edward J. Mcintyre) allegedly did not notice
the big box on top of each page. These people and their
accomplices are a fraud, and they will always be a fraud unless
this court stops them. What's to stop the plaintiffs accomplices
that work at the courts from taking out court documents, and
replacing them with other document designed to benefit the
plaintiffs even 5 months after the case, and to cover up their
crimes of at minimum fraud, which is what has happened for the
Superior Court of California's April 20, 2007 hearing. This
court has the power to stop the plaintiffs fraud and cover-ups,
and I respectfully demand that it does.

1   In **EXHIBIT 1 – PAGE 5, LINE 27 to PAGE 6, LINE 16**, attached

2   to this writ of mandamus Mr. Edward J. Mcintyre from Solomon

3   Ward Seidenwurm & Smith address the court (Judge Richard E. L.

4   Strauss) with:

5   MR. MCINTYRE: JUST SO BECAUSE JUDGE BURNS ISSUED AN ORDER NOT

6   DISSIMILAR BUT BROADER AND SPENT PERHAPS 40 MINUTES IN COLLOQUY

7   WITH MR. SAADATNEJAD EXPLAINING TO HIM WHAT HE COULD DO AND WHAT

8   HE COULD NOT, WE HAVE A REQUEST NOW WITH JUDGE BURNS THAT HE

9   TAKE A LOOK AT WHAT MR. SAADATNEJAD HAS DONE AND CONSIDER

10  WHETHER HE WANTS TO SET AN OSC IN RE: CONTEMPT. YOUR HONOR APTLY

11  PUT IT, IF YOU STRAY BEYOND OR INTO THE TERRITORY THAT YOUR

12  HONOR WAS CARVED OUT, MR. SAADATNEJAD SHOULD UNDERSTAND HE DOES

13  IT AT HIS PERIL. THIS IS NOT SHUTTING UP HIS SPEECH. HE WOULD

14  PROBABLY BE WELL ADVISED NOT TO BE SUGGESTING THAT SOLOMON WARD

15  HAS EITHER YOU OR JUDGE BURNS OR ANY OTHER JUDGE OF THIS OR THE

16  FEDERAL COURT IN OUR BACK POCKET. BUT HE IS FREE TO SAY – AS HE

17  SAYS, MAY COME BACK TO BITE HIM. SO LONG AS HE UNDERSTANDS THAT

18  THAT'S A RECENT POSTING THAT WE'RE VISITING WITH HIM. HE STRAYS

19  INTO THIS ORDER AT HIS PERIL, THAT'S FINE WITH ME, YOUR HONOR.

20      On July 12, 2007 U.S. Federal Judge Larry Alan Burns put me

21  in federal jail/prison for allegedly violating his court order,

22  without having the right to counsel, and no bail. On July 25,

23  2007 there was another court hearing in front of Judge Larry

24  Alan Burns regarding the alleged contempt, and being held in

25  federal jail/prison, which the ACLU was present in court for. I

did not know that the ACLU had filed papers in the case, let alone that they the ACLU were going to be present in court. I am not a big fan of the ACLU, due to their ongoing push of a women's right to murder her defenseless unborn child(ren) labeled as abortion, but I did call Mr. David Blair-Loy from ACLU on July 26, 2007 and thanked him for what he did, and I had told him that while I was in federal jail/prison which I went to two locations, that in both locations I had seen children in jail clothes there – youngest appeared to be around the age of 12 to 14, one child was even there from what appeared to be his mother, both wearing jail/prison clothes. On July 25, 2007 I was confused, because I was brought into the court by the U.S. Marshall while the hearing had already started. During the hearing of July 25, 2007 and not on July 12, 2007 Judge Larry Alan Burns made it very clear that I was incarcerated only because I own the domain name pacificlawyerscenter.com, and pacificlawyercenter.com and that's all.

In **EXHIBIT 1 – PAGE 5, LINE 27 to PAGE 6, LINE 16** attached to this writ of mandamus Mr. Edward J. Mcintyre said ....**WE HAVE A REQUEST NOW WITH JUDGE BURNS THAT HE TAKE A LOOK AT WHAT MR. SAADATNEJAD HAS DONE AND CONSIDER WHETHER HE WANTS TO SET AN OSC IN RE: CONTEMPT.** Putting me in a federal jail/prison was and still is the minimum goal of the plaintiffs Pacific Law Center, and Solomon Ward Seidenwurm & Smith and their accomplices (Mary Frances Prevost). **EXHIBIT 1**, attached to this writ of mandamus

is a transcript from a Superior Court of California hearing which was held on April 20, 2007. The plaintiffs clearly do state that they are seeking for a contempt hearing from Judge Larry Alan Burns. Judge Larry Alan Burns had made it very clear on July 25, 2007 and not on July 12, 2007 that I am in federal jail/prison only for purchasing the domain names pacificlawyerscenter.com, and pacificlawyercenter.com, and its very important that one does not forget the plaintiffs statement on April 20, 2007: **EXHIBIT 1 - ....WE HAVE A REQUEST NOW WITH JUDGE BURNS THAT HE TAKE A LOOK AT WHAT MR. SAADATNEJAD HAS DONE AND CONSIDER WHETHER HE WANTS TO SET AN OSC IN RE: CONTEMPT... ...HE WOULD PROBABLY BE WELL ADVISED NOT TO BE SUGGESTING THAT SOLOMON WARD HAS EITHER YOU OR JUDGE BURNS OR ANY OTHER JUDGE OF THIS OR THE FEDERAL COURT IN OUR BACK POCKET. BUT HE IS FREE TO SAY - AS HE SAYS, MAY COME BACK TO BITE HIM. SO LONG AS HE UNDERSTANDS THAT THAT'S A RECENT POSTING THAT WE'RE VISITING WITH HIM. HE STRAYS INTO THIS ORDER AT HIS PERIL, THAT'S FINE WITH ME, YOUR HONOR.** I had purchased the domain names pacificlawyerscenter.com, and pacificlawyercenter.com **after April 20, 2007.** pacificlawyerscenter.com, and pacificlawyercenter.com was purchased by me on **May 7, 2007**. Attached to this writ of mandamus are copies of who owns the domain name pacificlawyercenter.com and pacificlawyerscenter.com and when (DATE) were they created labeled as **EXHIBIT 5**. The plaintiffs were and still are seeking to put me in federal

jail/prison before my purchase of these domain names. Even in papers that that the plaintiffs filed in this court (U.S. District) on April 16, 2007 docket number 18 the plaintiffs in their attached exhibits shows that they are seeking a contempt hearing because I am writing on law blogs. (Docket number 18, page 37 to page 60).

All allegations made by the plaintiifs' in this court and the California Superior Court are false, misleading, including their ongoing allegations that I am Anti-Semitic, and they the plaintiffs have manufactured false evidences and have filed them in courts multiple times, with no remorse because they the plaintiffs are and have been of at minimum attempts to ruin me, shutting me up, violating any and all of my rights, and with that accomplishment they hope that I commit a terrorist act. The United States government has taken away at minimum my passport, $9800 in cash and my car and the government refuse to give them back to me. I think the government auctioned off my car. I had personal belongings in there which included a baby tooth of my little brother which meant a lot to me, along with pictures of friends and family.

The plaintiffs whom are AIPAC terrorist attorneys have even dragged KNOX ATTORNEY SERVICE, INC. in to their ongoing fraud and cover-ups. An employee of Knox Attorney Service Inc., which his name is MR. GREGORY C. JOHNSON, and what he has done is he has given and filed by Mr. Edward J. Mcintyre in the Superior

Court of California a **PROOF OF SERVICE** declaring under penalty

of perjury under the laws of the State of California, that he

has served me copies of a letter "NOTICE EX PARTE LETTER" on

February 26, 2007. Knox Attorney Service Inc. (Gregory C.

Johnson) states that he has served me at an address which is my

fathers' house, and he has served a JOHN DOE, ARABIC, M, 5'10,

180LBS, BLACK. I have not lived and or gone to my fathers' house

for well over two years. I get my mail from my father by meeting

him outside and away from his home. Just like I have a video of

Knox Attorney Service Inc. going to my fathers house to attempt

to serve me the phony February 27, 2007 Superior Court of

California order, I also have Mr. Gregory C. Johnson of Knox

Attorney Service Inc. on video attempting to serve me the

"notice ex parte letter" on February 26, 2007. My father has

video taped all harassments at his home relating to the

plaintiffs and the Superior Court of California case. Attached

to this writ of mandamus is a copy of the DECLARED PROOF OF

SERVICE from Knox Attorney Service Inc., labeled as **EXHIBIT 6**. I

will bring to court on the next court date both videos (DVD-R -

Computer friendly) related to Knox Attorney Service Inc. that I

have written about on my March 12, 2008 filing of DEFENDANT'S

RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR

PERMANENT INJUNCTION - Docket number 58, and on this writ of

mandamus.

On March 14, 2007 the plaintiffs dropped their Superior Court of California complaint against my domain name ushostage.com, it was meant as a distraction on me. The plaintiffs had told me that the phrase "without prejudice" means that they the plaintiffs can not file a complaint again against ushostage.com. Attached to this writ of mandamus is an original copy of REGISTER OF ACTIONS NOTICE from the computer of the Superior Court of California labeled as **EXHIBIT 7**, printed out on the second floor of the Superior Court of California by a court staff. In EXHIBIT 7 - Page 12 - ROA# 26, Entry date of 03/14/2007 it states that USHOSTAGE.COM dismissal. **EXHIBIT 7** was printed out on February 21, 2008. On **EXHIBIT 7, Page 1** one can see that USHOSTAGE.COM is still listed as a defendant. What is not listed on there as a defendant is pacificlawcenters.com which the plaintiffs have not dropped their complaint against, and nowhere on the printout of **EXHIBIT 7**, does it state the domain name pacificlawcenters.com. On a **NOTICE OF HEARING** from the Superior Court of California which is attached to this writ of mandamus labeled as **EXHIBIT 8**, it states that there is a Civil Court Trial set for 11/13/2007 which is a false statement from one of the plaintiffs culprit court staff. On **EXHIBIT 8**, attached to this writ of mandamus it lists my name and USHOSTAGE.COM, as the defendants for the alleged Civil Court Trial, even though USHOSTAGE.COM was dropped from the lawsuit on March 14, 2007, again pacificlawcenters.com is missing as a

defendant. On **EXHIBIT 7** attached to this writ of mandamus there is no entry date of April 20, 2007 court hearing, and no Entry Date of April 20, 2007 court order. On **EXHIBIT 7, Page 5** there are four entry dates of July 19, 2007, and all four state **JUDGMENT PAPERS RECEIVED**. From July 12, 2007 to July 25, 2007 I was being held in a federal jail/prison, so what judgment papers received is the person that created the four entry dates of 07/19/2007 is he/she trying to file? I have looked in the file, and there is nothing in the file relating to July 19, 2007 JUDGEMENT PAPERS RECEIVED, and what is to stop the court staff conspirators from putting in the file JUDGEMENT PAPERS with a date of July 19, 2007 stamp (The staff do have access in creating a stamp with any date they desire, it is called a general stamp. In the Superior Court of California file there are exhibits that I had filed with the court that are missing. On **EXHIBIT 7** attached to this writ of mandamus there is no entry date of **February 6, 2008** of my filing of **CASE MANAGEMENT STATEMENT**, with attachments. This court (U.S. District Court) has the power to stop these culprits of the plaintiffs, and I respectfully demand that it does.

