1  Robert F. Clarke, Esq.
   California Bar No. 79881
2  Phillips & Associates
   3030 N. Third St., Suite 1100
3  Phoenix, AZ 85012
   Telephone:    (602) 258-8900
4  Facsimile:    (602) 288-1671

5  Attorney for Plaintiffs

6                 **UNITED STATES DISTRICT COURT**

7                **SOUTHERN DISTRICT OF CALIFORNIA**

8  PACIFIC LAW CENTER, a Professional Law          Civil No:  07-cv-0460-JLS (POR)
   Corporation: and SOLOMON WARD
9  SEIDENWURM AND SMITH LLP,                        **PLAINTIFF PACIFIC LAW CENTER'S
                                                    REPLY TO COURT'S ORDER TO
10                             Plaintiff,           SHOW CAUSE WHY ACTION SHOULD
                                                    NOT BE STAYED PENDING
11            v.                                    DISPOSITION OF STATE ACTION**

12 SHAHROKH SAADAT-NEJAD, an individual,

13                             Defendant,

14

15        Plaintiff, Pacific Law Center (PLC) respectfully requests this court decline to stay this

16 action.  Though there is a commonality of the issues between the state action and the federal

17 action, the issues raise predominantly federal law questions, including Titles 15, 17, and 21 of

18 the United States Code and the United States Constitution.  Most of the cases cited by the

19 parties are federal decisions.  While the state court can address and adjudicate the issues

20 presented, this court is in a unique position to address and apply the federal law necessary for a

21 fair and full adjudication.  Because of this, PLC has filed a request for dismissal of the state

22

23

24

25

                                         1

court action (Exhibit A).[1]  Plaintiff has been advised by the clerk that said dismissal will be entered on Friday, April 25, 2008 (Exhibit C—Declaration of Tatiana Ganuza, paralegal to Plaintiff PLC's counsel undersigned).[2]  As the existence of the state court action was the only basis to except this case from the standard exercise of federal jurisdiction (*Amerisourcebergen Corporation v. Roden,* 495 F. 3d 1143, 1148 (9th Cir. 2007), abstention would not be appropriate.

Additionally, this action also involves another Plaintiff who is not a party to the state court action, namely the San Diego law firm of Solomon, Ward, Seidenwurm, and Smith, LLP.

Staying this action would be detrimental to the position of Solomon Ward and staying this action as to the plaintiff Pacific Law Center, only, could result in piecemeal litigation at great expense to the parties and inconvenience to the court.  In that regard, counsel undersigned adopts those arguments set forth in the reply submitted by Plaintiff Solomon Ward.

For all the foregoing reasons, Plaintiff, PLC, urges this court to decline to stay this action and to permit the parties to litigate the claims against the defendant in this forum.

Dated this 25th day of April, 2008

---

[1] As ordered by this court in its March 24, 2008 order, the state court pleadings are attached as exhibit B.  The first page of exhibit B is an index of the state court pleadings.

[2] In fact, Defendant apparently asked the clerk to set Friday, April 25, 2008 as a hearing date for a motion to dismiss the state court action but failed to file a motion to dismiss (Exhibit C).

RESPECTFULLY SUBMITTED


     /s/  Robert F. Clarke
Robert F. Clarke, Esq.
Attorney for Plaintiff
Pacific Law Center