1  Robert F. Clarke, Esq.
   California Bar No. 79881
2  Phillips & Associates
   3030 N. Third St., Suite 1100
3  Phoenix, AZ 85012
   Telephone:   (602) 258-8900
4  Facsimile:   (602) 288-1671

5  Attorney for Plaintiffs

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8  PACIFIC LAW CENTER, a Professional Law      Civil No: 07-cv-0460-JLS (POR)
   Corporation: and SOLOMON WARD
9  SEIDENWURM AND SMITH LLP,                   **PLAINTIFF PACIFIC LAW CENTER'S
                                               NOTICE OF LODGMENT IN REPLY
10                Plaintiff,                   TO COURT'S ORDER TO SHOW
                                               CAUSE WHY ACTION SHOULD NOT
11      v.                                     BE STAYED PENDING DISPOSITION
                                               OF STATE ACTION**
12  SHAHROKH SAADAT-NEJAD, an individual,

13                Defendant,

1

Pacific Law Center lodges the following documents with the reply to the Court's March 24, 2008 order why this Court should not abstain and stay these proceedings:

Exhibit A: Plaintiff Pacific Law Center's Request for Dismissal of State Court Proceedings.

Exhibit B: Documents filed in said State Court action, identified as follows:

| | |
|---|---|
| Attachment 1: | Summons; Proof of Service of Summons |
| Attachment 2: | Complaint for Injunctive Relief and Money Damages |
| Attachment 3 | Civil Case Cover Sheet |
| Attachment 4 | Notice of Case Assignment |
| Attachment 5 | Stipulation to Use of Alternative Dispute Resolution Process |
| Attachment 6 | Amended Notice of Case Assignment |
| Attachment 7 | Plaintiff's First Amended Complaint for Injunctive Relief and Money Damages |
| Attachment 8 | Substitution of Attorney |
| Attachment 9 | Pacific Law Center's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction |
| Attachment 10 | Declaration of Thomas Slattery in Support of Pacific Law Center's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction |
| Attachment 11 | Declaration of Matthew Spiegel IN Support of Pacific Law Center's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction |
| Attachment 12 | Declaration of Edward j. McIntyre in Support of Pacific Law Center's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction |

| | | |
|---|---|---|
| Attachment 13 | Order Granting Pacific Law Center's Ex Parte Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction |
| Attachment 14 | Certificate of Service |
| Attachment 15 | Ex Parte Minutes Re: Preliminary Injunction |
| Attachment 16 | Declaration of Shahrokh Saadat-Nejad and Cause for Case Dismissal |
| Attachment 17 | Pacific law Center's Supplemental Memorandum in Support of Its Motion for Preliminary Injunction; Proof of Service |
| Attachment 18 | Declaration of Edward j. McIntyre in Support of Pacific law Center's Motion for Preliminary Injunction |
| Attachment 19 | Pacific law Center's Notice of Lodgment in Support of Its Motion For Preliminary Injunction |
| Attachment 20 | Supplemental Declaration of Edward J. McIntyre in Support of Pacific Law Center's Motion for Preliminary Injunction |
| Attachment 21 | Mot- Minutes/ Order of the Court re: Plaintiff Preliminary Injunction |
| Attachment 22 | Pacific Law Center's Ex Parte Application for an Order to Show Cause re: Contempt and Solomon Ward's Ex Parte Application for a Temporary Restraining Order |
| Attachment 23 | Declaration of Edward J. McIntyre in Support of Pacific Law Center's Ex Parte Application for an Order to Show Cause re: Contempt and Solomon Ward's Ex Parte Application for a Temporary Restraining Order |
| Attachment 24 | Declaration of Edward J. McIntyre re: Notice |
| Attachment 25 | Request for Dismissal re: Trademark Infringement; As to ushostange.com Only |
| Attachment 26 | Stipulation and Order Concerning Domain Name |
| Attachment 27 | Ex Parte Minutes re: Contempt Hearing |

| | | |
|---|---|---|
| Attachment 28 | Cause for Case Dismissal and Cause for Criminal Actions(s) Against Pacific law Center and Solomon Ward Seidenwurn & Smith |
| Attachment 29 | Withdrawal of Solomon Ward Seidenwurn & Smith, LLP's Application for Injunctive Relief; Declaration of Service |
| Attachment 30 | Response to Saadat-Nejad's Ex Parte |
| Attachment 31 | Ex Parte Minutes re: Request to Set A Motion Hearing Date To Dismiss Case |
| Attachment 32 | Pacific Law Center's Supplemental Memorandum in Support of Its Motion for Preliminary Injunction; Declaration of Service |
| Attachment 33 | Declaration of Jeffery Phillips In Support of Pacific Law Center's Supplemental Memorandum in Support of Its Motion for Preliminary Injunction |
| Attachment 34 | Pacific Law Center's Supplemental Memorandum in Support of Its Motion for Preliminary Injunction |
| Attachment 35 | Shahrokh Saadat-Nejad's Response to Ex Parte Attempts and of Ongoing Violations of My Civil Rights |
| Attachment 36 | Request for Entry of Default |
| Attachment 37 | Request for Entry of Default Judgment by Court |
| Attachment 38 | Plaintiff Pacific Law Center's memorandum of Points and Authorities in Support of request for Entry of Default Judgment by Court |
| Attachment 39 | Declaration of Edward J. McIntyre In Support of Plaintiff's Request for Attorney's Fees |
| Attachment 40 | Plaintiff Pacific Law Center's Notice of Lodgment in Support of Its Memorandum of Points and Authorities In Support of Request for Entry of Default Judgment by Court |
| Attachment 41 | Request for Dismissal |
| Attachment 42 | Notice of Rescheduled hearing (Default Prove- Up Hearing) |

| | |
|---|---|
| Attachment 43 | Notice of Hearing: Civil Court Trial |
| Attachment 44 | Answer from Shahrokh Saadat-Nejad |
| Attachment 45 | Notice of Continuance of Pacific Law Center's Motion for Permanent Injunction |
| Attachment 46 | Notice of Withdrawal of Pacific Law Center's Motion for Permanent Injunction |
| Attachment 47 | Notice of Hearing (Civil Case Management Conference) |
| Attachment 48 | Notice of Association of Counsel |
| Attachment 49 | Case Management Statement |
| Attachment 50 | Notice of Hearing |
| Attachment 51 | Notice of Hearing- Trial Readiness Conference |

Exhibit C: Declaration of Tatiana Ganuza

Dated: April 25, 2008

    Respectfully submitted,

    PACIFIC LAW CENTER

    By: <u>/s/ Robert F. Clarke, Esq.</u>
        Robert F. Clarke
        Attorneys for Pacific Law Center