# PROOF OF SERVICE

I, Sarah Marchese, declare as follows:

I am a resident of the State of Arizona, over the age of eighteen years, and not a party to the within action. My business address is Phillips & Associates, 3030 North Third Street, Suite 1100, Phoenix, Arizona 85012. On April 25, 2008, I served a copy of the within document(s):

**Plaintiff Pacific Law Center's Reply to Court's Order To Show Cause Why Action Should Not Be Stayed Pending Disposition of State Action;**

**Notice of Lodgment complete with Exhibits and Attachments**

by e- filing the above mentioned documents with:

United States District Court
Southern District of California
Honorable Janis Sammartino

I am readily familiar with the firm's practice of e- filing procedures and confidentiality.

I declare under penalty of perjury under the laws of the State of Arizona that the above is true and correct.

Executed on April 25, 2008


      /s/ Sarah Marchese
      Sarah Marchese