1  EDWARD J. MCINTYRE [SBN 80402]
   emcintyre@swsslaw.com
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755

5  Attorneys for Solomon Ward Seidenwurm &
   Smith, LLP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>Defendant. | CASE NO. 07-CV-00460 JLS (POR)<br><br>**SOLOMON WARD'S PRE-TRIAL DISCLOSURES [FED. R. CIV. P. 26(a)(3)]**<br><br>Hon. Janis L. Sammartino |

Solomon Ward submits the following Pre-Trial Disclosures under Fed. R. Civ. P. 26(a)(3):

**Solomon Ward's Witnesses:**

Names and addresses of individuals whom Solomon Ward intends to call as witnesses:

1. Paul S. Metsch, Esq., c/o Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101. Telephone: (619) 231-0303.

2. William N. Kammer, Esq., c/o Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101. Telephone: (619) 231-0303.

3. Adam R. Rosenthal, Esq., c/o Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101. Telephone: (619) 231-0303.

4. Mathiew M. Vafi, c/o Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101. Telephone: (619) 231-0303.

5. Shahrokh Saadat-Nejad, 3713 Mt. Ashmun Place, San Diego, CA 92111. Telephone: (646) 225-8213.

**Deposition Testimony:**

There are no deposition transcripts.

**Court Transcripts:**

1. Reporter's Transcript of *Ex Parte* Motion for Temporary Restraining Order, dated March 29, 2007.

2. Reporter's Transcript of Motion/Miscellaneous Hearing Before the Honorable Larry Alan Burns, dated April 26, 2007.

3. Reporter's Transcript of Order to Show Cause Hearing, dated July 12, 2007.

**Documents and Exhibits:**

Documents and things Solomon Ward intends to offer as Exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Service mark and trade name "Solomon Ward Seidenwurm & Smith" |

| EXHIBIT | DESCRIPTION |
|---|---|
| 2. | Service mark and trade name "Solomon Ward" |
| 3. | Registration for "swsslaw.com" |
| 4. | Registration for "SolomonWard.com" |
| 5. | Evidence of internet site "swsslaw.com" |
| 6. | Evidence of website "solomonwardsandiego.com" |
| 7. | Registration for "Solomonwardlawfirm.com" |
| 8. | Registration for "USHostage.com" |
| 9. | Website: "Welcome to SolomonWardSanDiego.com" |
| 10. | Internet website: "pacificlawcenters.com" |
| 11. | Declaration of Shahrokh Saadat-Nejad, dated March 26, 2007 (without exhibits) |
| 12. | Saadat-Nejad's fee agreement with Mary Frances Prevost, dated January 15, 2007 |
| 13. | Letter dated February 1, 2007 from Mary Frances Prevost to Thomas Slattery and Robert Arentz |
| 14. | Solomon Ward's complaint: National Arbitration Forum, dated March 21, 2007 |
| 15. | Internet website: "Free San Diego 100% Free, Warning, DUI Attorney..." |
| 16. | Temporary Restraining Order and Order to Show Cause, filed March 29, 2007 |
| 17. | [Proposed] Temporary Restraining Order and Order to Show Cause, filed March 29, 2007, with Court's handwritten annotations. |
| 18. | Evidence of website: "civilcasenumbers.com/2007/05/10/solomonward swsslawcom.aspx." |
| 19. | Evidence of website: "pacificlawyerscenter.com." |
| 20. | Evidence of website: "usgovernment courts.com." |
| 21. | Evidence of website "sandiegocriminalattorneys.usgovernment.com/ 2007/05/10/solomonwardpacificlawcenter.aspx." |
| 22. | Evidence of website "losangelescountylaws.com/2007/05/11/ solomonward pacificlawcentersandduilawyers.com." |
| 23. | Evidence of website "duisandiegodui.com." |
| 24. | Evidence of website "intellegence.com/2007/05/26/solomonwardseidenwurm |

| EXHIBIT | DESCRIPTION |
|---|---|
| | andsmithsandiegorealestateconstructionlitigationattorneyslawyers.aspx." |
| 25. | Evidence of website: "socommil.com." |
| 26. | Preliminary Injunction filed April 27, 2007 |
| 27. | Shahrokh Saadat-Nejad's Response to Alleged Contempt, filed July 6, 2007 |
| 28. | Order Following Hearing on Order to Show Cause re Contempt, filed July 16, 2007 |

DATED: May 19, 2008

Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Edward J. McIntyre
EDWARD J. MCINTYRE
Attorneys for Solomon Ward

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I caused the **SOLOMON WARD'S PRE-TRIAL DISCLOSURES [FED. R. CIV. P.** |
| 3 | **26(a)(3)]** to be served in the following manner: |
| 4 | **Electronic Mail Notice List** |
| 5 | The following are those who are currently on the list to receive e-mail notices for this |
| 6 | case. |
| 7 | **Electronic Mail Notice List** |
| 8 | Robert F. Clarke, Esq. (SBN 79881) |
| 9 | Pacific Law Center<br>4225 Executive Square, Suite 1550 |
| 10 | La Jolla, CA 92037<br>Telephone: (888) 789-0123 |
| 11 | Facsimile: (800) 718-1825<br>Attorneys for Pacific Law Center |
| 12 | The following party who is not on the list to receive e-mail notices for this case. He |
| 13 | therefore requires manual noticing, via Federal Express: |
| 14 | Shahrokh Saadat-Nejad |
| 15 | 3713 Mt. Ashmun Place<br>San Diego, CA 92111 |
| 16 | **VIA FEDERAL EXPRESS** |
| 17 | /s/ Edward J. McIntyre |
| 18 | EDWARD J. MCINTYRE |