1  Robert F. Clarke, Esq.
   California Bar No. 79881
2  Phillips & Associates
   3030 N. Third St., Suite 1100
3  Phoenix, AZ 85012
   Telephone:   (602) 258-8900
4  Facsimile:   (602) 288-1671

5  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation: and SOLOMON WARD SEIDENWURM AND SMITH LLP,<br><br>Plaintiff,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>Defendant, | Civil No: 07-cv-0460-JLS (POR)<br><br>**PACIFIC LAW CENTER'S PRE-TRIAL DISCLOSURES [FED. R. CIV. P. 26(a)(3)]**<br><br>**Courtroom: 6, Third Floor**<br><br>**Hon. Janis L. Sammartino** |

1

Pacific Law Center submits the following Pre- Trial Disclosures under Fed. R. Civ. P. 26(a)(3):

**Pacific Law Center's Witnesses:**

Names and addresses of individuals whom Pacific Law Center intends to call as witnesses:

1. Jeffrey Phillips, Esq., c/o Robert F. Clarke, Esq., Phillips & Associates, 3030 N. Third St., Suite 1100, Phoenix, AZ 85012.   Telephone: (602) 258-8900.

2. Robert Arentz, Esq. c/o Robert F. Clarke, Esq. Phillips & Associates, 3030 N. Third St., Suite 1100, Phoenix, AZ 85012.   Telephone (602) 258-8900.

3. Matthew Spiegel, Esq. c/o Robert F. Clarke, Esq. Phillips & Associates, 3030 N. Third St., Suite 1100, Phoenix, AZ 85012.   Telephone (602) 258-8900.

4. Mary Frances Prevost, Esq. 555 W. Beech St., Suite 500, San Diego, CA 92101. Telephone: (619) 692-9001.

Any and all witnesses listed by any other party.

**Deposition Testimony:**

There are no deposition transcripts.

**Court Transcripts**

1. Reporter's Transcript of *Ex Parte* Motion for Temporary Restraining Order, dated March 29, 2007.

2. Reporters Transcript of Motion/ Miscellaneous Hearing Before the Honorable Larry Alan Burns, dated April 26, 2007.

3. Reporters Transcript of Order to Show Cause Hearing, dated July 12, 2007.

**Documents and Exhibits:**

Documents and things Pacific Law Center intends to offer as Exhibits:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Registration with the State Bar of California for Pacific Law Center |
| 2. | Evidence of website pacificlawcenter.com |
| 3. | Evidence of website of pacificlawcenter.net |
| 4. | Evidence of website pacificlawcenter.org |
| 5. | Evidence of website pacificlawcenter.ws |
| 6. | Registration for pacificlawcenter.com |
| 7. | Registration for pacificlawcenter.net |
| 8. | Registration for pacificlawcenter.org |
| 9 | Registration for pacificlawcenter.ws |
| 10. | Evidence of trade name and service mark "Pacific Law Center" |
| 11. | Evidence of trade name and service mark "pacificlawcenters.com" |
| 12. | Evidence of trade name and service mark "pacific-law-center.com" |
| 13. | Registration for "USHOSTAGE.com" |
| 14. | Letter dated February 1, 2007 from Mary Frances Prevost to Thomas Slattery and Robert Arentz |
| 15. | [Proposed] Temporary Restraining Order and Order to Show Cause, filed March 29, 2007, with Court's handwritten annotations |
| 16. | Evidence of website: "civilcasenumbers.com/2007/05/10/solomonwardswsslawcom.aspx." |
| 17. | Evidence of website: "pacificlawyerscenter.com." |
| 18. | Evidence of website: "usgovernment.courts.com." |
| 19. | Evidence of website "duisandiegodui.com" |

| | | |
|---|---|---|
| 20. | Evidence of website "sandiegocrininalattorneys.usgovernment.com/2007/05/10/solomonwardpacificlawcenter.aspx." |
| 21. | Evidence of website "losangelescountylaw.com/2007/05/11/solomonwardpacificlawcentersandduilawyers.com." |
| 22. | Evidence of website "intelligence.com/2007/05/26/Solomonwardseidenwurmandsmithsandiegorealsestateconstructionlitigation Attorneyslawyers.aspx." |
| 23. | Evidence of website "socommil.com." |
| 24. | Preliminary Injunction filed April 27, 2007 |
| 25. | Shahrokh Saadat-Nejad's Response to Alleged Contempt, filed July 6, 2007. |
| 26. | Order Following Hearing on Order to Show Cause re Contempt, filed July 16, 2007. |

Any and all other Document Exhibits filed by other party.

DATED: May 19, 2008           Respectfully submitted,

                              PHILLIPS & ASSOCIATES


                              By: /s/ Robert F. Clarke
                                  ROBERT F. CLARKE
                                  Attorney for Pacific Law Center

4

# CERTIFICATE OF SERVICE

I caused the **PACIFIC LAW CENTER'S PRE- TRIAL DISCLOSURES [FED. R. CIV. P. 26(a)(3)]** to be served in the following manner:

**Electronic Mail Notice List**

Edward J. McIntyre
Solomon Ward Seidenwurm & Smith, LLP
401 B. Street, Suite 1200
San Diego, CA 92101
Telephone: (619)231-0303
Facsimile: (619) 231-4755
Attorneys for Solomon Ward

The following party who is not on the list to receive e- mail notices for this case. He therefore requires manual noticing, via Federal Express:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

/s/ Robert F. Clarke
Robert F. Clarke