Robert F. Clarke, Esq.
California Bar No. 79881
Phillips & Associates
3030 N. Third St., Suite 1100
Phoenix, AZ 85012
Telephone: (602) 258-8900
Facsimile: (602) 288-1671

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation: and SOLOMON WARD SEIDENWURM AND SMITH LLP,<br><br>Plaintiff,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD, an individual,<br><br>Defendant, | Civil No: 07-cv-0460-JLS (POR)<br><br>**PACIFIC LAW CENTER'S ADOPTION OF SOLOMON WARD'S CONTENTION OF FACT AND LAW AND SUPPLEMENTATION RE: ADDITIONAL FACTS REGARDING PACIFIC LAW CENTER**<br><br>**Courtroom: 6, Third Floor**<br><br>Hon. Janis L. Sammartino |

Pacific Law Center through counsel undersigned hereby adopts and accepts Solomon Ward Seidenwurm and Smith's Contention of Fact and Law and incorporates same as though fully set forth herein. Pacific Law Center provides further supplementation re: Contention of Fact and Law regarding Pacific Law Center.

## SUPPLEMENT OF CONTENTIONS OF FACT

Most, if not all, of the issues of fact are not in dispute or are indisputable.

**Pacific Law Center.**

1

Pacific law Center is registered with the state bar of California. Pacific Law Center has more than 20 licensed attorneys at its three San Diego offices- Law Jolla, Escondido and Chula Vista. Overall, Pacific Law Center has more than 100 employees.

During the last four years in San Diego, Pacific Law Center has spent millions of dollars in print and other media advertising.

The sole purpose of that advertising is to associate Pacific Law Center with high quality legal services for our clients in the three areas in which Pacific Law Center attorneys primarily practice: personal injury, criminal law and consumer bankruptcy representation.

Over the course of time, and because of that advertising, consumers of legal services identify Pacific law Center with the professional corporation that is registered with the state Bar and that provides high quality legal services for clients throughout San Diego County.

Pacific Law Center has registered and owns the websites pacificlawcenter.com, pacificlawcenter.net, pacificlawcenter.org and pacificlawcenter.ws. Those websites are a major avenue for clients to learn about Pacific Law Center, its attorneys and the services it provides. They also provide a way for clients to reach Pacific Law Center.

As a result, the trade name and service mark, "Pacific Law Center" has achieved a secondary meaning in the minds of the consuming public as a specific source of high quality legal services for clients in San Diego County.

DATED this 28th day of May, 2008

///

///

2

RESPECTFULLY SUBMITTED


  /s/ Robert F. Clarke

Robert F. Clarke, Esq.

Attorney for Plaintiff

Pacific Law Center

# CERTIFICATE OF SERVICE

I caused the:

(1) **PACIFIC LAW CENTER'S ADOPTION OF SOLOMON WARD'S CONTENTION OF FACTS AND LAW AND SUPPLEMENTATION RE: ADDITIONAL FACTS REGARDING PACIFIC LAW CENTER;**

(2) **PACIFIC LAW CENTER'S WITNESS LIST; AND**

(3) **PACIFIC LAW CENTER'S EXHIBIT LIST** to be served in the following mannter:

Electronic Mail Notice List

The following are those who are currently on the list to receive e- mail notices for this case:

**Electronic Mail Notice List**

**NONE.**

The following party who is not on the list to receive e- mail notices for this case. He therefore requires manual noticing, via Federal Express:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

/s/ Robert F. Clarke
Robert F. Clarke