Shahrokh Saadat-Nejad
Mail: 3713 Mount Ashmun Place
San Diego, California 92111
Telephone: (646)225-8213
Email: C9729972@yahoo.com

Defendant

NUNC PRO TUNC
AUG 0 7 2008

FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, and SOLOMON WARD SEIDENWURM & SMITH<br><br>Plaintiffs,<br><br>vs.<br><br>SHAHROKH SAADAT-NEJAD<br><br>Defendant. | CASE No. 07-CV-0460-JLS(POR)<br><br>MOTION FOR EXTENTION OF JUNE 16, 2008 COURT ORDER "ORDER: DIRECTING PARTIES TO SHOW CAUSE AS TO WHY SUMMARY JUDGMENT SHOULD NOT BE ENTERED"<br><br>Honorable Janis L. Sammartino<br>Dept. 6 |

On June 16, 2008, the Court filed an order (Docket No. 78) directing parties to show cause as to why summary judgment should not be entered. Plaintiffs Pacific Law Center, and Solomon Ward Seidenwurm & Smith were ordered to file their brief no later than July 25, 2008 and defendant Shahrokh Saadat-Nejad to file his response no later than August 15, 2008 and plaintiffs Pacific Law Center, and Solomon Ward Seidenwurm & Smith should they choose to file a reply that it would be filed no later than August 27, 2008.

On July 25, 2008 Plaintiff Solomon Ward Seidenwurm & Smith filed their brief. Plaintiff



Pacific Law Center however have refused to recognize the court order and have not filed their brief on or before July 25, 2008, and Pacific Law Center have not filed a brief after July 25, 2008.

As defendant Shahrokh Saadat-Nejad has stated in his previous filings in this court that on March 28, 2007 defendant Shahrokh Saadat-Nejad was railroaded into making a guilty plea on two criminal cases which Pacific Law Center was involved with on record from August 31, 2006 to September 21, 2006, and that Pacific Law Center violated the defendants rights in many ways which includes a September 18, 2006 hearing in front of Superior Court of California Commissioner Garry George Haehnle where a Mr. Matthew Lee Spiegel from Pacific Law Center went to court while defendant Shahrokh Saadat-Nejad was in custody, and Pacific Law Center at minimum waived defendants (Shahrokh Saadat-Nejad) rights to appear in court and Pacific Law Center got a continuance for both criminal matters, and this was done after Pacific Law Center was fired by defendant Shahrokh Saadat-Nejad on September 8, 2006. Defendant was denied to appear in court on September 18, 2006 as a result of Pacific Law Center's illegal action of waiving defendants rights to appear in Court. Defendant calls this holding a person hostage for money. On March 28, 2007 defendant was granted an order from the Superior Court of California Commissioner Robert C. Rice as a result of pleading guilty that defendant shall be returned his property of Passport (Islamic Republic of Iran) and Cash ($9800). The San Diego Police Department however refused to recognize the court order. Defendant left messages for the imposed public defender that was assigned to the case, but the public defenders office refused to call defendant back. Defendant was refused to go on court calendar to bring up this issue, so defendant chose not to comply with the court order of contacting a DUI class by April 18, 2007 just so defendant can go in front of the court to complain about

being lied to and railroaded into a guilty plea.

Attached to this document labeled as **EXHIBIT 1** is a copy of the March 28, 2007 Superior Court of California order for the DUI class. On June 6, 2007 it was officially filed in court that defendant did not recognize the March 28, 2007 Court Order to attend a DUI class. The Court and the prosecutors San Diego County District Attorney and City of San Diego Attorney refused to obtain a warrant against defendant for not following the March 28, 2007 Court order. Defendant believes that the Court and the prosecutors did this intentionally in order for the six month statute of limitation to expire for the defendant to file a withdraw of plea.

