| | |
|---|---|
| 1 | EDWARD J. MCINTYRE [SBN 80402]<br>emcintyre@swsslaw.com |
| 2 | MICHAEL M. VASSEGHI [SBN 210737]<br>mvasseghi@swsslaw.com |
| 3 | SOLOMON WARD SEIDENWURM & SMITH, LLP<br>401 B Street, Suite 1200 |
| 4 | San Diego, California 92101<br>Telephone: (619) 231-0303 |
| 5 | Facsimile: (619) 231-4755 |
| 6 | Attorneys for Solomon Ward Seidenwurm &<br>Smith, LLP |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP, | CASE NO. 07-CV-0460 JLS (POR) |
| 13 | | **SOLOMON WARD SEIDENWURM & SMITH, LLP'S OPPOSITION TO DEFENDANT'S DECLARATION ADDRESSING THIS COURT'S ORDER DIRECTING PARTIES TO SHOW CAUSE WHY A MOTION FOR SUMMARY JUDGMENT IN INAPPROPRIATE** |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | SHAHROKH SAADAT-NEJAD, | |
| 17 | Defendant. | Date:  To Be Determined<br>Time:  To Be Determined |
| 18 | | Courtroom: 6 |
| 19 | | Hon. Janis L. Sammartino |

P:00436780:90126.015                                                                                07-CV-0460 JLS (POR)
SOLOMON WARD SEIDENWURM & SMITH, LLP'S OPPOSITION TO SHAHROKH
SAADAT-NEJAD'S DECLARATION

Dockets.Justia.com

# I

## SAADAT-NEJAD FAILED TO SHOW WHY A PERMANENT INJUNCTION SHOULD NOT ISSUE

On July 16, 2008, this Court ordered the parties to brief three issues: 1) what constitutes bad faith intent to profit under the Anti-Cybersquatting Protection Act; 2) the legality of "gripe sites;" 3) if Saadat-Nejad had faith intent; but no longer does, can the Court still permanently enjoin him from creating a site that incorporate the words "Solomon Ward" and "Pacific Law Center."

Solomon Ward submitted a timely brief addressing these issues and explaining why a permanent injunction is appropriate. Saadat-Nejad filed a four page declaration that did not address **any** issue the Court ordered briefed. For that matter, Saadat-Nejad's declaration did not even address any issue remotely relevant to this case. Although federal courts provide for a liberal construction of a complaint when a party *pro se* files it,[1] this does nothing for Saadat-Nejad. First, his "brief" was not a complaint. More importantly, even if the Court were to give Saadat-Nejad's declaration the most liberal reading, it still falls short and gives no reason why a permanent injunction should not issue. "[P]ro se representation does not excuse a party from complying with a court's orders and with the Federal Rules of Civil Procedure."[2] Furthermore, this Court has patiently explained at length to Saadat-Nejad that "the law doesn't say that [the Court] can make exceptions for people who self-represent" and warned Saadat-Nejad that he has a "heavy, heavy burden."[3]

The seven exhibits attached to Saadat-Nejad's declaration contain no new information for the court to consider in deciding whether a permanent injunction should issue and Saadat-Nejad has failed to offer any legal support or argument that he did not violate the Anti-Cybersquatting Protection Act. Consequently, Solomon Ward requests that this Court make its preliminary injunction permanent.

---

[1] *Wilborn v. Escalderon*, 789 F.2d 1328, 1330 (9th Cir.1986) citing to *Haines v. Kerner*, 404 U.S. 519, 520 (1972).
[2] *Jones v. Phipps*, 39 F.3d 158, 163 (7th Cir. 1994).

## II

## THE COURT SHOULD NOT GRANT SAADAT-NEJAD ANY EXTENSION TO RESPOND TO SOLOMON WARD'S MOTION

On August 11, 2008 Saadat-Nejad filed a motion seeking more time to oppose Solomon Ward's motion now before the Court because defendant Pacific Law Center did not file a motion. Even if this Court is inclined to give Saadat-Nejad time, it should be limited to his opposition to Pacific Law Center's motion, if it ever files one. Solomon Ward timely moved for a permanent injunction and complied with this Court's order. Saadat-Nejad had ample time to respond.

DATED: August 14, 2008                SOLOMON WARD SEIDENWURM & SMITH, LLP


By: /s/ Edward J. McIntyre
EDWARD J. MCINTYRE
MICHAEL M. VASSEGHI
Attorneys for Solomon Ward Seidenwurm & Smith, LLP

---

[3] Court Reporter's Transcript of the June 12, 2008 proceedings p.14 lines 5-15.

# CERTIFICATE OF SERVICE

I caused the **SOLOMON WARD SEIDENWURM & SMITH, LLP'S OPPOSITION TO DEFENDANT'S DECLARATION ADDRESSING THIS COURT'S ORDER DIRECTING PARTIES TO SHOW CAUSE WHY A MOTION FOR SUMMARY JUDGMENT IN INAPPROPRIATE** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

Robert F. Clarke, Esq. (SBN 79881)
Phillips & Associates
3030 N. Third Street, Suite 1100
Phoenix, AZ 85012
Telephone: (602) 258-8900
Facsimile: (602) 288-1671
Attorneys for Pacific Law Center

The following party is not on the list to receive e-mail notices from the Court. We are emailing copies to Mr. Saadat-Nejad at c9729972@yahoo.com.

In addition, we served hard copies via Federal Express:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

/s/ Edward J. McIntyre
EDWARD J. MCINTYRE