EDWARD J. MCINTYRE [SBN 80402]
emcintyre@swsslaw.com
MICHAEL M. VASSEGHI [SBN 210737]
mvasseghi@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Solomon Ward Seidenwurm & Smith, LLP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LAW CENTER, a Professional Law Corporation; and SOLOMON WARD SEIDENWURM & SMITH, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>SHAHROKH SAADAT-NEJAD,<br><br>Defendant. | CASE NO. 07-CV-0460 JLS (POR)<br><br>**SOLOMON WARD SEIDENWURM & SMITH, LLP'S REPLY TO SAADAT-NEJAD'S RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE WHY A PERMANENT INJUNCTION SHOULD NOT ISSUE**<br><br>Date:     To Be Determined<br>Time:     To Be Determined<br>Courtroom:  6<br><br>Hon. Janis L. Sammartino |

P:00438721:90126.015                            07-CV-0460 JLS (POR)
SOLOMON WARD SEIDENWURM & SMITH, LLP'S REPLY TO SAADAT-NEJAD'S RESPONSE TO THIS
COURT'S ORDER TO SHOW CAUSE WHY A PERMANENT INJUNCTION SHOULD NOT ISSUE

At the risk of being an apostle of the obvious, Solomon Ward seeks a permanent injunction **only** that bars the use of its name, in whole or in part, as a domain name for a web site that it does not sponsor. In short, it seeks **only** to have this Court's preliminary injunction made permanent.

DATED: August 18, 2008

Respectfully submitted,

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Edward J. McIntyre
EDWARD J. MCINTYRE
MICHAEL M. VASSEGHI
Attorneys for Solomon Ward Seidenwurm & Smith, LLP

# CERTIFICATE OF SERVICE

I caused the **SOLOMON WARD SEIDENWURM & SMITH, LLP'S REPLY TO SAADAT-NEJAD'S RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE WHY A PERMANENT INJUNCTION SHOULD NOT ISSUE** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Electronic Mail Notice List**

Robert F. Clarke, Esq. (SBN 79881)
Phillips & Associates
3030 N. Third Street, Suite 1100
Phoenix, AZ 85012
Telephone: (602) 258-8900
Facsimile: (602) 288-1671
Attorneys for Pacific Law Center

David Blair-Loy (SBN 229235)
ACLU Foundation of San Diego and Imperial Counties
P.O. Box 87131
San Diego, CA 92101
Telephone: (619) 232-2121

The following party is not on the list to receive e-mail notices from the Court. We are emailing copies to Mr. Saadat-Nejad at c9729972@yahoo.com.

In addition, we served hard copies via Federal Express:

Shahrokh Saadat-Nejad
3713 Mt. Ashmun Place
San Diego, CA 92111
**VIA FEDERAL EXPRESS**

                                                   */s/ Edward J. McIntyre*
                                                   EDWARD J. MCINTYRE