# UNITED STATES DISTRICT COURT

### Southern District of California

Pacific Law Center, et al.

                            Plaintiff,

v.                                                      Case No.: 3:07–cv–00460–JLS–POR

                                                Judge  Janis L. Sammartino

Shahrokh Saadat–Nejad

                            Defendant.

### JUDGMENT IN A CIVIL CASE

_____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court grants summary judgment in favor of the Defendant and dismisses all of Plaintiffs' claims

                                                                                                 W. Samuel Hamrick, Jr.,
                                                                                                       Clerk of the Court

Date: 9/2/08

                                                                         By: s/ M. Zvers, Deputy Clerk

                                                                       ENTERED ON: September 2, 2008