On April 11, 2007, August 29, 2007 and March 17, 2008 there was SETTLEMENT CONFERENCES with the plaintiffs and me in the U.S. District Court. All three conferences were in front of United States Magistrate Judge Louisa S. Porter. In the first two, of the three hearings in front of Judge Louisa S. Porter I

was at minimum threatened if I do not stop writing, not only by
the plaintiffs, but also Judge Louisa S. Porter. At the first
conference there were a total of three threats and the third
threat I did not understand that it was threat until after the
conference. Threat number one was that if I do not stop writing,
then the plaintiffs will file for a default in both civil cases,
which the plaintiffs did, threat number two was that if I do not
stop writing, then I will be incarcerated for contempt of court
orders in both cases, which they did in the federal court,
threat number three was with a question from Judge Porter asking
me if I pay my taxes, which resulted in weeks later of me being
audited for tax by the government, which is still ongoing. On
the April 11, 2007 conference while I and the plaintiffs were
waiting for Judge Porter to call us in, the plaintiffs asked me
to think of a more reasonable dollar amount for violating my
civil rights. I had told them in front of Judge Porter a higher
dollar amount than the demand letter from attorney Mary Frances
Prevost, as a sign to them that I can not be bought. I really
just wanted to see the look on Pacific Law Center's face (Mr.
Thomas Slattery), which his respond was why I had come up with
an higher and a odd number. I had taken our San Diego area code
number 619, and changed the 6 to a 7, and told the plaintiffs
$719,000. I know now that it was the plaintiffs' way of
convincing Judge Porter that I am after money. I was not, and I
am not after money. There never was an offer before or during

the multiple lawsuits filed against me to sell them any domain

names. Attorneys Mary Frances Prevost is full of it.

In **EXHIBIT 1- PAGE 7, LINE 13**, attached to this writ of

mandamus is a copy of the court transcript of the April 20, 2007

hearing in front of Judge Richard E. L. Strauss from the

Superior Court of California, the court (Judge Richard E. L.

Strauss) states:

**THE COURT: THIS IS THE FINAL ORDER.**

But since then there has been hearings after hearings in the

Superior Court of California with a trial date set for June 13,

2008. His (Judge Richard E. L. Strauss) court order of April 20,

2007 has been removed from the court file and replaced with a

MINUTE ORDER designed to satisfy the American Israel Public

Affairs Committee (AIPAC) terrorist attorneys whom are the

plaintiffs in both cases. So much so that Solomon Ward

Seidenwurm & Smith law firm did not and they still are not

plaintiffs on the Superior Court of California case, but the

Superior Court of California (Judge Richard E. L. Strauss)

granted Solomon Ward Seidenwurm & Smith Law Firm a preliminary

injunction hearing which was set for March 27, 2007. See EXHIBIT

5, PAGES 5, 6 and 7 attached to my March 12, 2008 filing of

DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND

MOTION FOR PERMANENT INJUNCTION – Docket number 58.

While I was held in incarceration in US Jails/Prisons which I

call being held in US as a Hostage which is why I had chosen the

name USHOSTAGE.com the system would torture you in many ways,
here is an example:

   In jail if and when the inmate needs to be taken to court, the
process of it is very difficult for the inmate.

   The Officers will come for you starting at around 2:00am to
3:00am. You are held in other cells for a long period of time
with other inmates and the cells are very full of inmates where
many can not even sit down on the floor.

   Then you are taken on a bus if the jail is not next to the
court house.

   By the time the Government (Judge) is ready to hear and see you
in court, you are very tired and it is not easy to focus in
court where your liberty is on the line.

   By the time you get back to the original cell that you are held
in it could be as late as 9:00pm to 10:00pm.

   How the system can and does torture you more is if you go
through this process 2 to 5 days in a row, which is what the US
Government has done to me many times whether being represented
by the County Public Defender's Office (Santa Clara and San
Diego both in California) or by a Private Attorney. In jail the
government creates a name list of inmates that need to go to
court on that day, and on any day a government employee and or a
culprit can put your name on the list as an ADD ON - Hand
Written. In San Diego, California they treated me special for
this form of torture. Every inmate gets a wristband with bar

codes. The bar codes keep track of where an inmate was or is. When they the government wanted to torture me with fake court dates they (San Diego County Sherriff Deputy Officers) would be told not to scan my wristband, in fact it would not even be in their computer that I am being moved to court on that day.

In Santa Clara County, California the US Government did this to me several times while I was being held in chains around my waist chained to my wrists, and around my ankles at all times(Except when I needed to use the bathroom), but I had to eat with the chains on me. The chains would be off of me only when they put me in the original cell. Many times I was being held in chains for 15hours per day.

On September 11, 2001 the cable news channels CNN and The British Broadcasting Corporation (BBC) reported that the Salomon Brothers Building (Better known as the World Trade Center Building 7) has collapsed. CNN's employee Mr. Aaron Brown reported this at the time of on or around 4:16pm (EST), and then BBC's employee Ms. Jane Standley reported this at the time of on or around 4:55pm (EST) both live on TV. World Trade Center Building 7 (Salomon Brothers Building) collapsed at the time of on or around 5:23pm (EST) on September 11, 2001. The CNN and BBC early reporting's of the World Trade Center Building 7 (Salomon Brothers Building) has collapsed is proof that the Zionist terrorist controlled media itself was involved with the terrorist events of 9/11. Excuse after excuse from CNN and BBC

of this early reporting is what we the people got from them,
which BBC even says that they have lost all of their tapes for
September 11, 2001 (One can go to google.com and search on
YouTube for these alleged lost tapes). This is just one of the
things that I write about on the internet, and I am not the only
one. ·

Why am I singled out from so many?

In 1997 a terrorist group from Pakistan officially opened
offices here in the United States. The terrorist group is called
Sipah-e-Sahaba Pakistan (Better known as SSP). Here in the
United States they the SSP labeled themselves as "Sipah-e-Sahaba
USA Inc.". This terrorist group (SSP) is a cult. They claim to
be muslims, but a muslim does not murder, and or blow him/her
self up, which SSP is very well known for this behavior well
before this government allowed them to be a non-profit
organization on U.S. soil.

On or around February 10, 2008 U.S. President George W. Bush
said on FOX News Network, (Which attorney Marry Frances Prevost
is a paid employee of) that if Mr. Barack Hussein Obama, Jr. was
to become the U.S. President, then he [MR. Obama] will attack
Pakistan. Sipah-e-Sahaba Pakistan is funded by the United States
government (CIA). I· believe that the United States government
(CIA) is at some point in the near future going to give a green
light to ·Sipah-e-Sahaba terrorists and alike to commit suicide
bombings on U.S. soil. If that happens, then the U.S. will use

that to justify for invading, and occupying Pakistan which is a
nuclear weapons country. Sipah-e-Sahaba Pakistan is basically a
big part of the Taliban terrorists. Not all Taliban terrorist
members are from Afghanistan. Just because the SSP is based in
Pakistan, it does not mean that they are all Pakistanis. For
example look at the "American Taliban" Mr. John Walker. I
remember Mr. Walker from the Bay Area (Northern California). He
stood out at gatherings and events that he attended in the
1990's, tall, white and wearing Middle Eastern clothing, that's
all I remember from him. Most of these gatherings were all
related to mind control and brainwashing by the Sipah-e-Sahaba
terrorist cult agents and their allies. I even filed a lawsuit
in the Bay Area (Santa Clara County, California) trying to shut
down Sipah-e-Sahaba gatherings, and fundraisings. I have put my
life on the line for what I believed was wrong. I filed the
civil lawsuit in the Superior Court of California, County of
Santa Clara on June 24, 1998 Civil Case No.CV774848 against the
Muslim Community association of the San Francisco Bay Area,
Masjid An-Noor, and the Granada Islamic School all based in the
city of Santa Clara, California. It was and still is alleged
that the then defendants are recruiting and funding terrorist
groups of "Sipah-e-Sahaba Pakistan" and the "Mujahedin-e-Khalq".
I strongly believe that both of these terrorist cult groups were
responsible for the TWA Flight 800, when it first exploded in
mid-air and then crashed, FBI says it was not a criminal act,

but on January 30, 2002 Security Guards at the San Francisco
International Airport detected Explosive Residue (PETN) on shoes
of a man, who then disappeared into the crowd. The same type of
Explosive Residue Pentaerythritol Tetranitrate (PETN) a chemical
used in plastic explosives was found at the crash site of TWA
Flight 800. Pentaerythritol Tetranitrate (PETN) is also used on
shoulder guided missiles. I recived a phone call from a
Mujahedin-e-Khalq / Mojahedin-e-Khalq terrorist agent after the
TWA FLIGHT 800 crashed. This Mujahedin-e-Khalq / Mojahedin-e-
Khalq terrorist agent is a female American born, uses at least
three different names, claims at least 2 different
nationalities, was/is a teacher at the Granada Islamic School,
has very strong ties with the Islamic Cultural Center of
Northern California in Oakland, California, and a center in
Colorado, Texas, and in Canada. This Mujahedin-e-Khalq /
Mojahedin-e-Khalq terrorist agent had a nervous breakdown
regarding the TWA 800 Crash in a very suspicious manner. She had
her apartment cleared out of all terrorist pamphlets, booklets,
and video tapes after the crash of TWA flight 800. On August 7,
1998 just 44 days after I filed the lawsuit in Santa Clara
County, two U.S. embassies in Nairobi, Kenya, and Dares Salaam,
Tanzania were blown up by terrorists linked to terrorist Usama
Bin Laden, Which both of the explosions were plotted by a top
lieutenant for terrorist Usama Bin Laden, Whom lived in Santa
Clara County, California while being a FBI and a CIA Informant.

Ali A. Mohamed was the name of the plotter and the top lieutenant and he was arrested on **September 11**, 1998. The FBI says that he was arrested on September 10, 1998, but I say that the FBI lies. 212 people were murdered, and over 3000 people were injured as a result of the attacks.

A terrorist by the name of Mr. Ramzi Ahmed Yousef whom was one of the terrorists responsible for the World Trade Center Bombing on February 26, 1993 was also a Sipah-e-Sahaba Pakistan (SSP) terrorist cult member.