380 days after June 6, 2007 **(See EXHIBIT 2 attached to this document)** the Court and the prosecutors San Diego County District Attorney and City of San Diego Attorney issued a warrant of arrest. The Warrant with a $5,000 bail was issued on June 24, 2008 just 8 days after this Court (US District Court) filed its Court order on June 16, 2008 (Docket No.78 from US District Court Judge Janis L. Sammartino). Attached to this document is a copy of a notice for warrant against defendant Shahrokh Saadat-Nejad. The timing of the June 24, 2008 warrant against defendant Shahrokh Saadat-Nejad is no coincidence, just like the multiple court hearings and deadlines against defendant Shahrokh Saadat-Nejad on March 26, 27, 28, 29 in the year 2007 was no coincidence.

Defendant Shahrokh Saadat-Nejad believes the timing of this warrant being issued is further proof that the US government is continuing with at minimum AIPAC, Pacific Law Center and Solomon Ward Seidenwurm & Smith in a ongoing conspiracy against defendant Shahrokh Saadat-Nejad. Defendant Shahrokh Saadat-Nejad believes that the US government, Pacific Law Center, and Solomon Ward Seidenwurm & Smith did not expect defendant to be able to post a

$5,000 bail, and now the US government is seeking to raise the bail amount to or greater than $10,000.

On Friday July 25, 2008 at 4:10pm California time Docket No.82 **(See EXHIBIT 3 attached to this document)**, defendant Shahrokh Saadat-Nejad filed a DECLARATION OF DEFENDANT SHAHROKH SAADAT-NEJAD because defendant had reason to believe that defendant was going to be railroaded to jail on Monday morning July 28, 2008. In that declaration which was filed before according to the time of day plaintiff's Solomon Ward Seidenwurm & Smith filed their brief on July 25, 2008 **(Docket No.82, Pages 85, 90, 91, 96 of 106)** is further proof that the plaintiffs Pacific Law Center and Solomon Ward Seidenwurm & Smith at minimum knowingly and intentionally lied and mislead this court that they the plaintiffs did not have anything to do with eight of defendants websites and blogs to be shut down since August 9, 2007 which includes **USHOSTAGE.com**.

In this Court (US District Court) in Docket No.71, Pages 15, 16, 17, 18, 19 of 27 is a copy of RESPONSE TO DEFENDANT'S MOTION FOR PRE-TRIAL DISCOVERY with a filed stamp of **February 15, 2007** filed by the San Diego County District Attorney's Office in the Superior Court of California for Criminal Case No.CD200499, in which the District Attorney's Office deny many intentional wrongdoings, and label defendant as a terrorist.

On **February 15, 2007** defendants then criminal defense attorney Mr. Gary C. Harvey was in the Superior Court of California in Department 11 **(See EXHIBIT 4 attached to this document – Page 2, Line 17 – Item Number 4)**, which lead to a NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY filed on February 22, 2007 **(See EXHIBIT 5 attached to this document)**.

On **February 15, 2007** Attorney Mr. Edward J Mcintyre and Attorney Ms. Christina M. Milligan both from Solomon Ward Seidenwurm & Smith filed a SUBSTITUTION OF ATTORNEY to take over the case of Pacific Law Center vs. Shahrokh Saadat-Nejad, ushostage.com, and pacificlawcenters.com – Civil Case No. GIC878352. Both Pacific Law Center and Solomon Ward Seidenwurm & Smith have continuously have stated in this Court (US District Court) and on papers filed in this Court (US District Court) that the substitution occurred on February 23, 2007 which is completely false because they know that the **February 15, 2007** date was a conspiracy that I had brought up before the Superior Court. There are evidences that Solomon Ward Seidenwurm & Smith law firm and DLA Piper law firm were visiting defendants website ushostage.com well before February 15, 2007. See EXHIBIT 6 - Attached

Defendant Shahrokh Saadat-Nejad asks that this Court to give the same order as it did on June 16, 2008 (Docket No. 78) to plaintiff Pacific Law Center with a brief deadline of August 15, 2008, and defendant Shahrokh Saadat-Nejad with a response deadline of September 19, 2008 and a deadline of October 3, 2008 for the plaintiffs to reply if they choose to reply, and a deadline of October 31, 2008 to defendant Shahrokh Saadat-Nejad to reply if the defendant(s) do file a reply. Since Defendant is being accused every time the plaintiffs file any papers in this Court, I believe it is improper to grant the plaintiffs to have the last word on papers filed in this court.

Dated: July 7, 2008                      Respectfully submitted.