On ushostage.com I had written about Sipah-e-Sahaba Pakistan terrorist cult members having a fascination with blowing up the Brooklyn Bridge, which members of the SSP cult did get arrested for in or around the year 2003 for plotting such an attack. One of their members in the bay area (Northern California) kept trying to justify such an attack at his so called lectures.

This government needs to stop supporting these terrorist cults in other countries and start rounding up their supporters and members that are here in the U.S., strip them of their U.S. Citizenships, and kick them out of the U.S. with passion. If I had a U.S. law enforcement badge, that's exactly what I would do.

The other terrorist cult group "Mujahedin-e-Khalq" is too funded by the United States government (CIA). Mujahedin-e-Khalq, also spelled Mojahedin-e-Khalq is a cult too. They are very active at minimum inside of the United States, United Kingdom

and France. One of their top lieutenants works for Fox News Network. His name is Alireza Jafarzadeh and he is responsible for many terrorist activities. The United States government (CIA) funds many cults which was unknown to me in the 1990's. It is this funding of cults that has allowed suicide bombings in Iraq, Afghanistan and Pakistan. In the 1990's the holocaust against the Bosnian Muslims by the Serbians helps to prove this point. The Serbians were ruthless; they would cut a pregnant Bosnian woman up, take the baby out of her stomach and play soccer with the dead baby's head. The Serbians would cut the head off of other Muslims (Mostly men) and play soccer with the head. The Serbians raped and murdered any and all Muslims that they can find. There never was a single reporting of a Bosnian suicide bombing during the holocaust as an act of revenge, and I did this research for years. Nobody funds crazy cults in Bosnia. The media (Fox News, CNN, ABC News, NBC News, BBC, CBS News, Etc...) gives the impression to the people that all suicide bombers in Afghanistan, Iraq and Pakistan are all related to revenge and politics. They are not. These U.S. funded cults all say that if you want to be part of and the reason for the end of the world then you must commit suicide while taking the lives of others with you. You will enter heaven for this bravery is what they the cults say. United States government is not the only country that creates and funds these cults in order to create deceptions to make and continue wars.

On September 19, 2005 two Undercover Elite British Special
Air Service Regiment Soldiers were caught, arrested, and jailed
in Iraq for driving around in a car loaded with weapons,
ammunition and bombs in Iraq as they were murdering any Iraqis
that is in their sight, which included women and children. They
were arrested by Iraqi police. Both British SAS soldiers were
wearing Middle Eastern clothes, and both British SAS soldiers
were wearing black turbans on their heads as they were randomly
shooting women, children, and men. Only Muslim Scholars wear
turbans, and the color black is mostly worn by Shia Muslim
Scholars (Iran). By way of deception, thou shalt do war is what
the occupiers (U.S., British, France, Mossad, Etc...) have been
doing. British forces with several tanks, and helicopters went
to the jail that the two undercover Elite SAS soldiers were
being held at and smashed the walls of the jail and took their
soldiers away. Several Iraqis were murdered and injured during
that British operation.

I write about these things which were posted on ushostage.com
along with writings about Zionist terrorists. The plaintiffs and
this court is stating that because I had a link to ushostage.com
on pacificlawcenters.com, which was blacked out on February 5,
2007 then my website ushostage.com should be shut down. On
papers filed by the plaintiffs on March 21, 2008, and on papers
filed by this court on March 24, 2008 it confirms that the court

is satisfied with ushostage.com being shut down, along with 7 other domain names. Why can I not write?

The plaintiffs and their culprits in both of these cases (State and Federal) have tried over and over to get me to commit suicide and or an act of terrorism, and it will never ever happen. The plaintiffs and their accomplices need to be investigated, and tried for at minimum attempts of creating terrorism. Should the plaintiffs and their culprits not cooperate or should they lie of their ongoing attempts of creating terrorism, then according to the United States policy, the plaintiffs and their culprits should be subject to Water Boarding. On or around February 12, 2008 United States Supreme Court Judge Antonin Gregory Scalia said "Smacking someone in the face could be justified if there was an imminent threat". Let's see how the shoe fits in the other foot.

Where is my freedom of speech? If I lie and write that American Israel Public Affairs Committee (AIPAC) are the best people in the world, and lie that the pictures of Israeli Rabbis with their children signing, blessing and using chemical bombs against humans (Posted on USHOSTAGE.com) are really Arabs disguised as Zionists, then I would not be sued by their attorneys and or held hostage in U.S. jails/prisons by having evidences suppressed, falsified and or destroyed.

These AIPAC Zionist terrorist attorneys have gotten court orders against me, which the February 27, 2007 order is phony

that say I can not write in any published communication the trade name Pacific Law Center. If I was to write on a website "Pacific Law Center Has Fake Attorneys" then I would be in contempt of that court order. If I was to print flyers that said "Pacific Law Center is a Fraud", then I would be in contempt of the court order. The other court order which is from this court (U.S. District Court) says that Registering and trafficking in any internet website or domain name the words pacific, law, center and I can not use or write the service mark or the trade name Pacific Law Center, Solomon Ward Seidenwurm & Smith in any respect whatsoever. It says the words pacific, law, and center on the court order with comas, which means that I can not use those words at all. For example if I was to purchase a domain name and call it pacificbeachwavesrock.com, I am in violation of that court order because the word pacific is in it, or if I was to write on a website or blog "I love to surf at Pacific Beach" I would be in violation of that court order because the word "Pacific" was written. On the U.S. district court order it says "Trafficking in any internet website" which means that I can not write the word "Pacific" on any website. Both of the court orders are designed to at minimum shut me up, and the court Judges know it. Judge Larry Alan Burns has even said verbally to me that I am not allowed to have the plaintiffs' names, business names, or the words or names in their service mark names in any URL address. Judge Larry Alan Burns did say that I can write on

blogs. Judge Larry Alan Burns has told me several times,
including on July 25, 2007 that I can write about the plaintiffs
on my website of ushostage.com, and he kept telling me this.
This is where I caught on to Judge Larry Alan Burns ongoing
scheme against me again, and I don't take it personally for I
know that it is hate crimes. If I was to write on a blog that I
do not own, and call the title of the subject Pacific Law Center
is a Fraud, that title would appear on the URL address, so him
(Judge Burns) telling me that I can write on blogs about the
plaintiffs meant nothing because he (Judge Burns) had already
told me that I can not have the plaintiffs names in any URL
address, even though I had told Judge Burns multiple times that
**Patmont Motor Werks Inc. v. Gateway Marine Inc., C-96-2703**
**(Northern District California 1997) U.S. District Court Judge**
**Thelton E. Henderson found that the use of the trademark in the**
**URL constituted "Nominative fair use"**, That would mean that I am
allowed to have for example
2millionfreelawyers.com/pacificlawcenterhasfakelawyers.html, but
Judge Burns told me that "Well I'm Telling You That You Cant".
The court order from the Superior Court of California was done
behind closed doors either with the Judge, or not with the
Judge, which I was not present in court for. Judge Larry Alan
Burns has even made excuses for Judge Richard E. L. Strauss,
stating that well these orders do get signed in cases of
emergencies.

What the American Israel Public Affairs Committee (AIPAC) terrorist attorneys want this court to do, is cover up these ongoing crimes of corruption. They the plaintiffs have demanded a jury trial in both of the lawsuits that they filed against me, but they really do not want to go to a jury trial. On February 29, 2008 in front of Judge Richard E. L. Strauss, Mr. Thomas Slattery whom is an employee of Pacific Law Center and is now representing along with a Mr. Robert F. Clarke which he has yet to show his face in court one time, Pacific Law Center told the Superior Court of California that they may drop their lawsuit because of the court hearing of March 28, 2008 in the U.S. District Court. This is how sure they the plaintiffs are that this court (U.S. District Court) will collaborate in their ongoing illegal terrorist activities of corruptions, fraud and cover-ups because if it does not, then there will be a domino effect of knocking down corrupt Judge(s), court employees, ETC..., and that many and all of the plaintiffs' civil and criminal court cases from the past, current, and future the people at minimum have a right to a full refund due to at minimum fake attorneys.

The domain names fosamax-injury.com, orthoevraattorneys.net, ketek-injury.com, vioxx-injuryinformation.com, azabogados.com, trasylol-info.com, trileptalhelp.com are all owned by Phillips and Associates Law Firm and Pacific Law Center.

Most of the domain names listed above is related to defective medicine. Phillips and Associates and Pacific Law Center buy domain names that are similar to company's domain names that they are complaining about in court and on the World Wide Web. All the domain names listed above have registered trademark names that the plaintiffs do not own, and for the record the plaintiffs since the beginning of their multiple lawsuits filed against me have kept saying that their business names are registered, they are not, I have checked the government computers at the local library. It is the plaintiffs themselves who have been buying domain names with other people's registered trademark names in them, and it is the plaintiffs that are profiting from the domain names. The plaintiffs themselves need to be considered by this court to be investigated for the federal crime of cyber squatting.

Attached to this writ of mandamus is a copy of the plaintiffs PACIFIC LAW CENTER'S NOTICE OF LODGMENT IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION, filed on March 9, 2007 in the Superior Court of California labeled as **EXHIBIT 9**. In **EXHIBIT 9**, the plaitiffs have their own attached exhibit labeled as exhibit 1. On the first four page of the plaintiffs exhibit 1 is a google.com search result for Pacific Law Center, and it is the first 2 page of the 19,100,000 results that google.com has found for Pacific Law Center. Pacificlawcenters.com is not on the first four exhibit pages of the google.com results, but if one

was to look at page 31 and 32 of the plaintiffs exhibit 1, one can see that it is from google.com search result of Pacific Law Center of numbers 31 - 40 out of 16,200,000, and on there one can see that pacificlawcenters.com does show up on there as result number 38 and 39, and the reason for that is because pacificlawcenters.com was not a big hit for searching Pacific Law Center on google.com. On pages 5, 6, 7, 8, 21 and 22 of the plaintiffs exhibit 1 is duplicate copies of a craigslist.org posting, and if one was to look at the date and time of the posting, one can see that it states **Date: 2007-02-27, 6:57PM CST**, That's the same date that the plaintiffs and their court staff accomplices made the phony court order from the Superior Court of California. On page 9 of the plaintiffs exhibit 1, is a copy of the second page of pacificlawcenters.com, and on the top one can see writings that state **Meth Runaways, 100% FREE WARNING, Int. Lawyer Wanted, California Prisons** and **Contact**. Each one was a button to click on - pacificlawcenters.com had a total of five pages - Meth Runaways which was the very first page of pacificlawcenters.com was related to Meth, Runaways, and meth dealers that owned and operated websites called kindrideshare.net and parkandride.us, which both domain names is/was involved at minimum with the prostitution of runaway children hooked on meth. Page two of pacificlawcenters.com which was the second button (100% FREE WARNING), was a warning page about the plaintiffs Pacific Law Center. Page three of