By: _____
Shahrokh Saadat-Nejad
Defendant

# COUNTY OF SAN DIEGO DRIVING UNDER THE INFLUENCE PROGRAM - REFERRAL FORM

**DEFENDANT'S NAME:** (Please Print)

Saadatnejad, Shahrokh
Last Name, First Name

Court/Judge: SDSC
Case/Docket No.: CD200499
Offense: VC23152(A)
Date of Arrest: 7-25-06
Date of Sentence: 3-28-07
Blood Alcohol Level: .17

☐ Reassign (Enroll in Program) Court Date _____
☐ Reinstate (Complete Program) Court Date _____

## THE COURT HAS ORDERED YOU TO THE FOLLOWING PROGRAM:

☐ EDUCATION ONLY – 12 Hours
☒ FIRST CONVICTION PROGRAM: ☒ 3 Month ☐ 6 Month ☐ 9 Month ☐ 12 Month
☐ MULTIPLE CONVICTION PROGRAM (SB 38)
☐ SURVIVAL TO ADULTHOOD REFERRAL/STAR (Occupational Health Services Only)

**FILED Clerk of the Superior Court**
**JUN 6 2007**

## YOU MUST IMMEDIATELY CONTACT THE PROVIDER CHECKED BELOW:

☐ East County ACCORD
1136 Broadway, Suite 10
El Cajon, CA 92021
PHONE: (619) 562-5850

☒ MAAC Project DUIP
1355 Third Avenue
Chula Vista, CA 91911
PHONE: (619) 409-1780

☐ Occupational Health Services
1637 Capalina Road
San Marcos, CA 92069
PHONE: (760) 891-1500

☐ Central District DUIP
9245 Sky Park Court, #101
San Diego, CA 92123
PHONE: (858) 467-6810

**FAILURE TO CONTACT THE PROVIDER BY 4-18-07 WILL RESULT IN A REFERRAL BACK TO COURT, REVOCATION OF YOUR PROBATION AND ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST. ENROLLMENT IS BY APPOINTMENT ONLY.**

**KEEP THIS FORM - YOU MUST PRESENT IT WHEN YOU ENROLL.**

Defendant's Signature: [signature]
Date of Birth: 10-19-1968
Defendant's Address: 3713 MOUNT ASHMUN PL
Telephone: 646-225-3213
City: SAN DIEGO State: CA Zip: 92111
Driver's License Number: 3-28-07

### FOR OFFICIAL USE ONLY

The individual named above is referred back to the Court for FAILURE TO ENROLL by 5/23/07 as required by the Court.

For further information contact [signature]
Phone: 409-1780 Ext 239
Date: 6/6/07

COUNTY OF SAN DIEGO
HEALTH AND HUMAN SERVICES AGENCY
HHSA:ADS-540 (6/05)

Distribution: Court, Defendant, Provider

EXHIBIT 1
1 PAGE ONLY

IN THE SUPERIOR COURT OF SAN DIEGO COUNTY　　　　　　　WWW.SDCOURT.CA.GOV

SHERIFF OF THE SUPERIOR COURTS

WARRANT OF ARREST NOTICE

　　　　　　　　　　　　　　　　　　　　　　CASE NO:　　CD200499
　　　　　　　　　　　　　　　　　　　　　　ISSUE DATE: 06-24-08
　　　　　　　　　　　　　　　　　　　　　　VIOLATIONS: VC23152(A)

SAADATNEJAD　　SHAHROKH

3713  MOUNT ASHMUN PL

SAN DIEGO CA 92111-3932　　　　　　　　　BAIL:　　　$5000.00

TELEPHONE: (646) 225-8213

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A WARRANT HAS BEEN ISSUED FOR YOUR IMMEDIATE ARREST AS A RESULT OF A CRIMINAL COMPLAINT, CHARGING YOU WITH THE VIOLATIONS SHOWN ABOVE.