1  pacificlawcenters.com which was the third button (Int. Lawyer

2  Wanted) was related to Israel Zionist terrorists using chemical

3  bombs on humans. Page four of pacificlawcenters.com which was

4  the fourth button (California Prisons) was related to

5  information of location of prisons with contact information's to

6  the prisons. Page number five of pacificlawcenters.com which was

7  the fifth button (Contact) was a page with a form of any person

8  to contact me regarding my rewards program for turning in meth

9  dealers that harm children or anything else. Every single one of

10 these pages stated **OWNER OF PACIFICLAWCENTERS.com IS NOT A**

11 **LAWYER, ATTORNEY or LAW ENFORCEMENT. PACIFICLAWCENTERS.com IS**

12 **NOT INTENDED TO PROVIDE LEGAL ADVICE.**

13     Not one time have the plaintiffs in both civil cases against

14 me (State and Federal) have told the court judges that the

15 domain names of pacificlawcenters.com, pacific-law-center.com,

16 solomonwardlawfirm.com and solomonwardsandiego.com is and has

17 been transferred over to the plaintiffs which was 10 months ago,

18 and the domain names were transferred over to the plaintiffs

19 without any dispute from me the defendant. I have had no access

20 to these domain names since March 27, 2007, but they have failed

21 to tell this court of this fact because the domain names were

22 and are not what they the plaintiffs are after. Pacific Law

23 Centers' illegal actions against me on September 18, 2006 were

24 done in collaboration with the government. United States Supreme

25 Court Judge Ralph Yachnin (Retired), ordered the transfer of all

four of the domain names to the plaintiffs on May 7, 2007. United States Supreme Court Judge Ralph Yachnin (Retired) is in the back pockets of AIPAC attorneys as well, because United States Supreme Court Judge Ralph Yachnin has amended his two orders behind closed doors because the plaintiffs demanded it, assuming that I do not have a copy of the first two orders, but I have been keeping my mouth shut about it because I feel sorry for the Judge, but that does not make it right for me to stay silent. On most of my postings and websites I quote Mr. Albert Einstein which he says; "The world is a dangerous place, not because of those who do evil, but because of those who look on and do nothing". Mr. Albert Einstein was a genius with his theories of light, space and time which made him to be one of the smartest man ever to walk on the planet, but he wasn't all that smart because he had married a women which had led to a divorce, that's why I think in wedding ceremonies instead of being asked "Do you take this women...", they should ask "Do you think that your smarter than Mr. Albert Einstein?" I write about dangers and evil because it is my way of not staying silent while people are being raped, abused, tortured, murdered, Etc...

There has been in the United States District Courts rulings made in favor of plaintiffs that have filed civil complaints against my country Islamic Republic of Iran which is where my passport is from and the U.S. government has taken it away from me along with $9800 in cash. These rulings have rewarded the

plaintiffs based on defaults in the hundreds, and hundreds, and hundreds, and hundreds of millions of dollars based on allegations that the Islamic Republic of Iran funds, trains, harbors, feeds, Etc..., terrorists, which is what the Zionist terrorist controlled by AIPAC media keeps feeding to the people. There are over 75,000,000 people that live in Iran. There has never ever been an Iranian citizen that has blown him/her self up, or go highjack an airplane and crash it in to buildings, or go assassinate a government leader, Etc..., but the U.S. government and its AIPAC Zionist terrorist controlled media says that Iran is a terrorist sponsored country (State). Out of 75,000,000 people that live in Iran, not one wants to go to heaven by blowing him/her self up? Iran does not teach these things, the U.S. government and its AIPAC media lies, while it funds terrorist cults itself. Who are these people that have been filing these lawsuits against my country? I'm not talking about the plaintiffs on the lawsuits, but who are these lawyers and law firms that are behind these lawsuits? There appears to be a connection with that question linked to the plaintiffs in this court matter (Solomon Ward Seidenwurm & Smith) - I'm still researching in these current findings.

This court has the power of stopping the plaintiffs and their culprits at the Superior Court of California and in the United States District Court.

1    Defendant respectfully asks this court to give an order to

2   the plaintiffs of providing this court and I copies of the

3   August 31, 2006 retainer between I and Pacific Law Center. The

4   plaintiffs have continuously denied this demand from me. The

5   defendant also respectfully asks this court to order the

6   plaintiffs to bring with them the original retainer of August

7   31, 2006 to the next court hearing so it can be examined by me

8   and the court to a satisfaction that the copies are from the

9   original.

10    Defendant respectfully asks this court to grant him

11   permission for this court file to be sent to the Superior Court

12   of California, on 330 Broadway, in San Diego, California, in

13   department 75 (Judge Richard E. L. Strauss) on or before April

14   25, 2008 8:30am, so that the contents can be viewed by the court

15   (Judge Richard E. L. Strauss), because it appears that this

16   court file itself has not been tampered with like the Superior

17   Court of California file has, plus copies of my March 12, 2008

18   filing of DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFFS

19   MOTION AND MOTION FOR PERMANENT INJUNCTION – Docket number 58,

20   prints out on the court computer messy and dirty with black

21   spots on every page.

22    Defendant respectfully apologizes for my writing skills.

23

24

25

1    If I turn up missing, hurt, or dead for any reason it is

2   because of the United States government and its terrorists

3   (AIPAC).

4

5    I declare under the laws of the State of California and the

6   United States of America that this writ of mandamus and the

7   March 12, 2008 filing of DEFENDANT'S RESPONSE AND OPPOSITION TO

8   PLAINTIFFS MOTION AND MOTION FOR PERMANENT INJUNCTION – Docket

9   number 58 are true and correct.

10                          Dated this 27th day of March, 2008

11                          _____
                            Shahrokh Saadat-Nejad
12                                Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

Shahrokh Saadat-Nejad
Mail: 3713 Mount Ashmun Place
3713 Mount Ashmun Place
San Diego, California 92111
Telephone: (646)225-8213
Email: c9729972@yahoo.com

Defendant – Pro Per



RECEIVED

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER and SOLOMON WARD SEIDENWURM & SMITH | **CASE No.07cv0460** |
| Plaintiffs | **DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION AND MOTION FOR PERMANENT INJUNCTION** |
| vs | |
| SHAHROKH SAADAT-NEJAD | Date: March 28, 2008 Time: 10:30 am Department: 6 |
| Defendant. | Hon. Janis L. Sammartino |

COMES NOW THE DEFENDANT SHAHROKH SAADAT-NEJAD and respectfully

submits this DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION

AND MOTION FOR PERMANENT INJUNCTION. This opposition is based on an ongoing

civil court case filed by plaintiff Pacific Law Center on January 12, 2007 civil case No.

GIC878352 and fraud. There is a trial date set for June 3, 2008 in the Superior Court of

California and there is also a motion for dismissal date of April 25, 2008 for the defendant.

Exhibits and court transcripts from the Superior Court of California will be submitted in this

1   EXHIBIT-A

**NUNC PRO TUNC**

FILED

MAR 13 2008

08 MAR 13 PM 4: 42

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          CI           DEPUTY

1 | Shahrokh Saadat-Nejad
Mail: 3713 Mount Ashmun Place
2 | 3713 Mount Ashmun Place
San Diego, California 92111
3 | Telephone: (646)225-8213
Email: c9729972@yahoo.com
4 |
5 | Defendant – Pro Per
6
7
8
9 |          **UNITED STATES DISTRICT COURT**
          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11
12 | PACIFIC LAW CENTER and SOLOMON          **CASE No.07cv0460 JLS**
WARD SEIDENWURM & SMITH
13 |                                         **DEFENDANT'S RESPONSE AND**
14 | Plaintiffs                              **OPPOSITION TO PLAINTIFFS**
                                         **MOTION AND MOTION**
15 | vs                                      **FOR PERMANENT INJUNCTION**
16
17 | SHAHROKH SAADAT-NEJAD                   Date: March 28, 2008
                                         Time: 10:30 am
18 | Defendant.                              Department: 6
                                         Hon. Janis L. Sammartino
19
20
21 |     COMES NOW THE DEFENDANT SHAHROKH SAADAT-NEJAD and respectfully

22 | submits this DEFENDANT'S RESPONSE AND OPPOSITION TO PLAINTIFFS MOTION
23
24 | AND MOTION FOR PERMANENT INJUNCTION. This opposition is based on an ongoing

25 | civil court case filed by plaintiff Pacific Law Center on January 12, 2007 civil case No.

26 | GIC878352 and fraud. There is a trial date set for June 3, 2008 in the Superior Court of
27
California and there is also a motion for dismissal date of April 25, 2008 for the defendant.
28 |
Exhibits and court transcripts from the Superior Court of California will be submitted in this

1 *EXHIBIT B*

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

DEPARTMENT 75; HON. RICHARD E. L. STRAUSS, JUDGE


PACIFIC LAW CENTER,         )
                        )
            PLAINTIFF,   )
                        )
           VS.         )  CASE NO. GIC 878352
                        )
SHAHROKH SAADATNEJAD,    )
                        )
           DEFENDANT.   )
                        )
_____)


REPORTER'S TRANSCRIPT

FRIDAY, APRIL 20, 2007


APPEARANCES:

FOR THE PLAINTIFF:  EDWARD MCINTYRE, ESQ.


FOR THE DEFENDANT:  MR. SAADATNEJAD
                   IN PROPRIA PERSONA


DARLA KMETY RPR, CSR 12956
COURT REPORTER
SAN DIEGO SUPERIOR COURT
SAN DIEGO, CALIFORNIA  92101

EXHIBIT 1 - PAGE 1

1    FRIDAY, APRIL 20, 2007; SAN DIEGO, CALIFORNIA

2    DEPARTMENT 75; HON. RICHARD E. L. STRAUSS, JUDGE

3                        2:54 P.M.