YOU MAY AVOID ARREST BY POSTING BAIL IN THE AMOUNT SHOWN ABOVE, IN THE FORM OF A MONEY ORDER OR CHECK.　　\*\*\*\* DO NOT SEND CASH \*\*\*\*　　MAKE CHECKS AND MONEY ORDERS PAYABLE TO 'SAN DIEGO SUPERIOR COURT' AND MAIL TO SHERIFF'S DEPARTMENT, P.O. BOX 939063 SAN DIEGO, CA 92193-9063. ENCLOSE THIS NOTICE WITH YOUR REMITTANCE.

YOUR APPEARANCE IS MANDATORY AT THE TIME AND PLACE　　\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
INDICATED IN THE BOX AT THE RIGHT.　　　　　　　　　　\*　　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*  SAN DIEGO SUPERIOR COURT　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*　　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*  220 W. BROADWAY　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*　　　　　　　　　　　　　　　　　　\*
THIS NOTICE DOES NOT GRANT A GRACE PERIOD.　　　　　　\*  SAN DIEGO, CA. 92101　　　　　 \*
YOU ARE SUBJECT TO IMMEDIATE ARREST.　　　　　　　　　 \*　　　　　　　　　　　　　　　　　 \*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*                                  \*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*  MON. THRU FRI. @ 8:30 A.M.　　 \*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*　　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*　　　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　　　　　　　\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ADDITIONALLY, IF YOU FAIL TO RESPOND TO THIS NOTICE, SOME OR ALL OF THE FOLLOWING SANCTIONS MAY BE IMPOSED AGAINST YOU:

1. A CIVIL ASSESSMENT OF $300 MAY BE LEVIED AGAINST YOU AND YOU MAY BE SUBJECT TO WAGE GARNISHMENTS AND BANK LEVIES THROUGH THE FRANCHISE TAX BOARD COURT ORDERED DEBT COLLECTION PROGRAM.
2. CREDIT REPORTING AGENCIES MAY BE NOTIFIED AND YOUR CREDIT STANDING MAY BE AFFECTED.
3. YOU MAY BE PROHIBITED FROM REGISTERING YOUR AUTOMOBILE.
4. YOUR AUTOMOBILE MAY BE SEIZED WITHOUT NOTICE.
5. ANY FINE OR PENALTIES IMPOSED BY THE COURT MAY BE COLLECTED FROM YOUR STATE INCOME TAX REFUND OR ANY LOTTERY WINNINGS.

EXHIBIT 2
1 PAGE ONLY

Shahrokh Saadat-Nejad
Mail: 3713 Mount Ashmun Place
San Diego, California 92111
Telephone: (646)225-8213
E-Mail: C9729972@yahoo.com



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER<br>and<br>SOLOMON WARD<br>SEIDENWURM & SMITH<br><br>Plaintiffs,<br><br>vs.<br><br>SHAHROKH SAADAT-NEJAD<br><br>Defendant. | CASE No. 07cv0460-~~LAB~~ JLS (POR)<br><br>DECLARATION OF DEFENDANT<br>SHAHROKH SAADAT-NEJAD |

On March 13, 2007 at the time of 12:12 pm (PST) Pacific Law Center and Solomon Ward Seidenwurm & Smith filed this civil lawsuit, civil case number stated above.

As stated in my March 13, 2008 filing in this court (US District) Docket number 58, the plaintiffs Pacific Law Center and Solomon Ward Seidenwurm & Smith at the office of Solomon Ward Seidenwurm & Smith, attempted to blackmail defendant into committing at minimum terrorist act(s) and or suicide. The plaintiffs (Mr. Edward J Mcintyre) handed defendant an alleged true copy of a court transcript of a Superior Court hearing held on March 9, 2007, civil



EXHIBIT 3
1 PAGE

```
 1  GARY C. HARVEY SBN 134867
    6161 El Cajon Blvd., No. 612
 2  San Diego, CA 92115
    619.203.0072
 3  garycharvey@yahoo.com

 4
    Attorney for Defendant  SHAHROKH SAADATNEJAD
 5

 6        SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

 7
    THE PEOPLE OF THE STATE OF )   CASE NO.   CD 200499
 8  CALIFORNIA,                )   CASE NO.   M  897962
                               )
 9       Plaintiff,            )   NOTICE OF MOTION FOR
    v                          )   LEAVE TO WITHDRAW
10                             )   AS ATTORNEY
    SHAHROKH  SAADATNEJAD      )
11                             )   California Code of Civil Procedure §284
         Defendant.            )
12  _____)   Trial Date: 3/28/07
                                   PC 1538.5 : 3/28/07
13
```