4                        -- 0O0 --

5

6         THE COURT:  CAN I HAVE EVERYONE'S APPEARANCES

7    FOR THE RECORD.

8         MR. MCINTYRE:  GOOD AFTERNOON, YOUR HONOR.

9    EDWARD MCINTYRE.  I HAVE THE PLEASURE OF REPRESENTING

10   PACIFIC LAW CENTER.

11        MR. SAADATNEJAD:  MY NAME IS SHAHROKH

12   SAADATNEJAD.

13        THE COURT:  HAVE YOU BOTH SEEN THE TENTATIVE

14   RULING?

15        MR. MCINTYRE:  I HAVE NOT, YOUR HONOR.  I

16   APOLOGIZE.  I WAS IN A DEPOSITION ALL THIS MORNING.  I DID

17   NOT SEE IT.

18        MR. SAADATNEJAD:  IS YOUR HONOR TO SET A TRIAL

19   DATE?

20        THE COURT:  I'M SORRY?

21        MR. SAADATNEJAD:  IS THIS FOR SETTING A TRIAL

22   DATE?

23        THE COURT:  NO.

24        MR. SAADATNEJAD:  NO.  OKAY.

25        MR. MCINTYRE:  I APOLOGIZE FOR NOT HAVING SEEN

26   IT, YOUR HONOR.

27        THE COURT:  THAT'S ALL RIGHT.

28        MR. MCINTYRE:  I WILL SUBMIT ON THE TENTATIVE.

EXHIBIT 1 - PAGE 2

1   I WILL ADDRESS ANY QUESTIONS THE COURT -- OR CONCERNS THE
2   COURT MAY HAVE.
3           THE COURT:  ALL RIGHT.  YES, SIR, YOU'VE HAD A
4   CHANCE TO READ IT?
5           MR. SAADATNEJAD:  YEAH.  BASICALLY YOU'RE
6   GRANTING THE PLAINTIFF'S MOTION, RIGHT?
7           THE COURT:  IN THE SENSE THAT I AM SAYING YOU
8   CANNOT USE THAT AS A DOMAIN NAME.
9           MR. SAADATNEJAD:  PACIFICLAWCENTERS.COM?
10          THE COURT:  RIGHT.
11          MR. SAADATNEJAD:  YOUR HONOR, THEY HAVE -- THE
12  PLAINTIFFS HAVE FILED A COMPLAINT WITH THE INITIALS AS
13  ICAN, WHERE THEY OVERLOOK DOMAIN NAMES.  ARE YOU FAMILIAR
14  WITH ICAN?
15          THE COURT:  NO.  I DON'T KNOW WHAT THAT IS.
16          MR. SAADATNEJAD:  MR. MCINTYRE?
17          MR. MCINTYRE:  YOUR HONOR, PRECISELY BECAUSE OF
18  THE WORLDWIDE PROBLEM OF PEOPLE MISAPPROPRIATED WEBSITES
19  AND DOMAIN NAMES, THERE IS AN INTERNATIONAL PROTOCOL AND
20  THERE ARE THREE INTERNATIONAL ESTABLISHED AGENCIES:  ICAN
21  IS ONE OF THEM, INTERNATIONAL CENTER FOR SOMETHING NAMES.
22  IN ANY EVENT, THEY HAVE THEIR OWN PROCEDURE AS WELL, AND
23  WE HAVE FILED ON BEHALF OF SOLOMON WARD BECAUSE OUR NAME
24  HAS BEEN MISAPPROPRIATED AS WELL WITH PACIFIC LAW WITH
25  ICAN AS WELL AS HERE.  IT'S, IF YOU WILL, AN INTERNATIONAL
26  ADMINISTRATIVE AGENCY THAT OVERSEES THE USE AND ABUSE OF
27  DOMAIN NAMES.
28          MR. SAADATNEJAD:  SINCE MARCH 27TH OF 2007, THE

EXHIBIT 1 - PAGE 3

1   DOMAIN NAME PACIFICLAWcenters.com has not been in my
2   account.  I have had no access to it whatsoever because of
3   this organization Ican.  If a complaint I reckon is taken
4   in, there's a case number given.  what they do is they
5   take the domain name and lock it away until all the
6   dispute is over with, and they give the domain to whoever
7   I guess comes out in favor.

8           Pacificlawcenters.com has been locked away since
9   March 27th of 2007.  They've -- they have given me 20 days
10  to respond or the domain name will be forfeited and be
11  transferred over to the complaining party.  I have not
12  responded.  April 14th would have been the deadline which
13  was a Saturday.  I've also told judge burns across the
14  street that they may havE The name pacificlawcenters.com.
15  The only thing I want to continue doing is write, and
16  they're going to be written on different domain names.
17  Pacificlawcenters.com is basically their's.  All they're
18  trying to do is shut me up.

19          THE COURT:  well, all I do by this order is say
20  to the extent that you have it or that you gain it in the
21  future, I'm ordering it canceled.

22          MR. SAADATNEJAD:  Okay.

23          THE COURT:  If that's not in your power to do
24  and in fact Mr. MCINTYRE'S CLIENTS OBTAIN IT THEN --

25          MR. SAADATNEJAD:  I'M A LITTLE BIT SLOW, YOUR
26  HONOR.  WOULD YOU MIND IF I GO OVER THIS IN MY OWN TIME
27  BECAUSE THE LAST COURT ORDER, WHICH I WASN'T PRESENT FOR,
28  THEY MISUSED IT, AND I DON'T WANT ANOTHER COURT ORDER