14   PLEASE TAKE NOTICE that Defendant and Counsel hereby move this court for an order
15 permitting the Counsel to withdraw as attorney for defendant herein.
16   The motion will be made on the grounds that the defendant has expressly discharged
17 counsel, and counsel declares the inability to represent the best interests of the defendant.
18   The motion will be based upon the provisions of California Code of Civil Procedure §284,
19 and upon the declaration of counsel, and upon the oral and documentary evidence, presented
20 at the hearing of the motion.

21   Dated: Feb 21, 2007

22                                        _____
                                          Gary C. Harvey

23
                    MEMORANDUM OF POINTS AND AUTHORITIES
24
     The factual basis for this motion is set out in the declaration of Gary C. Harvey below.
25   CCP 284 States:

26      The attorney in an action or special proceeding may be changed
     at any time before or after judgment or final determination, as
27   follows:
        1. Upon the consent of both client and attorney, filed with the
28   clerk, or entered upon the minutes;
        2. Upon the order of the court, upon the application of either

                              -1-                    EXHIBIT 4
                                                     PAGE 1 OF 3

client or attorney, after notice from one to the other.

A criminal defendant who becomes indigent, and wishes to discharge retained counsel and request appointed counsel, has the right to do that so long as it is timely and will not significantly prejudice the defendant. *P v Oritz* (1990) 51 C3d 975, 983.

Defense attorneys may ask to be relieved from representation because the client has failed to pay their fee. *P v Castillo* (1991) 233 CA3d 36, 55.

Retained counsel may be discharged at any time, with or without cause, even on the eve of trial, as long as the move is not intended to delay. *P v Lara* (2001) 86 CA4th 139.

New defense counsel should be appointed if counsel being challenged is not providing adequate representation, or if defendant and counsel have such a irreconcilable conflict in their relationship that ineffective representation is likely to result. *P v Smith* (1993) 6 C4th 684.

## DECLARATION OF COUNSEL IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL OF RECORD

1. I, Gary C. Harvey, am currently privately retained counsel for the defendant in the above-entitled case.

2. I was retained by defendant on 1/4/07, and made my first appearance on this case on 1/4/07. Prior to my retention defendant represented himself in pro per.

3. On 1/25/07 I filed a motion for discovery, that was heard on 2/15/07 in Dept 34, and granted.

4. Also on 2/15/07, I informed Court in Dept 11, that I would be filing a motion to continue the trial to bring a PC 1538.5 Motion, and the Court granted the oral motion, and set the 1538.5 hearing and trial for 3/28/07. [I had previously that morning served the DDA with a copy of the written motion to continue the trial, but had not yet filed it.]

5. I was advised by defendant by telephone on 2/21/07 that he was very unhappy with my representation, that I was discharged as his counsel, that he wanted me off the case as soon as possible, and that I was to do nothing more on his case.

6. I advised defendant during the conversation on 2/21/07, that I would be filing this motion on 2/22/07 and putting the matter on the morning add-on calendar at 9:30 am for a hearing, and that he should be present to advise the court of his wish to discharge me.

7. For a number of reasons, based on a number of separate incidents, [I believe are

1 | protected by the attorney-client privilege] the 2/21/07 telephone call being only the
2 | last, I declare there is an irreconcilable conflict in the relationship between myself
3 | and defendant such that I can no longer adequately represent defendant in this case.
4 | 8. I respectfully request the court relieve me of said representation, and appoint either
5 | the public defender to represent defendant, or the defendant himself in pro per.
6 | I declare under penalty of perjury that the foregoing is true and correct.
7 | Dated February 21, 2007 in La Mesa California.