EXHIBIT 1 - PAGE 4

1    BEING MISUSED.

2         THE COURT:  I DON'T KNOW WHAT YOU MEAN "GOING

3    OVER IT IN YOUR OWN TIME," BUT IF YOU LOOK AT NEAR THE END

4    OF THE LONGEST PARAGRAPH THERE, I TELL YOU -- I SAY THE

5    COURT ENJOINS DEFENDANT FROM USING THE DOMAIN NAME, AND

6    IT'S QUOTED THERE AS A DOMAIN NAME ON THE INTERNET HEREBY

7    ORDERS HIM TO CANCEL OR AS HE APTLY PUT IT QUOTE, "UNPLUG"

8    CLOSED QUOTE, IT FROM THE INTERNET.

9         MR. SAADATNEJAD:  THAT'S FAIR ENOUGH, YOUR

10   HONOR.

11        THE COURT:  THAT'S THE ORDER.

12        MR. SAADATNEJAD:  I HAVE NO PROBLEM WITH THAT.

13   THERE'S NOTHING ELSE.  I'M NOT BEING -- I'M NOT -- THIS IS

14   NOT GOING TO STOP ME FROM WRITING PACIFIC LAW CENTER,

15   PUBLISHING IT, ADVERTISING IT, WRITING IT, EVEN THE WORD

16   PACIFICLAWCENTERS.COM.

17        THE COURT:  I'M NOT MAKING AN ORDER TO THAT

18   EFFECT.  ANYTHING YOU DO IN THAT REGARD IS, UNLESS IF YOU

19   DO IT USING -- IF YOU'RE USING THIS DOMAIN NAME, THEN

20   YOU'RE -- YOU AND I HAVE A PROBLEM.  HOWEVER YOU WANT TO

21   GO FROM HERE IS BETWEEN YOU, AND I CAN'T TELL YOU THAT

22   IT'S THE RIGHT OR WRONG THING TO DO.  YOU DO IT AT YOUR

23   OWN PERIL.

24        MR. SAADATNEJAD:  UNDERSTOOD, YOUR HONOR, AND I

25   FIND THIS TO BE FAIR, YOUR HONOR.

26        THE COURT:  ALL RIGHT.

27        MR. MCINTYRE:  JUST SO BECAUSE JUDGE BURNS

28   ISSUED AN ORDER NOT DISSIMILAR BUT BROADER AND SPENT

EXHIBIT 1 - PAGE 5

1   PERHAPS 40 MINUTES IN COLLOQUY WITH MR. SAADATNEJAD

2   EXPLAINING TO HIM WHAT HE COULD DO AND WHAT HE COULD NOT,

3   WE HAVE A REQUEST NOW WITH JUDGE BURNS THAT HE TAKE A LOOK

4   AT WHAT MR. SAADATNEJAD HAS DONE AND CONSIDER WHETHER HE

5   WANTS TO SET AN OSC IN RE: CONTEMPT. YOUR HONOR APTLY PUT

6   IT, IF YOU STRAY BEYOND OR INTO THE TERRITORY THAT YOUR

7   HONOR WAS CARVED OUT, MR. SAADATNEJAD SHOULD UNDERSTAND HE

8   DOES IT AT HIS PERIL. THIS IS NOT SHUTTING UP HIS SPEECH.

9   HE WOULD PROBABLY BE WELL ADVISED NOT TO BE SUGGESTING

10  THAT SOLOMON WARD HAS EITHER YOU OR JUDGE BURNS OR ANY

11  OTHER JUDGE OF THIS OR THE FEDERAL COURT IN OUR BACK

12  POCKET. BUT HE IS FREE TO SAY -- AS HE SAYS, MAY COME

13  BACK TO BITE HIM. SO LONG AS HE UNDERSTANDS THAT THAT'S A

14  RECENT POSTING THAT WE'RE VISITING WITH HIM. HE STRAYS

15  INTO THIS ORDER AT HIS PERIL, THAT'S FINE WE ME, YOUR

16  HONOR.

17          MR. SAADATNEJAD: I WOULD LIKE TO ASK THE COURT

18  FEBRUARY 27 I HAVE NOT BEEN SERVED WITH A LAWSUIT.

19  TECHNICALLY I STILL HAVEN'T BEEN SERVED UNTIL I CAME TO

20  COURT ON MY OWN FEBRUARY 27 GRANTING THAT COURT ORDER. I

21  DO HAVE A QUESTION ABOUT THAT. I FEEL THAT I REALLY HAVE

22  BEEN ABUSED. CONTINUOUSLY THEY'RE USING THAT ORDER UP TO

23  YESTERDAY TO BREAK DOWN POSTINGS, MISUSING YOUR ORDER.

24  NOW WHAT'S TO STOP THEM FROM MISUSING THAT. THERE'S NO

25  EXPIRATION DATE ON IT.

26          THE COURT: THIS IS THE ONLY ORDER THAT HAS

27  EFFECT. THIS IS THE FINAL ORDER.

28          MR. SAADATNEJAD: OKAY. WHAT IS TO STOP THE

EXHIBIT 1 - PAGE 6

1  PLAINTIFFS FROM USING THE LAST ORDER BY NOT ADVISING OTHER

2  PARTIES THAT THEY'RE SHOWING THE ORDER TO THAT, YEAH, THIS

3  ORDER IS NOT IN EFFECT ANYMORE.  I HAVE NO DOCUMENT FOR

4  EXAMPLE TO SEND TO GOOGLE OR YAHOO OR TO ANYBODY THAT,

5  LOOK, THAT ORDER THAT THEY'VE BEEN FAXING TO YOU GUYS NOT

6  ONLY HAVE THEY BEEN MISUSING IT, BUT IT'S NO LONGER IN

7  EFFECT, SO I HAVE A DOCUMENT TO SHOW.  I HAVE NOTHING TO

8  SHOW THAT THAT DOCUMENT THAT THEY'VE BEEN MISUSING IS NOT

9  IN EFFECT ANY LONGER.

10         MR. MCINTYRE:  MR. SAADATNEJAD, TO ASSUAGE HIS

11 CONCERN, NOW HAS THIS COURT'S ORDER.  HE CAN SEND IT TO

12 ANYONE HE SEES FIT.

13         THE COURT:  THIS IS THE FINAL ORDER.

14         MR. MCINTYRE:  YES.  THERE IS SOME CONFUSION

15 HERE, YOUR HONOR.  MR. SAADATNEJAD TRULY BELIEVES I

16 SUSPECT IN HIS SOUL THAT HE WAS NOT IN COURT ON THE 27TH

17 WHEN YOU ISSUED THE TRO.  HE WAS.  IT WAS AN UNREPORTED

18 PROCEEDING BECAUSE YOUR HONOR'S DEPUTY ASKED

19 MR. SAADATNEJAD IF HE WANTED IT REPORTED AND PERHAPS NOT

20 UNDERSTANDING THE QUESTION, IN ANY EVENT, HE SAID NO.  IT

21 WAS AN UNREPORTED PROCEEDING.  WE WERE HERE; IT WAS AN EX

22 PARTE, AND I SUSPECT THE COURT'S MINUTES WOULD REFLECT

23 BOTH HE AND WE SHOWED UP WHEN YOU ENTERED THE TRO.  WE NOW

24 HAVE AN ORDER, AND HE CAN SEND IT TO ANYBODY HE WANTS.

25         MR. SAADATNEJAD:  AS IN MY VIEW -- I DON'T MEAN

26 TO BE INSULTING ANYONE IN THE COURTROOM -- THIS WHOLE

27 THING HAS BEEN A FRAUD IN MY EYES.  I WAS NOT HERE

28 FEBRUARY 27TH.  I CAME ON MY OWN WILL ON MARCH THE 9TH.  I

EXHIBIT 1 - PAGE 7

1  RESPONDED TO THE COURT WITH MY DECLARATION BEFORE THEN AND

2  AFTER FEBRUARY 27.

3  THE COURT:  SIR, YOU HAVE NOW PARTICIPATED IN

4  THE FORMATION OF WHAT IS NOW THE FINAL ORDER, THAT THE

5  ORDER OF THIS COURT THAT SURVIVES THIS ACTION BECOMES THE

6  FINAL SAY IN THIS ACTION, AND YOU'VE FULLY PARTICIPATED IN

7  THAT.  THIS IS THE ORDER OF THE COURT.

8  MR. SAADATNEJAD:  OKAY.  SO IF THEY MISUSE THE

9  FIRST COURT ORDER, CAN I COME BACK TO YOUR HONOR AND SAY

10 THAT, LOOK, THEY'RE STILL FAXING THIS THING TO -- THEY'VE

11 BEEN ABUSING YOUR HANDWRITING.  THEY'RE GOING TO CONTINUE

12 TO DO IT UNLESS THEY'RE ORDERED NOT TO.

13 THE COURT:  IF THERE'S A VIOLATION OF LAW, THE

14 COURTS ARE HERE TO DETERMINE THOSE THINGS.  IF YOU THINK

15 THERE'S SOME REMEDY YOU NEED TO SEEK, YOU CAN USE THE

16 PROCESS FOR THAT PURPOSE WHATEVER THAT MIGHT BE.

17 MR. MCINTYRE:  THANK YOU, YOUR HONOR.

18 THE COURT:  ALL RIGHT.  THANK YOU.

19 MR. MCINTYRE:  APPRECIATE YOUR TIME, YOUR HONOR.

20 THE COURT:  THANK YOU.

21

22 [WHEREUPON THE PROCEEDINGS CONCLUDED.]

23

24

25

26

27

28

EXHIBIT 1 - PAGE 8

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO


        I, DARLA KMETY, DO HEREBY CERTIFY:


        THAT I AM A CERTIFIED SHORTHAND REPORTER OF THE

STATE OF CALIFORNIA, CERTIFICATE NO. 12956, AND AN

OFFICIAL REPORTER OF THE SUPERIOR COURT, CENTRAL DIVISION,

IN AND FOR THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA,


        THAT AS SUCH OFFICIAL COURT REPORTER, I REPORTED

IN SHORTHAND THE ORAL PROCEEDINGS IN THE WITHIN CAUSE ON

THE DATE INDICATED HEREINBEFORE; AND


        THAT THE FOREGOING AND ATTACHED "REPORTER'S

TRANSCRIPT" IS A FULL, TRUE AND CORRECT TRANSCRIPT OF THE

ORAL PROCEEDINGS HAD ON SAID DATE.


        DATED THIS 4TH OF JANUARY 2008, AT SAN DIEGO,

CALIFORNIA.




                        _____
                        DARLA KMETY, CSR 12956
                        COURT REPORTER

EXHIBIT 1 - PAGE 9

# MINUTE ORDER

Date: 04/20/2007                    Time: 03:00:00 PM        Dept: C-75

Judicial Officer Presiding: Judge Richard E. L. Strauss

Clerk: Lydia Johnson

Bailiff/Court Attendant: P. Darvin

ERM:

Reporter: Darla Kmety
Case Init. Date: 01/12/2007
**Case No: GIC878352**                    Case Title: PACIFIC LAW CENTER vs SAADATNEJAD

Case Category: Civil - Unlimited        Case Type: Business Tort

Event Type: Motion Hearing (Civil)
Moving Party: PACIFIC LAW CENTER
Causal Document & Date Filed: Motion - Other, 03/20/2007

**Appearances:**

Appearances: Attorney Edward J. Mcintyre appears on behalf of the plaintiff. Defendant Shahrokh Saadatnjad appears in pro per.

**TENTATIVE RULING:**

The Court hears oral argument and confirms the tentative ruling as follows:

:
The motion of Plaintiff Pacific Law Center for preliminary injunction was initially heard in this Court on Friday, March 9, 2007, at which time the Court sought further briefing as to what kind of confusion coming out of Defendant Sharokh Saadatnejad's use of his domain name, www.pacificlawcenters.com, would have to exist for the Court to issue an injunction. Following review of both parties' further briefing, as well as Plaintiff's points and authorities previously presented to the Court concerning this motion, the Court grants the motion but modifies the breadth of the relief sought by Plaintiff.

Section 1125(d), also known as the Anti-Cybersquatting and Consumer Protection Act, states, in pertinent part, and with emphasis added:

(1)(A) A person shall be liable in a civil action by the owner of a mark, including a personal name which is protected as a mark under this section, if, *without regard to the goods or services of the parties,* that person[:] (i) has a bad faith intent to profit from that mark, including a personal name which is protected as a mark under this section; and (ii) registers, traffics in, or uses a domain name that--(I) in the case of a mark that is distinctive at the time of registration of the domain name, is identical or confusingly similar to that mark; (II) in the case of a famous mark that is famous at the time of registration of the domain name, is identical or confusingly similar to or dilutive of that mark; or (III) is a trademark, word, or name protected by reason of section 706 of Title 18 or section 220506 of Title 36.
The Court finds the evidence presented demonstrates that Defendant (1) has a bad faith intent to profit from Plaintiff's mark, and (2) registers, traffics in, or uses a domain name that is confusingly similar to Plaintiff's mark. Accordingly, pursuant to 15 U.S.C. § 1125(d)(2)(D)(i), the Court enjoins Defendant from using the domain name "www.pacificlawcenters.com" as a domain name on the internet and hereby orders him to cancel, or, as he has aptly put it, "unplug" it, from the internet.

Parties wishing to argue before the Court must appear on the date and at the time noticed for the hearing. If none of the parties appears on the date and at the time noticed for the hearing, the tentative ruling shall be adopted as the final ruling of the Court.

The minutes are the order of the Court. No formal order is required.

*EXHIBIT 2*

1  Matthew Spiegel, Esq. (State Bar No: 238030)
   Brian McGoldrick, Esq. (State Bar No: 169104)
2  PACIFIC LAW CENTER
   4225 Executive Square - Suite 1550
3  La Jolla, California 92037
   Telephone: (888) 789-0123
4
   Attorneys for Plaintiff,
5   PACIFIC LAW CENTER

6

7                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                       COUNTY OF SAN DIEGO - CENTRAL BRANCH

9

10
    PACIFIC LAW CENTER,                    )    Case No: GIC 878352
11  a Professional Law Corporation,        )
                                           )    **PLAINTIFF'S FIRST AMENDED**
12                                         )    **COMPLAINT FOR INJUNCTIVE**
                                           )    **RELIEF AND MONEY DAMAGES**
                    Plaintiff,             )    **(Trademark Infringement,**
13                                         )     **Unfair Competition, Unfair**
    vs.                                    )     **Business Practices, et al.)**
14                                         )
    SHAHROKH SAADATNEJAD,                  )
15  individually and doing business as     )
    PACIFICLAWCENTERS.COM and              )
16  USHOSTAGE.COM; and DOES                )
    1 through 50, inclusive,               )
17                                         )
                    Defendants.            )
18                                         )

19            Plaintiff, PACIFIC LAW CENTER, alleges as follows:

20            1.    Plaintiff, PACIFIC LAW CENTER, is and at all times mentioned

21  herein was, a professional law corporation, duly incorporated and licensed to do

22  business in the State of California, with its principal place of business in the County of

23  San Diego, State of California, within the geographical venue boundaries of the Central

24  branch of this Court.

25  ///

26

27        *Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
          *(Trademark Infringement, Unfair Competition, et al.)*

28                                                                        -1-

                        EXHIBIT 3 - PAGE 1

1  ///

2    2.    Defendant, SHAKROKH SAADATNEJAD, is and at all times

3  mentioned herein was, a resident of the County of San Diego, State of California, within

4  the geographical venue boundaries of the Central branch of this Court.

5    3.    Defendants DOE 1 through 50, inclusive, are sued in this

6  Complaint under such fictitious names because their true names and capacities are not

7  known to plaintiff.  When their true names and capacities are ascertained, plaintiff will

8  amend this Complaint by substituting their true names and capacities in place of such

9  fictitious names herein.  Plaintiff is informed and believes that each of the fictitiously

10  named defendants is responsible in some manner for the occurrences alleged in this

11  Complaint and that plaintiff's damages as alleged in this Complaint were proximately

12  caused by those defendants.

13    4.    Plaintiff is informed and believes that at all times and in relation

14  to all matters alleged herein, defendants DOES 1 through 50, inclusive, were the agents,

15  principals, employees, employers, joint venturers, partners and/or co-conspirators of

16  defendant, SHAHROKH SAADATNEJAD, and were acting in the course and scope of

17  said relationship(s) with him.

18    5.    Beginning on or about December, 2002, and at all times since,

19  plaintiff has been duly incorporated and authorized to do business as a professional law

20  corporation in the State of California under the name "Pacific Law Center".

21    6.    On or about December, 2002, plaintiff registered the internet

22  domain names "pacificlawcenter.com", "pacificlawcenter.net", "pacificlawcenter.org" and

23  "pacificlawcenter.ws" and has at all times since maintained ownership of said domain

24  names.

25  ///

26

27  *Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
   *(Trademark Infringement, Unfair Competition, et al.)*

28                                                                    -2-

EXHIBIT 3 - PAGE 2

///

7.     Beginning on or about January, 2003, and at all times since, plaintiff has been doing business as a law firm, with a practice emphasizing criminal, bankruptcy and personal injury case, in the County of San Diego, State of California.