Gary C. Harvey

EXHIBIT 4
PAGE 3 OF 3

```
 1 | GARY C. HARVEY SBN 134867
   | 6161 El Cajon Blvd., No. 612
 2 | San Diego, CA 92115
   | 619.203.0072
 3 | garycharvey@yahoo.com
 4 |
   | Attorney for Defendant  SHAHROKH SAADATNEJAD
 5 |
 6 |         SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
 7 |
   | THE PEOPLE OF THE STATE OF  )   CASE NO.   CD 200499
 8 | CALIFORNIA,                 )   CASE NO.   M   897962
   |                             )
 9 |       Plaintiff,            )   NOTICE OF MOTION FOR
   | v                           )   LEAVE TO WITHDRAW
10 |                             )   AS ATTORNEY
   | SHAHROKH  SAADATNEJAD       )
11 |                             )   California Code of Civil Procedure §284
   |       Defendant.            )
12 | _____)   Trial Date:  3/28/07
   |                                 PC 1538.5 : 3/28/07
13 |
14 | PLEASE T...
```

**Ex Parte Request**

DATE: 2/22/07
CASE NO. CD 200499 + M 897962
D.A. NO. ABV 22601
DEFENDANT(S): SHAHROKH SAADATNEJAD
REQUESTOR: Defense Counsel Gary Harvey
REQUEST: Defendant has discharged counsel + Counsel has declared inability to adequately represent Defendant

REQUEST:
GRANTED ✓
DENIED ____

Calendar - 2/22/07 130 D TI turn

JEFFREY F. FRASER, JUDGE
JUDGE OF THE SUPERIOR COURT

EXHIBIT 5
1 PAGE ONLY

-1-

|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Edward J. McIntyre [SBN 80402]<br>Christina M. Milligan [SBN 231655]<br>Solomon Ward Seidenwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>TELEPHONE NO.: (619) 231-0303  FAX NO. (Optional): (619) 231-4755<br>E-MAIL ADDRESS (Optional): emcintyre@swsslaw.com<br>ATTORNEY FOR (Name): Pacific Law Center | FOR COURT USE ONLY<br><br>FILED<br>CIVIL BUSINESS OFFICE 10<br>CENTRAL DIVISION<br>MC-050<br><br>2007 FEB 15 P 2:30<br><br>SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Central Branch | |
| CASE NAME: PACIFIC LAW CENTER v. SHAHROKH SAADATNEJAD, et al. | |
| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>GIC 878352 |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Pacific Law Center makes the following substitution:
1. Former legal representative  ☐ Party represented self  ☒ Attorney (name): Matthew Spiegel, Esq.
2. New legal representative  ☐ Party is representing self*  ☒ Attorney Solomon Ward Seidenwurm & Smith, LLP
   a. Name: Edward J. McIntyre    b. State Bar No. (if applicable): 80402
   c. Address (number, street, city, ZIP, and law firm name, if applicable): 401 B Street, Suite 1200, San Diego, CA 92101
   d. Telephone No. (include area code): (619) 231-0303
3. The party making this substitution is a  ☒ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other (specify):

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: February 15, 2007

PACIFIC LAW CENTER
(TYPE OR PRINT NAME)

▶ _[signature]_ for PACIFIC LAW CENTER P.C.
(SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: February 15, 2007

MATTHEW SPIEGEL
(TYPE OR PRINT NAME)

PACIFIC LAW CENTER
▶ _[signature]_
(SIGNATURE OF FORMER ATTORNEY)

6. ☒ I consent to this substitution.
   Date: February 15, 2007
EDWARD J. MCINTYRE
(TYPE OR PRINT NAME)

SOLOMON WARD SEIDENWURM & SMITH, LLP
▶ _[signature]_
(SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2007]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Legal Solutions Plus

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362

Page 1 of 2

EXHIBIT 6 - 1 PAGE ONLY

# PROOF OF SERVICE

I SHAHROKH SAADAT-NEJAD SERVED THE PLAINTIFF'S PACIFIC LAW CENTER, AND SOLOMON WARD SEIDENWURM & SMITH BY EMAIL A COPY OF MOTION FOR EXTENTION OF JUNE 16, 2008 COURT ORDER "ORDER: DIRECTING PARTIES TO SHOW CAUSE AS TO WHY SUMMARY JUDGMENT SHOULD NOT BE ENTERED"

DATE: AUGUST 7, 2008

SHAHROKH SAADAT-NEJAD
DEFENDANT