8.     Beginning on or about January, 2003, and at all times since, plaintiff has used the exclusive trademark "Pacific Law Center" in the operation of its business and in an extensive advertising and marketing campaign, including television, telephone business directories, print and various other media.

9.     Beginning on or about January, 2003, and at all times since, plaintiff has used and advertised the internet domain names, and operated internet sites at the addresses, "pacificlawcenter.com", "pacificlawcenter.net", "pacificlawcenter.org" and "pacificlawcenter.ws" to advertise and promote its business activities as a law firm, with a practice emphasizing criminal, bankruptcy and personal injury cases.

10.     Plaintiff has built up valuable goodwill in its trade name, "Pacific Law Center" and it has come to be associated exclusively with plaintiff's business by the public generally in the State of California.

11.     On or about August 31, 2006, defendant, SHAHROKH SAADATNEJAD, retained plaintiff law firm to defend him against criminal charges, including, but not necessarily limited to, alleged violations of *Vehicle Code* Section 23152, subsections (a) and (b) and *Penal Code* Sections 415(1) and 594A(B)(2), then pending against him in the Central branch of the Superior Court of the County of San Diego and for which he was then incarcerated in the San Diego County Jail.

///

///

///

---

*Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
*(Trademark Infringement, Unfair Competition, et al.)*

-3-

EXHIBIT 3 - PAGE 3

1    12.    Shortly thereafter, said defendant became dissatisfied with plaintiff
2    law firm's representation, terminated its representation of him and began a course of
3    conduct, including posting disparaging comments about plaintiff on the internet at
4    "craigslist.com", calculated to interfere with and damage it and its business operations.
5    13.    On or about September 20, 2006, said defendant and DOES 1
6    through 10, inclusive, registered and obtained ownership of the internet domain name
7    "pacificlawcenters.com", which is confusingly similar to the above-mentioned internet
8    domain names registered to and sites used by plaintiff.
9    14.    Beginning on or about September 20, 2006, and at all times since,
10   defendants, SHAHROKH SAADATNEJAD and DOES 1 through 50, have maintained
11   registration of the internet domain name of, and operated the internet site at,
12   "pacificlawcenters.com" with the intent of (1) intercepting actual and potential clients of
13   plaintiff and the general public who use internet search engines' "key word" search
14   features which would otherwise lead them to plaintiff's internet site(s), (2) intercepting
15   consumers who have added the letter "s" to plaintiff's true internet site name(s) in
16   attempting to find plaintiff's internet site; and (3) once consumers enter defendants'
17   internet site, exposing them to its content, which is intended and designed to disparage
18   and harm the goodwill of plaintiff, attempt to dissuade actual and potential clients from
19   doing business with plaintiff and to entice them to communicate by email with
20   defendants and to visit another internet site which is owned and operated by defendants
21   under the internet domain name "ushostage.com".
22   ///
23   ///
24   ///
25   ///
26
27   *Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
     *(Trademark Infringement, Unfair Competition, et al.)*
28                                                                    -4-

EXHIBIT 3 - PAGE 4

## FIRST CAUSE OF ACTION
### [Trade Name Infringement & Unfair Competition - Common Law]

Plaintiff hereby incorporates the allegations contained in paragraphs 1 through 14 hereinabove by reference, as if fully set forth hereinafter, and further alleges as a First Cause of Action against defendants, SHAHROKH SAADATNEJAD and DOES 1 through 50, inclusive, as follows:

15.     Defendants' use of the internet domain name and site "pacificlawcenters.com" constitutes an unlawful, wrongful, wilful, intentional, fraudulent and malicious interference with the trade name of plaintiff and unfair competition with its business.

16.     Defendants wrongful use of the confusingly similar internet domain name and internet site "pacificlawcenters.com" has caused, and unless enjoined by this Court will continue to cause, irreparable injury to plaintiff by misleading, confusing and misdirecting its clients, potential clients and the general public, intercepting potential "hits" on plaintiff's internet site and luring them to defendant's internet sites at "pacificlawcenters.com" and "ushostage.com".

17.     Plaintiff has no adequate remedy at law for the injuries and damages currently being suffered, since money damages will be inadequate to compensate plaintiff for its loss of business, income and goodwill, plaintiff's lack of financial wherewithal to pay a substantial money judgment and the impossibility of plaintiff determining the precise amount of damage that it will suffer if defendants' conduct is not restrained.

18.     As a proximate result of defendant's wrongful conduct, plaintiff business, goodwill and income have all been damaged in an amount not yet fully known to plaintiff and to be proven at trial.

_Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages_
_(Trademark Infringement, Unfair Competition, et al.)_

-5-

EXHIBIT 3 - PAGE 5

1  ///

2      19.    The actions of defendants alleged hereinabove constitute fraud,

3  oppression and/or malice, entitling plaintiff to an award of punitive and exemplary

4  damages.

## SECOND CAUSE OF ACTION
### [Trade Name Infringement/Dilution and
### Unfair Competition - Federal Lanham Act]

7      Plaintiff hereby incorporates the allegations contained in paragraphs 1

8  through 19 hereinabove by reference, as if fully set forth hereinafter, and further alleges

9  as a Second Cause of Action against defendants, SHAHROKH SAADATNEJAD and

10 DOES 1 through 50, inclusive, as follows:

11     20.    Defendant's registration of the internet domain name and operation

12 of the internet site "pacificlawcenters.com" for its own commercial purposes constitutes a

13 statutory infringement and dilution of plaintiff's trade name and acts of unfair

14 competition, entitling plaintiff to statutory relief and remedies under the provisions of the

15 Federal Lanham Act governing trademark infringement and dilution and unfair

16 competition protections, including, but not necessarily limited to, injunctive relief and

17 money damages, as alleged hereinabove..

## THIRD CAUSE OF ACTION
### [Anti-Cybersquatting Consumer Protection Act - Lanham Action]

     Plaintiff hereby incorporates the allegations contained in paragraphs 1

through 20 hereinabove by reference, as if fully set forth hereinafter, and further alleges

as a Third Cause of Action against defendants, SHAHROKH SAADATNEJAD and

DOES 1 through 50, inclusive, as follows:

23 ///

24 ///

*Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
*(Trademark Infringement, Unfair Competition, et al.)*

-6-

EXHIBIT 3 - PAGE 6

1   ///

2   ///

3        21.    Defendant's use of the internet domain name and site

4   "pacificlawcenters.com" was done with a bad faith intent to benefit and profit from

5   plaintiff's trademark, entitling plaintiff to relief under the provisions of the 1999 Anti-

6   Cybersquatting Consumer Protection Act, including, but not necessarily limited to,

7   injunctive relief and money damages, as alleged hereinabove.

8                    **FOURTH CAUSE OF ACTION**
                     **[California Unfair Trade Practices Act]**
9
          Plaintiff hereby incorporates the allegations contained in paragraphs 1
10
    through 21 hereinabove by reference, as if fully set forth hereinafter, and further alleges
11
    as a Fourth Cause of Action against defendants, SHAHROKH SAADATNEJAD and
12
    DOES 1 through 50, inclusive, as follows:
13
          22.    Defendant's use of the internet domain name and site
14
    "pacificlawcenters.com" constitutes an unfair trade practice, entitling plaintiff to relief
15
    under the provisions of California's Unfair Trade Practices Act, embodied in *Business &*
16
    *Professions Code* Sections 17200, et seq., including, but not necessarily limited to,
17
    injunctive relief and money damages, as alleged hereinabove.
18
                         **FIFTH CAUSE OF ACTION**
19                            **[Defamation]**

20        Plaintiff hereby incorporates the allegation contained in paragraphs 1 through 22

21  hereinabove by reference, as is fully set fourth hereinafter, and further alleges as a Fifth

22  Cause of Action against defendants SHAHROKH SAADATNEJAD and DOES 1 through

23  50, inclusive as follows:

24

25  //

26

27  *Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
    *(Trademark Infringement, Unfair Competition, et al.)*
28                                                                          -7-

EXHIBIT 3 - PAGE 7

23.     Statements published on Defendants internet domain name and site "pacificlawcenters.com" are unprivileged false statements of fact and are not mere statements of opinion.

24.     The Supreme Court of California has defined the law of Defamation as complex and one that requires the consideration of multiple factors. *Barrett v. Rosenthal*, (2006) 40 Cal.4th 33, 57. The elements of a prima facie claim for defamation include "whether the statement at issue is true or false, factual or figurative, privileged or unprivileged, whether the matter is of public or private concern, and whether the plaintiff is a public or private figure." *Id.* (See 5 Witkin, Summary of Cal. Law (9th ed. 1988) Torts, §§ 529, 556 et seq., pp. 782, 814 et seq.)

Further California Courts have established:

Defamation is an invasion of the interest in reputation. The tort involves the intentional publication of a statement of fact that is false, unprivileged, and has a natural tendency to injure or which causes special damage. [citation omitted] Publication means communication to some third person who understands the defamatory meaning of the statement and its application to the person to whom reference is made. Publication need not be to the "public" at large; communication to a single individual is sufficient.

*Ringler v. Maryland Casualty Co.* (2000) 80 Cal.App.4th 1165, *quoting Smith v. Maldonado* (1999) 72 Cal.App.4th 637, 645.

Statements from PacificLawCenters.com

The defamatory statements published on pacificlawcenters.com include the following:

Pacific Law Center jobs - We hire criminals only!

Pacific Law Center is not committed to helping victims of negligence

---

*Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages
(Trademark Infringement, Unfair Competition, et al.)*

-8-

EXHIBIT 3 - PAGE 8

Pacific Law Center - Legal Rights undedicated attorneys at Pacific Law Center have extensive experience representing your bank account.

Welcome to Pacific Law Center. Pacific Law Center is not a San Diego Law Firm whose attorneys do not have brains. Pacific Law Center has helped thousands of people with their money go down in our pockets, we call it our program. pacificlawcenter com

Pacific Law Center - Legal Rights The dedicated attorneys at Pacific Law Center have zero extensive experience ... Pacific Law Center is not committed to helping victims of negligence seek the just.

PACIFIC LAW CENTER = HUSTLERS = PacificLawCenter.com SUCKS

Call for a not free consultation Serious accidents and catastrophic injuries, medical malpractice, pharmaceutical litigation. Category: California > La Jolla > Criminal Law Firms pacificlawcenter.com

pacificlawcenter com San Diego, La Jolla - Medical malpractice lawyers - Attorneys with Pacific Law Center Our medical malpractice lawyers can not handle cases involving misdiagnosis and ... Motorcycle Accidents " Trucking Accidents " Medical Malpractice " pacificlawcenter com

San Diego bankruptcy lawyers - Pacific Law Center If you are faced with bankruptcy, an attorney with our San Diego practice can not help.

These statements are false statements of fact and a reasonable factfinder could conclude that published statements imply an assertion of defamatory fact. These statements were intentionally published

## PRAYER

WHEREFORE, plaintiff, PACIFIC LAW CENTER, by way of each of its above alleged Causes of Action, prays for the following relief against defendants, SHAHROKH SAADATNEJAD and DOES 1 through 50, inclusive, as follows::

---

*Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
*(Trademark Infringement, Unfair Competition, et al.)*

-9-

EXHIBIT 3 - PAGE 9

1.    For an order requiring defendants to show cause, if any they have,

why they should not be enjoined and mandated as set forth below, during the pendency of this action;

2.    For a temporary restraining order, preliminary injunction and permanent injunction, all requiring defendants to:

    a.    Terminate its registration, ownership and operation of the internet domain name and site known as "pacificlawcenters.com";

    b.    Transfer all its right, title and interest in the internet domain name and site known as "pacificlawcenters.com" to plaintiff;

    c.    Forever refrain from registering, owning and/or operating any internet domain name and/or sit whose name is confusingly similar to plaintiff's trade name, "Pacific Law Center".

//
//
//
//
//

---

*Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
*(Trademark Infringement, Unfair Competition, et al.)*

-10-

EXHIBIT 3 - PAGE 10

3.     Money damages, in an amount according to proof at trial;

4.     Punitive and exemplary damages, in an amount according to proof at trial;

5.     Reasonable attorney's fees; and

6.     Costs of suit incurred.

Dated: _____2/5_____, 2007

_____
Matthew Spiegel, Esq., Attorney for
Plaintiff, PACIFIC LAW CENTER

---

*Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages*
*(Trademark Infringement, Unfair Competition, et al.)*

-11-

EXHIBIT 3 - PAGE 11

This is G o o g l e's cache of http://lawyers.findlaw.com/lawyer_dir/search/jsp/profile_viewFirm.jsp?officeUid=29048446 as retrieved on Nov 1, 2006 08:24:55 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:520G98-tQWcJ:lawyers.findlaw.com/lawyer_dir/search/jsp/profile_viewFirm.jsp%3FofficeUid%3D29048446+pacificlawcenter.com&hl=en&ct=clnk&cd=66&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **pacificlawcenter com**

FindLaw | For the Public | For Small Business | For Legal Professionals | Find a Lawyer

# FindLaw
Lawyer Directory

**Legal Issue:** (e.g., Divorce)

**Location:** (e.g., Chicago, IL or 60611)

My Law

Find Lawye

| Browse by Location | Browse by Legal Issue | Search by Name | Advanced Search | Help & Tools |

FindLaw > Lawyer Directory > Law Firm Profile          ✎ Save  ✉ Email  🖨 Print  ✔ Update  📋 Get Listed

## Pacific Law Center

**Address:**  4225 Executive Square
Suite 1550
La Jolla, CA 92037
Map & Directions

**Phone:**  (877) 749-0000

**Fax:**

**E-mail:**  Contact Us

**Web site:** http://www.pacificlawcenter.com

**Blogs:**  San Diego DUI Lawyer
San Diego Personal Injury Lawyer

Ortho Evra Patch Attorneys
Fosamax Lawyer
Arizona Birth Injury Lawyers

---

Areas of Practice                    Attorneys

**Areas of Practice:**

Bankruptcy Law
Class Actions -- Plaintiff
Criminal Law
DUI/DWI
Motor Vehicle Accidents -- Plaintiff
Nursing Home
Personal Injury -- Plaintiff
Products Liability Law
Toxic Torts

*EXHIBIT 4 – PAGE 1*

Traffic Violations
White Collar Crimes

**Attorneys:**

Arentz, Robert, Supervising Attorney
Arnold, Adam B.
Bell, John V., Senior Trial Attorney
Booth, Thomas C III
Clarke, Robert F.
Curran, Dennis J.
DeBose, Marcus E., Attorney
Larkin, Jeffrey D., Attorney
Luckman, Charles, Trial Lawyer
McLaughlin, James O.
Parilman, Joshua S.
Phillips, Jeffrey L.
Raymond, James A., Attorney
Samaniego, Celine I., Attorney
Schill, John A., Attorney
Schreiber, Jeffrey D.
Slattery, Thomas, Supervising Attorney
Wagner, Barry S.

**West Practice Categories:**

Bankruptcy Law, Class Actions -- Plaintiff, Criminal Law, DUI/DWI, Traffic Violations, White Collar
Crimes, Nursing Home, Personal Injury -- Plaintiff, Motor Vehicle Accidents -- Plaintiff, Products
Liability Law, Toxic Torts

**Profile Last Updated:**

9/8/2006

---

When viewing a listing, consider the state advertising restrictions to which lawyers and law firms
must adhere, as well as our West Legal Directory disclaimers.

**Legal Issue:** (e.g., Divorce)            **Location:** (e.g., Palo Alto, CA or 94306)

[                    ]    [                    ]    | Find Lawyers! |    Search by Name
                                                                       Advanced Search

---

**FindLaw Lawyer Directory**    Browse by Location | Browse by Legal Issue | Search by Name | Advanced Search | Help & Tools

Copyright © 2005 FindLaw. ALL RIGHTS RESERVED    Privacy Policy  Disclaimer        About FindLaw   Advertise on FindLaw

EXHIBIT 4 - PAGE 2

Start a domain search    | com ▼ | GO! | ▷ Today's Offers    24/7 Sales & Sup

**Go Daddy.com**
The web
is your Domain!™

**ICANN DOMAIN CONFIRMATION PAGE**

$7.99 MOBI Sale!°
Get the Domain for
the MOBILE Internet!

NASCAR Fan:
Start here to ge
on the Web fast!
CLICK HERE

| Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions |

**WHOIS**
Search Results for          PACIFICLAWYERSCENTER.COM

**Search Again**
Enter a Domain Name to Chee

| .co

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
shahrokh saadat-nejad
3713 mount ashmun place
san diego, California 92111
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: PACIFICLAWYERSCENTER.COM
Created on: 07-May-07
Expires on: 07-May-10
Last Updated on: 19-Sep-07

Administrative Contact:
saadat-nejad, shahrokh c9729972@yahoo.com
3713 mount ashmun place
san diego, California 92111
United States
6462258213

Technical Contact:
saadat-nejad, shahrokh c9729972@yahoo.com
3713 mount ashmun place
san diego, California 92111
United States
6462258213

Domain servers in listed order:
NS47.DOMAINCONTROL.COM
NS48.DOMAINCONTROL.COM

**Available TLDs**

☐ PACIFICLAWYERSCEN
NET

☐ PACIFICLAWYERSCEN
ORG

☐ PACIFICLAWYERSCEN
INFO

☐ PACIFICLAWYERSCEN
BIZ

☐ PACIFICLAWYERSCEN
US

☐ PACIFICLAWYERSCEN
NAME

**You might also cor**

☐ PACIFICLAWYERSCEN
ONLINE. COM

☐ ONLINEPACIFICLAWY
CENTER. COM

☐ PACIFICLAWYERSCEN
SITE. NET

☐ SITEPACIFICLAWYERS
NTER. NET

☐ PACIFICLAWYERSCEN
STORE. ORG

☐ STOREPACIFICLAWYE
ENTER. ORG

☐ PACIFICLAWYERSCEN
TODAY. INFO

☐ TODAYPACIFICLAWYE
ENTER. INFO

☐ PACIFICLAWYERSCEN
BLOG. BIZ

☐ BLOGPACIFICLAWYEF
NTER. BIZ

☐ PACIFICLAWYERSCEN
NOW. US

**REGISTER**

*EXHIBIT 5 - PAGE 1*

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

» **24/7 Sales and Support: (480) 505-8877** » **Billing Questions? Call (480)505-8855** | Free Email Updates! Enter

**Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index |**
**Resellers | Link to Us**

**GoDaddy.tv | GoDaddyLive.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com**
**DomainNameAftermarket.com | GoDaddyConnections.com**

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



*EXHIBIT 5 - PAGE 2*

Start a domain search | com ▼ | GO!  ▷ Today's Offers  SALE  24/7 Sales & Sup

Go Daddy .COM
The web
is your Domain!™

ICANN DOMAIN
CONFIRMATION
PAGE

ADVANCE WITH .ORG
JUST $8.99/yr*
*.ORG immediately tells our
audience what we're about."

NASCAR Fan
Start here to ge
on the Web fast!
CLICK HERE

Domains | Hosting & Servers | Site Builders | SSL Certificates | Business | Email | Domain Auctions

## WHOIS
Search Results for: PACIFICLAWYERCENTER.COM

Search Again
Enter a Domain Name to Chec

.co

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Shahrokh Saadat-Nejad
3713 Mount Ashmun Place
San Diego, California 92111
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: PACIFICLAWYERCENTER.COM
Created on: 07-May-07
Expires on: 07-May-10
Last Updated on: 19-Sep-07

Administrative Contact:
Saadat-Nejad, Shahrokh c9729972@yahoo.com
3713 Mount Ashmun Place
San Diego, California 92111
United States
(646) 225-8213

Technical Contact:
Saadat-Nejad, Shahrokh c9729972@yahoo.com
3713 Mount Ashmun Place
San Diego, California 92111
United States
(646) 225-8213

Domain servers in listed order:
NS47.DOMAINCONTROL.COM
NS48.DOMAINCONTROL.COM

Available TLDs

PACIFICLAWYERCEN1
NET

PACIFICLAWYERCEN1
ORG

PACIFICLAWYERCEN1
INFO

PACIFICLAWYERCEN1
BIZ

PACIFICLAWYERCEN1
US

PACIFICLAWYERCEN1
NAME

You might also cor

PACIFICLAWYERCEN1
NLINE. COM

ONLINEPACIFICLAWY
ENTER. COM

PACIFICLAWYERCEN1
ITE. NET

SITEPACIFICLAWYER(
TER. NET

PACIFICLAWYERCEN1
TORE. ORG

STOREPACIFICLAWYE
NTER. ORG

PACIFICLAWYERCEN1
ODAY. INFO

TODAYPACIFICLAWYE
NTER. INFO

PACIFICLAWYERCEN1
LOG. BIZ

BLOGPACIFICLAWYEF
TER. BIZ

PACIFICLAWYERCEN1
OW. US

REGISTE

EXHIBIT 5 – PAGE 3

Registry Status: clientDeleteProhibited
Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited

See Underlying Registry Data
Report Invalid Whois

➤ **24/7 Sales and Support: (480) 505-8877** ➤ **Billing Questions? Call (480)505-8855** | Free Email Updates! Enter

**Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index |**
**Resellers | Link to Us**

**GoDaddy.tv | GoDaddyLive.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com**

**DomainNameAftermarket.com | GoDaddyConnections.com**

        

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



*EXHIBIT 5 - PAGE 4*